

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Tyrone P. James
    Plaintiff

v.

York County Police Department,
Agent James H. Morgan, Det. Richard
Peddicord, Det. Raymond E. Craul,
~~Det. Jean~~ Sgt Gene Fells, Det. kessler,
C/O Baylark
    Defendants.

1:CV01-1015
Civil case No

FILED
SCRANTON
JUN 0 8 2001
PER _____ km
DEPUTY CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

    Plaintiff Tyrone P. James, an inmate in the York County Prison, requests the court to appoint counsel for the following reasons:

  (1) Plaintiff is indigent and cannot afford counsel

  (2) Plaintiff has little experience with the law

  (3) This case is complex and requires the help of an attorney

  (4) Plaintiff have limited access to a law library, or have no access to a person who knows law and can help him.

  (5) The ends of Justice would be ser<u>v</u>ed if an attorney were appointed for this case

Respectfully,

*Tyrone P. James*
TYRONE P. JAMES

## BRIEF OF SUPPORT

Plaintiff request the court to appoint an attorney to help him with the above case because:

(1) Plaintiff is indigent and cannot afford an attorney.

    (a) Plaintiff is disabled suffered from a mental disorder and is presently on medication; Plaintiff is seen by a psychiatrist at the York County Prison, on a monthly basis.

    (b) Plaintiff was receiving Supplemental Security Income, before his incarceration, which was discontinued by the Social Security Administration, because of my incarceration in a institution run by the Federal, State, or Local Government, Prison.

    (c) Plaintiff disabled cause him to be less fortunate than a normal inmate with similar legal activity.

    According to American with Disabilities Act a person has a disability if he or she has a physical or mental impairment that substantially limit one or more of the major life activities of such individual, 42 U.SS.C.12102(2)(A).

(2) The ends of justice would be served if an attorney were appointed for this case. For reasons given above, Plaintiff cannot received due process without the assistance of an attorney.

sign _Tyrone P. James_
TYRONE P. JAMES
YORK COUNTY PRISON