(8)
7-9-01
dm

1:01CV1015

```
Mon Jun 25 11:30:44 2001

    UNITED STATES DISTRICT COURT
       SCRANTON    , PA

Receipt No.   333 84172
Cashier       tanya

Tender Type   CHECK

Check Number: 018664

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       5100PL

Amount        $    54.72

YORK COUNTY PRISON 3400 CONCORD ROAD
YORK, PA 17402

PARTIAL FILING FEE 01-CV-1015 TYRONE
JAMES
```

**FILED
SCRANTON
JUN 25 2001**

PER _____ DEPUTY CLERK

```
Check No. 018664
Amount$    54.72
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```