# COPY



United States District Court
Middle District of PENNSYLVANIA

TYRONE P. JAMES           Civil Action No 1:01-101
    Plaintiff               (KANE J.)

V.                            (MANNION, M.J.)

York County Police Department,
James H. Morgan, Richard
Peddicord, Raymond E. CRAUL
Sgt Gene Fells, Det. Kessler
C/O Bay Lock
        Defendants

FILED
SCRANTON

JUL 13 2001

PER _____
DEPUTY CLERK

## Suspend & Obeyance

    I Tyrone P. James, Plaintiff in the above caption matter, hereby ask this Court to order suspend or obeyance in setting aside this matter in Point Reserved, so that the trial and other matters at hand in the pending criminal case in the State Court may proceed.

    Plaintiff hereby ask the Court to merely put in a state of animation, grant this motion to suspend this matter until the out come of the pending criminal

matter in state court, and may be therefore revived at a future date. 93 S.W. 164 166.

Date July 9, 2001

Respectfully Submitted,

*Tyrone James*
TYRONE JAMES
#62154 ND-16
York County Prison
3400 Concord Road
York, PA. 17402.

## PROOF OF Service

I, the undersigned certify under pena[lty] of perjury that the foregoing is true and cor[rect]: On July 9, 2001, I caused to be served on the following:

(1) Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
235 North Washington Avenue
Rm 423
P.O. Box 1148
Scranton, PA. 18501-1148

A copy of my motion for Suspend[ance] and Obeyance in a properly addressed stamped envelope and depositing the sa[me] in the U.S. mail for delivery.

I certify under penalty or perjury that the foregoing is true and correct.

Tyrone James
#62154 ND-16
York County Prison
3400 Concord Roa[d]

Dated July 9, 2001