COPY 

United States District Court
Middle District of PENNSYLVANIA.

TYRONE P. JAMES,
    Plaintiff
V.

York County Police Department,
James H. Morgan, Richard
Peddicord, Raymond E Craul
Sgt. Gene Fells, Det Kessler,
C/O Baylock
            Defendants

Civil Action NO 1:01-1015
(KANE J.)
(MANNION, M.J.)

FILED
SCRANTON
JUL - 9 2001
PER _____
    DEPUTY CLERK

## AFFIDAVIT FOR EXTENSION OF TIME

Tyrone Phillip James, hereby declare under penalty of perjury that: I am a plaintiff in this matter, Representing myself in propria personam.

Due To (1) Plaintiff is disabled, would need more time to Investigate and research his case.

(2) Limited amount of Law Library access time available at York County Prison, 1 hour, 20 minute of Law Library time three day per week, if more than 22 Inmate

Signed up for one giving session.

(3) The pending Criminal Trial in state Court in July of 2001.

Since these cause and not enough time for research, typing Legal paper and Investigation, I am not a Lawyer, I has been unable to make the necessary Investigation and Research in order to prepare and file Objection motion to the Report and Recommendation by Magistrate Judge on or before the due date herein July 13, 2001 as described in 28 U.S.C. Sect 636 (b) (1) (B)

In view of the foregoing, I request an extension of 20 days from this dates July 13, 2001 to August 10, 2001 in which to file the Brief & Memorandum to objection.

Dated. July 3, 2001

Respectfully submitted

*Tyrone James*

TYRONE P. JAMES #621
ND-16, V.C.P.
3400 Concord Rd
York PA. 17402