## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Tyrone P James,                    :         Civil Action No:

     Plaintiff                    :         1:01-1015

     V.                           :         (Kane J.)

YORK COUNTY POLICE DEPARTMENT,     :         (Mannion, M. J. )

James H. Morgan, Richard           :

Peddicord, Raymond E. Craul,       :

Sgt. Gene Fells, Det. Kessler,     :         MOTION FOR SUSPENSE

C/O Baylock.                       :         AND OBEYANCE

     Defendants                   :

                                  :

                                  :


    I TYRONE P. JAMES, Plaintiff in the above caption matter,hereby ask this Court to order Suspense And Obeyance in setting aside this in Point Reserved, so that the trial and other matters at hand in the pending criminal case in the State Court may proceed.

    Plaintiff HEREBY ask the Court to merely put in a state of animation, grant this motion to Suspend this matter until the out come of the pending criminal matters in State Court, and may be THEREFORE, revived at a future dated. 93 S.W. 164, 166.


                       Respectfully Submitted,

**FILED**
**SCRANTON**

JUL 1 6 2001

PER _____
    DEPUTY CLERK

I am _____

    TYRONE P. JAMES

    #62154  ND-16

    YORK CONUTY PRISON

    3400 CONCORD ROAD

    YORK, PA 17402

Dated July 9, 2001