UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Tyrone P. James, | : | Civil Action No: 1:01-1015 |
|     Plaintiff | : | (Kane J. ) |
|   v. | : | (Mannion, M. J.) |
| YORK COUNTY POLICE DEPARTMENT, | : | |
| James H. Morgan, Richard | : | |
| Peddicord, Raymond E. Craul, | : | AFFIDAVIT TO SUPPORT |
| Sgt. Gene Fells, Det. Kessler, | : | MOTION FOR SUSPENSE AND |
| C/O Baylock. | : | OBEYANCE |
|     Defendants | : | |

FILED
SCRANTON
JUL 1 6 2001
PER _____
DEPUTY CLERK

    COME NOW, I, TYRONE P. JAMES, hereby declare under penalty of perjury that: I am a plaintiff in this matter, representing myself in p proria personam.

    Due to (1) Plaintiff is disabled would need more time to investigate and research his case.

    (2) Limited amount of law library access time available at York York County Prison, 1 hour, 20 minute, of law library time three day per week, if more than 22 inmates signed up for one giving session.

    (3) The pending criminal trial in State Court in July of 2001.

    (4) I am not a Attorney, not enough time for research, typing legal paper, and the necessary investigation, in order to pre prepare and file the necessary motions.