⑭ dn
8-6-01

```
Thu Aug  2 16:22:31 2001

     UNITED STATES DISTRICT COURT

     SCRANTON      , PA

Receipt No.   333 84647
Cashier           rich

Tender Type   CHECK

Check Number: 19298

Transaction Type   AR

DØ Code    Div No      Acct
4667         3        5100PL

Amount              $    12.00

TYRONE JAMES    YORK COUNTY PRISON
YORK, PA  17402

PARTIAL FILING FEE - CV-01-1015



Thu Aug  2 16:22:31 2001

Check No.  19298
Amount$    12.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:01CV1015

FILED
SCRANTON

AUG - 6 2001

PER _____
        DEPUTY CLERK