B: 01 CV 1015

(15)
Km
9/13/01

```
Fri Aug 31 15:57:29 2001

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 85046
Cashier       rich

Tender Type  CHECK

Check Number: 019847

Transaction Type   AR

D0 Code   Div No    Acct
 4667       3      5100PL

Amount          $    40.00

YORK COUNTY PRISON 3400 CONCORD RD.
YORK, PA 17402

PARTIAL FILING FEE 01-CV-1015 TYRONE
JAMES




cn
Fri Aug 31 15:57:29 2001

Check No. 019847
Amount$   40.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

## Account Activity Ledger

From : 01/11/2001    To : 08/28/2001

Date : 08/28/2001
Time : 02:23

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 62154 | **Name** JAMES, TYRONE PHILLIP | | | **Block** EC-11A | | | | |
| Initial Entry | 01/11/2001 | 08:56 | B#30486 | D | | 0.00 | | 0.00 |
| | 01/11/2001 | 09:06 | B#30488 | D | | 41.55 | | 41.55 |
| | 01/15/2001 | 11:17 | B#30595 | D | | 100.00 | | 141.55 |
| Sales Transaction | 01/17/2001 | 11:53 | I#51219 | I | 99.88 | | | 41.67 |
| | 01/18/2001 | 08:24 | B#30721 | D | | 100.00 | | 141.67 |
| | 01/22/2001 | 09:07 | B#30810 | D | | 20.00 | | 161.67 |
| | 01/22/2001 | 09:07 | B#30810 | D | | 50.00 | | 211.67 |
| Sales Transaction | 01/24/2001 | 12:52 | I#52032 | I | 35.66 | | | 176.01 |
| | 01/29/2001 | 10:25 | B#31071 | D | | 20.00 | | 196.01 |
| Sales Transaction | 01/30/2001 | 14:03 | I#52854 | I | 20.76 | | | 175.25 |
| | 01/30/2001 | 14:50 | B#31153 | D | | 150.00 | | 325.25 |
| | 02/01/2001 | 07:54 | B#31209 | D | | 25.00 | | 350.25 |
| | 02/01/2001 | 07:54 | B#31209 | D | | 100.00 | | 450.25 |
| Sales Transaction | 02/06/2001 | 14:02 | I#53780 | I | 37.76 | | | 412.49 |
| | 02/13/2001 | 10:16 | B#31600 | D | | 10.00 | | 422.49 |
| Sales Transaction | 02/13/2001 | 13:31 | I#54679 | I | 25.93 | | | 396.56 |
| copies/pike | 02/13/2001 | 13:55 | B#31630 | W | | | -0.50 | 396.06 |
| | 02/15/2001 | 08:45 | B#31687 | D | | 100.00 | | 496.06 |
| | 02/16/2001 | 08:04 | B#31719 | D | | 25.00 | | 521.06 |
| Sales Transaction | 02/20/2001 | 14:52 | I#55516 | I | 30.65 | | | 490.41 |
| | 02/27/2001 | 08:13 | B#32044 | D | | 40.00 | | 530.41 |
| Sales Transaction | 02/27/2001 | 12:33 | I#56307 | I | 39.54 | | | 490.87 |
| | 02/28/2001 | 06:31 | B#32080 | D | | 120.00 | | 610.87 |
| Sales Transaction | 03/06/2001 | 12:58 | I#57363 | I | 28.78 | | | 582.09 |
| | 03/07/2001 | 12:03 | B#32332 | D | | 100.00 | | 682.09 |
| medical 2/27/01 | 03/07/2001 | 14:17 | B#32344 | W | | | -3.00 | 679.09 |
| Sales Transaction | 03/13/2001 | 13:07 | I#58606 | I | 31.94 | | | 647.15 |
| | 03/16/2001 | 09:31 | B#32681 | D | | 40.00 | | 687.15 |
| | 03/20/2001 | 08:56 | B#32790 | D | | 20.00 | | 707.15 |
| Sales Transaction | 03/20/2001 | 12:30 | I#59599 | I | 25.15 | | | 682.00 |
| Sales Transaction | 03/27/2001 | 13:25 | I#60483 | I | 38.09 | | | 643.91 |
| | 03/28/2001 | 08:51 | B#33088 | D | | 40.00 | | 683.91 |
| Sales Transaction | 04/03/2001 | 12:48 | I#61605 | I | 39.94 | | | 643.97 |
| | 04/06/2001 | 07:56 | B#33420 | D | | 20.00 | | 663.97 |
| | 04/09/2001 | 11:50 | B#33487 | D | | 40.00 | | 703.97 |
| Sales Transaction | 04/10/2001 | 13:22 | I#62379 | I | 34.61 | | | 669.36 |
| | 04/11/2001 | 13:48 | B#33591 | D | | 20.00 | | 689.36 |
| | 04/17/2001 | 08:29 | B#33709 | D | | 100.00 | | 789.36 |
| Sales Transaction | 04/17/2001 | 12:47 | I#63406 | I | 22.96 | | | 766.40 |
| | 04/24/2001 | 13:19 | B#33955 | D | | 25.00 | | 791.40 |
| Sales Transaction | 04/24/2001 | 14:07 | I#64476 | I | 28.44 | | | 762.96 |
| Sales Transaction | 05/01/2001 | 13:49 | I#65489 | I | 26.82 | | | 736.14 |
| Sales Transaction | 05/08/2001 | 13:41 | I#66294 | I | 23.25 | | | 712.89 |

## Account Activity Ledger

From : 01/11/2001    To : 08/28/2001

Date : 08/28/2001
Time : 02:23

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 62154 | Name JAMES, TYRONE PHILLIP | | | Block EC-11A | | | | |
| COPIES | 05/08/2001 | 14:19 | B#34420 | W | | | -2.50 | 710.39 |
| cert mail 7000 2870 | 05/09/2001 | 08:11 | B#34441 | W | | | -3.61 | 706.78 |
| cert mail 7000 2870 | 05/09/2001 | 08:12 | B#34441 | W | | | -3.61 | 703.17 |
| | 05/11/2001 | 08:11 | B#34528 | D | | 25.00 | | 728.17 |
| COPIES | 05/11/2001 | 14:21 | B#34555 | W | | | -2.50 | 725.67 |
| | 05/14/2001 | 11:59 | B#34596 | D | | 200.00 | | 925.67 |
| | 05/14/2001 | 11:59 | B#34596 | D | | 20.00 | | 945.67 |
| Sales Transaction | 05/15/2001 | 13:13 | I#67312 | I | 28.00 | | | 917.67 |
| NOTARY FEE DONE 5/15 | 05/15/2001 | 13:31 | B#34661 | W | | | -13.00 | 904.67 |
| COPIES/PIKE | 05/15/2001 | 14:46 | B#34669 | W | | | -1.00 | 903.67 |
| | 05/18/2001 | 08:39 | B#34776 | D | | 20.00 | | 923.67 |
| phone card (1) | 05/22/2001 | 08:51 | B#34871 | W | | | -10.00 | 913.67 |
| Sales Transaction | 05/22/2001 | 13:39 | I#68187 | I | 22.18 | | | 891.49 |
| | 05/23/2001 | 07:48 | B#34922 | D | | 20.00 | | 911.49 |
| | 05/25/2001 | 09:14 | B#35004 | D | | 30.00 | | 941.49 |
| Sales Transaction | 05/29/2001 | 13:52 | I#69334 | I | 17.59 | | | 923.90 |
| | 05/30/2001 | 08:57 | B#35121 | D | | 20.00 | | 943.90 |
| cert mail 7000287000 | 05/31/2001 | 14:15 | B#35186 | W | | | -3.40 | 940.50 |
| cert mail 7000287000 | 05/31/2001 | 14:17 | B#35186 | W | | | -3.82 | 936.68 |
| cert mail 7000287000 | 05/31/2001 | 14:17 | B#35186 | W | | | -6.26 | 930.42 |
| copies/pike | 06/01/2001 | 14:31 | B#35228 | W | | | -1.00 | 929.42 |
| FOR COPIES | 06/05/2001 | 13:58 | B#35358 | W | | | -0.50 | 928.92 |
| copies/pike | 06/08/2001 | 14:23 | B#35506 | W | | | -0.50 | 928.42 |
| Sales Transaction | 06/12/2001 | 13:07 | I#71284 | I | 36.69 | | | 891.73 |
| CK#18664/US DISTRICT | 06/19/2001 | 11:54 | B#35838 | W | | | -54.72 | 837.01 |
| Sales Transaction | 06/19/2001 | 13:41 | I#72114 | I | 27.14 | | | 809.87 |
| CK#18702/TREASURY OF | 06/21/2001 | 11:58 | B#35920 | W | | | -14.60 | 795.27 |
| CK#18703/OCEANA PUBL | 06/21/2001 | 14:45 | B#35929 | W | | | -32.95 | 762.32 |
| CK#18704/LEWISBURG P | 06/21/2001 | 14:46 | B#35929 | W | | | -14.00 | 748.32 |
| copies/pike | 06/22/2001 | 14:27 | B#35977 | W | | | -1.00 | 747.32 |
| copies/bv | 06/22/2001 | 14:40 | B#35981 | W | | | -4.00 | 743.32 |
| Sales Transaction | 06/26/2001 | 12:54 | I#73188 | I | 23.61 | | | 719.71 |
| copies/pike | 06/29/2001 | 14:24 | B#36186 | W | | | -1.00 | 718.71 |
| Sales Transaction | 07/02/2001 | 14:30 | I#74182 | I | 21.45 | | | 697.26 |
| copies/pike | 07/06/2001 | 14:31 | B#36380 | W | | | -1.00 | 696.26 |
| cert mail 7000 2870 | 07/10/2001 | 07:00 | B#36454 | W | | | -4.31 | 691.95 |
| cert mail 7000 2870 | 07/10/2001 | 07:01 | B#36454 | W | | | -3.95 | 688.00 |
| Sales Transaction | 07/10/2001 | 12:29 | I#75112 | I | 24.51 | | | 663.49 |
| copies/pike | 07/10/2001 | 14:31 | B#36503 | W | | | -1.00 | 662.49 |
| copies/pike | 07/13/2001 | 14:18 | B#36642 | W | | | -1.00 | 661.49 |
| Sales Transaction | 07/17/2001 | 10:49 | I#76036 | I | 17.65 | | | 643.84 |
| phone card (1) | 07/17/2001 | 13:36 | B#36743 | W | | | -10.00 | 633.84 |
| medical 7/13/01 | 07/17/2001 | 14:21 | B#36747 | W | | | -5.00 | 628.84 |

# Account Activity Ledger

From : 01/11/2001   To : 08/28/2001

Date : 08/28/2001
Time : 02:23

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 62154 | Name JAMES, TYRONE PHILLIP | | | Block EC-11A | | | | |
| cant.reimb.(BAU) | 07/23/2001 | 08:23 | B#36881 | D | | 17.65 | | 646.49 |
| Sales Transaction | 07/23/2001 | 14:46 | I#76848 | I | 11.01 | | | 635.48 |
| | 07/24/2001 | 15:33 | B#36979 | D | | 60.00 | | 695.48 |
| CK#19298/US DISTRICT | 07/27/2001 | 12:19 | B#37086 | W | | | -12.00 | 683.48 |
| Sales Transaction | 07/30/2001 | 14:37 | I#77764 | I | 22.34 | | | 661.14 |
| Sales Transaction | 08/06/2001 | 14:08 | I#78755 | I | 29.13 | | | 632.01 |
| medical 8/1/01 | 08/08/2001 | 13:56 | B#37517 | W | | | -3.00 | 629.01 |
| PHONE CARDS (2) | 08/09/2001 | 09:53 | B#37538 | W | | | -20.00 | 609.01 |
| copies/pike | 08/10/2001 | 13:33 | B#37605 | W | | | -2.00 | 607.01 |
| | 08/13/2001 | 09:34 | B#37656 | D | | 200.00 | | 807.01 |
| Sales Transaction | 08/13/2001 | 13:59 | I#79741 | I | 24.52 | | | 782.49 |
| Sales Transaction | 08/20/2001 | 13:46 | I#80732 | I | 27.14 | | | 755.35 |
| FOR 1 CALLING CARD | 08/22/2001 | 09:12 | B#37991 | W | | | -10.00 | 745.35 |
| Sales Transaction | 08/27/2001 | 13:20 | I#81609 | I | 30.61 | | | 714.74 |

*handwritten annotations:* X 20% / B 40.60 / To be sent to Court

Deposits   34   For $   1,919.20
Withdraws  34   For $    -250.73
Invoices   32   For $     953.73

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                : Civil Action No. 1:01-cv-01015
                                      :
Inmate: Tyrone P. James               :
                                      :
ID Number:  62154

FILED
SCRANTON
JUN 0 8 2001
PER _____, DEPUTY CLERK

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and