IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P JAMES,                         :        CIVIL ACTION NO:
      Plaintiff                        :        1: CV-01-1015
      v.                               :
YORK COUNTY POLICE DEPT.,               :
Agent James H Morgan, Det.              :
Richard Peddicord, Det.                 :        FILED
Raymond E. Craul, Det.                  :        SCRANTON
Kessler, Sgt. Jean Fells,               :
Det. Glowczeski, Agent                  :        SEP 2 7 2001
Randy Sipes, Agent                      :        PER_____
Brain K Westmoreland,                   :        DEPUTY CLERK
C/O Gary V Baylock                      :
                                        :

MOTION TO AMEND COMPLAINT

    Come now here, Plaintiff in Pro se, hereby ask this Court to Amend complaint under Rule 15 of the Federal Rules of Civil Procedure, and add the following named defendants to this complaint.

    (1) Agent Randy Sipes, of the California Department of Justice, Office of the Attorney, General Narcotic Division.

    (2) Agent Brain K Westmoreland (supervisor) Office of Attorney General Bureau of Narcotic Investigation and Drug Control, Lemoyne, Pennsylvania.

    (3) Detective Glowczeski, York County Drug Task Force York, Pennsylvania.

    Plaintiff hereby ask this Court to direct the Clerk of Court to serve Plaintiff complaint upon all three defendants.

Respectfully your,

Tyrone James
TYRONE P JAMES

PROOF OF SERVICE

I, the undersigned certify under penalty of perjury that the foregoing is true and correct: On September 21, 2001, I caused to be served on the following:

(1) OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE, RM. 423
P. O. BOX 1148
SCRANTON, PA 18501-1148

A copy of MOTION TO AMEND COMPLAINT, 3 copies of Complaint, 4 PROCESS RECEIPT AND RETURN, and MOTION FOR APPOINTMENT OF COUNSEL, in a property addressed stamped envelope and depositing the same in the U.S. mail for delivery.

I certify under penalty or perjury that the foregoing is true and correct 28 U.S.C. 1746.

TYRONE P. JAMES
#62154 EC-11A
YORK COUNTYPRISON
3400 CONCORD ROAD
YORK, PA 17402.

Dated this ___21___ day of ___September___, 2001.