[COPY]

STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA

```
Mon Oct  1 14:09:16 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.  333 85368
Cashier       tanya

Tender Type  CHECK

Check Number: 020417

Transaction Type  AR

D$ Code    Div No     Acct
 4667        3       0869PL

Amount          $   20.00

YORK COUNTY PRISON 3400 CONCORD RD Y
RK, PA 17402

PARTIAL FILING FEE 01-CV-1015 TYRONE
JAMES
```

: Civil Action No. 1:01-cv-01015

FILED
SCRANTON
JUN 0 8 2001
PER _____
DEPUTY CLERK

[ADM]INISTRATIVE ORDER

[...]ied above has initiated a civil complaint in the [Mid]dle District of Pennsylvania.  The filing fee

[...Prison] Litigation Reform Act and Standing Order No. [...Superin]tendent/Warden of the institution where this [...is loca]ted to furnish the court and the inmate with a [...statement] for the past six months of the prisoner's [...institut]ional equivalent).  The Superintendent/Warden [...from] the prisoner's account, in monthly [...filing] fee.

[...av]ailable in the inmate's prison account, the [Superintendent/Warden shall sub]mit an initial partial payment of 20 percent of [the] greater of:

(1) the average monthly deposits to the inmate's prison account for past six months, or

(2) the average monthly balance in the inmate's prison account for past six months.

The remittance must be accompanied by a statement of the calculations to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and

FILED
SCRANTON
OCT 1 - 2001
_____ CLERK

cn

Mon Oct 1 14:09:16 2001
Check No. 020417
Amount$  20.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

0869