1:01CV1015

(20)
KM
10/24/01

Judge Kane - HB
Magistrate Maxxxon WB

```
Mon Oct 22 14:00:05 2001

   UNITED STATES DISTRICT COURT
      SCRANTON      , PA

Receipt No.   333 85596
Cashier       tanya

Tender Type  CHECK

Check Number: 020800

Transaction Type  AR

DØ Code    Div No    Acct
 4667        3      0869PL

Amount       $      6.00

YORK COUNTY PRISON 3400 CONCORD RD Y
ORK, PA 17402

PARTIAL FILING FEE 01-CV-1015 TYRONE
JAMES
```

**FILED**
**SCRANTON**

OCT 22 2001

PER _____
       DEPUTY CLERK

Check No. 020800
Amount:   6.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Civil Action No. 1:01-cv-01015

Inmate: Tyrone P. James
ID Number: 62154

FILED SCRANTON JUN 0 8 2001 PER _____ , DEPUTY CLERK

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 6-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate. After the initial payment, if there remains any unpaid fee due and

## Account Activity Ledger

From : 01/11/2001   To : 10/18/2001

Date : 10/18/2001
Time : 14:04

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 62154 | Name JAMES, TYRONE PHILLIP | | | Block SEGA-2B | | | | |
| cant.reimb.(BAU) | 07/23/2001 | 08:23 | B#36881 | D | | 17.65 | | 646.49 |
| Sales Transaction | 07/23/2001 | 14:46 | I#76848 | I | 11.01 | | | 635.48 |
|  | 07/24/2001 | 15:33 | B#36979 | D | | 60.00 | | 695.48 |
| CK#19298/US DISTRICT | 07/27/2001 | 12:19 | B#37086 | W | | | -12.00 | 683.48 |
| Sales Transaction | 07/30/2001 | 14:37 | I#77764 | I | 22.34 | | | 661.14 |
| Sales Transaction | 08/06/2001 | 14:08 | I#78755 | I | 29.13 | | | 632.01 |
| medical 8/1/01 | 08/08/2001 | 13:56 | B#37517 | W | | | -3.00 | 629.01 |
| PHONE CARDS (2) | 08/09/2001 | 09:53 | B#37538 | W | | | -20.00 | 609.01 |
| copies/pike | 08/10/2001 | 13:33 | B#37605 | W | | | -2.00 | 607.01 |
|  | 08/13/2001 | 09:34 | B#37656 | D | | 200.00 | | 807.01 |
| Sales Transaction | 08/13/2001 | 13:59 | I#79741 | I | 24.52 | | | 782.49 |
| Sales Transaction | 08/20/2001 | 13:46 | I#80732 | I | 27.14 | | | 755.35 |
| FOR 1 CALLING CARD | 08/22/2001 | 09:12 | B#37991 | W | | | -10.00 | 745.35 |
| Sales Transaction | 08/27/2001 | 13:20 | I#81609 | I | 30.61 | | | 714.74 |
| copies/pike | 08/28/2001 | 14:02 | B#38250 | W | | | -1.25 | 713.49 |
|  | 08/29/2001 | 07:08 | B#38267 | D | | 100.00 | | 813.49 |
| CK#19847/US DISTRICT | 08/29/2001 | 07:42 | B#38273 | W | | | -40.00 | 773.49 |
| Sales Transaction | 08/31/2001 | 10:38 | I#82586 | I | 30.31 | | | 743.18 |
| copies/Pike | 08/31/2001 | 14:28 | B#38399 | W | | | -1.00 | 742.18 |
| COPIES/PIKE | 09/04/2001 | 14:09 | B#38479 | W | | | -1.00 | 741.18 |
| phone card (1) | 09/05/2001 | 11:07 | B#38519 | W | | | -10.00 | 731.18 |
| Sales Transaction | 09/10/2001 | 13:26 | I#83461 | I | 26.02 | | | 705.16 |
| Sales Transaction | 09/17/2001 | 14:23 | I#84674 | I | 18.77 | | | 686.39 |
| copies/pike | 09/18/2001 | 14:30 | B#39003 | W | | | -1.00 | 685.39 |
| FOR COPIES | 09/21/2001 | 14:13 | B#39154 | W | | | -1.50 | 683.89 |
| Sales Transaction | 09/24/2001 | 13:23 | I#85387 | I | 26.07 | | | 657.82 |
| rt mail 7000 1530 | 09/25/2001 | 07:35 | B#39234 | W | | | -5.78 | 652.04 |
| #20394/LOS ANGELES | 09/25/2001 | 11:59 | B#39280 | W | | | -26.00 | 626.04 |
| rt mail 7000 1530 | 09/25/2001 | 12:48 | B#39285 | W | | | -3.94 | 622.10 |
| copies/pike | 09/25/2001 | 13:43 | B#39290 | W | | | -2.00 | 620.10 |
| #20417/US DISTRICT | 09/26/2001 | 09:37 | B#39317 | W | | | -20.00 | 600.10 |
| medical 9/19/01 | 09/27/2001 | 13:39 | B#39369 | W | | | -3.00 | 597.10 |
| y fee 9/28/01 | 09/28/2001 | 14:19 | B#39412 | W | | | -1.50 | 595.60 |
| Sales Transaction | 10/01/2001 | 13:51 | I#86399 | I | 27.54 | | | 568.06 |
| Y FEES 10/04/01 | 10/05/2001 | 14:24 | B#39640 | W | | | -2.25 | 565.81 |
|  | 10/08/2001 | 12:17 | B#39696 | D | | 20.00 | | 585.81 |
| Sales Transaction | 10/09/2001 | 13:19 | I#87256 | I | 19.62 | | | 566.19 |
| copies/Pike | 10/09/2001 | 14:07 | B#39750 | W | | | -2.00 | 564.19 |
| ter | 10/15/2001 | 10:07 | B#40010 | D | | 10.00 | | 574.19 |
| Sales Transaction | 10/18/2001 | 12:49 | I#88873 | I | 17.83 | | | 556.36 |

*handwritten:*
30.00
X .20%
$ 6.0000

$ 6 to be sent to          Page : 3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 24, 2001

Re:  1:01-cv-01015    James v. York County Police

True and correct copies of the attached were mailed by the clerk to the following:

Tyrone P. James
CTY-YORK
York County Prison
62154
3400 Concord Road
York, PA  17402

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____         ( )

( ) Pro Se Law Clerk
( ) INS
( ) Jury Clerk
X Scanning

                                         MARY E. D'ANDREA, Clerk

DATE: 10/24/01                    BY: KM
                                      Deputy Clerk