UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES  
    Plaintiff  

CIVIL ACTION NO. 1:CV-01-1015

Judge Kane

v.

YORK COUNTY POLICE DEPT.,
ET AL.,  

    Defendants

FILED
SCRANTON

OCT 31 2001

PER _____
DEPUTY CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiffs move in this court for an order appointing Counsel to the above mention case, to represent him because he cannot afford to employ an attorney. This motion is based on Plaintiffs' affidavits in support of his motion for leave to proceed in foma pauperis and for appointment of counsel.

Legal authority for appointment and compensation of counsel is 28 U.S.C. sec 1915(d) and 18 U.S.C. sec. 3006A(g), as interpreted in *Mcclain v. Manson, 343 F. Supp. 382(D. Conn. 1972)*.

Plaintiffs' request counsel for the follow reasons:

1. Plaintiff is indigent and cannot afford counsel

2. Plaintiff has little experience with the law

3. Due to the complexity and the amount of Defendants in this case, Plaintiffs' will need help with gathering evidence, investigation, legal research and handle certain legal issues in this case, plaintiff will need the experience help of an qualify attorney

4. Plaintiff have limited access to a law library, and no access to person who know the law and is willing to help plaintiff

5. The ends of Justice would be served if an attorney were appointed for this case.

Respectfully Submitted,

*Tyrone James*

TYRONE P. JAMES

Dated October 28, 2001.