1:01CV1015

## PROOF OF SERVICE

I, the undersigned certify under penalty of perjury that the foregoing is true and correct on November 12, 2001, I caused to be served on the following:

1. Office Of The Clerk
   United States District Court
   Middle District Of Pennsylvania
   U.S. Courthouse
   235 North Washington Avenue, RM-423
   P. O. Box 1148
   Scranton, PA. 18501-1148

2. Donald L. Reihart, Esq.
   Sup. Ct. I.D. #07421
   2600 Eastern Boulevard
   Suite 204
   York, PA 17402-2904

FILED
SCRANTON
NOV 1 5 2001
PER _____

A copy of my motion for **PLAINTIFF'S INTERROGATORIES [FIRST SET]** and **REQUEST FOR PRODUCTION OF DOCUMENTS,** in a property addressed stamped envelope and depositing the same in the U.S. Mail for delivery.

I certify under penalty or perjury that the foregoing MOTIONS are true and correct, pursuant to 28 U.S.C. 1746.

Tyrone P. James
#62154
York County Prison
3400 Concord Road
York, PA. 17402

Dated November 12, 2001.

1:01 CV 1015

## PROOF OF SERVICE

I, the undersigned certify under penalty of perjury that the foregoing is true and correct on November 8, 2001, I caused to be served on the following:

1. Office Of The Clerk
   United States District Court
   Middle District Of Pennsylvania
   U.S. Courthouse
   235 North Washington Avenue, RM-423
   P. O. Box 1148
   Scranton, PA. 18501-1148

FILED
SCRANTON
NOV 15 2001
PER _____
DEPUTY CLERK

A copy of my motion for **PLAINTIFF'S INTERROGATORIES [FIRST SET]** and **REQUEST FOR PRODUCTION OF DOCUMENTS**, in a property addressed stamped envelope and depositing the same in the U.S. Mail for delivery.

I certify under penalty or perjury that the foregoing MOTIONS are true and correct, pursuant to 28 U.S.C. 1746.

Tyrone P. James
#62154
York County Prison
3400 Concord Road
York, PA.  17402

Dated November 8, 2001.