ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,
        Plaintiff

v.

YORK COUNTY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. RAYMOND E. CRAUL, SGT. GENE FELLS, DET. KESSLER, C/O BAYLARK,
        Defendants

No. 1:CV-01-1015

Judge Kane

FILED
HARRISBURG, PA
DEC 07 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants James Morgan, Robert Kessler, Gene Fells and Raymond Craul in the above captioned case.

_____
LINDA S. LLOYD
**Deputy Attorney General**

**OFFICE OF ATTORNEY GENERAL**
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 705-7327
FAX (717) 772-4526

Date: December 7, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,
                 Plaintiff   :
:   No. 1:CV-01-1015
v.   :
:   Judge Kane

YORK COUNTY POLICE   :
DEPARTMENT, AGENT JAMES H.   :
MORGAN, DET. RICHARD   :
PEDDICORD, DET. RAYMOND E.   :
CRAUL, SGT. GENE FELLS, DET.   :
KESSLER, C/O BAYLARK,   :
                 Defendants   :

## CERTIFICATE OF SERVICE

I, Linda S. Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on December 7, 2001, I served a true and correct copy of the foregoing Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James
York County Prison
3400 Concord Road
York, PA 17402

Donald L. Reihart
Law Office of Donald L. Reihart
2600 Eastern Blvd., Suite 204
York, PA 17402

*Linda S. Lloyd*
LINDA S. LLOYD
**Deputy Attorney General**