# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
|                        Plaintiff | : CIVIL NO. 1:CV-01-1015 |

: Judge Kane

v. :

YORK COUNTY POLICE DEPT., :

ET AL., :

|                        Defendants |

FILED
SCRANTON

DEC 1 3 2001

PER _____
DEPUTY CLERK

## MOTION IN OPPOSING DEFENDANTS REQUESTS
## FOR EXTENSION OF TIME

Plaintiff's, TYRONE P.JAMES, hereby respectfully move the Court, pursuant to Rule 4 of Fed. R. Civ. P., in opposing the Motion For Enlargement Of Time To Respond To Plaintiff's Complaint and in support state as follows:

1.   Defendants in the above captioned case was served by the U.S. Marshal a copy of the service of process of Complaint on October 11,2001, and counsel was assigned to this case on October 24,2001.

2.   The deadline for the return of the Waiver of Service was November 12, 2001.

3.    Defendant Peddicord has not , as of this date, returned his representation letter, or Waivers of Service.

4.  The Defendants, have sufficient amount of time, 60 days, to answer or respond to Plaintiff's complaint.

5.  A response to the Complaint is due on December 10,2001.

6.  It's the responsibility of the defendants to acquire counsel, and make a timely response within 60 days to Plaintiff complaint.

WHEREFORE, Plaintiff's request this Honorable Court to denied, Defendants Motion For Enlargement Of Time To Respond To Plaintiff's Complaint and move this Hon. Court for a Motion For Default Judgment for the relief demanded.

Respectfully submitted,

*Tyrone James*
TYRONE P. JAMES
Plaintiff's Pro-se

December 09, 2001