UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
        Plaintiff           : Civil Action No.1:CV-01-1015

                                      : Judge Kane

      v.

YORK COUNTY POLICE DEPT.,

ET AL.,

        Defendants

FILED
SCRANTON
DEC 1 3 2001
PER_____
DEPUTY CLERK

## REQUEST FOR PRODUCTION OF DOCUMENTS:

Plaintiffs request, pursuant to Rule 34 of the Federal Rules of Civil Procedure, That Defendants, YORK COUNTY POLICE DEPT., ET AL., who have the documents Plaintiff want to see , produce for inspection and copying the following documents:

1. Complete, accurate, and legible copies of all official records reflecting departmental disciplinary action against all Police officers/ Agents, who were in any way connected with the Investigation and prosecution in this case.

2. All rules, regulations and policy pertaining to "Standard Police Procedure" on search and seizure, and arrest.

3. All written statements, originals or copies, identifiable as reports of statements by Agents, police and civilian manager and employees at the Mail Box Etc.

4. All pertinent transcription(s), communication reports, facsimiles, memos, phone log(s), between California Officials, and Pennsylvania Officials involved in this case.

5. All information, original or copies, of Application for Probable Cause, Affidavit in conjunction with Application for Search Warrant concerning the Seizure of said Evidence at Mail Boxes Etc.

6. Any and all investigative information of record leading to the Seizure of all said evidence in this case.

7. Any and all receipts showing of record that said evidence was in fact a matter of mail material from California, to Pennsylvania. Also, names, and titles of those responsible parties for the shipping of said evidence from one jurisdiction to another, and the Court Order; [ copy, or original ] , permitting of such action.

PLEASE TAKE NOTICE that the above requested documents shall be produced for inspection and copying at the York County Prison, Pennsylvania, prior to any dates set forth for Court Proceedings.

Date: December 9, 2001.

Respectfully,

*Tyrone James* (signature)
Tyrone P. James,
Plaintiff's Pro-se
3400 Concord Rd.
York, PA 17402
# 62154