

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>Plaintiff | : Civil Action No.1:CV-01-1015 |
| | : Judge Kane |
| v. | : FILED<br>SCRANTON |
| YORK COUNTY POLICE DEPT.,<br>ET AL., | : DEC 1 3 2001 |
| Defendants | PER _____<br>DEPUTY CLERK |

## AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff's TYRONE P. JAMES, being duly sworn, deposes and says:

1. I am a plaintiff herein.

2. The complaint herein was filed on the 8th, day of June, 2001.

3. The court files and record herein show that the Defendants were served by the United States Marshal with a copy of summons either with a copy of Plaintiff's complaint, on the 11th, day of October, 2001.

4. More than 60 days have elapsed since the date on which the Defendants herein were served with summons and copy of the complaint, excluding the date thereof.

5. The Defendant here have failed to answer to otherwise detail as to Plaintiff's complaint, or serve a copy of any answer or defense which it might have had, upon affiant or any other Plaintiff's herein.

6. Defendants are not in the military service and are not infants incompetents.

WHEREFORE, this affidavit is executed in accordance with Rule No. 55(a) of Federal Rules Of Civil Procedure, for the purpose of enabling the Plaintiffs herein to obtain an entry of default against the defendants in ,for their failure to answer or otherwise defend as to the Plaintiff's complaint.

Respectfully submitted,

*Tyrone James*
TYRONE P. JAMES
Plaintiff's Pro-se

December 09, 2001