UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
        Plaintiff               : Civil Action No.1:CV-01-1015

                                         :    Judge Kane

        v.                               :

YORK COUNTY POLICE DEPT.,      :
ET AL.,
        Defendants

## **WAIVER**

NOW COMES, petitioner TYRONE P. JAMES, before this Honorable Court petitioning this Court to waive the filing fee of $150.00 in accordance with 28 U.S.C. section 1915.

Petitioner is incarcerated in the York County Prison since January 10, 2001, an his on a nominal wage of $10 with the institution. Petitioner will be held at this Prison until he send to a Pennsylvania State Prison where he will served his remaining sentence. The $150.00 will commence hardship on petitioner as no fund coming in from family or the community. The fund that are available on petitioner prison trust account, is for his personal need, and corresponding with the Court through postage, while incarcerated in prison.

The petitioner pray this Court to waive the filing fee of $150.00 pursuant to 28 U.S.C. section 1914, base on petitioner status in Prison and is without any fund from family member and the community.

Respectfully Submitted,

*Tyrone James*
TYRONE P. JAMES Pro-se
Petitioner

December 09, 2001.