# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>        Plaintiff | :<br>:<br>:   No. 1:CV-01-1015 |
| v. | :<br>:   Judge Kane |
| YORK COUNTY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. RAYMOND E. CRAUL, SGT. GENE FELLS, DET. KESSLER, C/O BAYLARK,<br>        Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA

DEC 1 8 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 18th day of December, 2001, upon consideration of Defendants Morgan, Craul, Fells and Kessler's motion for enlargement of time to respond to Plaintiff's Complaint, said motion is **GRANTED**. Defendants' will respond to Plaintiff's Complaint on or before December 31, 2001.

BY THE COURT,

_____
KANE, J.

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       December 18, 2001


Re:  1:01-cv-01015   James v. York County Police


True and correct copies of the attached were mailed by the clerk
to the following:


    Tyrone P. James
    CTY-YORK
    York County Prison
    62154
    3400 Concord Road
    York, PA  17402

    Linda S. Lloyd, Esq.
    Office of Attorney General
    15th Floor
    Strawberry Square
    Harrisburg, PA  17120

    Donald L. Reihart, Esq.
    Law Offices of Donald L. Reihart
    2600 Eastern Blvd.
    Suite 204
    York, PA  17402



cc:
Judge                           (/)        ( ) Pro Se Law Clerk
Magistrate Judge                ( )        ( ) INS
U.S. Marshal                    ( )        ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
```

```
                                  to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                       DA of County  ( )   Respondents  ( )
Bankruptcy Court          ( )
Other_____ ( )
                                                     MARY E. D'ANDREA, Clerk

         DATE: __12/18/01__                          BY: _____
                                                           Deputy Clerk
```