```
Mon Dec 10 16:57:52 2001

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 86157
Cashier       rich

Tender Type  CHECK

Check Number: 21550

Transaction Type  AR

D0 Code   Div No    Acct
 4667       3       5100PL

Amount            $   18.00

TYRONE JAMES    YORK CO. PRISON
YORK, PA  17402

PARITAL FILING FEE - CV-01-1015


cn
Mon Dec 10 16:57:52 2001

Check No. 21550
Amount$    18.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

**Account Activity Ledger**  Munnion  Time : 12:53
From : 01/11/2001   To : 12/03/2001

1:01CV1015

| Time  | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|-------|--------------|----------|---------|---------|------------|-----------------|
| RONE PHILLIP |        | Block SEGA-2B |  |  |  |  |
| 10:12 | B#40503 | D |       | 10.00 |        | 548.57 |
| 12:18 | I#89835 | I | 16.74 |       |        | 531.83 |
| 09:44 | B#40940 | D |       | 10.00 |        | 541.83 |
| 09:17 | B#41454 | D |       | 10.00 |        | 551.83 |
| 12:51 | B#41505 | W |       |       | -29.95 | 521.88 |
| 12:38 | I#91619 | I | 21.56 |       |        | 500.32 |
| 13:37 | B#41868 | D |       | 10.00 |        | 510.32 |
| 12:12 | I#92704 | I | 15.28 |       |        | 495.04 |
| 09:44 | B#42308 | D |       | 10.00 |        | 505.04 |
| 07:29 | B#42529 | W |       |       | -0.34  | 504.70 |
| 07:30 | B#42530 | W |       |       | -0.34  | 504.36 |
| 07:30 | B#42531 | W |       |       | -0.34  | 504.02 |
| 11:32 | I#93557 | I | 17.56 |       |        | 486.46 |
| 09:49 | B#42625 | W |       |       | -3.50  | 482.96 |
| 09:58 | B#42629 | W |       |       | -0.68  | 482.28 |
| 10:19 | B#42657 | D |       | 10.00 |        | 492.28 |
| 11:15 | B#42656 | D |       | 20.00 |        | 512.28 |
| 07:12 | B#43147 | W |       |       | -2.97  | 509.31 |
| 07:12 | B#43149 | W |       |       | -0.80  | 508.51 |
| 10:33 | B#43237 | D |       | 10.00 |        | 518.51 |

| Deposits  | 45 | For | $ | 2,139.20 |
| Withdraws | 61 | For | $ | -429.66  |
| Invoices  | 43 | For | $ | 1,191.03 |

*handwritten: $90.00 X 20% $18 to be sent to Court*

Page : 4