COPY 39

Tyrone P. James
#62154
York County Prison
3400 Concord Road
York, PA 17402

December 20, 2001

FILED
SCRANTON
DEC 26 2001
PER _____
DEPUTY CLERK

Clerk Of Court
U.S. District Court
Middle District Of Pennsylvania
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

RE: Tyrone P. James v. York County Police Department, et al.
    No. 1: CV-01-1015

Dear Clerk Of Court:

I Tyrone P. James filed in said Court in the months of September, October, November and December, **MOTION TO AMEND COMPLAINT, MOTION TO AMEND COMPLAINT AND BRIEF, MOTION FOR APPOINTMENT OF COUNSEL, MEMORANDUM AND ANSWER TO DEFENDENT ARGUMENT, PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND AFFIDAVIT FOR ENTRY OF DEFAULT.** I have not received any response from the Court if said motions were filed and forwarded to the appropriate Judge to be heard. Please inform me as to the whether these motions have been filed in the appropriate Court and whether the Judge has made any answers to the following motions. As of this date if have not receive any response from the Court. Thank you.

Sincerely,

Tyrone James

Tyrone P. James