UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES :
    Plaintiff : CIVIL ACTION NO.
      1:CV-01-1015
:
      Judge Kane

v.

YORK COUNTY POLICE DEPT., :
    ET AL.,
    Defendants :

**FILED**
HARRISBURG, PA
DEC 2 6 2001
MARY E. D'ANDREA, C
Per _____
    Deputy Clerk

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing **MOTION TO AMEND COMPLAINT, MOTION TO AMEND COMPLAINT AND BRIEF,** is true and correct pursuant to 28 U.S.C. 1746, and was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid thereon, addressed as follows:

1. Office Of The Clerk
   United States District Court
   Middle District Of Pennsylvania
   228 Walnut Street
   P.O. Box 983
   Harrisburg, PA 17108