ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
    Plaintiff

v.

YORK COUNTY POLICE DEPT.,
ET AL.,
    Defendants

: Civil Action No.1:CV-01-1015
: Judge Kane
: Mag J. Mannion

FILED
HARRISBURG, PA
DEC 2 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff's TYRONE P. JAMES, being duly sworn, deposes and says:

1. I am a plaintiff herein.

2. The complaint herein was filed on the 8th, day of June, 2001.

3. The court files and record herein show that the Defendant Richard Peddicord was served by the United States Marshal with a copy of summons either with a copy of Plaintiff's complaint, on the 11th, day of October, 2001.

4. More than 60 days have elapsed since the date on which the Defendants herein were served with summons and copy of the complaint, excluding the date thereof.

5. The Defendant here have failed to answer to otherwise detail as to Plaintiff's complaint, or serve a copy of any answer or defense which it might have had, upon affiant or any other Plaintiff's herein.

6. Defendants are not in the military service and are not infants incompetents.

WHEREFORE, this affidavit is executed in accordance with Rule No. 55(a) of Federal Rules Of Civil Procedure, for the purpose of enabling the Plaintiffs herein to obtain an entry of default against the defendants in ,for their failure to answer or otherwise defend as to the Plaintiff's complaint.

Respectfully submitted,

*Tyrone James*
TYRONE P. JAMES
Plaintiff's Pro-se

December 20, 2001

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES                         :
      Plaintiff                     :     CIVIL ACTION NO.
                                          1:CV-01-1015
                                        :     Judge Kane

v.

YORK COUNTY POLICE DEPT.,               :
      ET AL.,
      Defendants                    :

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing **AFFIAVIT FOR ENTRY OF DEFAULT,** is true and correct pursuant to 28 U.S.C. 1746, and was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid thereon, addressed as follows:

    1. Office Of The Clerk
       United States District Court
       Middle District Of Pennsylvania
       228 Walnut Street
       P.O. Box 983
       Harrisburg, PA 17108

2. Donald L Reihart, Esq.
   Sup. Ct. I.D. #07421
   2600 Eastern Boulevard
   Suite 204
   York, PA 17402-2904

3. LINDA S. LLOYD
   Deputy Attorney General
   I.D. #66720
   Office Of Attorney General
   15th Fl., Strawberry Square
   Harrisburg, PA 17120.

                                    Respectfully submitted,

                                    Tyrone P. James
                                    #62154
                                    York County Prison
                                    3400 Concord Road
                                    York, PA 17402.

Dated: December 20, 2001.