IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>                Plaintiff<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. RAYMOND E. CRAUL, SGT. GENE FELLS, DET. KESSLER, C/O BAYLARK, DET. ANTHONY GLOWCZEWSKI, AGENT RANDY SIPES, AGENT BRIAN WESTMORELAND<br>                Defendants | No. 1:CV-01-1015<br><br>Judge Kane |

FILED
HARRISBURG
DEC 2 8 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Morgan, Peddicord, Craul, Fells, Kessler, Glowczewski and Westmoreland, move the Court to dismiss the complaint against them for failure to state a claim upon which relief may be granted.

A brief in support of this motion will be submitted within ten (10) days pursuant to Local Rule 7.5 of the United States District Court for the Middle District of Pennsylvania.

**WHEREFORE**, the complaint should be dismissed.

                                        Respectfully submitted,

                                        D. MICHAEL FISHER
                                        Attorney General

                           By:   *Linda S. Lloyd* (signature)
                                        LINDA S. LLOYD
                                        Deputy Attorney General
                                        I.D. #66720

| | |
|---|---|
| Office of Attorney General | SUSAN J. FORNEY |
| 15th Fl., Strawberry Square | Chief Deputy Attorney |
| Harrisburg, PA 17120 | Chief, Litigation Section |
| (717) 705-7327 | COUNSEL FOR |
| | STATE DEFENDANTS |
| Dated: December 28, 2001 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,  :
      Plaintiff  :
                                :   No. 1:CV-01-1015

v.  :
                                :   Judge Kane

YORK COUNTY POLICE  :
DEPARTMENT, AGENT JAMES H.  :
MORGAN, DET. RICHARD  :
PEDDICORD, DET. RAYMOND E.  :
CRAUL, SGT. GENE FELLS, DET.  :
KESSLER, C/O BAYLARK,  :
      Defendants :

## CERTIFICATE OF SERVICE

I, Linda S. Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on December 28, 2001, I served a true and correct copy of the foregoing Motion to Dismiss, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James
York County Prison
3400 Concord Road
York, PA  17402

Donald L. Reihart, Esq.
Law Office of Donald L. Reihart
2600 Eastern Blvd., Suite 204
York, PA 17402

_____
LINDA S. LLOYD
**Deputy Attorney General**