FILED
HARRISBURG, PA

JAN 0 2 2002

MARY E. D'ANDREA, CLERK
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>    Plaintiff | :<br>:<br>:   No. 1:CV-01-1015 |
| v. | :<br>:   Judge Kane |
| YORK COUNTY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. RAYMOND E. CRAUL, SGT. GENE FELLS, DET. KESSLER, C/O BAYLARK, DET. ANTHONY GLOWCZEWSKI, AGENT RANDY SIPES, AGENT BRIAN WESTMORELAND<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PA STATE DEFENDANTS'
## MOTION FOR A PROTECTIVE ORDER

Pennsylvania State Defendants Morgan, Westmoreland, Peddicord, Craul, Fells, Kessler and Glowczewski, by their attorneys, hereby respectfully move the Court, pursuant to Fed.R.Civ.P. 26(c), for a protective order which will defer discovery until such time, that the Court rules on that motion to dismiss and Pa. State Defendants answer Plaintiff's complaint.

As is more fully set forth in Pa. State Defendants' supporting brief which is being filed separately, the relief sought here is warranted given the procedural posture of this matter.

WHEREFORE, a protective order to such effect should issue.

>Respectfully submitted,
>D. MICHAEL FISHER
>Attorney General
>
>By: *Linda S. Lloyd*
>LINDA S. LLOYD
>Deputy Attorney General
>I.D. #66720

Office of Attorney General
15th Floor, Strawberry Square
Litigation Section
Harrisburg, PA  17120
(717) 705-7327

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

**COUNSEL FOR PA STATE DEFENDANTS**

Dated: January 2, 2002