

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

**January 28, 2002**

MIKE FISHER
ATTORNEY GENERAL

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone (717) 705-7327
Fax (717) 772-4526

**VIA HAND DELIVERY**

Peter Walsh, Deputy-In-Charge
United States District Court
  for the Middle District of Pennsylvania
Federal Building
Harrisburg, PA 17108

    Re:    <u>James v. York County Police Dept., et al.</u>
            No. 1:CV-01-1015 (M.D.Pa.)
            Judge Kane

**Dear Mr. Walsh:**

    I have been served with Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss. This letter is to inform you that Defendants will not be filing a reply brief.

                            Sincerely,

                            **LINDA S. LLOYD**
                            **Deputy Attorney General**

LSL/lac

cc:    Tyrone P. James
        Donald Hoyt, Esquire
        Donald Reihart, Esquire