# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

TYRONE P. JAMES,                          :        1:CV-01-1015
            Plaintiff         :
     v.                                 :
                         :
YORK COUNTY POLICE DEPARTMENT,           :        (KANE, J.)
AGENT JAMES H. MORGAN, DETECTIVE         :
RICHARD PEDDICORD, DETECTIVE             :        M.J. MANNION
RAYMOND E. CRAUL, SERGEANT GENE          :
FELLS, DETECTIVE KESSLER,                :
CORRECTION OFFICER BAYLARK, and          :
YORK COUNTY PRISON,                      :
            Defendants        :

FILED
HARRISBURG, PA

FEB 2 7 2002

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

## MOTION FOR SUMMARY JUDGMENT
## OF THE DEFENDANTS CORRECTION OFFICER BAYLARK
## AND YORK COUNTY PRISON

      AND NOW, come the Defendants, Correction Officer Baylark and the York County Prison, by and through Donald L. Reihart, Esquire, Assistant Solicitor for York County, Pennsylvania, move Your Honorable Court to enter summary judgment in their favor, based upon the pleadings, affidavits, and other documents produced, including the statement of facts which is submitted herewith, for it is contended that as to the claims alleged, there is no genuine issues of material fact to be tried, and that judgment should be entered in favor of the Defendants as a matter of law.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES, | : | 1:CV-01-0115 |
|       Plaintiff | : | |
|    v. | : | |
| | : | |
| YORK COUNTY POLICE DEPARTMENT, | : | (KANE, J.) |
| AGENT JAMES H. MORGAN, DETECTIVE | : | |
| RICHARD PEDDICORD, DETECTIVE | : | |
| RAYMOND E. CRAUL, SERGEANT GENE | : | |
| FELLS, DETECTIVE KESSLER, | : | |
| CORRECTION OFFICER BAYLARK, and | : | |
| YORK COUNTY PRISON, | : | |
|       Defendants | : | |

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, certify that a true and correct copy of the foregoing

Defendants' Statement of Material Facts. was caused to be served on the date shown

below by depositing same in the United States mail, first-class, postage prepaid thereon,

addressed as follows:

> Tyrone P. James
> Inmate No. 62154
> York County Prison
> 3400 Concord Road
> York, PA  17402

Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA  17108

Respectfully submitted,

By: _____

Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Date: _2/20/02_

Assistant Solicitor for York County

Respectfully submitted,

By: _Donald L. Reihart_

Donald L. Reihart, Esquire
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Assistant Solicitor for York County

Dated: _2/20/02_

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| TYRONE P. JAMES, | : | 1:CV-01-0115 |
|       Plaintiff | : | |
|     v. | : | |
| | : | |
| YORK COUNTY POLICE DEPARTMENT, | : | (KANE, J.) |
| AGENT JAMES H. MORGAN, DETECTIVE | : | |
| RICHARD PEDDICORD, DETECTIVE | : | |
| RAYMOND E. CRAUL, SERGEANT GENE | : | |
| FELLS, DETECTIVE KESSLER, | : | |
| CORRECTION OFFICER BAYLARK, and | : | |
| YORK COUNTY PRISON, | : | |
|       Defendants | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Donald L. Reihart, Esquire, Assistant Solicitor for York County, hereby certify

that a true and correct copy of the foregoing Motion for Summary Judgment of the

Defendants Correction Officer Baylark and York County Prison was caused to be served

on the date shown below by depositing same in the United States mail, first-class,

postage prepaid thereon, addressed as follows:

Tyrone P. James
Inmate No. 62154
York County Prison
3400 Concord Road
York, PA  17402

Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA  17108

Respectfully submitted,

By: _____

Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Date: 2/20/02

Assistant Solicitor for York County