# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES <br>     Plaintiff | : CIVIL NO. 1:CV-01-1015 <br> : Judge Kane <br> : Mag. J. Mannion |
| v. | : |
| YORK COUNTY POLICE DEPT., <br> ET AL., <br>     Defendants | : FILED <br> : HARRISBURG <br> : MAR 0 5 2002 <br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy Clerk |

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER DEFENDANT BAYLOCK'S MOTION FOR SUMMARY JUDGMENT

Come Now, Plaintiff's, Tyrone P. James, hereby respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b), to enlarge time to answer Defendant C/O Baylock, Motion For Summary Judgment and in support state as follows.

1. On November 8, 2001, Defendant Baylock, filed an Answer and Affirmative defenses of correctional officer Baylock and the York County prison.