**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>　　　　　Plaintiff<br><br>v.<br><br>YORK COUNTY POLICE<br>DEPARTMENT, AGENT JAMES H.<br>MORGAN, DET. RICHARD<br>PEDDICORD, DET. RAYMOND E.<br>CRAUL, SGT. GENE FELLS, DET.<br>KESSLER, C/O BAYLARK,<br>　　　　　Defendants | No. 1:CV-01-1015<br><br>Judge Kane |

FILED
HARRISBURG, PA
MAR 0 8 2002
MARY E. D'ANDREA, CLERK
Per _____

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Anthony Glowczewski, Brian Westmoreland and Richard Peddicord in the above captioned case.

_____
LINDA S. LLOYD
**Deputy Attorney General**

**OFFICE OF ATTORNEY GENERAL**
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 705-7327
FAX (717) 772-4526

Date: March 8, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>      Plaintiff | :<br>:<br>:   No. 1:CV-01-1015 |
| v. | :<br>:   Judge Kane |
| YORK COUNTY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. RAYMOND E. CRAUL, SGT. GENE FELLS, DET. KESSLER, C/O BAYLARK,<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Linda S. Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on March 8, 2002, I served a true and correct copy of the foregoing Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James
York County Prison
3400 Concord Road
York, PA 17402

Donald L. Reihart
Law Office of Donald L. Reihart
2600 Eastern Blvd., Suite 204
York, PA 17402

_____
LINDA S. LLOYD
Deputy Attorney General