ORIGINAL

(65)
3-21-0
SC

3/15/01

Tyrone P James
EX 9451
P.O. Box 200
Camp Hill, PA 17001-0200

FILED
HARRISBURG

MAR 2 0 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 98
Harrisburg, PA 17108

Re: James v. York County Police Dept., Et al. 1:CV-01-1015

J. Kane
Mag. J Mannion

Dear Clerk of Court:

Please be advise that I Plaintiff is now currently incarcerated at the follow address

Tyrone James
Inmate No. EX 9451
P.O. Box 200
Camp Hill, PA 17001-0200

Please address all legal correspondence to the indicated above. Thank you.

Respectfully

Tyrone James