IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,
    Plaintiff

v.

YORK COUNTY POLICE DEPT.,
ET AL.,
    Defendants

CIVIL ACTION NO. 1:CV-01-1015
(Judge Kane)

FILED
HARRISBURG, PA
APR 25 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ORDER

On February 25, 2002, this Court entered an Order granting Plaintiff's motion to amend his complaint as a matter of course pursuant Federal Rule of Civil Procedure 15(a). Plaintiff was adding Agent Randy Snipes, Agent Brian K. Westmoreland, and Detective Glowczeski as named defendants. Plaintiff did not change the factual allegations in the complaint -- the amendment merely identified agents who were unnamed in his original complaint.

Plaintiff's brief in support of his motion to dismiss (Doc No. 22) contained a full explanation of the nature of, and reason for, the amendment to his complaint. However, the proposed amended complaint (Doc No. 56) does not list the new defendants. Because Plaintiff's brief (Doc. No. 22) appears to have been intended as the amendment to his complaint, the Court shall treat it as a supplement to the complaint. **THEREFORE, IT IS ORDERED THAT**:

    The US Marshall shall serve the Amended Complaint (Doc No. 56) together with the addendum to the complaint (Doc No. 22) upon the three new defendants (Snipes, Westmoreland and Glowczeski) and upon the original defendants.

Yvette Kane
United States District Judge

Date: April 25, 2002