IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>      **Plaintiff** | :<br>:<br>:   CIVIL ACTION NO. 1:CV-01-1015 |
| v. | :   Judge Kane<br>: |
| YORK COUNTY POLICE DEPT.,<br>ET AL.,<br>      **Defendants** | :<br>:<br>: |

**FILED**
HARRISBURG

MAY 29 2002

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

**ORDER**

Now before the Court is Plaintiff's fourth Motion for Appointment of Counsel (Doc. No. 69). The Court denied Petitioner's previous such requests (Docs. No. 4, 18 and 21). For the reasons fully set forth in this Court's Memorandum & Order of February 20, 2002, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion for Appointment of Counsel (Doc. No. 69) is **DENIED**.

_____
Yvette Kane
United States District Judge

Date: May 28, 2002