Tyrone James
EX 9451
P.O. Box A
Bellefonte, PA. 16823-0820

**ORIGINAL**

June 12, 2002

(73)

6-17-02
SC

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

Civil Action No.
1:CV-01-1015

Judge Kane
mJ Mannion

**FILED**
HARRISBURG, PA
JUN 14 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Clerk of Court,

Please be advise that Plaintiff address in the above pending action, has been change as follow:

Tyrone James
EX 9451
P.O. Box A
Bellefonte, PA, 16823-08

Please make the following change as shown to record. Thank you.

Respectfully
Tyrone James
EX 9451,