1 ᵗ

ORIGINAL

74
7/9/0
vg

June 18, 2002

Tyrone James
EX9451
P.O. Box A
Bellefonte, PA 16823-0820

Case No. 1:CV-01-1015

Judge Kane

FILED
HARRISBURG, PA

JUL 08 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Office Of The Clerk
United States District Court
Middle District Of Pennsylvania
228 Walnut Street
P.O. Box 98
Harrisburg, PA 17108

Dear Clerk,
    Please note, Plaintiff Tyrone James,
as change his address, to the above address. Plea
forward all future correspondence to the address
Listed above. Thank you.

Respectfully

Tyrone James
EX9451

cc. Tyrone James.