(15)

# WAIVER OF SERVICE OF SUMMONS

TO: _Tyrone P. James_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _James_ VS _York County Police Dept._, which is case number _CV-01-1015_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _6-13_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

FILED SCRANTON
JUL 08 2002
_____ DEPUTY CLERK

_7/3/02_
Date

Signature: _Linda S. Lloyd_

Printed/typed name: _Linda S. Lloyd_

Title if any: _Deputy Attorney General_

Address of person signing: _15th Floor, Strawberry Square Harrisburg PA 17120_

Representing defendant(s) if any: _James H. Morgan, Richard Peddicord, Raymond Craul, Gene Fells, Detective Kessler, Brian K. Westmoreland and Detective Glowczeski_



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

July 3, 2002

MIKE FISHER
ATTORNEY GENERAL

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone  (717) 705-7327
Fax   (717) 772-4526

United States Marshal
P.O. Box 310
Scranton, PA 18501

Re:   James v. York County Police Dept., et al.
      No. 1:CV-01-1015  (M.D.Pa.)
      (Judge Kane) (Magistrate Judge Mannion)

Dear Sir/Madam:

I am again returning the signed waiver of service on behalf of defendants Morgan, Peddicord, Craul, Fells, Kessler, Westmoreland and Glowczeski in the above captioned case.

I would like to bring to the Court's attention that a motion to dismiss was filed on behalf of these defendants on December 28, 2001, with a brief in support filed on January 14, 2002. The motion is now pending before the Court.

If there are any questions about this case please give me a call.

Sincerely,

Linda S. Floyd

LINDA S. LLOYD
Deputy Attorney General

LSL/lac
Enclosure



AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CIVIL CASE

TYRONE P. JAMES,
    Plaintiff

CASE NUMBER: 1:CV-01-1015

Judge Yvette Kane

v.

YORK COUNTY POLICE DEPT., ET AL..
    Defendants

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:
Tyrone P. James
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA 17001

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY E. D'ANDREA, Clerk**
    DATE: April 29, 2002

*(By) Jennifer Kennedy, Deputy Clerk*

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tyrone P. James | 1:01-CV-01015 |// 
| DEFENDANT | TYPE OF PROCESS |
| Agent Randy Sipes | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Agent Randy Sipes

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
California Department of Justice, Office of the Attorney General, Narcotic Div. Riverside, Cali

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tyrone P. James  
York County Prison  
3400 Concord Road  
York, PA. 17402.

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED  
SCRANTON  
JUL 08 2002  
PER ___ DEPUTY CLERK

Signature of Attorney or other Originator requesting service on behalf of:  
Tyrone James  
☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER    DATE 9/21/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: Andrea Lavelle | Date 2/28/02

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above) | Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Unexecuted  
✗ Insufficient Address  
A. Lavelle

PRIOR EDITIONS | 1 CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)



U.S. Department of Justice
United States Marshals Service
Middle District of Pennsylvania
U.S. Federal Building
Washington Ave. & Linden St.
Scranton, PA 18503

Official Business
Penalty for Private Use $300

INSUFFICIENT ADDRESS

Agent Randy Spear
Attorney General's Office
Narcotics Division
Nashville, City