IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,
    Plaintiff    :    CIVIL ACTION NO. 1:CV-01-1015
        :    Judge Kane
    v.    :

YORK COUNTY POLICE DEPT.,
ET AL.,
    Defendants    :

### ORDER

This matter came before the undersigned on June 25, 2001, for review of Plaintiff's objections to a Report and Recommendation by Magistrate Judge Malachy E. Mannion recommending dismissal of the complaint. This Court adopted in part and rejected in part the Report and Recommendation on September 18, 2001. The undersigned has presided over this matter since that time. The interests of justice and judicial economy would best be served, however, if this matter is returned to the Magistrate Judge to whom it was originally assigned for further proceedings.

**AND NOW, IT IS ORDERED THAT** this matter is transferred to Magistrate Judge Malachy E. Mannion.

_____
Yvette Kane
United States District Judge

Dated: July 10, 2002