ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES                    :

    Plaintiff                  :       CIVIL ACTION NO.1:01-1015

    v.                         :           (KANE, D.J.)
                                           (MANNION, M.J.)
YORK COUNTY POLICE                 :
DEPARTMENT, JAMES H.
MORGAN, RICHARD                    :
PEDDICORD, RAYMOND E.
CRAUL, GENE FELLS, DET.            :
KESSLER, CO BAYLARK,
RANDY SNIPES, BRIAN                :
WESTMORELAND,and
DETECTIVE GLOWCZESKI               :

    Defendants                 :

```
┌─────────────────────────────┐
│         FILED               │
│      APR 2 2 2003           │
│  MARY E. D'ANDREA, CLERK    │
│  PER         HBG, PA DEPUTY CLERK │
└─────────────────────────────┘
```

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Tyrone P. James, pursuant to § 1915, request this Honorable

Court to appoint counsel to represent him in this case for the following

reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The plaintiff, as very limited access to law books, doing research, and law library.

4. The plaintiff has a limited knowledge of the Law.

Plaintiff will file affidavit and supporting motion has to memoranda

of law, within 10 days from the date this document is filed with this Court,

in complying with Local Rule 7.3,.

Dated: April 18, 2003.

                       Respectfully Submitted,

                       Tyrone James

                       Tyrone P. James
                       EX-9451
                       P.O. Box A
                       Bellefonte, PA 16823-0820

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES                    :

    Plaintiff                      :        CIVIL ACTION NO.1:01-1015

    v.                             :           (KANE, D.J.)
                                               (MANNION, M.J.)
YORK COUNTY POLICE                 :
DEPARTMENT, JAMES H.
MORGAN, RICHARD                    :
PEDDICORD, RAYMOND E.
CRAUL, GENE FELLS, DET.            :
KESSLER, CO BAYLARK,
RANDY SNIPES, BRIAN                :
WESTMORELAND,and
DETECTIVE GLOWCZESKI               :

    Defendants                     :

CERTIFICATE OF SERVICE

    I, Tyrone P. James, certify under penalty of perjury, that the foregoing

Motion For Appointment Of Counsel was caused to be served on the date and

persons named below by depositing same in the United States mail, first-class,

postage prepaid thereon, address as follows:

1.  Office Of The Clerk              2.  Donald L. Reihart, Esq.
    United States District Court         Law Office Of Donald L. Reihart
    Middle District Of Pennsylvania      3015 Eastern Avenue
    228 Walnut Street, P.O. Box 983      York, PA 17402
    Harrisburg, PA 17108

3.  Linda S. Lloyd, Esq.
    15 th Floor, Strawberry Square
    Harrisburg, PA 17120

                                Respectfully Submitted,

Dated: April 18, 2003.                       *Tyrone James*

                                             Tyrone P. James
                                             EX-9451

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES | : | |
| Plaintiff | : | CIVIL ACTION NO.1:01-1015 |
| v. | : | (KANE, D.J.) |
| | | (MANNION, M.J.) |
| YORK COUNTY POLICE DEPARTMENT, JAMES H. MORGAN, RICHARD PEDDICORD, RAYMOND E. CRAUL, GENE FELLS, DET. KESSLER, CO BAYLARK, RANDY SNIPES, BRIAN WESTMORELAND,and DETECTIVE GLOWCZESKI | : | |
| Defendants | : | |

ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Plaintiff's Motion For Appointment Of Counsel, and Defendants response thereto. **IN IS HEREBY ORDERED**, that the motion is **GRANTED**. That this Honorable Court appoint counsel to represent the Plaintiffs' in this complaint until relieved by order of the District Court.


_____

United States District Judge.

Legal Mail

FILED

APR 2 2 2003

MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK

YEROME V. JAMES

INMATE MAIL
PA DEPT OF
CORRECTIONS



To
Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108.

U.S. POSTAGE