2 TO G

# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                          :
                              Plaintiff   :
                                          :
          v.                              :        No. 1:CV-01-1015
                                          :
                                          :        (Judge Kane)
YORK COUNTY POLICE                        :        (Magistrate Judge Mannion)
DEPARTMENT; AGENT JAMES H.                :
MORGAN; DET. RICHARD                      :
PEDDICORD; DET. RAYMOND E.                :
CRAUL; SGT. GENE FELLS; DET.              :
KESSLER; C/O BAYLARK; DET.                :
ANTHONY GLOWCZEWSKI; AGENT :
RANDY SIPES; and AGENT BRIAN              :
WESTMORELAND,                             :
                              Defendants  :



### WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw my appearance on behalf of defendants James H. Morgan,

Richard Peddicord, Raymond E. Craul, Gene Fells, Detective Kessler, Brian

Westmoreland and Detective Glowczeski in the above captioned case.

*Linda S. Lloyd*

**LINDA S. LLOYD**
**Deputy Attorney General**
**Attorney ID 71554**

Please enter my appearance on behalf of defendants James H. Morgan,

Richard Peddicord, Raymond E. Craul, Gene Fells, Detective Kessler, Brian

Westmoreland and Detective Glowczeski in the above captioned case.

JASON C. GIURINTANO
Deputy Attorney General
Attorney ID 89177

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Litigation Section**
**Harrisburg, PA  17120**
**(717) 787-9711**

**COUNSEL FOR COMMONWEALTH**
**DEFENDANTS**

**Dated:  June 17 , 2003**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,            :
                    **Plaintiff**  :
            :    No. 1:CV-01-1015

v.                  :
            :    (Judge Kane)
YORK COUNTY POLICE    :    (Magistrate Judge Mannion)
DEPARTMENT; AGENT JAMES H. :
MORGAN; DET. RICHARD    :
PEDDICORD; DET. RAYMOND E. :
CRAUL; SGT. GENE FELLS; DET. :
KESSLER; C/O BAYLARK; DET. :
ANTHONY GLOWCZEWSKI; AGENT :
RANDY SIPES; and AGENT BRIAN :
WESTMORELAND,        :
           **Defendants** :

## CERTIFICATE OF SERVICE

I, Jason C. Giurintano, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certifies that on June 17, 2003, I served a true and correct copy of the foregoing Withdrawal/Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

**Tyrone P. James, EX-9451**
**SCI Rockview**
**P.O. Box A**
**Bellefonte, PA  16823**

**Donald L. Reihart**
**Law Office of Donald L. Reihart**
**2600 Eastern Blvd., Suite 204**
**York, PA  17402**

JASON C. GIURINTANO
Deputy Attorney General