ORIGINAL
none to C1

September 15, 2003.

Tyrone James
62154
York County Prison
3400 Concord Road
York, PA. 17402

RE: 1:CV-01-1015
James, T. v. County of York, et al

United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17101

FILED
HARRISBURG, PA
SEP 17 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Clerk of Court:

Please be Advise, That I, Tyrone P. James, Plaintiff in the above entitled-captioned, hereby Inform This Honorable Court, That I am Temparily Incarcerated at The York County Prison, ~~awaiting~~ From August 25, 2003. For a hearing on a PCRA Petition, which was continued until October 9, 2003. Although The Honorable Judge John W. Thompson, Order, was for me To Return To SCI-Rockview, immediately (Fort-Writ). For some appareent reasons, I am still here against The Judges Order.

I am Information This Honorable Court, To Forward all (Future) & Correspondence as to The matter listed above, To The above address.

I will Inform This Court, as To Any Future address changes, with This plaintiff. Thank you.

Sincerely
Tyrone James
62154

"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

Tyrone James
62154
York, County Prison
3400 Concord Road
York, PA. 17402

Legal mail!!

N.F. or Please deduct postage.

1710840383

MARY E. D'ANDREA, CLERK
Per: _____ Deputy Clerk
FILED
HARRISBURG, PA
SEP 17 2003

U.S. POSTAGE
1290
30738 00.370
3497 MAILED FROM ZIP CODE
PB3553559
17402
PITNEY BOWES

United States District Court
For The Middle District Of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17101.