ORIGINAL

September 18, 2003.

Tyrone James
EX9451
P.O. Box A
Bellefonte, PA 16823-0820

Clerk of Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

RE: 1:CV-01-0115

FILED
HARRISBURG, PA

SEP 23 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Clerk of Court:

On September 16, 2003, I informed this Honorable Court about an address change. I informed this Court, that I was presently incarcerated at York County Prison, and that all mail should be forward to that address.

Please be advise, That as of 9-18-03. This Plaintiff is now presently located at SCI-Rockview and all correspondences at to the above matter should be forward to the address listed about. Thank you.

cc. T.J. Plaintiff

Sincerely
Tyrone James
Tyrone James
EX9451.

NAME: Tyrone James
NUMBER: EX94451
BOX A
BELLEFONTE, PA. 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

FILED
HARRISBURG, PA
SEP 2 3 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Legal Mail

Clerk of Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108



ALTOONA, PA / BELLEFONTE SEP 19 '03
PB METER 7131147
U.S. POSTAGE 037