FILED
HARRISBURG, PA

OCT 24 2003

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO.1:01-CV-1015 |
| v. : | |
| : | (Judge Kane) |
| YORK COUNTY POLICE : | |
| DEPARTMENT, JAMES H. MORGAN, : | |
| RICHARD PEDDICORD, RAYMOND E. CRAUL, : | |
| GENE FELLS, DET. KESSLER, CO. BAYLARK, : | |
| RANDY SNIPES, BRIAN WESTMORELAND, : | |
| and DETECTIVE GLOWCZESKI, : | |
|     Defendants : | |



## NOTICE OF APPEAL

Notice is hereby given that Tyrone P. James, plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for Third Circuit from the final judgment entered in this action on October 8, 2003, as to the DISMISSAL, of plaintiff's, Eight Amendment excessive force claim, Fourteenth Amendment excessive force claim, and Sixth Amendment right to counsel claim.

Date: October 21, 2003.

                                    Respectfully Submitted,

                                    Tyrone James

                                    Tyrone P. James
                                    EX 9451
                                    P.O. Box A
                                    Bellefonte, PA 16823

