IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES  
    Plaintiff  

v.  

YORK COUNTY POLICE DEPARTMENT, JAMES H. MORGAN, RICHARD PEDDICORD, RAYMOND E. CRAUL, GENE FELLS, DET. KESSLER, CO. BAYLARK, RANDY SNIPES, BRIAN WESTMORELAND, and DETECTIVE GLOWCZESKI,  
    Defendants  

CIVIL ACTION NO. 1:01-CV-1015

(Judge Kane)

FILED  
HARRISBURG, PA

OCT 24 2003

MARY E. D'ANDREA, CLERK  
Per _____

APPLICATION FOR LEAVE TO CONTINUE IN FORMA PAUPERIS STATUS

    Pursuant to Fed.R.App.P., Plaintiff, requests this Honorable Court for leave to continue in Forma pauperis status.

    1. The Plaintiff avers that on June 26, 2002, the York County Common Pleas Court entered an order granting leave to proceed in forma pauperis.

    2. That there has been no substantial change in his financial condition, since the Court granted in Forma Pauperis status.

    3. That Plaintiff is unable to pay the fees and costs of this proceeding.

Respectfully Submitted,

Date : October 21, 2003

*Tyrone James*  
Tyrone P. James  
EX 9451  
P.O. Box A  
Bellefonte, PA 16823-0820

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
    Plaintiff

v.

YORK COUNTY POLICE
DEPARTMENT, JAMES H. MORGAN,
RICHARD PEDDICORD, RAYMOND E. CRAUL,
GENE FELLS, DET. KESSLER, CO. BAYLARK,
RANDY SNIPES, BRIAN WESTMORELAND,
and DETECTIVE GLOWCZESKI,
    Defendants

CIVIL ACTION NO.1:01-CV-1015

(Judge Kane)

## CERTIFICATE OF SERVICE

I hereby certify that I am on this day serving the forgoing NOTICE OF APPEAL, upon the persons in the manner indicated below which service satisfies the requirement of Fed.R.App.P., and pursuant to 28 U.S.C.1746:

SERVICE BY FIRST CLASS MAIL AS FOLLOWS:

1. Office of The Clerk
   United States District Court
   Middle District Of pennsylvania
   228 Walnut Street
   P.O. Box 983
   Harrisburg, PA 17108

Date: October 21, 2003

Respectfully Submitted,

*Tyrone James*

Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820