OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small><br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

_Middle (Harrisburg)_ Clerk of District Court            Date  _11/21/03_
(District)

_James v. York City Police_                              C. of A. No. _03-4252_
(Caption)

_Tyron P. James_
    (Appellant)

    _01-cv-01015_
    (D.C. No.)

Enclosures:

_11/21/03_____Certified copy of C. of A. Order by the Court/**Clerk**
    (Date)


_____ Released (Record) (Supplemental Record - First - Second - Third)


_____ Copy of this form to acknowledge receipt and return to C. of A.


_____ Record not released at this time until appeal(s) closed at No.(s)_____


_____ Please forward Certified List in Lieu of Record to this office.


_____ The certified copy of order issued as the mandate on_____
           is recalled.

                                          _Danielle R. Cherry_ (267)-299-_4958_
                                            Deputy Clerk        Telephone Number

Receipt Acknowledge:

_____
    (Name)


_____
    (Date)                                                    Rev. 3/13/00
                                          Appeals (Certified List in Lieu of Record)

N:\record-release.wpd