**AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA :

ORIGINAL

COUNTY OF   Centre                   :   CIVIL ACTION NO.:   01-cv-01015

FILED
HARRISBURG, PA
DEC 0 5 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

I,   Francis M. Dougherty   being duly sworn, depose and say:

(1) I am employed as Business Manager at SCI - Rockview.
I have served in that capacity since December 22, 19 91.

(2) The plaintiff,   TYRONE JAMES   Reg. No. EX-9451
is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:
   a. Prison account
      1. Present balance:                                 $   10.07
      2. Total amount of deposits during
         six months preceding the filing of
         the complaint:                                   $   545.81
      3. Average monthly balance:                         $   77.04
      4. Average monthly deposits:                        $   90.97
   b. Employment
      1. Institution employment:                          $   240.81
      2. Average monthly deposits:                        $   40.14
   c. Other resources:
      GIFTS

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*F. M. Dougherty*

Francis M. Dougherty, Business Manager

**TYRONE JAMES, EX9451**
**AVERAGE MONTHLY BALANCE**

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | 6 MONTH AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/26/03 | $ 101.86 | 6/26/03 | $ 95.36 | 7/26/03 | $ 91.08 | 8/26/03 | $ 67.33 | 9/26/03 | $ 49.53 | 10/26/03 | $ 36.20 | |
| 5/27/03 | $ 135.56 | 6/27/03 | $ 95.36 | 7/27/03 | $ 91.08 | 8/27/03 | $ 67.33 | 9/27/03 | $ 49.53 | 10/27/03 | $ 36.20 | |
| 5/28/03 | $ 135.56 | 6/28/03 | $ 95.36 | 7/28/03 | $ 91.08 | 8/28/03 | $ 52.08 | 9/28/03 | $ 49.53 | 10/28/03 | $ 33.99 | |
| 5/29/03 | $ 120.31 | 6/29/03 | $ 95.36 | 7/29/03 | $ 91.08 | 8/29/03 | $ 52.08 | 9/29/03 | $ 49.53 | 10/29/03 | $ 33.99 | |
| 5/30/03 | $ 120.31 | 6/30/03 | $ 95.36 | 7/30/03 | $ 131.08 | 8/30/03 | $ 52.08 | 9/30/03 | $ 48.20 | 10/30/03 | $ 18.74 | |
| 5/31/03 | $ 120.31 | 7/1/03 | $ 95.36 | 7/31/03 | $ 115.83 | 8/31/03 | $ 52.08 | 10/1/03 | $ 48.20 | 10/31/03 | $ 34.74 | |
| 6/1/03 | $ 120.31 | 7/2/03 | $ 95.36 | 8/1/03 | $ 115.83 | 9/1/03 | $ 52.08 | 10/2/03 | $ 48.20 | 11/1/03 | $ 34.74 | |
| 6/2/03 | $ 120.31 | 7/3/03 | $ 119.36 | 8/2/03 | $ 104.29 | 9/2/03 | $ 52.08 | 10/3/03 | $ 48.20 | 11/2/03 | $ 34.74 | |
| 6/3/03 | $ 112.31 | 7/4/03 | $ 119.36 | 8/3/03 | $ 104.29 | 9/3/03 | $ 52.08 | 10/4/03 | $ 42.23 | 11/3/03 | $ 74.74 | |
| 6/4/03 | $ 112.31 | 7/5/03 | $ 119.36 | 8/4/03 | $ 103.86 | 9/4/03 | $ 52.08 | 10/5/03 | $ 42.23 | 11/4/03 | $ 68.74 | |
| 6/5/03 | $ 110.10 | 7/6/03 | $ 119.36 | 8/5/03 | $ 55.61 | 9/5/03 | $ 52.08 | 10/6/03 | $ 42.23 | 11/5/03 | $ 68.74 | |
| 6/6/03 | $ 110.10 | 7/7/03 | $ 119.36 | 8/6/03 | $ 55.61 | 9/6/03 | $ 52.08 | 10/7/03 | $ 42.23 | 11/6/03 | $ 68.74 | |
| 6/7/03 | $ 97.68 | 7/8/03 | $ 89.84 | 8/7/03 | $ 55.61 | 9/7/03 | $ 52.08 | 10/8/03 | $ 62.23 | 11/7/03 | $ 68.74 | |
| 6/8/03 | $ 97.68 | 7/9/03 | $ 89.84 | 8/8/03 | $ 55.61 | 9/8/03 | $ 52.08 | 10/9/03 | $ 62.23 | 11/8/03 | $ 51.30 | |
| 6/9/03 | $ 132.81 | 7/10/03 | $ 88.81 | 8/9/03 | $ 55.61 | 9/9/03 | $ 52.08 | 10/10/03 | $ 78.07 | 11/9/03 | $ 61.30 | |
| 6/10/03 | $ 160.81 | 7/11/03 | $ 88.81 | 8/10/03 | $ 55.61 | 9/10/03 | $ 52.08 | 10/11/03 | $ 65.04 | 11/10/03 | $ 48.79 | |
| 6/11/03 | $ 154.71 | 7/12/03 | $ 88.81 | 8/11/03 | $ 94.99 | 9/11/03 | $ 52.08 | 10/12/03 | $ 65.04 | 11/11/03 | $ 48.79 | |
| 6/12/03 | $ 154.81 | 7/13/03 | $ 88.81 | 8/12/03 | $ 94.99 | 9/12/03 | $ 52.08 | 10/13/03 | $ 65.04 | 11/12/03 | $ 48.79 | |
| 6/13/03 | $ 154.81 | 7/14/03 | $ 126.05 | 8/13/03 | $ 94.99 | 9/13/03 | $ 52.08 | 10/14/03 | $ 65.04 | 11/13/03 | $ 48.79 | |
| 6/14/03 | $ 154.81 | 7/15/03 | $ 126.05 | 8/14/03 | $ 94.99 | 9/14/03 | $ 52.08 | 10/15/03 | $ 65.04 | 11/14/03 | $ 40.69 | |
| 6/15/03 | $ 154.81 | 7/16/03 | $ 126.05 | 8/15/03 | $ 94.99 | 9/15/03 | $ 84.36 | 10/16/03 | $ 65.04 | 11/15/03 | $ 40.69 | |
| 6/16/03 | $ 154.81 | 7/17/03 | $ 126.05 | 8/16/03 | $ 72.73 | 9/16/03 | $ 84.36 | 10/17/03 | $ 54.41 | 11/16/03 | $ 40.69 | |
| 6/17/03 | $ 110.61 | 7/18/03 | $ 126.05 | 8/17/03 | $ 72.73 | 9/17/03 | $ 84.36 | 10/18/03 | $ 40.27 | 11/17/03 | $ 40.69 | |
| 6/18/03 | $ 118.61 | 7/19/03 | $ 96.20 | 8/18/03 | $ 68.73 | 9/18/03 | $ 84.36 | 10/19/03 | $ 40.27 | 11/18/03 | $ 40.69 | |
| 6/19/03 | $ 118.61 | 7/20/03 | $ 96.20 | 8/19/03 | $ 67.33 | 9/19/03 | $ 84.36 | 10/20/03 | $ 37.95 | 11/19/03 | $ 37.92 | |
| 6/20/03 | $ 118.61 | 7/21/03 | $ 96.20 | 8/20/03 | $ 67.33 | 9/20/03 | $ 64.78 | 10/21/03 | $ 37.95 | 11/20/03 | $ 38.67 | |
| 6/21/03 | $ 118.61 | 7/22/03 | $ 96.20 | 8/21/03 | $ 67.33 | 9/21/03 | $ 64.78 | 10/22/03 | $ 37.95 | 11/21/03 | $ 29.43 | |
| 6/22/03 | $ 118.61 | 7/23/03 | $ 96.20 | 8/22/03 | $ 67.33 | 9/22/03 | $ 64.78 | 10/23/03 | $ 37.95 | 11/22/03 | $ 13.48 | |
| 6/23/03 | $ 110.61 | 7/24/03 | $ 91.08 | 8/23/03 | $ 67.33 | 9/23/03 | $ 64.78 | 10/24/03 | $ 36.20 | 11/23/03 | $ 13.48 | |
| 6/24/03 | $ 110.61 | 7/25/03 | $ 91.08 | 8/24/03 | $ 67.33 | 9/24/03 | $ 64.78 | 10/25/03 | $ 36.20 | 11/24/03 | $ 10.07 | |
| 6/25/03 | $ 110.61 | | | 8/25/03 | $ 67.33 | 9/25/03 | $ 49.53 | | | 11/25/03 | $ 10.07 | |
| AVG | $ 125.69 | | $ 103.35 | | $ 81.42 | | $ 60.00 | | $ 50.42 | | $ 41.37 | $ 77.04 |
| | | | | | | | | | | | | $ 77.04 |

**TYRONE JAMES, EX9451**

**AVERAGE MONTHLY DEPOSITS**

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 5/27/03 | | $ 50.00 | $ 50.00 |
| 6/9/03 | $ 43.91 | | $ 43.91 |
| 6/10/03 | | $ 35.00 | $ 35.00 |
| 6/17/03 | | $ 15.00 | $ 15.00 |
| 6/18/03 | | $ 10.00 | $ 10.00 |
| 7/3/03 | | $ 30.00 | $ 30.00 |
| 7/14/03 | $ 46.93 | | $ 46.93 |
| 7/30/03 | | $ 50.00 | $ 50.00 |
| 8/11/03 | $ 49.23 | | $ 49.23 |
| 9/15/03 | $ 40.35 | | $ 40.35 |
| 10/8/03 | | $ 25.00 | $ 25.00 |
| 10/10/03 | $ 19.80 | | $ 19.80 |
| 10/31/03 | | $ 20.00 | $ 20.00 |
| 11/3/03 | | $ 50.00 | $ 50.00 |
| 11/10/03 | $ 40.59 | | $ 40.59 |
| 11/20/03 | | $ 20.00 | $ 20.00 |
| TOTALS | $ 240.81 | $ 305.00 | $ 545.81 |
| AVG | | | $ 90.97 |
| | | | $ 40.14 |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTING SYSTEM              RUN2      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING                    DATE 11/25/2003
REMOTE PRINT TIME   8:10                  FROM PURGE FILE                       PAGE        2

         INMATE    NAME
         NUMBER    LAST              FIRST              MI
         EX9451    JAMES             TYRONE             P

                                                              TRANSACTION  BALANCE AFTER
 BATCH       DATE
   #    MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

  8127  05-07-2003  32  ROC COMMISSARY
                        FOR   5/07/2003                      -3.78          88.26
     4  05-08-2003  37  POSTAGE
                        MAY                                  -1.54          86.72
  8130  05-10-2003  32  ROC COMMISSARY
                        FOR   5/12/2003                      -7.48          79.24
    27  05-12-2003  37  POSTAGE
                        MAY                                  -6.72          72.52
    29  05-12-2003  10  MAINTENANCE PAYROLL
                        +PRIL WAGES 2003                     45.55         118.07
    29  05-12-2003  50  ACT 84 TRANSACTION *
                        1345/01            05/12/03          -9.11         108.96
    37  05-13-2003  37  POSTAGE
                        MAY                                  -1.75         107.21
    49  05-13-2003  38  INSIDE PURCHASES
                        LIBRARY COPIES    4-30-03             -.20         107.01
    64  05-15-2003  37  POSTAGE
                        MAY                                  -4.05         102.96
    68  05-15-2003  38  INSIDE PURCHASES
                        3 COPIES - STATUS SHEET              -.30         102.66
    75  05-16-2003  13  PERSONAL GIFT FROM
                        BRENDA TUTT         #159877          20.00         122.66
    75  05-16-2003  50  ACT 84 TRANSACTION *
                        1345/01            05/16/03          -4.00         118.66
  8137  05-17-2003  32  ROC COMMISSARY
                        FOR   5/19/2003                      -6.02         112.64
   117  05-21-2003  37  POSTAGE
                        MAY                                  -4.05         108.59
  8144  05-24-2003  32  ROC COMMISSARY
                        FOR   5/27/2003                      -6.73         101.86
   143  05-27-2003  13  PERSONAL GIFT FROM
                        DAVIS, B           #056955           50.00         151.86
   143  05-27-2003  50  ACT 84 TRANSACTION *
                        1345/01            05/27/03         -10.00         141.86
   145  05-27-2003  38  INSIDE PURCHASES
                        LIBRARY COPIES (5/04)                -2.20         139.66
   145  05-27-2003  38  INSIDE PURCHASES
                        LIBRARY COPIES (5/05)                -3.20         136.46
   145  05-27-2003  38  INSIDE PURCHASES
                        LIBRARY COPIES (5/07)                 -.40         136.06
   145  05-27-2003  38  INSIDE PURCHASES
                        LIBRARY COPIES (5/09)                 -.50         135.56
  9305  05-29-2003  34  RADIO/TV
                        BASIC CABLE TV                      -15.25         120.31
```

PA DEPT. OF CORRECTIONS   Case 1:01-cv-03015-YK   INMATE ACCOUNTING SYSTEM   Document 103   Filed 12/05/2003   Page 4 of 12   RUN2   IAS365

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTING SYSTEM              RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING              DATE 11/25/2003
REMOTE PRINT TIME   8:10              FROM PURGE FILE                   PAGE         3

    INMATE      NAME
    NUMBER      LAST              FIRST              MI
    EX9451      JAMES             TYRONE              P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 193 | 06-03-2003 | 37 | POSTAGE JUNE | | -8.00 | 112.31 |
| 210 | 06-05-2003 | 37 | POSTAGE JUNE | | -2.21 | 110.10 |
| 8158 | 06-07-2003 | 32 | ROC COMMISSARY FOR  6/09/2003 | | -12.42 | 97.68 |
| 234 | 06-09-2003 | 10 | MAINTENANCE PAYROLL WAGES:  5/1 TO 5/31/03 | | 43.91 | 141.59 |
| 234 | 06-09-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 06/09/03 | -8.78 | 132.81 |
| 241 | 06-10-2003 | 13 | PERSONAL GIFT FROM JAMES, LAVERN | #G256062 | 35.00 | 167.81 |
| 241 | 06-10-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 06/10/03 | -7.00 | 160.81 |
| 259 | 06-11-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES (5/16) | | -2.40 | 158.41 |
| 259 | 06-11-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES (5/18) | | -.70 | 157.71 |
| 259 | 06-11-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES (5/29) | | -3.00 | 154.71 |
| 278 | 06-12-2003 | 14 | MISCELLANEOUS REFUND-OVERCHARGED FOR COPIES | | .10 | 154.81 |
| 301 | 06-17-2003 | 13 | PERSONAL GIFT FROM JAMES, L | #273358 | 15.00 | 169.81 |
| 301 | 06-17-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 06/17/03 | -3.00 | 166.81 |
| 303 | 06-17-2003 | 37 | POSTAGE JUNE | | -1.98 | 164.83 |
| 303 | 06-17-2003 | 37 | POSTAGE JUNE | | -1.98 | 162.85 |
| 303 | 06-17-2003 | 37 | POSTAGE JUNE | | -3.85 | 159.00 |
| 309 | 06-17-2003 | 31 | OUTSIDE PURCHASES J.L. MARCUS, INC. | | -32.50 | 126.50 |
| 8168 | 06-17-2003 | 32 | ROC COMMISSARY FOR  6/17/2003 | | -15.89 | 110.61 |
| 319 | 06-18-2003 | 13 | PERSONAL GIFT FROM SANDI WHITE | #238882 | 10.00 | 120.61 |
| 319 | 06-18-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 06/18/03 | -2.00 | 118.61 |
| 355 | 06-23-2003 | 38 | INSIDE PURCHASES JUNE LIBRARY COPIES | | -.20 | 118.41 |
| 355 | 06-23-2003 | 38 | INSIDE PURCHASES JUNE LIBRARY COPIES | | -.10 | 118.31 |

```
         INMATE      NAME
         NUMBER      LAST              FIRST           MI
         EX9451      JAMES             TYRONE          P

BATCH       DATE                                    TRANSACTION   BALANCE AFTER
  #      MO DY YEAR    TRANSACTION DESCRIPTION        AMOUNT       TRANSACTION

 355    06-23-2003  38  INSIDE PURCHASES
                        JUNE LIBRARY COPIES              -7.70          110.61
9306    06-26-2003  34  RADIO/TV
                        BASIC CABLE TV                  -15.25           95.36

                        BALANCE AFTER THESE TRANSACTIONS------>           95.36
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNT LISTING          RUN2      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING         DATE 11/25/2003
REMOTE PRINT TIME   8:10              FROM PURGE FILE               PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| EX9451 | JAMES | TYRONE | P | 95.36 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 434 | 07-03-2003 | 13 | PERSONAL GIFT FROM DAVIS, B. | #G517823 | 30.00 | 125.36 |
| 434 | 07-03-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 07/03/03 | -6.00 | 119.36 |
| 458 | 07-08-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 6/18 | | -1.20 | 118.16 |
| 458 | 07-08-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 6/23 | | -.40 | 117.76 |
| 458 | 07-08-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 6/23 | | -2.10 | 115.66 |
| 458 | 07-08-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 6/26 | | -.30 | 115.36 |
| 458 | 07-08-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 6/30 | | -3.20 | 112.16 |
| 8189 | 07-08-2003 | 32 | ROC COMMISSARY FOR   7/08/2003 | | -22.32 | 89.84 |
| 477 | 07-10-2003 | 37 | POSTAGE JULY | | -1.33 | 88.51 |
| 499 | 07-14-2003 | 10 | MAINTENANCE PAYROLL JUNE WAGES | | 46.93 | 135.44 |
| 499 | 07-14-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 07/14/03 | -9.39 | 126.05 |
| 8200 | 07-19-2003 | 32 | ROC COMMISSARY FOR   7/21/2003 | | -15.90 | 110.15 |
| 8200 | 07-19-2003 | 32 | ROC COMMISSARY FOR   7/21/2003 | | -13.95 | 96.20 |
| 602 | 07-24-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 7/01 | | -.70 | 95.50 |
| 602 | 07-24-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 7/08 | | -.60 | 94.90 |
| 602 | 07-24-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 7/10 | | -.70 | 94.20 |
| 602 | 07-24-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES: 7/14 | | -1.60 | 92.60 |
| 608 | 07-24-2003 | 37 | POSTAGE JULY | | -1.52 | 91.08 |
| 653 | 07-30-2003 | 13 | PERSONAL GIFT FROM JAMES, A | #338188 | 50.00 | 141.08 |
| 653 | 07-30-2003 | 50 | ACT 84 TRANSACTION * 1345/01 | 07/30/03 | -10.00 | 131.08 |
| 9307 | 07-31-2003 | 34 | RADIO/TV BASIC CABLE TV | | -15.25 | 115.83 |
| 8214 | 08-02-2003 | 32 | ROC COMMISSARY FOR   8/04/2003 | | -11.54 | 104.29 |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTING SYSTEM           RUN   IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING            DATE  11/25/2003
REMOTE PRINT TIME    8:10               FROM PURGE FILE                 PAGE          2

    INMATE     NAME
    NUMBER     LAST                    FIRST              MI
    EX9451     JAMES                   TYRONE             P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 696 | 08-05-2003 | 37 | POSTAGE | | | |
| | | | AUGUST   OVERSEAS MAIL | | -.43 | 103.86 |
| 699 | 08-05-2003 | 31 | OUTSIDE PURCHASES | | | |
| | | | J. L. MARCUS, INC. | | -48.25 | 55.61 |
| 743 | 08-11-2003 | 10 | MAINTENANCE PAYROLL | | | |
| | | | WAGES:  7/1 TO 7/31/03 | | 49.23 | 104.84 |
| 743 | 08-11-2003 | 50 | ACT 84 TRANSACTION * | | | |
| | | | 1345/01 | 08/11/03 | -9.85 | 94.99 |
| 8228 | 08-16-2003 | 32 | ROC COMMISSARY | | | |
| | | | FOR  8/18/2003 | | -22.26 | 72.73 |
| 803 | 08-18-2003 | 38 | INSIDE PURCHASES | | | |
| | | | LIBRARY COPIES: 7/21 | | -1.70 | 71.03 |
| 803 | 08-18-2003 | 38 | INSIDE PURCHASES | | | |
| | | | LIBRARY COPIES: 7/22 | | -.50 | 70.53 |
| 803 | 08-18-2003 | 38 | INSIDE PURCHASES | | | |
| | | | LIBRARY COPIES: 7/19 | | -1.80 | 68.73 |
| 824 | 08-19-2003 | 38 | INSIDE PURCHASES | | | |
| | | | LIBRARY COPIES:  8/2 | | -.40 | 68.33 |
| 824 | 08-19-2003 | 38 | INSIDE PURCHASES | | | |
| | | | LIBRARY COPIES:  8/6 | | -1.00 | 67.33 |
| 9308 | 08-28-2003 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV | | -15.25 | 52.08 |
| 1001 | 09-15-2003 | 10 | MAINTENANCE PAYROLL | | | |
| | | | AUGUST WAGES 2003 | | 40.35 | 92.43 |
| 1001 | 09-15-2003 | 50 | ACT 84 TRANSACTION * | | | |
| | | | 1345/01 | 09/15/03 | -8.07 | 84.36 |
| 8263 | 09-20-2003 | 32 | ROC COMMISSARY | | | |
| | | | FOR  9/22/2003 | | -19.58 | 64.78 |
| 9309 | 09-25-2003 | 34 | RADIO/TV | | | |
| | | | BASIC CABLE TV | | -15.25 | 49.53 |
| 1119 | 09-30-2003 | 37 | POSTAGE | | | |
| | | | SEPTEMBER | | -1.33 | 48.20 |

```
                          BALANCE AFTER THESE TRANSACTIONS------>         48.20
```

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM         RUN    IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING       DATE 11/25/2003
REMOTE PRINT TIME   8:10               FROM ACTIVE FILE           PAGE        2

    INMATE      NAME
    NUMBER      LAST                FIRST           MI
    EX9451      JAMES               TYRONE          P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 1386 | 11-04-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES:   10/24 | -.40 | 71.64 |
| 1386 | 11-04-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES:   10/27 | -.20 | 71.44 |
| 1386 | 11-04-2003 | 38 | INSIDE PURCHASES LIBRARY COPIES:   10/30 | -.40 | 71.04 |
| 1392 | 11-04-2003 | 38 | INSIDE PURCHASES 23 PAGES - LEGAL COPIES | -2.30 | 68.74 |
| 8312 | 11-08-2003 | 32 | ROC COMMISSARY FOR 11/10/2003 | -17.44 | 51.30 |
| 1429 | 11-10-2003 | 37 | POSTAGE NOVEMBER | -2.21 | 49.09 |
| 1431 | 11-10-2003 | 31 | OUTSIDE PURCHASES ACCESS CATALOG COMPANY | -32.77 | 16.32 |
| 1433 | 11-10-2003 | 10 | MAINTENANCE PAYROLL WAGES - OCTOBER 2003 | 40.59 | 56.91 |
| 1433 | 11-10-2003 | 50 | ACT 84 TRANSACTION * 1345/01            11/10/03 | -8.12 | 48.79 |
| 1470 | 11-14-2003 | 37 | POSTAGE NOVEMBER | -4.05 | 44.74 |
| 1470 | 11-14-2003 | 37 | POSTAGE NOVEMBER | -4.05 | 40.69 |
| 1511 | 11-19-2003 | 37 | POSTAGE NOVEMBER | -2.77 | 37.92 |
| 1520 | 11-20-2003 | 13 | PERSONAL GIFT FROM SANDI WHITE           #391447 | 20.00 | 57.92 |
| 1520 | 11-20-2003 | 50 | ACT 84 TRANSACTION * 1345/01            11/20/03 | -4.00 | 53.92 |
| 9311 | 11-20-2003 | 34 | RADIO/TV BASIC CABLE TV | -15.25 | 38.67 |
| 1523 | 11-21-2003 | 37 | POSTAGE NOVEMBER | -2.44 | 36.23 |
| 1528 | 11-21-2003 | 38 | INSIDE PURCHASES (NOVEMBER) LIBRARY COPIES | -1.60 | 34.63 |
| 1528 | 11-21-2003 | 38 | INSIDE PURCHASES (NOVEMBER) LIBRARY COPIES | -3.60 | 31.03 |
| 1528 | 11-21-2003 | 38 | INSIDE PURCHASES (NOVEMBER) LIBRARY COPIES | -1.60 | 29.43 |
| 8326 | 11-22-2003 | 32 | ROC COMMISSARY FOR 11/24/2003 | -15.95 | 13.48 |
| 1535 | 11-24-2003 | 37 | POSTAGE 3OVEMBER | -3.41 | 10.07 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>           10.07
```

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: pacer.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 21, 2003

ATTN: Warden
Rockview SCI
P.O. Box A
Bellefonte, PA 16823

Re:   Docket No. 03-4252
      James v. York City Police
      District Court No. 01-cv-01015

Dear Warden:

Enclosed herewith is a certified copy of an Order filed today directing the Warden to forward the initial payment assessed to the Clerk of the District Court.

Your check should be mailed to the Clerk of the District Court at the following address:

Robert V. Barth, Jr. Clerk
United States District Court for the Middle District of Pennsylvania
Room 1060
228 Walnut Street
Harrisburg, PA 17108

Please do not send the check or money order to The United States Court of Appeals.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Danielle R. Cherry, Case Manager

cc:   Mr. Tyrone P. James #EX-9451

**FPS-068**  November 20, 2003

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 03-4252

James v. York City Police
(M.D. Pa. No. 01-cv-01015)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

    This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chapter10.6.

For the Court,

*Marcia M. Waldron*

Clerk

Dated: November 21, 2003
DRC/cc: Mr. Tyrone P. James
       Jason c. Giurintano, Esq.
       Donald L. Reihart, Esq.

STATE CORRECTIONAL INSTITUTION at ROCKVIEW
BOX A
BELLEFONTE, Pa. 16823-0820

FILED
HARRISBURG, PA
DEC 0 5 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

17108+3301

United States District Court
Middle District of Penna.
Room 1060
228 Walnut Street
Harrisburg, PA  17108

DEC 01 '03
U.S. POSTAGE