Tyrone James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

December 6, 2003

Office of The Clerk
United State District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108



RE: Civil Action No: 1:01-CV-1015; No. 03-4252

Dear Clerk of Court:

Enclosed you will find Plaintiff, Pro Se, "Petition" Request For Counsel", with The United States Court of Appeals For The Third Circuit. Recently This Plaintiff requested, From This Honorable Court, (5) Five Subpoena (s) each, For Request For Production of Document From a Non-movant Party; And Request For a Party To Testify. I have not received a response From This Court, or Any of Those Subpoena (s) Requested. Hopefully It was a oversight. I would appreciate you sending me The requested Document and Any Revised copy of the Local Rules of Court. I Thank you for your Cooperation.

Sincerely
Tyrone James EX9451

cc: Tyrone James (Plaintiff).

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

TYRONE P. JAMES
    Plaintiff

v.

YORK COUNTY POLICE
DEPARTMENT, JAMES H. MORGAN,
RICHARD PEDDICORD, RAYMOND E. CRAUL,
GENE FELLS, DET. KESSLER, CO. BAYLARK,
RANDY SNIPES, BRIAN WESTMORELAND,
and DETECTIVE GLOWCZESKI,
    Defendants

CIVIL ACTION NO.1:01-CV-1015
NO. 03-4252

FILED
HARRISBURG, PA
DEC 10 2003
MARY E. D'ANDREA, CLERK
Per _____

## MOTION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE COURT, JUDGES OF SAID COURT:

AND NOW COMES, Appellant, Tyrone P. James, pursuant to § 1915, request this Honorable Court to appoint counsel to represent him in this pending Appeal, for the following reasons:

1. The Appellant is unable to afford counsel.

2. The issues involved in this appeals are complex.

3. The Appellant, has very limited access to Law books, doing research, and law library.

4. The Appellant has a limited knowledge of the law.

5. The interest of justice will be served if this petition is granted.

WHEREFORE, Appellant, will file affidavit and supporting motion has to Memoranda of laws, within 10 days from the date this document is filed with this Court, in complying with Local Rules and Fed.R.A.P.

Dated: November 15, 2003

                              Respectfully Submitted,
                              Tyrone James
                              Tyrone James, (Pro se Appellant)

EX 9451.

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

TYRONE P. JAMES
    Plaintiff

v.

YORK COUNTY POLICE
DEPARTMENT, JAMES H. MORGAN,
RICHARD REDDIFORD, RAYMOND E. CRAUL,
GENE FELLS, DET. KESSLER, ED. BAYLARK,
RANDY SNIPES, BRIAN WESTMORELAND,
and DETECTIVE GLOWCHESKI,
    Defendants

CIVIL ACTION NO. 1:01-CV-1015
NO. 03-4252

## CERTIFICATION OF SERVICE

I Tyrone P. James, Appellant's, hereby certified that, I am this day serving a true and correct copy to assigned counsels, a Motion to Appoint Counsel, in the manner set forth below to the following:

By First Class U.S. Mail:

Office Of The Clerk
United States District Court
Middle District Of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108

Donald L. Reihart, Esq.
Law Office Of Donald L. Reihart
3015 Eastern Avenue
York, PA 17402

Jason C. Giurintano
Office of Attorney General
Civil Litigation
15th Floor, Strawberry Square
Harrisburg, PA 17120

Dated: November 15, 2003.

Tyrone James

Tyrone P. James
BZ 9451
P.O. Box A
Bellefonte, PA 16823-0820



INMATE
PA DEPT OF
CORRECTIONS

Office of The Clerk
United State District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108.

Name: Tyrone James
Number: EX9451
Box A
Bellefonte, Pa. 16823

Legal Mail