December 6th, 2003.

Tyrone James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Clerk of Court
United State District Court
Middle District
228th Walnut Street
Harrisburg, PA 17120



RE: Civil Actions: 1:01-CV-1015

Dear Clerk of Court:

Please be advised That Plaintiff's, in The above Titled civil matter, is presently In The York County Prison, on other court matter. And is without Any Legal Documents, relating To The above mentioned case. Plaintiff's wishes To Filed "Motion To Compel Discovery", but is without any Document pursuant To Filing Compel motion, pursuant To Rule 37 (a). Also Plaintiff is without Law Library Access. Please Forward ALL correspondence To The Following: Tyrowe P. James, #62154, York County Prison, 3400 Concord Road, York, PA 17402.

Upon my Return To SCI-Rockview. This Plaintiff's will Informed This Honorable Court of any address change. Thank you. Happy Holiday.

Respectfully
Tyrowe James EX9451 (62154)



Clerk of Court
United State District Court
Middle District
228th Walnut Street
Harrisburg, PA 17120

17101+1714



"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

Tyrone James (62154)
York County Prison
3400 Concord Road
York, PA 17402.

Legal Mail