ORIGINAL *1 to cl*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Tyrone, James
  - Plaintiff

CIVIL N0. 1:01-CV-1015
(Kane, J.)

-VS-

York County Police Department
Agent James H. Morgan,
Det. Richard Peddicord,
Det. Raymond E. Craul,
Sergeant Gene Fells,
Det. Kessler, Wesscwiski,
Westmoreland Sipe,
CO Baylark & the York
County Prison



FILED
JAN 0 7 2004
PER
HARRISBURG, PA   DEPUTY CLERK

## PLAINTIFF'S TYRONE JAMES, REQUEST TO SERVED
## DEFENDANTS SECOND SET OF INTERROGATORIES

Plaintiff, Tyrone James, hereby moves the Honorable Court to grant him leave(s) to

served defendant set of interogation on state & county defendants, upon represent, hereby

avers to the following:

(1)     Plaintiff's civil matter is related to the use of excessive force, excessive bond; failure to

mirandize & denial of counsel, which deals with the credibility determination of state &

county defendants.

(2)     The answers to interrogations; in Plaintiff's first set of interrogations, the defendant's, by

Plaintiff are inadequate, incomplete & overbroad; which regard to any disciplinary

actions or forms law suit filed against the defendant by any other person; showing pattern,

or as to their education & physical training; and as to any form of excessive use of force

or as to their education & physical training; and as to any form of excessive use of force which occurred in the past by state defendants on any other person; their mental & racial background and any discipline received by the state Attorney General's Office; state insurance & their financial status.

(3)    State defendant's failed to provide answers to plaintiff's first set of interrogations; precisely as to the defendants Morgan, Caul & Sipes, inadequate & complete information between the interval of investigation was started on January 8th, upon the time of plaintiffs arrest & interrogation & his request for counsel; and miranda warning.

(4)    Defendant Sipe, first set of interrogations, served upon counsel, is outstanding and overdue.

(5)    States defendant's answer to plaintiff's first set of interrogations are inadequate, in-complete; and also improper objections.

**Wherefore,** plaintiff hereby requests this Honorable Court to grant him leave to file second set of interrogations upon state defendants Morgan, Kessler, Craul, Peddi-cord, Fells, Wesscweski & Sipes; and order defendant's to answer interrogations within thirty (3) days after being served thereof, under penalty of further sanctions, pursuant to Fed. K. Civ. P. 37(a).

*Respectfully Submitted:*

Tyrone James

**Tyrone James  # 62154
3400 Concord Road
York, PA  17402-9007**



"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"

From: Tyrone James

621514
York County (Prison)
3400 Concord Road
York, PA 17402

Legal Mail

FILED
JAN 0 7 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK

To:

Clerk of The District Court

U.S. District Court
228th Walnut Street
P.O. Box 983

Harrisburg, PA 17108

U.S. POSTAGE
PB3553559
$00.83  JAN 05 2004
MAILED FROM ZIP-CODE  17402
1090
3054
2544