<u>*IN THE UNITED STATE DISTRICT COURT*</u>
<u>*FOR THE MIDDLE DISTRICT OF PENNSYLVANIA*</u>

**James, Tyrone**
   - **Plaintiff**

-VS-

**York County Police Department**
**Agent James H. Morgan,**
**Det. Richard Peddicord,**
**Det. Raymond E. Craul,**
**Sergeant Gene Fells,**
**Det. Kessler, Wesscwiski,**
**Westmoreland Sipe,**
**CO Baylark & the York**
**County Prison**
   - **Defendants**

**CIVIL N0. 1:01-CV-1015**
**(Kane, J.)**
**(Mannion, MJ)**

<u>*ORDER*</u>

And now, this ____ day of _____, 200_ , upon motion of plaintiff & this Honorable Court otherwise advise of the circumstances & consideration, it is hereby ORDERED that defendants Morgan, Craul, Peddicord, Westmoreland, Fells, Kessler, Wesscwski, Sipes & CO Baylark shall answer fully the plaintiff Tyrone P. James second set of interrogations within thirty (30) days hereof, under penalty of further sanctions.

*BY THE COURT*

_____
**Judge**