<u>*IN THE UNITED STATE DISTRICT COURT*</u>
<u>*FOR THE MIDDLE DISTRICT OF PENNSYLVANIA*</u>

| | |
|---|---|
| **James, Tyrone**<br>   - **Plaintiff**<br><br>-VS-<br><br>**York County Police Department**<br>**Agent James H. Morgan,**<br>**Det. Richard Peddicord,**<br>**Det. Raymond E. Craul,**<br>**Sergeant Gene Fells,**<br>**Det. Kessler, Wesscwiski,**<br>**Westmoreland Sipe,**<br>**CO Baylark & the York**<br>**County Prison**<br>      - **Defendants** | **CIVIL N0. 1:01-CV-1015**<br>   **(Kane, J.)**<br>   **(Mannion, MJ)** |

<u>**ORDER**</u>

And now, this ____ day of _____, 200_ , upon motion of plaintiff, Tyrone P. James, and this Honorable Court being otherwise advised of the circumstances, it is hereby ORDERED that the defendant's shall answer fully to the plaintiff's first set of interrogations & requests for production of further documents within ten (10) days hereof, under penalty of further sanctions. Upon failure to do so, the plaintiff moves for an order requesting the defendants answer to stricken & a default judgement entered in favor of plaintiff, or in the alternative, refuse to allow.

                                                              **BY THE COURT**

                                                              _____
                                                              **Judge**