IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES, | : | |
| Plaintiff | : | |
| | : | No. 1:CV-01-1015 |
| v. | : | |
| | : | (Judge Kane) |
| YORK COUNTY POLICE | : | (Magistrate Judge Mannion) |
| DEPARTMENT; AGENT JAMES H. | : | |
| MORGAN; DET. RICHARD | : | Electronically Filed |
| PEDDICORD; DET. RAYMOND E. | : | |
| CRAUL; SGT. GENE FELLS; DET. | : | |
| ANTHONY GLOWCZEWSKI; AGENT | : | |
| RANDY SIPES; and AGENT BRIAN | : | |
| WESTMORELAND, | : | |
| Defendants | : | |

**DEFENDANTS' MOTION TO DEPOSE
A PERSON CONFINED IN PRISON**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants hereby move for leave of Court to conduct a deposition of Plaintiff Tyrone James, an inmate presently incarcerated at York County Prison. In support thereof, Defendants state the following:

1. Plaintiff, Tyrone James, is an inmate presently incarcerated at York County Prison.

2. On June 8, 2001, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983.

3. On October 15, 2003, defendants filed an Answer to the Complaint.

4. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition of a prisoner may be taken only by leave of court.

5. A deposition would help to narrow the issues and clarify the facts for a summary judgment or a trial.

6. Therefore, Defendants seek leave of Court to depose Plaintiff in this matter.

**WHEREFORE,** Defendants' Motion to depose Plaintiff should be granted.

                                  **Respectfully submitted,**

                                  **GERALD J. PAPPERT**
                                  **Acting Attorney General**

By:   s/Jason C. Giurintano
        **JASON C. GIURINTANO**
        **Deputy Attorney General**
        **I.D. No. 89177**

**Office of Attorney General**　　　　**SUSAN J. FORNEY**
**Civil Litigation Section**　　　　　　**Chief Deputy Attorney General**
**15th Floor, Strawberry Square**　　**Chief, Litigation Section**
**Harrisburg, PA  17120**

**Counsel for Defendants**

**Date:  January 21, 2004**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES, | : | |
|          **Plaintiff** | : | |
| | : | No. 1:CV-01-1015 |
| v. | : | |
| | : | (Judge Kane) |
| YORK COUNTY POLICE DEPARTMENT; AGENT JAMES H. MORGAN; DET. RICHARD PEDDICORD; DET. RAYMOND E. CRAUL; SGT. GENE FELLS; DET. ANTHONY GLOWCZEWSKI; AGENT RANDY SIPES; and AGENT BRIAN WESTMORELAND, | : : : : : : : : | (Magistrate Judge Mannion)  Electronically Filed |
|          **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Jason C. Giurintano, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 21, 2004, I caused to be served a true and correct copy of the foregoing document entitled Defendants' Motion For Leave To Depose A Person Confined In Prison by depositing same in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James, #62154
York County Prison
3400 Concord Road
York, PA  17402

Donald L. Reihart
Law Office of Donald L. Reihart
2600 Eastern Blvd., Suite 204
York, PA  17402

                                        **s/Jason C. Giurintano**
                                        **JASON C. GIURINTANO**
                                        **Deputy Attorney General**