# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                              :
                          **Plaintiff**       :
                                              :       No. 1:CV-01-1015
          v.                                  :
                                              :       (Judge Kane)
YORK COUNTY POLICE                            :       (Magistrate Judge Mannion)
DEPARTMENT; AGENT JAMES H.                    :
MORGAN; DET. RICHARD                          :       Electronically Filed
PEDDICORD; DET. RAYMOND E.                    :
CRAUL; SGT. GENE FELLS; DET.                  :
ANTHONY GLOWCZEWSKI; AGENT                    :
RANDY SIPES; and AGENT BRIAN                  :
WESTMORELAND,                                 :
                        **Defendants** :

## ORDER

**AND NOW,** this _____ day of _____, 2004, upon consideration of the Motion of Defendant for Leave to Depose a Person Confined in Prison, it is hereby ordered that the motion is **GRANTED.**

_____
**Kane, J**