```
Tue Jan 20 12:21:14 2004

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   111 140256
Cashier       jill

Tender Type  CHECK

Check Number: 63430

Transaction Type  AR

DO Code    Div No    Acct
 4667        1       0869PL

Amount          $      3.83

SCI ROCKVIEW BELLEFONTE, PA 16823

PARTIAL FILING FEE FOR APPEAL IN CV-
01-1015
```

CV-01-1015

FILED
HARRISBURG, PA
JAN 20 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk