JCB

DFSC
R47    X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**TYRONE P. JAMES,**
                          **Plaintiff**    :
                                            :
                                            :    **No. 1:CV-01-1015**
    **v.**                                  :
                                            :    **(Judge Kane)**
**YORK COUNTY POLICE**                      :    **(Magistrate Judge Mannion)**
**DEPARTMENT; AGENT JAMES H.**             :
**MORGAN; DET. RICHARD**                    :
**PEDDICORD; DET. RAYMOND E.**             :
**CRAUL; SGT. GENE FELLS; DET.**           :
**ANTHONY GLOWCZEWSKI; AGENT**             :
**RANDY SIPES; and AGENT BRIAN**           :
**WESTMORELAND,**                           :
                          **Defendants**    :

## COMMONWEALTH DEFENDANTS'
## RESPONSE TO PLAINTIFF'S SECOND REQUEST
## FOR PRODUCTION OF DOCUMENTS

Defendants James H. Morgan, Richard Peddicord, Raymond E. Craul, Gene

Fells, Anthony Glowczewski, Robert Kessler and Brian Westmoreland, by their

attorneys, hereby respond as follows to Plaintiff's request for production of

documents.

## GENERAL OBJECTIONS

1.    Defendants **OBJECT** to each and every document request that is

vague, ambiguous, unclear, overbroad, unduly burdensome and not reasonably

calculated to lead to the discovery of admissible evidence.

calculated to lead to the discovery of admissible evidence.



2.    Defendants **OBJECT** to Plaintiff's request for privileged information including, but not limited to, information covered by the executive privilege, attorney-client privilege, or the work product doctrine.

3.    Defendants **OBJECT** to each document request that seeks information or documents that are not in possession, custody, or control of Defendants.

4.    All of Defendants' specific objections are made subject to and without waiving any of these general objections.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**1.    Complete, accurate, and legible copies of all official records reflecting departmental disciplinary action against all Officers/Agents, who were in any way connected with the investigation and prosecution in this case; which included and not limited to:**

**(a)    Disciplinary action, grievance, complaints, used [sic] of excessive force claimed, filed against all defendants, during their employment history, with the appropriate agency.**

**RESPONSE:**    Defendants OBJECT to this request because there was no disciplinary action taken against any of the Defendants as a result of this case. Any other information requested by Plaintiff is not reasonably calculated to lead to the discovery of admissible and/or relevant evidence.

the discovery of admissible and/or relevant evidence.

2.     **All rules, regulations and policy pertaining to "Standard Police Procedure," on search and seizure, and arrest, which includes and not limited to:**

    **(a)**    **Private mail box searches; Search and Arrest Warrant procedure; Warrantless arrest; Preliminary Arraignment, (Place, time and date for preliminary arraignment).**

    **(b)**    **Police Procedure on the Interdiction on drug parcel, or packages; and the shipping of contraband from one agents [sic] to the next, i.e., Defendant Sipes, from California, to Defendant Morgan, at the Attorney General [sic] Office, Pennsylvania.**

**RESPONSE:**

(a) Defendants OBJECT to this request because it is vague and ambiguous. Plaintiff has not identified with particularity the documents which he seeks. Furthermore, Defendants are not required to put together a voluminous list for the Plaintiff of all police rules, regulation, policies and procedures.

(b) Defendants OBJECT to this request because it is vague and ambiguous. Furthermore, Defendants are not aware of the existence of specific documents on police procedure relating to "the shipping of contraband from one agents [sic] to the next."

3.    All written statements, originals or copies, identified as reports of statements by agents, police and civilian manager and employee's [sic] at the Mail Box Etc., which in [sic] includes, but not limited to:

    (a)    Statements and Business reports of manager and employee's [sic] at the Mail Boxes Etc., both in California and Pennsylvania.

    (b)    Eyewitnesses reports and statements; Any statements made by Plaintiff; signed waiver of Miranda, and any signed waiver card.

    (c)    Supervisor reports; Defendants written reports; report of shipping and receiving of contraband, by Defendants from CA. and PA., between January 8 through 10, 2001; United Parcel Service delivery of said packages, and search and arrest warrant for said packages and Plaintiff, dated January 10, 2001; date and time of delivery by UPS Driver.

**RESPONSE:**

(a) Defendants OBJECT to this request because the business records of Mail Boxes Etc. are not relevant evidence in this matter.  Defendants further OBJECT because all other information requested is contained in the investigative reports which were sent to Plaintiff as a result of his previous request for production of documents.

(b) Defendants OBJECT because the information requested is not in the possession, custody or control of the Defendants. More specifically, the Defendants are not aware of the existence of this information.

(c) Defendants OBJECT to this request because the information requested here was provided to Plaintiff in Defendants' Response to Plaintiff's First Request for Production of Documents.

4.     **All pertinent transcript(s); communication reports, facsimiles, memos, phone log(s), between California officials and Pennsylvania officials; which included and not limited to:**

      (a)     **Reports from California Agents' search warrants in California; memo's presented to several Mails [sic] Boxes Etc., in California; Shipping receipts and label of said packages; inventory receipts (showing time and date), showing said package was placed in the Regional Evidence Room, for transportation to the PSP crime lab, on January 10, 2001, by a custodian, as stated in the police report; inventory receipts, of property seized at 2536 Eastern Blvd, York, PA 17402, on January 8, 9, & 10, 2001; Defendant Sipes, receipts of the shipping of said package, from California, to State Attorney**

General [sic] Office in Pennsylvania, on January 10, 11 & 12, 2001.

(b)   Authentication of any phone conversations between agents, as to time, date and place; calls made by any of the Defendants to Plaintiff's phone number on January 10, 2001, between 7:30 a.m., to the time of [sic] he was arrested.

**RESPONSE:**

(a) Defendants OBJECT to this request because the information requested here was provided to Plaintiff in Defendant's Response to Plaintiff's First Request for Production of Documents.

(b) Defendants OBJECT to this request because Defendants are not aware of the existence of such documents.

5.    All information, original or copies, of application for probable cause, affidavit in conjunction with application for search warrant concerning the seizure of said evidence at Mail Box Etc., which included and not limited to:

(a)   Search warrant to enter Plaintiff's private mail box, at Mail Box Etc., 2536 East Blvd., on January 8, 9, and 10, 2001, by

Defendants; Arrest and Detention, warrants issued by the
Magistrate's Judge, Ieppo.

(b)    Vehicles involved in the investigation and surveillance, such as
License Number, vehicle ID number, at the Kingston Square
Center, 2536 Eastern Blvd., York, PA 17402, on January 8, 9, &
10, 2001.

(c)    Any instructions and reports, given to Prison officials, by
Defendants, Specifically, James Morgan, to prison officials, at the
York County Prison, on January 10 & 11, 2001, "Not to give
James, any phone call pending investigation."

(d)    Signature and Authentication of all documents presented.


**RESPONSE:**

(a)    Defendants OBJECT to this request because the information requested here
was provided to Plaintiff in Defendant's Response to Plaintiff's First Request for
Production of Documents.

(b)    Defendants OBJECT because this request is not reasonably calculated to
lead to the discovery of admissible and/or relevant evidence. More specifically,
the license plate of the vehicles being driven by Defendants has not been raised in
the Plaintiff's complaint.

(c)    Defendants OBJECT to this request because Defendants are not aware of the existence of the documents which the Plaintiff seeks.

(d)    Defendants OBJECT because this request is not reasonably calculated to lead to the discovery of admissible and/or relevant evidence.

6.    **Any and all investigative information of record leading to the seizure of all said evidence is [sic] this case; which included and not limited to:**

    (a)    **Probable cause; arrest of Plaintiff, search of plaintiff's private mail box, specifically, Box 164, at Mail Box Etc., 2536 Eastern Boulevard, York, PA., items confiscated, and search warrants issued; and the search of Plaintiff's person and property.**

**RESPONSE:**    Defendants OBJECT to this request because the information requested here was provided to Plaintiff in Defendant's Response to Plaintiff's First Request for Production of Documents.

7.    **Any and all receipts showing of record that said evidence was in fact "A matter of mail material," from California, to Pennsylvania; also names, and title of those responsible parties for the shipping of said package from one jurisdiction to another; and the Court Order, [copy, or original], permitting such action, which included and not limited to:**

(a)     **United Parcel Service mailing receipts; receipts of the UPS label, shipped by Defendants, Sipes, from California, to the State Attorney General [sic] Office, Pennsylvania; Memo's, Business cards, shipping agreements, [Mail Box Etc.] and shipping receipts, that are in the position of all the defendants and eyewitnesses.**

**RESPONSE:**     Defendants OBJECT to the first part of this request on the grounds that it is vague and unclear.  Additionally, Defendants are uncertain as to what "a matter of mail material" is.  Defendants, however, in a good faith effort to response to request of *pro se* plaintiff, refer plaintiff to the following:

Attachment 1.     United States Postal services application of Delivery through Mail agent.

Attachment 2.     FedEx shipping receipts.

Attachment 3.     Mailboxes, Etc. member service agreements.

Attachment 4.     Mailboxes, Etc. shipping receipts.

**General Instructions**

Plaintiff may inspect those documents which Defendants have agreed to produce as set forth in these responses.  To arrange for inspection, the Plaintiff should submit a request slip to Jeffrey Rackovan, the Assistant Superintendent  and he will arrange for the inspection at a mutually convenient time and place.

Plaintiff may obtain photocopies of the documents at his own expense.  Charges

for the photocopies will be in accordance with Department of Corrections Policy

DC-ADM 003 and its procedures manual.

<div style="margin-left: 45%;">

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By:

JASON C. GIURINTANO
Deputy Attorney General
I.D. No. 89177

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Counsel for Commonwealth
Defendants

</div>

Office of Attorney General
Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120


Date:  November 17, 2003

United States Postal Service

# Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

BOX # 164

1. Date 10/05/00

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service upon termination of the agency relationship; (2) the transfer of my or our (firm) mail to another address is the responsibility of the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable postal rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 8 or 11, and that the identification listed in box 9 is valid.

| | |
|---|---|
| 2. Name in Which Applicant's Mail Will Be Received for Delivery by Agent. (Complete a separate Form 1583 for EACH applicant. Spouses may complete and sign one Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>Expression Express.<br>Reality Fashion Express<br>A.S. Fashion<br>J.V.'s Supplies | 3. Address to Be Used for Delivery Including ZIP + 4<br><br>Reality Fashion etc.<br>2536  Eastern Blvd<br>York Pa 17402 |
| 4. Applicant Authorizes Delivery to and in Care of (Name, address, and ZIP Code of agent)<br><br>Mail Boxes Etc.<br>2536  Eastern Blvd<br>York Pa 17402. | 5. Will This Delivery Address Be Used for Soliciting or Doing Business With the Public? (Check one)<br><br>☐ Yes    ☑ No |
| 6. This Authorization is Extended to Include Restricted Delivery Mail for the Undersigned(s) | 7. Name of Applicant<br><br>Tyrone. James. |
| | 8. Home Address (Number, street, city, state, and ZIP Code)<br><br>367 W. Market Street.<br>York Pa 17404<br>Telephone Number (717) 332 8984 |
| 9. Two Types of Identification are Required. One Must Contain a Photograph of the Addressee(s). Agent Must Write In Identifying Information. Subject to Verification.<br><br>a. California Drivers License C20830117<br><br>b. AAA CARD<br><br>Acceptable identification includes: driver's license; armed forces, government, or recognized corporate identification card; passport or alien registration card or other credential showing the applicant's signature and a serial number or similar information that is traceable to the bearer. A photocopy of your identification may be retained by agent for verification. | 10. Name of Firm or Corporation<br><br><br>11. Business Address (Number, street, city, state and ZIP Code)<br><br>367 W. Market Street.<br>York Pa 17404<br>Telephone Number (717) 332 8984 |
| 12. Kind of Business<br><br>Fashion/Supplies<br>Marketing/Advertising. | 13. If Applicant is a Firm, Name Each Member Whose Mail Is to Be Delivered. (All names listed must have verifiable identification. A guardian must list the names and ages of minors receiving mail at their delivery address.) |
| 14. If a CORPORATION, Give Names and Addresses of Its Officers | 15. If Business Name of The Address (Corporation or Trade Name) Has Been Registered, Give Name of County and State, and Date of Registration.<br><br>York Pa. 1/2000 |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

| | |
|---|---|
| 16. Signature of Agent/Notary Public | 17. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and

**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

BOX # 191

| 1. Date |
|---|
| 4-22-00 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service upon termination of the agency relationship; (2) the transfer of my or our (firm) mail to another address is the responsibility of the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable postal rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 8 or 11, and that the identification listed in box 9 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate Form 1583 for EACH applicant. Spouses may complete and sign one Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | 3. Address to Be Used for Delivery Including ZIP + 4 |
|---|---|
| Tyeone James<br>Fashion Express.<br>P.J. Merchandise<br>Fashion Fair / Supply. | PMB 191<br><br>2083 Springwood Road<br><br>York, PA 17403-4800 |

| 4. Applicant Authorizes Delivery to and in Care of *(Name, address, and ZIP Code of agent)*<br>2083 Springwood Road<br>York, PA 17403-4800 | 5. Will This Delivery Address Be Used for Soliciting or Doing Business With the Public? *(Check one)*<br>☒ Yes      ☒ No |
|---|---|
| 6. This Authorization is Extended to Include Restricted Delivery Mail for the undersigned(s) | 7. Name of Applicant<br>Tyeone James |
| | 8. Home Address *(Number, street, city, state, and ZIP Code)*<br>673 W. Market St.<br>York Pa 17404<br>Telephone Number (717) 843 1878 |
| 9. Two Types of Identification are Required. One Must Contain a Photograph of the Addressee(s). Agent Must Write in Identifying Information. Subject to Verification.<br>a. Driver Lic. CA C2083017<br>b. National Car Rental NE524520430 | 10. Name of Firm or Corporation<br>Fashion Express<br>P.J. Supply / Fashion Fair |
| Acceptable identification includes: driver's license; armed forces, government, or recognized corporate identification card; passport or alien registration card or other credential showing the applicant's signature and a serial number or similar information that is traceable to the bearer. A photocopy of your identification may be retained by agent for verification. | 11. Business Address *(Number, street, city, state and ZIP Code)*<br>673 W. Market St.<br>York Pa 17404<br>Telephone Number (717) 332 8987 |
| 12. Kind of Business<br>Merchandising<br>Clothing / Accessory | 13. If Applicant is a Firm, Name Each Member Whose Mail is To Be Delivered. *(All names listed must have verifiable identification. A guardian must list the names and ages of minors receiving mail at their delivery address.)* |
| 14. If a CORPORATION, Give Names and Addresses of Its Officers | 15. If Business Name of The Address *(Corporation or Trade Name)* Has Been Registered, Give Name of County and State, and Date of Registration.<br>Wilmington DE. / York. |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). *(18 U.S.C. 1001)*

| Signature of Agent/Notary Public<br>Pam Ensweiler | 17. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)*<br>Tyeone James |
|---|---|

Form 1583, March 1999

...ted States Postal Service
...plication for Delivery of ~~M~~... Through Agent
...e Privacy Act Statement on Reverse

BOX # 306

1. Date 10/30/00

...onsideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the
...nt must not file a change of address order with the Postal Service upon termination of the agency relationship; (2) the transfer of my
...rm) mail to another address is the responsibility of the agent; (3) all mail delivered to the agency under this authorization must
...id with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses
...hich the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s)
...t file a revised application with the Commercial Mail Receiving Agency (CMRA).

...TE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary
...ic. The agent provides the original completed signed Form 1583 to the Postal Service and retains a duplicate completed signed
...y at the CMRA business location. The CMRA copy of Form 1583 must at all times be available for examination by the postmaster (or
...gnee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable postal rules and
...lations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery
...corrective action is taken.

...application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts
...ness at the home or business address listed in boxes 8 or 11, and that the identification listed in box 9 is valid.

...ame in Which Applicant's Mail Will Be Received for Delivery to Agent.
*Complete a separate Form 1583 for EACH applicant. Spouses may
...mplete and sign one Form 1583. Two items of valid identification apply to
...ch spouse. Include dissimilar information for either spouse in appropriate
...x.)*

D.W. Advertising
...andis~~e~~ EVA Production
part
F A&G Computer/Repairs

3. Address to Be Used for Delivery Including ZIP + 4

PMB 306
467 EISENHOWER DRIVE
HANOVER, PA 17331-5214

...pplicant Authorizes Delivery to and in Care of
...lame, address, and ZIP Code of agent)

467 EISENHOWER DRIVE
HANOVER, PA 17331-5214

...thorization is Extended to Include Restricted Delivery Mail for the
...ndersigned(s)

5. Will This Delivery Address Be Used for Soliciting or Doing Business With the
Public? *(Check one)*

☐ Yes    ☒ No

7. Name of Applicant

Tyeone James

8. Home Address *(Number, street, city, state, and ZIP Code)*

51 Town Circle
Honover Pa 17331-

Telephone Number ( 717 ) 332 8984

...wo Types of Identification are Required. One Must Contain a Photograph of
...e Addressee(s). Agent Must Write in Identifying Information. Subject to
...erification.

a. Dr. Lic. CA ^208307

b. AAA card # 004 Plus 0832(de833

...ceptable identification includes: driver's license; armed forces, government,
...recognized corporate identification card; passport or alien registration card
...other credential showing the applicant's signature and a serial number or
...milar information that is traceable to the bearer. A photocopy of your
...entification may be retained by agent for verification.

10. Name of Firm or Corporation

11. Business Address *(Number, street, city and state and ZIP Code)*

467 EISENHOWER DRIVE
HANOVER, PA 17331-5214

Telephone Number (          )

...Kind of Business

13. If Applicant is a Firm, Name Each Member Whose Mail Is to Be Delivered. *(All names listed must have verifiable
identification. A guardian must list the names and ages of minors receiving mail at their delivery address.)*

...f a CORPORATION, Give Names and Addresses of Its Officers

15. If Business Name of The Address *(Corporation or Trade Name)* Has Been
Registered, Give Name of County and State, and Date of Registration.

: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and
...ment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

...Signature of Agent/Notary Public

~~...ndi~~ Taylor

17. Signature of Applicant *(If firm or corporation, application must be signed by
officer. Show title.)*

: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and
...ment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

United States Postal Service

**Application for Delivery of Mail Through Agent**

See Privacy Act Statement on Reverse

~~DL~~ # PMB 20⁹

| 1. Date |
|---|
| 5/24/99 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service upon termination of the agency relationship; (2) the transfer of my (our) mail to another address is the responsibility of the addressee; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable postal rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 8 or 11, and that the identification listed in box 9 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate Form 1583 for EACH applicant. Spouses may complete and sign one Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3. Address to Be Used for Delivery Including ZIP + 4 |
|---|---|
| Tyrone James. | Tyrone James<br>PMB 209<br>2180 White St.<br>York, PA 17404 -4942 |
| 4. Applicant Authorizes Delivery to and in Care of Name, address, and ZIP Code of agent.<br>MAIL BOXES ETC. #1161<br>2180 WHITE ST.<br>YORK, PA 17404<br>Authorization is Extended to Include Restricted Delivery Mail for the undersigned(s) **YES** | 5. Will This Delivery Address Be Used for Soliciting or Doing Business With the Public? (Check one)  ☐ Yes  ☒ No |
| | 7. Name of Applicant<br>TYRONE JAMES |
| | 8. Home Address (Number, street, city, state, and ZIP Code)<br>565 W. Market St.<br>York Pa 17404<br>Telephone Number (   ) |
| 9. Two Types of Identification are Required. One Must Contain a Photograph of the Addressee(s). Agent Must Write in Identifying Information. Subject to Verification.<br>CA Driver's License C2083017<br>Pacific Bell Phone Card 909 371 3675 8251<br>Acceptable identification includes: driver's license; armed forces, government, recognized corporate identification card; passport or alien registration card or other credential showing the applicant's signature and a serial number or similar information that is traceable to the bearer. A photocopy of the identification may be retained by agent for verification. | 10. Name of Firm or Corporation |
| | 11. Business Address (Number, street, city, state and ZIP Code)<br><br>Telephone Number (   ) |
| 12. Kind of Business<br>~~County~~ Business | 13. If Applicant is a Firm, Name Each Member Whose Mail Is to Be Delivered. (All names listed must have verifiable identification. A guardian must list the names and ages of minors receiving mail at their delivery address.) |
| 14. If a CORPORATION, Give Names and Addresses of Its Officers. | 15. If Business Name of The Address (Corporation or Trade Name) Has Been Registered. Give Name of County and State, and Date of Registration. |

The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

| 16. Signature of Agent/Notary Public<br>Charles Kutz, agent | 17. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.)<br>Tyrone James |
|---|---|

The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

**FedEx® International Air Waybill**

Federal Express

RETAIN THIS COPY FOR YOUR RECORDS

FedEx Tracking Number **8039 4238 1346**

**1 From** (please print and press hard)

Date 10/3/00

Sender's FedEx Account Number 1343-0473-1    4662684

Sender's Name CHARLES KUTZ

Company

Address 2180 WHITE ST    Dept./Floor

City YORK    State/Province PA    ZIP/Postal Code 17404-4942    US

Phone (717) 862-2029

**2 Your Internal Billing Reference Information**

**3 To** (please print and press hard)

Recipient's Name Jovela Knight    Phone 876-

Company Grove Developments Limited

Address 29 Upper Waterloo Road    Dept./Floor

City Kingston 10    State/Province

Country Jamaica    ZIP/Postal Code    W 1

For HOLD at FedEx Location check here

**4 Shipment Information**

Total Packages 1    Total Weight 1 lb

Commodity Description: un documents

**5 Broker Selection**

**6 Service**

**7 Packaging**    FedEx Pak

**8 Special Handling**

**9 Payment**

**10 Required Signature**

For Assistance Call 1-800-247-4747

**FedEx®**    International Air Waybill

8039 4238 1346

# FedEx® International Air Waybill

**FedEx Express**

RETAIN THIS COPY FOR YOUR RECORDS

FedEx Tracking Number **8039 4236 1379**

Item **0400**

**1** From (please print and press hard)

Date 10.06.00

Sender's FedEx Account Number 1343-0473-1

Sender's Name CHARLES KUTZ

Phone (717) 854-8021

Address 2160 WHITE ST

City YORK   State/Province PA

ZIP/Postal Code 17404-4942   Country US

**2** To (please print and press hard)

Recipient's Name Loveta Knight

Company Jor Gore Developments Limited

Phone 876 969 5717

Address 29 Upper Waterloo Rd

City Kingston 10   State/Province W1

Country Jamaica

**5** Broker Selection
☐ FedEx International Broker Select

**6** Service
☐ FedEx International First
☒ FedEx International Priority
☐ FedEx International Economy
☐ FedEx International Priority Freight

**7** Packaging
☒ FedEx Envelope   ☐ FedEx Pak   ☐ Other/Packaging

**8** Special Handling
☐ Cargo Aircraft Only

**9** Payment   TRANSPORTATION CHARGES PAID BY:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

DUTIES AND TAXES PAID BY:
☐ Sender   ☐ Recipient   ☐ Third Party

**10** Required Signature

Date 10/6/03

For Assistance Call 1-800-247-4747

**FedEx International Air Waybill**

8039 4236 1379

Shipment Information
Total Packages   Total Weight

Commodity Description: Documents & Letter

All shipments can be subject to Customs charges.

# FedEx®

## International Air Waybill
### Federal Express

FedEx Tracking Number  8109 4711 2436

RETAIN THIS COPY
FOR YOUR RECORDS

FedEx. International Air Waybill

For Assistance Call (800)247-4747

8109 4711 2436

1 From (Please print and press hard)
Date 12/12/1900
Sender's FedEx Account Number 1-343-0473-1

Tyeon Tyeone James   Phone (717) 343-8184
Company T J Beauty Supplies

Address 2180 White Street.
#209
City York   State/Province PA   ZIP 17404
Country U.S.A.

2 To (please print and press hard)
Recipient's Name Joyette Knight   Phone 516-617-3901
Company Crore Developments Ltd
Address 2 Braemar Avenue
City Kingston 10   State/Province   ZIP
Country Jamaica   W 1

4 Broker Selection
3 Service
5 Packaging
7 Special Handling
9A Payment
9B Payment
10 Required Signature

Shipment Information
Total Packages
Total Weight

Commodity Description: Doc for Mortgage

FedEx.

**INTERNATIONAL AIR WAYBILL**

FOR ALL U.S. EXPORT SHIPMENTS AND
SHIPMENTS BETWEEN THE U.S. AND PUERTO RICO

**PACKAGE TRACKING NUMBER**

400 - 5455 7160

1 Sender's (Shipper's) Federal Express Account Number
3-0  1343-0473-1

Phone Number (Very Important)
(717) 852-8029

Sender's Name
LES CHARLES KUTZ

Company

Address
WHILLCO WHITE STREET

City
YORK

State/Province
PA

ZIP/Postal Code
17404

Country
USA

3 Recipient's Name
Miss Jouela Knight

Company
Gore Development Ltd

Exact Street Address
2c Braemar Avenue

City
Kingston 10

Country
Jamaica

State/Province
West Indies

Phone Number (Very Important To Ensure Delivery)
(876) 926-3509

B  BROKER NAME

**SHIPMENT INFORMATION**

Number of Packages    1

Total Weight    O

Complete Description of Contents
Joan Documents

DUTIES AND TAXES

For Int'l Customer Service
Call 800-247-4747

**FedEx International Air Waybill**

400- 5455 7193

**INTERNATIONAL AIR WAYBILL**
**PACKAGE TRACKING NUMBER**

WWW.FEDEXBILLING.COM

---

FOR ALL U.S. EXPORT SHIPMENTS AND
SHIPMENTS BETWEEN THE U.S. AND PUERTO RICO

400- 5455 7193

1 **Federal Express Account Number**
43-0  1343-0473-1

Phone Number (Very Important)
(717)852-8029

2 **Your Internal Billing Reference Information** (Optional) (First 24 Characters Will Appear On Invoice)

**Sender's Name** (Please Print)
LES CHARLES KUTZ

Street Address
WH130 WHITE STREET

City
YORK

State/Province
PA

ZIP/Postal Code
17404

Country
USA

3 **TO (Recipient's Name)** Please Print
Joveta Knight

Company
Grove Development Ltd

Exact Street Address
2 c  Braemar Avenue

City
Kingston 10

State/Province
Jamaica W.I.

Country
Jamaica W.I.

8 **BROKER NAME** — Complete if recipient specified

City/Country

9 **SHIPMENT INFORMATION**

Number of Packages: 1

Complete Description of Contents/Harmonized Code
Document.  Bank Loan

Total Weight

Country of Manufacture

10 **SENDER'S SIGNATURE**
X C. E. Kutz agent

4 **Express Package Service**
FedEx International Priority
FedEx International Economy

5 **Packaging**
FedEx Pak

6 **Special Handling**
Hold for Pick-up
Deliver Saturday
Deliver Weekday

7 **DANGEROUS GOODS**

8 **DUTIES AND TAXES**
Bill Sender
Bill Recipient
Bill 3rd Party

**TRANSPORTATION CHARGES**
Bill Sender
Credit Card
Cash/Check
Bill 3rd Party

Questions? Call 800-247-4747. For Int'l Customer Service.



No. 54089522



PARCEL SHIPPING ORDER

No. 54087805



No. 54088551

MAIL BOXES ETC.

# PARCEL SHIPPING ORDER Form 4697

CUSTOMER (PLEASE PRINT)

PARCEL SHIPPING ORDER
No. 5408 9189

**SENT TO:**

**A**
NAME: Joyeta Knight
STREET: C Brooman Avenue
APT #:
CITY/STATE/ZIP: Kingston 10, Jamaica, W.I.
PHONE:

LIST ALL CONTENTS
Documents

**B**
NAME:
STREET: APT #
CITY/STATE/ZIP:
PHONE:

**C**
NAME:
STREET: APT #
CITY/STATE/ZIP:
PHONE:

CUSTOMER'S SIGNATURE

TOTAL CHARGES  $ 33.90

© 1996 MAIL BOXES ETC.®    (1997 Ed., Rev.1997) (FORM #220100)



 

MAKING BUSINESS EASIER? WORLDWIDE.

## MAILBOX SERVICE AGREEMENT

CUSTOMER NAME: _Tyrone James_
COMPANY: _D. W. Advertising  Eva Production  Ad G Computer / Repairs_
ADDRESS: _51 Town Circle  Hanover, PA 17331_
HOME PHONE: _(717) 532-8984_ WORK PHONE: _____ FAX: _____
E-MAIL ADDRESS: _____ MAIL BOXES ETC. CENTER NO.: _2607_
MAILBOX NUMBER: _300_ SIZE OF MAILBOX: _Business_

1) This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at the Mail Boxes Etc. Center identified above (the "Center") under the terms set forth herein.

2) Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Each individual or entity must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3) This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Additionally, Customer acknowledges that pursuant to postal regulations the information required to complete Form 1583 may be made available by the U.S. Postal Service to the public if "yes" in block five (5) on Form 1583 is checked. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgement form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4) Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5) Customer agrees to pay an initial set-up fee of ___N/A___ and a refundable security/key deposit of ___$5.00___, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation or termination of this Agreement, provided that Customer returns the key, key card and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no prorations or refunds for cancellation of any service. Customer agrees to pay a late fee of ___N/A___ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of ___N/A___. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6) Upon expiration, cancellation or termination of this Agreement, the Center will:

   a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee

©Mail Boxes Etc. USA, Inc.

Revised April 1999

1 of 3

©Mail Boxes Etc. USA, Inc.

Revised April 1999

against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession, from failure of the U.S. Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state or local laws.

13) Customer acknowledges and agrees that the Center is an independently owned and operated franchisee of Mail Boxes Etc. USA, Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14) **CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM.** (INITIAL _____ )

15) Customer **must** use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. Mail received by Customer must bear a delivery address that contains at least the following elements, in this order:

   (1) Intended addressee's name or other identification. Examples: Joe Doe or ABC Co.
   (2) "PMB" and number. Example: PMB 234.
   (3) Street number and name or post office box number or rural route designation and number. Examples: 10 Main St. or P.O. BOX 34 or RR 1 BOX
   (4) City, state, and ZIP Code (5-digit or ZIP+4). Example: Herndon VA 22071-2716.

The Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16) Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a U.S. Postal Service address) address format. In such case, the "PMB" designation must also be used. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

CUSTOMER SIGNATURE: _____ DATE: 10/30/02

AUTHORIZED CENTER REPRESENTATIVE
SIGNATURE: _____ DATE: 10/30/00
HOW DID CUSTOMER HEAR ABOUT US? _____

©Mail Boxes Etc. USA, Inc.

Revised April 1999

\\REACH E\VOL-A\LEGAL\BIZFMISC99\MAIL\MSAGRT6.DOC

Revised April 1999



## MAIL BOXES ETC.

MAKING BUSINESS EASIER. WORLDWIDE.

## MAILBOX SERVICE AGREEMENT

CUSTOMER NAME: _Tyone Jame_
COMPANY: _Reality Fashion Express_
ADDRESS: _367 W. Market Street York Pa 17404_
HOME PHONE: (717) 332 8984  WORK PHONE: _____  FAX: _____
E-MAIL ADDRESS: _____  MAIL BOXES ETC. CENTER NO.: _____
MAILBOX NUMBER: _____  SIZE OF MAILBOX: _____

1) This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at the Mail Boxes Etc. Center identified above (the "Center") under the terms set forth herein.

2) Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Each individual or entity must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3) This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Additionally, Customer acknowledges that pursuant to postal regulations the information required to complete Form 1583 may be made available by the U.S. Postal Service to the public if "yes" in block five (5) on Form 1583 is checked. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4) Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5) Customer agrees to pay an initial set-up fee of _____ and a refundable security/key deposit of _____, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation or termination of this Agreement, provided that Customer returns the key, key card and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no prorations or refunds for cancellation of any service. Customer agrees to pay a late fee of _____ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of _____. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6) Upon expiration, cancellation or termination of this Agreement, the Center will:

a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee

©Mail Boxes Etc. USA, Inc.

Revised April 1999

against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession, from failure of the U.S. Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state or local laws.

13) Customer acknowledges and agrees that the Center is an independently owned and operated franchisee of Mail Boxes Etc. USA, Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14) CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM.
(INITIAL

15) Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. Mail received by Customer must bear a delivery address that contains at least the following elements, in this order:
(1) Intended addressee's name or other identification. Examples: Joe Doe or ABC Co.
(2) "PMB" and number. Example: PMB 234.
(3) Street number and name or post office box number or rural route designation and number. Examples: 10 Main St. or P.O. BOX 34 or RR 1 BOX
(4) City, state, and ZIP Code (5-digit or ZIP+4). Example: Herndon VA 22071-2716.

The Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16) Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a U.S. Postal Service address) address format. In such case, the "PMB" designation must also be used. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

X CUSTOMER SIGNATURE _~~~~~~_ DATE: 10/5/00

---

AUTHORIZED CENTER REPRESENTATIVE

SIGNATURE: _____ DATE: _____

HOW DID CUSTOMER HEAR ABOUT US? _____

©Mail Boxes Etc. USA, Inc.

Revised April 1999

H:\A73\WOL\LEGAL\RCE\MBE\99\MAIL\MSAGRT&.DOC

Revised April 1999



**MAKING BUSINESS EASIER. WORLDWIDE.**

## MAILBOX SERVICE AGREEMENT

CUSTOMER NAME: _Tyrone James_
COMPANY: _P. J. Merchandise_
ADDRESS: _678 W. Market St. #2nd York Pa 17404_
HOME PHONE: _(717) 843-1878_    WORK PHONE: _____    FAX: _____
E-MAIL ADDRESS: _____    MAIL BOXES ETC. CENTER NO. _1224_
MAILBOX NUMBER: _191_    SIZE OF MAILBOX: _Business_

1) This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at the Mail Boxes Etc. Center identified above (the "Center") under the terms set forth herein.

2) Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Each individual or entity must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3) This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Additionally, Customer acknowledges that pursuant to postal regulations the information required to complete Form 1583 may be made available by the U.S. Postal Service to the public if "yes" in block five (5) on Form 1583 is checked. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4) Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5) Customer agrees to pay an initial set-up fee of ___N/A___ and a refundable security/key deposit of ___$5.00___, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation or termination of this Agreement, provided that Customer returns the key, key card and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no prorations or refunds for cancellation of any service. Customer agrees to pay a late fee of ___N/A___ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of ___N/A___. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6) Upon expiration, cancellation or termination of this Agreement, the Center will:

    a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee

©Mail Boxes Etc. USA, Inc.

Revised April 1999

1 of 3

Revised April 1999

of $10.00 for month 1, and $50.00 for months 2 through 6 in advance for the time period that mail is to be forwarded.  It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation or termination of this Agreement.

b.  Discard or destroy any "Unsolicited Mail" (e.g., bulk mail; mail addressed as "occupant," "current resident" or similar designation; or coupons, advertising or other promotional material) delivered to or remaining at the Center.

c.  Retain Customer's mail, other than Unsolicited Mail, at the Center for a period of thirty (30) days from the date of delivery or six (6) months after the expiration, cancellation or termination of this Agreement, whichever comes first, if Customer leaves no forwarding fees or forwarding address.  After such time, any mail or package may be discarded or destroyed.  In order to pick up any mail or package during the six (6) month period, Customer must pay a storage fee of $10.00 per month for the time period in which the Center holds the mail or package(s), plus a service fee of $2.00 for each time Customer visits the Center to pick up such items.

d.  Refuse any package addressed to Customer delivered by any party other than the U.S. Postal Service, such as a commercial courier service.

7)  Six (6) months after the expiration, cancellation or termination of this Agreement, the Center may:

a.  Refuse any mail or package addressed to Customer and delivered to the Center.

b.  Discard or destroy any of Customer's mail or package delivered to or remaining at the Center at such time.

8)  The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time.  Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

9)  Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer thirty (30) days written notice.  Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement.  Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

10)  Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer.  In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial courier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage prepaid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

11)  As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured and certified items.  Unless prior arrangements have been made, the Center shall only be obligated to accept mail, or packages delivered by commercial courier services which require a signature from the Center as a condition of delivery.  Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within __10__ days of notification will be subject to a storage fee of $2.00 per day per package, which must be paid before Customer receives the package.  In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return.  C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center.

12)  Customer agrees to protect, indemnify, defend and hold harmless the Center, Mail Boxes Etc. USA, Inc., and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents and employees from and

©Mail Boxes Etc. USA, Inc.

Revised April 1999

2 of 3

against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession, from failure of the U.S. Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state or local laws.

13) Customer acknowledges and agrees that the Center is an independently owned and operated franchisee of Mail Boxes Etc. USA, Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14)  CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM.
(INITIAL   T  J      )

15) Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. Mail received by Customer must bear a delivery address that contains at least the following elements, in this order:
   (1) Intended addressee's name or other identification. Examples: Joe Doe or ABC Co.
   (2) "PMB" and number. Example: PMB 234.
   (3) Street number and name or post office box number or rural route
   designation and number. Examples: 10 Main St. or P.O. BOX 34 or RR 1 BOX
   (4) City, state, and ZIP Code (5-digit or ZIP+4). Example: Herndon VA 22071-2716.

The Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16) Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a U.S. Postal Service address) address format. In such case, the "PMB" designation must also be used. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph.  This Agreement may not be amended or modified, except in a writing signed by both parties.

CUSTOMER SIGNATURE: _Vylowie Fame_ DATE: _4/22/00_

---

AUTHORIZED CENTER REPRESENTATIVE
SIGNATURE: _Ken Emswele_    DATE: _4/22/00_

HOW DID CUSTOMER HEAR ABOUT US? _____

---

©Mail Boxes Etc. USA, Inc.

Revised April 1999

\\EAGLE\VOL A\LEGAL\BGB\MISC7\MAIL\MS.AGRT6.DOC

**MAIL BOXES ETC.**                                    PMB-209

MAKING BUSINESS EASIER. WORLDWIDE.

## MAILBOX SERVICE AGREEMENT

CUSTOMER NAME: _____ Tyrone James_____
COMPANY: _____ 1st Impression Enterprise Inc_____
ADDRESS: _____ 565 W. Market St York Pa 17404_____
HOME PHONE: (717) 843 1274 WORK PHONE: (717) 854 3427 FAX: _____
E-MAIL ADDRESS: T.J.B.S. Com. MAIL BOXES ETC. CENTER NO.: 116
MAILBOX NUMBER: _____ 209 _____ SIZE OF MAILBOX: _____ medium _____

1) This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at the Mail Boxes Etc. Center identified above (the "Center") under the terms set forth herein.

2) Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Each individual or entity must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3) This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Additionally, Customer acknowledges that pursuant to postal regulations the information required to complete Form 1583 may be made available by the U.S. Postal Service to the public if "yes" in block five (5) on Form 1583 is checked. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4) Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5) Customer agrees to pay an initial set-up fee of _____ none _____ and a refundable security/key deposit of _____ $5.00 _____, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation or termination of this Agreement, provided that Customer returns the key, key card and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no prorations or refunds for cancellation of any service. Customer agrees to pay a late fee of _____ none _____ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of _____ none _____. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6) Upon expiration, cancellation or termination of this Agreement, the Center will:

    a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee

©Mail Boxes Etc. USA, Inc.

Revised April 1999

©Mail Boxes Etc. USA, Inc.

Revised April 1999

of _10.00_ for month 1, and _50.00_ for months 2 through 6 in advance for the time period that mail is to be forwarded. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation or termination of this Agreement.

b. Discard or destroy any "Unsolicited Mail" (e.g., bulk mail; mail addressed as "occupant," "current resident" or similar designation; or coupons, advertising or other promotional material) delivered to or remaining at the Center.

c. Retain Customer's mail, other than Unsolicited Mail, at the Center for a period of thirty (30) days from the date of delivery or six (6) months after the expiration, cancellation or termination of this Agreement, whichever comes first, if Customer leaves no forwarding fees or forwarding address. After such time, any mail or package may be discarded or destroyed. In order to pick up any mail or package during the six (6) month period, Customer must pay a storage fee of _10.00_ per month for the time period in which the Center holds the mail or package(s), plus a service fee of _2.00_ for each time Customer visits the Center to pick up such items.

d. Refuse any package addressed to Customer delivered by any party other than the U.S. Postal Service, such as a commercial courier service.

7) Six (6) months after the expiration, cancellation or termination of this Agreement, the Center may:

a. Refuse any mail or package addressed to Customer and delivered to the Center.

b. Discard or destroy any of Customer's mail or package delivered to or remaining at the Center at such time.

8) The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

9) Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer thirty (30) days written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

10) Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial courier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage prepaid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

11) As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured and certified items. Unless prior arrangements have been made, the Center shall only be obligated to accept mail, or packages delivered by commercial courier services which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within _7 Business days_ of notification will be subject to a storage fee of _2.00_ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center.

12) Customer agrees to protect, indemnify, defend and hold harmless the Center, Mail Boxes Etc. USA, Inc., and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents and employees from and

©Mail Boxes Etc. USA, Inc.

Revised April 1999

©Mail Boxes Etc. USA, Inc.

Revised April 1999

against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession, from failure of the U.S. Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state or local laws.

13)  Customer acknowledges and agrees that the Center is an independently owned and operated franchisee of Mail Boxes Etc. USA, Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14)  CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL _____ )

15)  Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583.  Mail received by Customer must bear a delivery address that contains at least the following elements, in this order:

    (1) Intended addressee's name or other identification. Examples: Joe Doe or ABC Co.
    (2) "PMB" and number. Example: PMB 234.
    (3) Street number and name or post office box number or rural route designation and number. Examples: 10 Main St. or P.O. BOX 34 or RR 1 BOX
    (4) City, state, and ZIP Code (5-digit or ZIP+4). Example: Herndon VA 22071-2716.

The Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16)  Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box).  "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a U.S. Postal Service address) address format.  In such case, the "PMB" designation must also be used. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph.  This Agreement may not be amended or modified, except in a writing signed by both parties.

CUSTOMER SIGNATURE: _Jerome James_ DATE: _5/24/99_

AUTHORIZED CENTER REPRESENTATIVE
SIGNATURE: _Charles Keitz, agent_ DATE: _5/24/99_
HOW DID CUSTOMER HEAR ABOUT US? _____

©Mail Boxes Etc. USA, Inc.

Revised April 1999

\\EAGLE\VOL4\LEGAL\BGE\MISC\99\MAIL\MSAGRT6.DOC



MAKING BUSINESS EASIER. WORLDWIDE.

## MAILBOX SERVICE AGREEMENT

CUSTOMER NAME: _____
COMPANY: _____
ADDRESS: _____
HOME PHONE: _____    WORK PHONE: _____    FAX: _____
E-MAIL ADDRESS: _____    MAIL BOXES ETC. CENTER NO.: 2607
MAILBOX NUMBER: 300    SIZE OF MAILBOX: _____

1) This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at the Mail Boxes Etc. Center identified above (the "Center") under the terms set forth herein.

2) Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Each individual or entity must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3) This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Additionally, Customer acknowledges that pursuant to postal regulations the information required to complete Form 1583 may be made available by the U.S. Postal Service to the public if "yes" in block five (5) on Form 1583 is checked. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4) Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5) Customer agrees to pay an initial set-up fee of ___N/A___ and a refundable security/key deposit of ___$5.00___, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation or termination of this Agreement, provided that Customer returns the key, key card and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no prorations or refunds for cancellation of any service. Customer agrees to pay a late fee of ___N/A___ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of ___N/A___. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6) Upon expiration, cancellation or termination of this Agreement, the Center will:

   a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee

©Mail Boxes Etc. USA, Inc.

Revised April 1999

©Mail Boxes Etc. USA, Inc.

Revised April 1999

against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession, from failure of the U.S. Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state or local laws.

13) Customer acknowledges and agrees that the Center is an independently owned and operated franchisee of Mail Boxes Etc. USA, Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14)  CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM.
(INITIAL _____)

15)  Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583.  Mail received by Customer must bear a delivery address that contains at least the following elements, in this order:
   (1) Intended addressee's name or other identification. Examples: Joe Doe or ABC Co.
   (2) "PMB" and number. Example: PMB 234.
   (3) Street number and name or post office box number or rural route
   designation and number. Examples: 10 Main St. or P.O. BOX 34 or RR 1 BOX
   (4) City, state, and ZIP Code (5-digit or ZIP+4). Example: Herndon VA 22071-2716.

The Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16) Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box).  "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a U.S. Postal Service address) address format.  In such case, the "PMB" designation must also be used. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph.  This Agreement may not be amended or modified, except in a writing signed by both parties.

CUSTOMER SIGNATURE: _____ DATE: _10/30/00_

AUTHORIZED CENTER REPRESENTATIVE
SIGNATURE: _Brandis Taylor_    DATE: _10/30/00_
HOW DID CUSTOMER HEAR ABOUT US? _____

©Mail Boxes Etc. USA, Inc.

Revised April 1999

©Mail Boxes Etc. USA, Inc.

Revised April 1999

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                        :
                    **Plaintiff**    :
                          :    **No. 1:CV-01-1015**

    v.                                   :
                          :    **(Judge Kane)**

YORK COUNTY POLICE                      :    **(Magistrate Judge Mannion)**
DEPARTMENT; AGENT JAMES H.              :
MORGAN; DET. RICHARD                    :
PEDDICORD; DET. RAYMOND E.              :
CRAUL; SGT. GENE FELLS; DET.            :
ANTHONY GLOWCZEWSKI; AGENT              :
RANDY SIPES; and AGENT BRIAN            :
WESTMORELAND,                           :
                   **Defendants** :

## CERTIFICATE OF SERVICE

I, Jason C. Giurintano, Deputy Attorney General for the Commonwealth of

Pennsylvania, Office of Attorney General, hereby certify that on November 17,

2003, I caused to be served a true and correct copy of the foregoing document

entitled Commonwealth Defendants' Response to Plaintiff's Second Request for

Production of Documents by depositing same in the United States Mail, first-class

postage prepaid to the following:

Tyrone P. James, EX-9451           Donald L. Reihart
SCI Rockview                    Law Office of Donald L. Reihart
P.O. Box A                      2600 Eastern Blvd., Suite 204
Bellefonte, PA  16823          York, PA  17402

                                        _____

                                   **JASON C. GIURINTANO**
                                    **Deputy Attorney General**