IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES )
    Plaintiff, )
)
v. ) CIVIL ACTION NO.1:01-CV-1015
)
YORK COUNTY POLICE DEPARTMENT, ) (Judge Kane)
JAMES H. MORGAN, RICHARD PEDDICORD )
RAYMOND E. CRAUL, GENE FELLS, ) JURY TRIAL DEMANDED
DET. KESSLER, CO. BAYLARK, )
RANDY SIPES, BRIAN WESTMORELAND, )
and DETECTIVE GLOWCZESKI )
    Defendants. )

### REQUEST FOR ENTRY OF DEFAULT

To: Clerk of the Court for the Middle District of Pennsylvania

You will please enter the default of Defendant Randy Sipes for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit Tyrone P. James.

Respectfully Submitted,

Tyrone P. James

EX 9451, Pro se

Date: January 30, 2004.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>　　　Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD<br>RAYMOND E. CRAUL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>　　　Defendants. | CIVIL ACTION NO.1:01-CV-1015<br><br>(Judge kane)<br><br>JURY TRIAL DEMANDED |

## VERIFICATION

I, Tyrone P. James, verify, under penalty of perjury, that the foregoing Request For Default, and Affidavit, is true and correct to the best of my knowledge and belief, pursuant to 28 U.S.C. 1746.

Respectfully Submitted,

*Tyrone James*

Tyrone P. James

EX 9451

T

Date: January 31, 2004.

FILED
HARRISBURG
FEB 04 2004
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>　　　Plaintiff,<br><br>　　v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD<br>RAYMOND E. CRAUL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>　　　Defendants. | )<br>)<br>)　CIVIL ACTION NO.1:01-CV-1015<br>)<br>)　(Judge kane)<br>)<br>)　JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## CERTIFICATION OF SERVICE

I Tyrone P, Appellant's, hereby certified that, I am this day serving a true and correct copy to assigned counsels, a "Request For Entry Of Default; Affidavit For Entry Of Default," in the manner set forth below to the following:

By First Class U.S. Mail:

Jason C. Giurintano
office Of Attorney general
Civil Litigation
15 th Floor, Strawberry Square
Harrisburg, PA 17120.

Office Of the Clerk
United Sates District Court
Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108

Donald L Reihart, Esq.
Law Office of donald L. Rreihart
3015 Eastern Avenue
York, PA 17402

State Of California
department Of Justice
Bureau of Narcotic Enforcment
4200 Latham Ste. D
Riverside, CA 92501

Date: January 31, 2004.

*Tyrone James*
Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820



EX 9A51
P.O. Box A
Bellefonte, PA 16823-0820

Legal Mail

Office of The Clerk
United States District Court
United States Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108