IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>      Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD<br>RAYMOND E. CRAUL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>      Defendants. | CIVIL ACTION NO.1:01-CV-1015<br><br>(Judge Kane)<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, TO WIT, this ____ day of _____, 2004, it is hereby ordered that upon consideration of the foregoing Petition. "Request For Entry Of Default; Affidavit For Entry Of Default," is Granted.

BY THE COURT,

_____
Judge.