IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
|     **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:01-CV-1015** |
| v. : | |
| : | **(Judge Kane)** |
| **YORK COUNTY POLICE** : | |
| **DEPARTMENT, JAMES H. MORGAN,** : | |
| **RICHARD PEDDICORD, RAYMOND** : | |
| **E. CRAUL, GENE FELLS, DET.** : | |
| **KESSLER, CO. BAYLARK, RANDY** : | |
| **SNIPES, BRIAN WESTMORELAND,** : | |
| **and DETECTIVE GLOWCZESKI,** : | |
|     **Defendants** : | |

## ORDER

Plaintiff Tyrone James has filed a request for entry of default against Defendant Randy Sipes for failure to plead or otherwise defend this action. (Doc. No. 113). The request must be denied, as this Defendant has never been served. (See Doc. No. 75, waiver of service of summons). Although this Court ordered the U.S. Marshal to serve Sipes along with several other Defendants, the summons was returned for insufficient address. (See docket notation regarding summons following entry No. 70; Doc. No. 75). It appears that Plaintiff was never notified of this. Therefore, **IT IS ORDERED THAT** the Clerk of Court shall again attempt to serve Defendant Randy Sipes at the last known address. Plaintiff shall be notified as to whether service was affected.

                                                                               S/ Yvette Kane
                                                                               Yvette Kane
                                                                               United States District Judge

Date: February 10, 2003