IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES )
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 1:01-CV-1015
)
) (Judge Kane)
YORK COUNTY POLICE DEPARTMENT, )
JAMES H. MORGAN, RICHARD PEDDICORD, ) JURY TRIAL DEMANDED
RAYMOND E. CRUAL, GENE FELLS, )
DET. KESSLER, CO. BAYLARK, )
RANDY SIPES, BRIAN WESTMORLAND, )
and DETECTIVE GLOWCZESKI )
    Defendants. )

FILED
HARRISBURG, PA

FEB 11 2004

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## MOTION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE COURT, JUDGE OF SAID COURT:

AND NOW COMES, Plaintiff's Tyrone P. James, pursuant to § 1915. request this Honorable Court to appoint counsel to represent him in this pending civil matter, for the following reasons:

1. The Plaintiff is unable to afford counsel.

2. This issues involved in this matter are complex.

3. The Plaintiff's has very limited access to law books doing research, and law library.

4. The Plaintiff has a limited knowledge of the Law.

5. The ends of Justice would best be served, in this case, if an Attorney was appointed to present me. In the interest of Plaintiff, this petition should be granted.

6. Plaintiff request for counsel, are one relating to self-incrimination, regarding a pending Deposition Hearing relating to this plaintiff, requested by the defendants, where this plaintiff could say things which could be used against him in criminal prosecution. See U.S. Const. Amend. 5.

7. Plaintiff's criminal matter relating leading up to the civil matter are still pending on direct appeal.

WHEREFORE, Plaintiff's, respectfully pray, this Honorable Court, upon consideration of all foregoing motions filed with this Court, issue an order granting Plaintiff's appointment of counsel, to represent him at the Deposition hearing requested by the defendants, and also appoint him counsel to represent him in this civil matter.

Respectfully Your,

*Tyrone James*

Tyrone P. James.

EX 3451.