IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>    Plaintiff | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 1:01-CV-1015<br>:<br>:    (Judge Kane) |
| YORK COUNTY POLICE<br>DEPARTMENT, JAMES H. MORGAN,<br>RICHARD PEDDICORD, RAYMOND<br>E. CRAUL, GENE FELLS, DET.<br>KESSLER, CO. BAYLARK, RANDY<br>SNIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of Plaintiff Tryone James's motion for reconsideration of this Court's Order on motions for Summary Judgment, **IT IS ORDERED THAT** the motion (Doc. No. 101) is **DENIED**.

**IT IS FURTHER ORDERED THAT** this case is referred back to Magistrate Judge Mannion to consider and rule upon the pending discovery motions and motion to appoint counsel.

_____
Yvette Kane
United States District Judge

Date: February 10, 2003