```
Mon Feb 23 16:16:59 2004

UNITED STATES DISTRICT COURT
SCRANTON         , PA

Receipt No.   111 140452
Cashier           jill

Tender Type  CHECK

Check Number: 63971

Transaction Type  AR

DØ Code   Div No    Acct
4667        1      0869PL

Amount           $   63.33

SCI ROCKVIEW BOX A BELLEFONTE, PA 16
823

PARTIAL FILING FEE FOR APPEAL IN CV-
01-1015

cn
```

CV-01-1015
USCA No. 03-4252

FILED
HARRISBURG, PA

FEB 2 3 2004

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk