IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO.1:01-CV-1015
 )
YORK COUNTY POLICE DEPARTMENT, ) (Judge Kane)
JAMES H. MORGAN, RICHARD PEDDICORD, )
RAYMOND E. CRAUL, GENE FELLS, ) JURY TRIAL DEMANDED
DET. KISSLER, CO. BAYLARK, )
RANDY SIPES, BRIAN WESTMORELAND, )
and DETECTIVE GLOWCZESKI )
    Defendants. )

FILED
HARRISBURG, PA
MAR 1 0 2004
MARY E. D'ANDREA, CLERK
Per_____

### REQUEST FOR ENTRY OF DEFAULT

To: Clerk of the Court for the Middle District of Pennsylvania

you will please enter the default of Defendant, York County Police Department, et. al., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit Tyrone P. James.

Respectfully Submitted,

Tyrone James

Tyrone P. James,

EK 9451
P.O. Box A
Bellefonte, PA 16823-0820

Date: March 1, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME T. JONES,
    Plaintiff,

v.

YORK COUNTY POLICE OFFICERS,
et al.,
    Defendants.

CIVIL ACTION NO. 1:01-CV-1015

(Judge Kane)

/s/ Tyrone Jones

[FOR THE MIDDLE DISTRICT OF PENNSYLVANIA]

TYRONE B. JAMES,
  Plaintiff

  v.                                CIVIL ACTION NO. 1:01-CV-1015

[Defendants]                        (Judge Kane)

                                    [JURY TRIAL DEMANDED]

[CERTIFICATE OF SERVICE]

[I, Tyrone B. James, ...certify that...this day...] Notice of Appeal. AND Amended Appeal.

By First Class U.S. Mail:

James D. [Harrisburg]
Civil Litigation
[...]
Harrisburg, PA 17108

Office of the Clerk
[United States District Court]
Middle District of Pennsylvania
228 Walnut Street
P.O. Box A 983
Harrisburg, PA 17108

Date: March 1, 2004

                                    /s/ Tyrone James
                                    Tyrone B. James
                                    DT 9451
                                    [SCI Rockview]
                                    Bellefonte, PA 16823