IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES, )
    Plaintiff, )
)
vs. ) CIVIL ACTION NO. 1:01-CV-1015
)
YORK COUNTY POLICE DEPARTMENT, ) (Judge Kane)
JAMES H. TURGAN, RICHARD FREDDECKS, )
RAYMOND E. CRAUL, CHIEF POLICE ) JURY TRIAL DEMANDED
DET. KISSLER, D. SNYDARK, )
RANDY SIPES, BRIAN WESTMORELAND, )
and DETECTIVE FLORCZSKI )
    Defendants. )

ORDER

AND NOW, TO WIT, this ___ day of _____, 2004, it is hereby ordered that upon consideration of the foregoing Petition, "Request for Entry of Default; Affidavit for Entry of Default," is granted.

BY THE COURT

_____
Judge.