UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES, | : | CIVIL ACTION NO. 1:01-1015 |
| Plaintiff | : | |
| | : | (KANE, J.) |
| V. | : | (MANNION, M.J.) |
| YORK COUNTY POLICE DEPARTMENT, AGENT | : | |
| JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. | : | |
| RAYMOND E. CRAUL, SGT. GENE FELLS, DET. KESSLER, | : | |
| C/O BAYLARK, | : | |
| Defendants | : | |

## O R D E R

Before the court is the plaintiff's fifth motion for appointment of counsel. (Doc. No. 117). (See also Doc. Nos. 4, 18, 21, and 86).

Throughout this case and given the leeway afforded to *pro se* litigants, the plaintiff has demonstrated his ability to present the facts and evidence necessary to pursue his claims.

As such, the motion for appointment of counsel (Doc. No. 117) is **DENIED.**

s/ Malachy E. Mannion

MALACHY E. MANNION
United States Magistrate Judge

Dated:   March 11, 2004

O:\shared\ORDERS\01-1015.2.wpd