ORIGINAL

RECEIVED
MAR 12 2004
MARY E. D'ANDREA, CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT :

1:01-cv-1015
[signature]

### PETITION

I  Kristin G. Hogue  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Office of the California Attorney General

110 W. A Street, Suite 1100

San Diego, CA 92101

Office Telephone: _____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Admitted to the California State Bar 11-29-80; United States

District Court: Central District of California 1-23-80;

Northern District of California 8-20-81; Southern District

of California 1-25-83; United States Court of Appeals 9-16-82.

My attorney Identification number is: Calif. State Bar No. 90505

---

**FOR COURT USE ONLY**

____GENERAL ADMISSION:

BEFORE JUDGE_____      Date:_____
          ____U.S.DISTRICT JUDGE ____U.S. MAGISTRATE JUDGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

____SPECIAL ADMISSION:

GRANTED:_____      Date:_____
          ____U.S.DISTRICT JUDGE ____U.S.MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

None.

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows:_____

For the purpose of representing the below-named state employee in the below-captioned matter
ALSO NAME THE PARTY YOU REPRESENT:

RANDY SIPES

If special admission is requested for a particular case, please list case number and caption:

Case #   Civil Action No. 1:01-CV-1015

Caption # Tyrone P. James v. York County Police Department, et al.

I understand that:

    1)  If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)  If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)  If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER KRISTIN G. HOGUE

California State Bar No. 90505
(Bar Identification Number)

March 11, 2004
(Date)