```
Fri Mar 12 16:12:21 2004

UNITED STATES DISTRICT COURT

   SCRANTON     , PA

Receipt No.   111 140595
Cashier           pamela

Tender Type  CHECK

Check Number: 195644

Transaction Type   C

Case No./Def No. 3:04-PB-1    /   1


DO Code    Div No     Acct
 4667        1        6855XX

Amount          $     25.00

SPADM KRISTIN G HOGUE IN 01-CV-1015


     PHILIP ANGELIDES, TREASURER SACRAMEN
TO, CA




           bn
```