ORIGINAL

RECEIVED
MAR 12 2004
MARY E. D'ANDREA, CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT :

1:01-cv-1015

### PETITION

I **Kristin G. Hogue**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: **Office of the California Attorney General**

**110 W. A Street, Suite 1100**

**San Diego, CA 92101**

Office Telephone: _____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Admitted to the California State Bar 11-29-80; United States District Court: Central District of California 1-23-80; Northern District of California 8-20-81; Southern District of California 1-25-83; United States Court of Appeals 9-16-82.

My attorney Identification number is: Calif. State Bar No. 90505

FILED
WILKES-BARRE
MAR 15 2004
MARY E. D'ANDREA
Per _____ DEPUTY CLERK

### FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
         ____ U.S. DISTRICT JUDGE ____ U.S. MAGISTRATE JUDGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

✓ SPECIAL ADMISSION:

GRANTED: _[signature]_____   Date: 3-15-04
         ____ U.S. DISTRICT JUDGE ✓ U.S. MAGISTRATE JUDGE