IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>      Plaintiff, | :<br>:<br>:   Civil Action No. 1:01 CV-1015<br>:           (YK-MEM)<br>: |
| v. | :<br>:   Judge Yvette Kane |
| YORK COUNTY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PETTICORD, DET. RAYMOND E. CRAUL, DET. JEAN FELLS, DET. KESSLER, C/O BAYLARK,<br>      Defendants. | :   Courtroom: 3<br>:<br>:<br>:<br>:<br>:<br>: |

## [PROPOSED] ORDER

**WHEREAS**, the motion to dismiss of Randy Sipes came before this Court, and this Court finding that the complaint should be dismissed under Federal Rule of Civil Procedure, Rule 8 for failure to make "a short and plain statement of the claim showing that the pleader is entitled to relief," under FRCP, Rule 12(b)(2) for "lack of jurisdiction over the person," under Rule 12(b)(5)

1

for "insufficiency of service of process," and under Rule 12(b)(6) for "failure to state a claim upon which relief can be granted."

**IT IS HEREBY ORDERED THAT:**

This complaint is dismissed, without leave to amend, as to Randy Sipes.

_____
, Judge
Middle District of Pennsylvania

Dated: _____