```
Mon Mar 15 11:40:33 2004

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.   111 140598
Cashier        pamela

Tender Type  CHECK

Check Number: 64584

Transaction Type   AR

DØ Code    Div No        Acct
 4667        1          0869PL

Amount              $    19.65

     SCI ROCKVCIEW BOX A BELLEFONTE, PA 1
6823

PARTIAL APPEAL FEE IN 01-CV-1015
```



FILED
MAR 15 2004
PER _____
HARRISBURG, PA   DEPUTY CLERK

bn