**Social Security Administration**
## Supplemental Security Income
Notice of Change in Payment

Date: September 03, 2001
Claim Number: 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 DI

216
TYRONE P JAMES
INMATE 62154
YORK CO PRISON
3400 CONCORD ROAD
YORK PA 17402-9007

*  Type of Eligibility  *
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for months in the past. The rest of this letter will tell you more about this change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| January 01, 2000 | December 31, 2000 | $693.00 This includes $180.00 from the State of California. |

**Things To Remember**

This determination replaces all previous determinations for the above periods.

**If You Disagree With The Decision**

If you disagree with the decision, you have the right to appeal. A person who hasn't seen your case will look at it. That person will be an Administrative Law Judge. In the rest of our letter we'll call this person an ALJ. The ALJ will correct mistakes and look at any new facts you have before deciding your case. We call this a hearing.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

EXHIBIT "A"

CASE NO.
1:01-CV-1015

SSA-L8100                                                    M20AE08/27007861

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
03/22/2001                                                                  Page  4

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Carolyn W. Colvin*
Carolyn W. Colvin
Deputy Commissioner
   for Operations



EXHIBIT
 "A"

SSA-L8155                                                                   M601E03/15000377

Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date: March 22, 2001
Claim Number: 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 DI

226
TYRONE P JAMES
GREEN CTY PRISON
RR2 BOX 207B
WAYNESBURG PA 15370-9024

*Send to wrong Address*

( * Type of Eligibility *
Individual--Disabled )

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are changing your payments for both past and future months. The rest of this letter will tell you more about this change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| January 01, 2001 | Continuing | $.00 |

We will stop your payments as shown above beginning May 2001. We have not stopped the next payment since you may appeal this decision within 10 days from the date you get this letter. However, you may have to pay back any money you are not due.

**Why Your Payments Changed**

You moved out of the State of California. Therefore, beginning January 2001, you are no longer eligible for payment from that State.

**Your SSI Is Based On These Facts**

You are living in the State of Pennsylvania for January 2001 on.

**Information About Medicaid**

For information about any change in your Medicaid eligibility caused by this action, you should get in touch with the County Assistance Office.

EXHIBIT "A"

SSA-L8155                                                      M601E03/15000377

# COMMONWEALTH OF PENNSYLVANIA
## COUNTY OF YORK

H. STANLEY REBERT
DISTRICT ATTORNEY



COURT HOUSE
28 EAST MARKET STREET
YORK, PENNSYLVANIA 17401
TELEPHONE
(717)771-9600

May 31, 2001

Mr. Tyrone James
York County Prison
3400 Concord Rd
York, Pa  17402

Dear Mr. James,

Your letter dated 5/22/01 has been referred to the District Attorney's Office for investigation. Our policy regarding filing of complaints against County Detectives and County Prison Guards requires you to submit your complaint in writing. This information should include your specific allegations complete with details including specific dates, times and locations. Please name the officers that you alleged have committed any wrongdoing. In addition, please provide us with specific information on witnesses that you might have to the event(s), so that my office may interview them as well during the course of this investigation.

Please direct your complaint to Chief Rebecca Downing, York County Detectives, York County District Attorney's Office, 28 E. Market Street. Your correspondence may be marked confidential if you so desire.

Sincerely,
M. Rebecca Downing,
Chief, York County Detectives

cc/ H. Stanley Rebert

**LAW OFFICES**
**OF**
**CRAIG L. THORPE, P.C.**
807 N. 63rd Street
First Floor
Philadelphia, PA 19151
Tel: (215) 689-0500
Tel: (215) 656-4030
Fax (215) 689-0506

**Craig L. Thorpe**
Member of PA & NJ Bars
Email - cltpc@aol.com

www.Lawyer.com/craiglthorpe/
www.Thorpepc.com

July 14, 2003

Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Dear Mr. James:

    I appreciate you contacting this office for representation unfortunately, this office can not assist you with your matter.

    We thank you for your considering this office and if we can be if service to you in the future, please do not hesitate to call this office or the undersigned attorney.

    Thank you for your attention in this matter.

Very Truly Yours,

*Craig L. Thorpe* (signature)

Craig L. Thorpe

CLT/sn

*[Handwritten: Plaintiff's Attempts To Seek Counsel. To Represent Him In This Matter.]*

# THE COUNTY COMMISSIONERS OF YORK COUNTY

**BOARD OF COMMISSIONERS**
ROBERT A. MINNICH, PRESIDENT
CHRISTOPHER B. REILLY
SHIRLEY L. GLASS



**SOLICITORS**
DAVID S. CRAUN
DONALD. L. REIHART

**ADMINISTRATOR - CHIEF CLERK**
CHARLES R. NOLL

COUNTY ADMINISTRATIVE OFFICES
One West Marketway, 4th Floor
York, Pennsylvania 17401
(717) 771-9614
FAX (717) 771-9804

July 5, 2001

Tyrone P. James
#62154 ND-16
York County Prison
3400 Concord Road
York, PA 17402

Dear Mr. James:

I received your letter of June 12, 2001. As an Assistant County Solicitor, I feel that there is a conflict of interest that would arise in any effort to help you with the matter described in your letter of June 12, 2001.

The York Bar Association maintains a lawyer referral service that you might contact should you have trouble finding someone to help you with your legal questions.

Sincerely,

Donald L. Reihart

DLR/nlb

LEWISBURG PRISON PROJECT, INC.

P.O. BOX 128
LEWISBURG, PA 17837
PHONE (570) 523-1104

May 18, 2001

Tyrone James
#62154
York County Prison (ND-16)
3400 Concord Road
York, PA 17402

Dear Mr. James:

In response to your letter dated May 14, I wish we could be of more assistance. Our office receives approximately 500 letters per month. With our staff of three people, we must focus on our specific task, which is to monitor the conditions of confinement in thirty-four county jails, eleven state prisons, and four federal penitentiaries.

West Group publishes Police Misconduct: Law and Litigation, by Michael Avery, David Rudovsky, and Karen M. Blum. It is more of a subscription than a book. It is supplemented with updates each quarter. If your law library does not carry it, I believe you will have a difficult time acquiring it, as it is quite expensive.

I again apologize that we cannot be of further assistance. Good luck.

Sincerely,

Angela Trop
Angela Trop
Project Administrator

# PENNSYLVANIA INSTITUTIONAL LAW PROJECT

924 CHERRY STREET, SUITE 523
PHILADELPHIA, PENNSYLVANIA 19107

**ANGUS R. LOVE**
EXECUTIVE DIRECTOR

PHONE: (215) 925-2966
FAX: (215) 925-5337

November 1, 2001

Tyrone P. James, #62154
**York County Prison**
3400 Concord Road
York, PA 17402

Dear Mr. James:

This will respond to a recent letter received in this office on October 15, 2001. Because of an overwhelming caseload, Mr. Love is not accepting any new matters at the present time. I would suggest that you contact the local bar association in York and request that they refer you to an attorney who is experienced in this area of the law. I wish you good luck.

Sincerely,

*Rose Lucas*

(Mrs.) Rose A. Lucas

/ral
cc:   File



**STATE ETHICS COMMISSION**
309 FINANCE BUILDING
P.O. BOX 11470
HARRISBURG, PA 17108-1470
(717) 783-1610
1-800-932-0936

April 25, 2001

Tyrone P. James
#62154 ND-16
York County Prison
3400 Concord Road
York, PA 17402

Dear Mr. James:

I have received your letter dated April 23, 2001.

In your letter, you aver certain events surrounding your arrest by members of the York County Drug Task Force subsequent harassment of your wife.

In reading your letter, the events you allege do not fall within the jurisdiction of this Commission. The State Ethics Commission is limited by statute as to how it may proceed and as to what it may investigate.

The scope of investigatory review is basically limited to public officials/ employees <u>using public office for personal financial gain</u> for themselves, immediate family members or businesses with which they are associated.

The facts you have submitted do not fall within the ambit of Commission review, that is, the submitted facts do not fit within the purview of the Ethics Act which is the one and only law that we may consider.

Very truly yours,

Vincent J. Dopko
Chief Counsel

VJD/se

FAX: (717) 787-0806 ● Web Site: www.ethics.state.pa.us ● e-mail: ethics@state.pa.us

# MidPenn Legal Services

2054 East College Avenue, State College, PA 16801
Phone 800-326-9177   814-238-4958   FAX 814-238-9504

September 5, 2002

Mr. Tyrone James
EX-9451
SCI-Rockview
P.O. Box A
Bellefonte, PA 16823

Dear Mr. James:

    MidPenn Legal Services is in receipt of your recent letter in which you request legal assistance. We know that you need legal help. We can, unfortunately, no longer provide this help to you due to an Act of Congress.

    This law, HR 3019, the Omnibus Continuing Resolution, prohibits us from assisting you. This Act of Congress applies to all funding received by MidPenn Legal Services and covers all inmates whether they are in a Federal, State or local prison.

    Effective April 26, 1996, MidPenn Legal Services, as a recipient of federal funding through the Legal Services Corporation, is prohibited from providing legal assistance to people incarcerated in federal, state or local prisons. This also includes local jails. The prohibition means that MidPenn Legal Services is not allowed to represent prisoners in litigation, provide legal assistance in any form to prisoners who wish to litigate, or give prisoners advice on matters that clearly and obviously lead to litigation.

    The prohibition on assisting prisoners applies to all areas of the law, whether or not the legal help requested has any connection to your confinement, e.g., conditions of confinement, internal grievances, divorce, custody, consumer, social security or any other civil or criminal matter.

    These are the mandates of this new Federal law as we currently understand them. Because MidPenn is unable to represent inmates to the extent that we had been able to in the past, this work has been taken over and funding transferred to the Institutional Law Project of Pennsylvania. The Director of that project is Angus Love and his address is:



Page two

Angus Love, Executive Director
Institutional Law Project
924 Cherry St., Suite 523
Philadelphia, PA 19107
215/925-2966 (phone)
215/925-5337 (fax)

The Institutional Law Project office previously housed at 2054 E. College Avenue, State College is now located at:

Lewisburg Prison Project
P.O. Box 128
Lewisburg, PA 17837

The Lewisburg Prison Project is an entity that provides legal assistance to prisoners incarcerated in central PA, including prisoners in your institution.

Please note that due to continually decreasing resources, MidPenn Legal Services is able to provide you with the information contained in this letter only once. Should you write our office for legal assistance in the future, your letter may simply be returned to you.

We deeply regret our inability to assist you in important legal matters at this time and wish you every success for finding the help that you need.

Sincerely,

Susan M. Michalik
Attorney at Law

SMM/kjp