IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br><br>(Judge Kane)<br>JURY TRIAL DEMANDED |

<u>MOTION TO RECONSIDER THE MAGISTRATE JUDGE MALACHY E. MANNION ORDER, DATED MARCH 11, 2004; DENIED PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND TO VACATE JUDGMENT</u>

AND NOW COMES, Plaintiff's, Tyrone p. James, moves this Honorable Court for reconsideration pursuant to 59(c) of the Federal Rules of Civil Procedure and Local Rules 7.10, District Court, of the Magistrate Judge Malachy E. Mannion order dated March 11, 2004, denying plaintiff's Motion For Appointment Of Counsel. Plaintiff's hereby represent:

1. On or around February 17, 2004, plaintiff's filed motion for appointment of counsel along with other motions.

2. On March 2, 2004, Defendants filed, "Memorandum In Opposition To Plaintiff's Motion For Appointment Of Counsel," in response to plaintiff's motion for appointment of counsel; which was received, by plaintiff's in the institutional mail on March 4, 2004, from Institutional Staffs. [See Exhibit A, receipt of mail received on March 4, 2004.]

3. Plaintiff's filed a responding <u>Brief</u> to defendants response on March 7, 2004, "Plaintiff's Objection To The Defendant's Memorandum In Opposition To Plaintiff Motion Fop Appointment Of Counsel."

4. The Magistrate without consideration of the Plaintiff's responding <u>Brief</u>, made a independent decision on his ruling, denying plaintiff's "MOTION

FOR APPOINTMENT OF COUNSEL," on past filing without considering this "Plaintiff Objection To The Defendant's Memorandum In Opposition To Plaintiff Motion For Appointment Of Counsel and Exhibits," presented to this Honorable Court on or around March 7, 2004. [See "Plaintiff's Objection To The Defendant's Memorandum In Opposition To plaintiff Motion For Appointment Of Counsel, and Exhibits, submitted to the Court and served upon Defendants].

**WHEREFORE**, Plaintiff's prays, that for the foregoing reasons and upon consideration of the Magistrate Order, dated March 11, 2004, denying plaintiff's appointment of counsel; this Court should reverse respectively, and plaintiff's Motion For Appointment Of Counsel, should be **Granted**. Plaintiff, therefore DEMANDED A JURY TRIAL.

March 15, 2004

Respectfully Submitted,

*Tyrone James*.

Tyrone P. James

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>    v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br><br>(Judge Kane)<br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's hereby certified that, I am this day serving a true and correct copy to assigned counsel's, "Motion To Reconsider The Magistrate Judge Malachy E. Mannion Order, dated March 11, 2004; denying plaintiff's Motion For Appointment Of Counsel, and Vacate Judgment and Exhibits," in the manner set forth below to the following:

BY FIRST CLASS U.S. MAIL:

Jason C. Giurintano
Office Of The Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

Kristin G. Hogue, SDAG
State Of California
Department Of Justice
Office Of Attorney General
110 West A Strret, Suite 1100
P.O. Box 85266
San Diego, CA 92166-5266

Date: March 15th, 2004

Donald L. Reihart
Law Offices Of Donald L. Reihart
3015 Eastern Boulevard
York, PA 17402


*Tyrone James*

James, Tyrone P.
EX 9451
P.O. Box A
Bellefonte, PA 1±6823-0820.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>　　　Plaintiff, | :<br>:<br>: CIVIL ACTION NO. 1:01-CV-1015 |
| v. | :<br>: (Judge Kane)<br>: JURY TRIAL DEMANDED |
| YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>　　　Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>: |

## VERIFICATION

I, Tyrone P. James, verify, under penalty of perjury, that the foregoing "Motion To Reconsider The Magistrate Judge Malachy E. Mannion, Order, dated March 11, 2004; denying Plaintiff's Motion For Appointment Of Counsel, and Vacate Judgment and Exhibits," is true and correct to the best of my knowledge and belief, pursuant to 28 U.S.C. § 1746.

Respectfully Submitted,

Date: March 15, 2004.

*Tyrone James*

Tyrone P. James,

EX 9451

P.O. Box A

Bellefonte, PA 16823-0820

*[Image of envelope with postage meter stamp dated MAR 02 04, $0.60 U.S. POSTAGE, PB METER 1140951, Harrisburg postmark]*

Return address:
OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE
HARRISBURG PA 17120
Jason C. Giurintano, DAG

Addressee:
Tyrone P. James, EX-9451
SCI Rockview
Box A
Bellefonte, PA 16823

16823+0220 04

---

SCI ROCKVIEW   -   POSTAGE RECEIPT

TO BE COMPLETED BY INMATE:

Person to whom mail is sent: Office of the Clerk, United States District Court - M.D.

| Inmate Name | Number | Block | Date |
|---|---|---|---|
| Tyrone James | EX9451 | BA | 3-7-2004 |

TO BE COMPLETED BY MAILROOM:

Amount of Postage: 1.29     Date: 3/12/04

Signature: MW

---

EXHIBIT "A"

1:01-CV-1015

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>Plaintiff,<br><br>vs.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRAUL, GENE FELLS,<br>DET. KISSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>Defendants. | CIVIL ACTION NO.1:01-CV-1015<br><br>(Judge Kane)<br><br>JURY TRIAL DEMANDED |

CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's hereby certified that, I am this day serving a true and correct copy to assigned counsels, "Motion For Reargument Of The Honorable Judge Kane Order Dated February 10, 2004; Denying Plaintiff's Motion For Reconsideration And Present The Following Exhibit In Violation Of His Due Process Right To Contact Counsel After Preliminary Arraignment," in the manner set forth below to the following:

By First Class U.S. Mail:

Jason C. Giurintano, DAG
Office Of Attorney General
Commonwealth Of Pennsylvania
15th Fl., Strawberry Square
Harrisburg, PA 17120

Donald L. Reihart
Law Office Of Donald L. Reihart
3015 Eastern Blvd., Suite 204
York, PA 17402.

Date: March 7, 2004.

Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

