# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE P. JAMES,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:CV-01-1015** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **YORK COUNTY POLICE** | : | **(Magistrate Judge Mannion)** |
| **DEPARTMENT; AGENT JAMES H.** | : | |
| **MORGAN; DET. RICHARD** | : | **Electronically Filed** |
| **PEDDICORD; DET. RAYMOND E.** | : | |
| **CRAUL; SGT. GENE FELLS; DET.** | : | |
| **ANTHONY GLOWCZEWSKI; AGENT** | : | |
| **RANDY SIPES; and AGENT BRIAN** | : | |
| **WESTMORELAND,** | : | |
| **Defendants** | : | |

## DEFENDANT MORGAN AND CRAUL'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS

On March 2nd and 19th, Defendants Morgan and Craul, respectively, each received Plaintiff's Request for Admissions. Pursuant to Fed. R. Civ. P. 36(a), responses to requests for admissions are due within 30 days "or within such…longer time as the court may allow[.]" Defendants Morgan and Craul hereby move the Court for an enlargement of time in which to file a response to Plaintiff's Request for Admissions, and in support thereof state as follows:

1.     Defendant Morgan is no longer employed by the Pennsylvania Office of Attorney General, and does not reside in the immediate vicinity of

Harrisburg, Pennsylvania.   As of April 12, 2004, undersigned Defense Counsel is in the process of securing the admission responses from Defendant Morgan.

2.    Defendant Craul is not employed by the Pennsylvania Office of Attorney General, nor does he reside in the immediate vicinity of Harrisburg, Pennsylvania.  Undersigned Defense Counsel is in the process of securing the admission responses from Defendant Craul.

3.    As a result, undersigned Defense Counsel is in need of additional time in which to prepare and file an appropriate response to Plaintiff's Request for Admissions.

4.    Counsel for Defendants respectfully requests an enlargement of time until May 3, 2004, in which to file a response to Plaintiff's Request for Admissions.

5.    Granting this enlargement will not unreasonably delay this matter nor prejudice the rights of the Plaintiff.

WHEREFORE, the Court should grant Defendants Morgan and Craul an enlargement of time until May 3, 2004, in which to file a response to Plaintiff's Request for Admissions.

Respectfully submitted,

**GERALD J. PAPPERT**
**Attorney General**


By:    s/Jason C. Giurintano
   **JASON C. GIURINTANO**
   **Deputy Attorney General**
   **I.D. No. 89177**

**Office of Attorney General**    **SUSAN J. FORNEY**
**Civil Litigation Section**     **Chief Deputy Attorney General**
**15th Floor, Strawberry Square**  **Chief, Litigation Section**
**Harrisburg, PA  17120**

              **Counsel for Defendants**
**Date:  April 12, 2004**

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                          :
                       **Plaintiff**     :
                                   :     No. 1:CV-01-1015
    v.                                  :
                                   :     **(Judge Kane)**
YORK COUNTY POLICE                        :     **(Magistrate Judge Mannion)**
DEPARTMENT; AGENT JAMES H.                :
MORGAN; DET. RICHARD                      :     **Electronically Filed**
PEDDICORD; DET. RAYMOND E.                :
CRAUL; SGT. GENE FELLS; DET.              :
ANTHONY GLOWCZEWSKI; AGENT                :
RANDY SIPES; and AGENT BRIAN              :
WESTMORELAND,                             :
                     **Defendants** :

## CERTIFICATE OF SERVICE

I, Jason C. Giurintano, Deputy Attorney General for the Commonwealth of

Pennsylvania, Office of Attorney General, hereby certify that on April 13, 2004, I

caused to be served a true and correct copy of the foregoing document entitled

Defendants' Motion to Enlarge Deadline for Admissions Response by depositing

same in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James, EX-9451
SCI Rockview
P.O. Box A
Bellefonte, PA  16823

Donald L. Reihart
3015 Eastern Boulevard
York, PA  17402-3026

s/Jason C. Giurintano
**JASON C. GIURINTANO**
**Deputy Attorney General**