# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,  **Plaintiff** | : <br> : <br> : No. 1:CV-01-1015 |
| v. | : <br> : (Judge Kane) |
| YORK COUNTY POLICE DEPARTMENT; AGENT JAMES H. MORGAN; DET. RICHARD PEDDICORD; DET. RAYMOND E. CRAUL; SGT. GENE FELLS; DET. ANTHONY GLOWCZEWSKI; AGENT RANDY SIPES; DET KESSLER; and AGENT BRIAN WESTMORELAND, **Defendants** | : (Magistrate Judge Mannion) <br> : <br> : Electronically Filed |

## MOTION OF DEFENDANTS MORGAN, WESTMORELAND, PEDDICORD, CRAUL, GLOWCZEWSKI, KESSLER AND FELLS FOR SUMMARY JUDGMENT

Defendants Morgan, Westmoreland, Peddicord, Craul, Glowczewski, Kessler And Fells, through their counsel and pursuant to Federal Rule of Civil Procedure 56, hereby move for the entry of summary judgment on the grounds that material facts are not in dispute and Defendants are entitled to judgment as a matter of law. In support of their Motion, Defendants rely upon the supporting brief, Statement of Material Facts and exhibits, all of which are filed contemporaneously with this motion.

## **CONCLUSION**

**WHEREFORE**, summary judgment should be granted in favor of Defendants.

                                                  **Respectfully submitted,**

                                                  **GERALD J. PAPPERT**
                                                  **Attorney General**

                                      **By:**    <u>s/Jason C. Giurintano</u>
                                                  **JASON C. GIURINTANO**
                                                  **Deputy Attorney General**
                                                  **I.D. No. 89177**

| | |
|---|---|
| **Office of Attorney General** | **SUSAN J. FORNEY** |
| **Civil Litigation Section** | **Chief Deputy Attorney General** |
| **15th Floor, Strawberry Square** | **Chief, Litigation Section** |
| **Harrisburg, PA  17120** | |
| | **Counsel for Defendants** |
| **Date:  April 13, 2004** | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE P. JAMES,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV-01-1015 |
| v. | : | |
| | : | (Judge Kane) |
| **YORK COUNTY POLICE** | : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** | : | |
| **MORGAN; DET. RICHARD** | : | **Electronically Filed** |
| **PEDDICORD; DET. RAYMOND E.** | : | |
| **CRAUL; SGT. GENE FELLS; DET.** | : | |
| **ANTHONY GLOWCZEWSKI; AGENT** | : | |
| **RANDY SIPES; and AGENT BRIAN** | : | |
| **WESTMORELAND,** | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Jason C. Giurintano, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 13, 2004, I caused to be served a true and correct copy of the foregoing document entitled Defendants Motion for Summary Judgment by depositing same in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James, EX-9451
SCI Rockview, P.O. Box A
Bellefonte, PA  16823

Donald L. Reihart
3015 Eastern Boulevard
York, PA  17402-3026

                              s/Jason C. Giurintano
                              **JASON C. GIURINTANO**
                              **Deputy Attorney General**