IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE P. JAMES,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV-01-1015 |
| v. | : | |
| | : | (Judge Kane) |
| **YORK COUNTY POLICE** | : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** | : | |
| **MORGAN; DET. RICHARD** | : | Electronically Filed |
| **PEDDICORD; DET. RAYMOND E.** | : | |
| **CRAUL; SGT. GENE FELLS; DET.** | : | |
| **ANTHONY GLOWCZEWSKI; AGENT** | : | |
| **RANDY SIPES; and AGENT BRIAN** | : | |
| **WESTMORELAND,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this          day of          , 2004, upon consideration of Defendants' motion and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that summary judgment is granted in favor of Defendants. The Clerk is directed to enter judgment in favor of the defendants and to close the file.

By The Court:

_____
**Kane, J.**