IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
| **Plaintiff** : | |
| : | No. 1:CV-01-1015 |
| v. : | |
| : | (Judge Kane) |
| **YORK COUNTY POLICE** : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** : | |
| **MORGAN; DET. RICHARD** : | Electronically Filed |
| **PEDDICORD; DET. RAYMOND E.** : | |
| **CRAUL; SGT. GENE FELLS; DET.** : | |
| **ANTHONY GLOWCZEWSKI; AGENT** : | |
| **RANDY SIPES; ROBERT KESSLER;** : | |
| **and AGENT BRIAN WESTMORELAND,**: | |
| **Defendants** : | |

## APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

York County Court of Common Pleas docket sheet ……………….....Exhibit 1

Affidavit of Probable Cause for Search Warrant dated January 10, 2001………………………………………………….……..……..Exhibit 2

Affidavit of Probable Cause for Search Warrant dated January 10, 2001…………………………………………………………………Exhibit 3

Sworn Affidavit of Probable Cause of Defendant Craul
……………………………………………………………….……Exhibit 4