# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

```
COMMONWEALTH VS.              1345   CA   2001
JAMES, TYRONE PHILLIP
AKA
    Address
    565 W MARKET ST 3RD FLOOR    NEXT TERM: NOV     2001    ARD:       01-01-2001
    YORK                         PRE-TRIAL: 10-09-2001      CERT HBG:  01-07-2002
    PA                           ARRAIGN:   03-30-2001      IMPOUND:   00-00-0000
    17404                        OFFENSE:   01-10-2001      PSI:       11-15-2001
DOB 05-18-1962  Race B    Sex M
Social Security No 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   DATE ARREST  01-12-2001

O.T.N. F 201480 6                        Police Dept.   ATTORNEY GENERAL
District Justice  HEILMAN VERA J         Municipality   SHREWSBURY
Arresting Officer JAMES M. MORGAN        Attorney ARCURI, FRANK C
```

|          | OFFENSES                  | CTS. | GRADE |
|----------|---------------------------|------|-------|
| AC1330P  | C/A POSS W/I DELIVER      | 1    | F     |
| CS1330P  | POSSESSION W/INTENT       | 1    | F     |

### DOCKETING

```
03-12-2001   JUDGE ASSIGNED                                                    03-12
             JUDGE KENNEDY                                                     DAB
03-22-2001   INFORMATION FILED                                                 03-22
04-02-2001   ARRAIGNED PRO SE                                                  04-02
             3/30/01 FOR 3/30/01.
             PRE-TRIAL CONFERENCE  06/12/2001  9:00 AM
             BEFORE JUDGE KENNEDY IN COURTROOM #1.  JHC
04-02-2001   RETURN W/COUNSEL HEARING SCHEDULED                                04-02
             4/24/01 @ 3:30 PM IN COURTROOM #1.  JHC
04-24-2001   COUNSEL ENTERS APPEARANCE                                         04-24
                             ATTORNEY -   NERO, WORRELL D.
05-18-2001   JUDGE REASSIGNED DRUG CASE                                        05-18
                             ASSIGNED TO-JUDGE THOMPSON
06-12-2001   TRIAL SCHEDULED      JULY       2001 TERM                         06-12
             ATRTY NERO ATTACH FOR JULY JWT
06-29-2001   COMMONWEALTH'S MOTION FILED                                       07-03
             FOR CONSOLIDATION.
07-02-2001   JUDGE'S SECRETARY SCHEDULES                                       07-02
             TRIAL 7-5-01. JWT
07-05-2001   PRE-TRIAL CONFERENCE  08/14/2001  9:00 AM                         07-05
             BEFORE JUDGE THOMPSON. ATTY NERO TO APPEAR. JWT.
             RESPONSE TO MOTION TO CONSOLIDATE BY 7-31-01. JWT.
07-05-2001   CASE CONTINUED REQUEST OF DEFENSE                                 07-05
             JWT
             CASE CONTINUED TO    SEPTEMBER  2001 TERM
             JWT.
08-02-2001   ANSWER FILED RE:                                                  08-02
             DEFENDANT'S ANSWER TO COMMONWELATH'S MOTION FOR CONSOLIDATION
             SUPPRESSION MOTION FILED
08-02-2001   BAIL REDUCTION PETITION FILED                                     08-02
08-14-2001   SUPPRESSION MOTION HEARING SCHEDULED                              08-14
             8/22/2001 300PM JWT
```

EXHIBIT 1

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

| COMMONWEALTH VS. JAMES, TYRONE PHILLIP | 1345 -CA -2001 |
|---|---|

|  |  |  |
|---|---|---|
|  | TRIAL SCHEDULED        SEPTEMBER 2001 TERM<br>JWT |  |
| 08-15-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY<br>NERO. 7-5-01 ORDER. | 08-15 |
| 08-22-2001 | HEARING HELD<br>PARTIAL SUPPRESSION HEARING HELD.JWT.<br>TRIAL SCHEDULED<br>9-11-01 @ 9:30AM AND CONTINUED SUPPRESSION MOTION. JWT | 08-23 |
| 09-10-2001 | COMMONWEALTH'S BRIEF FILED RE:<br>OPPOSING SUPPRESION | 09-10 |
| 09-12-2001 | HEARING HELD<br>SUPPRESSION. JWT.<br>SUPPRESSION MOTION REFUSED<br>DEFENDANT'S EXHIBITS 1, 2, & 3 MADE PART OF RECORD. JWT. | 09-13 |
| 09-12-2001 | CASE CONTINUED TO     NOVEMBER   2001 TERM<br>JWT.<br>PRE-TRIAL CONFERENCE  10/09/2001  9:00 AM<br>JWT. | 09-13 |
| 09-12-2001 | BAIL REDUCTION PETITION REFUSED<br>ORAL MOTION. JWT. | 09-13 |
| 10-09-2001 | TRIAL SCHEDULED        NOVEMBER  2001 TERM<br>JWT | 10-09 |
| 10-11-2001 | LETTER FROM JUDGE THOMPSON, CORRESPONDANCE FROM DEFT. MADE PART OF<br>RECORD. COPY OF LETTER TO DEFENDANT. | 10-11 |
| 10-18-2001 | CORRESPONDENCE FROM DEFT SENT TO ATTY NERO, PER LETTER FROM JUDGE<br>THOMPSON. COPY OF LETTER TO DEFENDANT. | 10-18 |
| 10-19-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY<br>WORRELL D. NERO. 9-12-01 ORDER | 10-19 |
| 10-26-2001 | PRO SE MOTION FILED<br>FOR APPOINTMENT OF COUNSEL. REFUSED. JWT.<br>PRO SE MOTION FILED<br>REQUEST FOR TRANSCRIPTS. REFUSED. JWT. | 10-29 |
| 10-26-2001 | PRO SE MOTION FILED<br>WRTI OF HABES CORPUS. | 10-29 |
| 10-29-2001 | SERVICE RE:<br>COPY TO DEFT, DA, ATTY WORRELL NERO. 10-16-01 MOTIONS/ORDER |  |
| 11-07-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY<br>NERO. 8-14-01 ORDER | 11-07 |
| 11-09-2001 | JUDGE'S SECRETARY SCHEDULES<br>TRIAL 11-13-01. JWT. | 11-09 |
| 11-13-2001 | JURY TRIAL<br>JWT. | 11-15 |
| 11-15-2001 | COMMONWEALTH'S PROPOSED JURY INSTRUCTION.<br>VERDICT GUILTY<br>COUNT 1 CRIMINAL ATTEMPT POSSESSION WITH INTENT TO DELIVER (COCAINE) | 11-15 |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

COMMONWEALTH VS. JAMES, TYRONE PHILLIP                                    1345  -CA  -2001

| Date | Description | Date |
|---|---|---|
| 11-15-2001 | COUNT 2 POSSESSION WITH INTENT TO DELIVER (COCAINE). JWT. | |
| | PRE-SENTENCE INVESTIGATION-COMPLETE | 11-15 |
| | SENTENCE RECOMMENDATION. JWT. | |
| 11-15-2001 | SENTENCE SCHEDULED | |
| | 01/07/02 @ 9:30 AM. CT.RM. # 1. JWT. | |
| | BAIL REVOKED | 11-15 |
| | JWT. | |
| 12-03-2001 | NOTICE OF MANDATORY SENTENCE FILED | 12-06 |
| 12-06-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY | |
| | NERO. 11-15-01 ORDER | |
| 12-10-2001 | MOTION FRO TRNASFER OF EVIDENCE | 12-11 |
| 12-11-2001 | EVIDENCE RELEASED AGENT ANDREW CUNNEY FEDERAL DRUG ENFORCEMENT. JWT. | 12-17 |
| 12-17-2001 | SERVICE RE: | |
| | DA. ATTY NERO | |
| 01-04-2002 | MOTION FILED RE: | 01-14 |
| | IN ARREST OF JUDGMENT AND FOR A NEW TRIAL FILED, PRO-SE. | |
| 01-07-2002 | SENTENCE SCI | 01-07 |
| | 7 YEARS TO 14 YEARS AS TO POSS. W/I DELIVER. JWT | |
| | PAY FINE | |
| | $25,000.00 JWT | |
| 01-07-2002 | PAY COSTS | 01-07 |
| | JWT | |
| | MERGE | |
| | CRIMINAL ATTEMPT POSS. W/I DELIVER. JWT | |
| 01-07-2002 | CREDIT | 01-07 |
| | FOR ANY TIME SERVED 361 DAYS. JWT | |
| | MANDATORY SENTENCE | |
| | JWT | |
| 01-07-2002 | CERTIFIED TO PENN DOT | 01-07 |
| 01-14-2002 | MOTION FILED RE: | 01-14 |
| | IN ARREST OF JUDGMENT AND FOR A NEW TRIAL FILED, PRO-SE. | |
| | MOTION FILED RE: | |
| | TO WITHDRAW COUNSEL FILED, PRO-SE. | |
| 01-14-2002 | NOTICE OF APPEAL FILED | 01-14 |
| | PRO-SE. | |
| 01-29-2002 | SERVICE OF ORDER TO DEFENSE ATTORNEY | 01-29 |
| | NERO. 1-7-02 ORDER | |
| 02-05-2002 | MOTION FILED RE: | 02-05 |
| | FOR TRANSCRIPTS, PRO-SE. | |
| 02-07-2002 | COMMITMENT ISSUED SCI | 02-07 |
| 02-13-2002 | MOTION FILED RE: | 02-13 |
| | TO WITHDRAW COUNSEL, PRO-SE. | |
| 02-15-2002 | SUPERIOR COURT DOCKET NUMBER | 02-15 |
| | 258 MDA 2002.  DUE DATE: 03/25/02 | |
| | MOTION FILED RE: | |
| | FOR REQUEST FOR TRANSCRIPTS FILED, PRO-SE. | |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

| COMMONWEALTH VS. JAMES, TYRONE PHILLIP | | 1345 -CA -2001 |
|---|---|---|
| 02-19-2002 | MEMORANDUM OPINION RE: | 03-26 |
| | IN FORMA PAUERIS STATUS - DENIED; MOTION TO WITHDRAW COUNSEL - | |
| | DENIED. ATTORNEY WORRELL D. NERO WILL CONTINUE AS COUNSEL OF RECORD; | |
| 02-19-2002 | MOTION IN ARREST OF JUDGMENT AND FOR A NEW TRIAL DENIED. JWT. | 03-26 |
| | DEFT. FILE STATEMENT MATTERS COMPLAINED W/APPEA | |
| | JWT. SERVICE TO DA, ATTY. NERO, AND DEFENDANT. | |
| 02-20-2002 | TRANSCRIPT FILED RE: | 02-20 |
| | SUPPRESSION HEARING SCHEDULED 08/14/01 FILED W/CASE. | |
| 03-04-2002 | TRANSCRIPT FILED RE: | 03-04 |
| | CONT'D PRE-TRIAL CONFERENCE 07/05/01 FILED W/CASE. | |
| 03-13-2002 | TRANSCRIPT FILED RE: | 03-13 |
| | JURY TRIAL 11/13, 14, & 15, 2001. | |
| 03-19-2002 | STATE COMMITMENT PAPERWORK SENT TO SCI | 03-19 |
| 03-20-2002 | ORDER FILED RE: | 03-21 |
| | DIRECTION TO CLERK OF COURTS TO PROVIDE SUPPRESSION HEARING AND | |
| | TRIAL TRANSCRIPTS TO THE DEFENDANT. JWT. | |
| 03-20-2002 | OPINION PURSUANT TO PA. RAP. 1925A | 03-21 |
| | GMS. SERVICE TO DA, WORDELL NERO, ESQ. AND DEFENDANT. | |
| 03-22-2002 | SERVICE ORDER/PETITION TO DEFT'S PETITION ADDRE | 03-22 |
| | SUPPRESSION AND TRIAL TRANSCRIPTS. (MAILED CERTIFIED. | |
| 03-26-2002 | CASE TRANSMITTED TO SUPERIOR COURT | 03-26 |
| 04-09-2002 | PAID IN FULL | 04-09 |
| | 122-AUTOMATION FEE           5.00 | COM |
| 04-12-2002 | MOTION FILED RE: | 04-12 |
| | AND GRANTED FOR PRO-SE MOTION TO APPOINT COUNSEL.   JWT | |
| | COUNSEL APPOINTED | |
| | JWT                          ATTORNEY -  PUBLIC DEFENDER | |
| 04-12-2002 | SERVICE RE: | 04-12 |
| | DA, PD, DEFENDANT | |
| 04-16-2002 | TRANSCRIPT FILED RE: | 04-16 |
| | SUPPRESSION HEARING 08/22/01. | |
| | SUPPLEMENTAL RE: | |
| | TRANSCRIPT TRANSMITTED TO SUPERIOR COURT. | |
| 05-07-2002 | MOTION FILED RE: | 05-07 |
| | PRO-SE FOR APPOINTMENT OF COUNSEL AND INFORMA PAUPERIS. | |
| 06-04-2002 | PER JUDGE THOMPSON FILE MOTION IN FILE ON MOTION TO WITHDRAW | 06-04 |
| | COUNSEL. | |
| 06-06-2002 | REQUEST FOR TRANSCRIPTS, PER JUDGE THOMPSON, JUST FILE IN FILE. | 06-06 |
| 09-26-2002 | PAID IN FULL | 09-26 |
| | 101-COUNTY COSTS             207.47 | COM |
| 09-27-2002 | PETITION FILED RE: | 09-27 |
| | TO FILE APPEAL INFORMA PAUPERIS. | |
| 10-09-2002 | INFORMA PAUPERIS GRANTED | 10-09 |
| | TO FILE APPEAL.  JWT | |
| | SERVICE RE: | |
| | DA, PD, DEFENDANT | |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

| COMMONWEALTH VS. JAMES, TYRONE PHILLIP | 1345 -CA -2001 |
|---|---|

| Date | Entry | Ref |
|---|---|---|
| 12-04-2002 | PRO SE MOTION FILED<br>TERMINATION OF ACT 84 DEDUCTIONS FILED. | 12-12 |
| 12-17-2002 | CASE RETURNED FROM SUPERIOR COURT JUDGMENT/ORDE<br>SENTENCE AFFIRMED. | 02-10 |
| | ORDER FILED RE:<br>PRO SE MOTION TO STOP DEDUCTIONS PURSUANT TO ACT 84 REFUSED. JHC. | 12-19 |
| 12-19-2002 | SERVICE RE:<br>12/17/02 ORDER-DA, DEFT AT SCI | |
| 12-31-2002 | MOTION FILED RE:<br>PRO-SE FOR MANDATING COURT TO FURNISH COPIES OF PRE-SENTENCE INVESTIGATION, AND OTHER COURT RECORDS INFORMA PAUPERIS. | 12-31 |
| 12-31-2002 | ORDER FILED RE:<br>THE DOCKET REVEALS NO OUTSTANDING MATTER, HEREBY REQUEST FOR PRE-SENTENCE INVESTIGATION AND OTHER COURT RECORDS IS DENIED.  JWT | 12-31 |
| 12-31-2002 | SERVICE RE:<br>DA, DEFENDANT | 12-31 |
| 01-09-2003 | PAID IN FULL<br>117-SUBPOENA COSTS                   27.00 | 01-09<br>COM |
| 02-12-2003 | PRO SE DOCUMENT SENT TO COUNSEL OF RECORD<br>PUBLIC DEFENDER'S OFFICE (MOLLY RHODES, ESQ.) | 02-12 |
| 02-27-2003 | PRO SE DOCUMENT SENT TO COUNSEL OF RECORD<br>MOLLY RHODES, ESQ., PD'S OFFICE. | 02-27 |
| 06-05-2003 | POST CONVICTION ACT FILED<br>PRO-SE. | 06-05 |
| 06-26-2003 | INFORMA PAUPERIS GRANTED<br>JWT<br>COUNSEL APPOINTED<br>JWT                         ATTORNEY -  ARCURI, FRANK C | 06-26 |
| 06-26-2003 | POST CONVICTION ACT HEARING SCHEDULED<br>FOR 08/27/03 @2:00 PM IN CT.RM. #9.   JWT<br>TRANSPORTATION ORDER DELIVERED TO SHERIFF | 06-26 |
| 06-26-2003 | TRANSPORTATION ORDER FILED RE:<br>FROM SCI ROCKVIEW BY 08/25/03.   JWT<br>COUNSEL TO FILE AMENDMENTS BY 08/15/03.   JWT | 06-26 |
| 06-26-2003 | SERVICE RE:<br>COPIES OF ORDER AND PETITION TO:  DA, ATTY F. ARCURII, DEFENDANT AT ROCKVIEW SCI, COPIESS OF ORDER ONLY TO:  PD, CERT TO SHERIFF, FAXED | 06-26 |
| 06-26-2003 | TO YCP. | 06-26 |
| 07-16-2003 | CORRESPONDENCE DATED 07/05/03 FROM DEFENDANT FILED. | 07-16 |
| 07-24-2003 | PAID IN FULL<br>118-TRANSPORT COSTS                139.23 | 07-24<br>COM |
| 08-12-2003 | TRANSPORTATION ORDER FILED RE:<br>SHERIFFS TO OBTAIN CUSTODY OF DEFENDANT FROM ROCKVIEW SCI AND TRANSPORT TO YORK COUNTY PRISON FOR PCRA HEARING ON 8-27-2003, RETURN NO | 08-12 |
| 08-12-2003 | UPON COMPLETION OF COURT BUSINESS. NO LATER THAN 8-26-03 JSK | 08-12 |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

```
COMMONWEALTH VS. JAMES, TYRONE PHILLIP                          1345   -CA  -2001
                 DOCKET FORWARDED TO YCP
08-27-2003   POST CONVICTION ACT HEARING CONTINUED                        08-27
             UNTIL 10/09/03 @10:00 AM IN CT.RM. #9.  JWT
             RETURN TO SCI AS SOON AS POSSIBLE, RETURN ON 10/07/03, DA TO DO A
08-27-2003   TRANSPORT ORDER.  JWT                                        08-27
             DOCKET FORWARDED TO YCP
09-16-2003   TRANSPORTATION ORDER FILED RE:                               09-16
09-18-2003   TRANSPORTATION ORDER FILED RE:                               09-18
             FROM ROCKVIEW SCI FOR PCRA ON 10/09/03, NO LATER THAN 10/07/03,
             RETURN UPON COMPLETION OF COURT BUSINESS.  JWT
09-18-2003   SERVICE RE:                                                  09-18
             DA, YCP, CERT TO SHERIFF
             TRANSPORTATION ORDER DELIVERED TO SHERIFF
10-01-2003   SERVICE OF ORDER TO DEFENSE ATTORNEY                         10-01
             ORDER OF 08/27/03 TO:  ATTY FRANK ARCURI, DA
10-09-2003   POST CONVICTION ACT HEARING CONTINUED                        10-09
             GENERALLY, RELIEF DISMISSED WITHOUT PREJUDGICE DUE TO:  ON APPEAL,
             APPEAL RIGHTS ARE REINSTATED.  JWT
10-09-2003   RETURN TO SCI AS SOON AS POSSIBLE.  JWT                      10-09
             DOCKET FORWARDED TO YCP
10-21-2003   MOTION FILED RE:                                             10-21
             PRO-SE TO APPOINT NEW COUNSEL AND REINSTATE APPEAL RIGHTS.
             MOTION FILED RE:
             PRO-SE TO CONTINUE INFORMA PAUPERIS AND REQUEST FOR TRANSCRIPTS.

     Printed on 10-21-2003 By MKE        E-N-D   O-F   C-A-S-E
```



CERTIFIED A TRUE COPY
Marlyn L. Holtzapple
Clerk of Courts