# Commonwealth of Pennsylvania
## COUNTY OF York

# APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION

| Docket Number (Issuing Authority): | Police Incident Number: | Warrant Control Number: 3695-A |
|---|---|---|

| Robert W. Kessler, Detective | York Co. Detectives | 717-771-9600 | 1-10-2001 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
Marijuana a schedule I controlled substance, Cocaine a schedule II controlled substance, AND OTHER CONTROLLED SUBSTANCES

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
A UPS box shipped to D.W. Advertising Co., Ste 248. 644 Shrewsbury Common Ave., Shrewsbury, Penna., from American Printing Co., Postal Annex, 909-340-3896, 261 S. Lincoln St., Corona, Calif. 92882. Shipment ID #2332, Package ID #2332. Approximate weight 5.5 pounds.

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
Tyrone James

| VIOLATION OF (Describe conduct or specify statute): | DATE(S) OF VIOLATION: |
|---|---|
| The Controlled Substance, Drug, Device and Cosmetic Act as amended Act 64, section 13,a,30 | 1-10-2001 |

☐ Warrant Application Approved by District Attorney – DA File No. _____
(if DA approval required per Pa.R.Crim.P. 2002A with assigned File No. per Pa.R.Crim.P. 107)

☐ Additional Pages Attached (Other than Affidavit of Probable Cause)

☐ Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages: _____

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The above named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| [signature] | York County Detectives | 59 |
|---|---|---|
| Signature of Affiant | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 10th day of JAN 2001. Mag. Dist. No. 19-3-06

[signature]   301 N. Main St. York New Salem, PA. 17371 (SEAL)
Signature of Issuing Authority   Office Address

## SEARCH WARRANT
**TO LAW ENFORCEMENT OFFICER:**

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

_____ M. o'clock _____ 19_____

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 2005(d).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 2006(g).

Issued under my hand this 10th day of JAN. 2001 at 7:18 P. M. o'clock.

[signature]   19-3-06   1/2/2006 (SEAL)
Signature of Issuing Authority   Mag. Dist. or Judicial Dist. No.   Date Commission Expires:

Title of Issuing Authority: ☒ District Justice ☐ Common Pleas Judge ☐ _____

☐ For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 2011)

_____(Date) (SEAL)
Signature of Issuing Authority (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

PC-10A-02-05-99

EXHIBIT 2

PENGAD-Bayonne, N. J.

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|---|
| COUNTY OF York | | |

| Docket Number (Issuing Authority): | Police Incident Number: | Warrant Control Number: 3695-A |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

On 1-10-2001 Agent James Morgan, Office of Attorney General, Bureau of Narcotics Investigation received information from California Autorities that they intercepted a package containing over nine pounds of marijuana destined for Ste 164, Mailboxes Etc, 2536 Eastern Blvd., York, Penna. A check with the personnel at Mailboxes Etc, 2536 Eastern Blvd., York, Penna. revealed that a Tyrone James rented Ste #164. Officers replicated the box that California intercepted and placed same inside the Mailboxes Etc in the morning hours of 1-10-2001. Shortly thereafter a Tyrone James appeared at this location and took possession of the replicated box. He was immediately arrested and was found to be Tyrone James. Agent James Morgan checked other Mailboxes Etc to ascertain if Tyrone James rented other mailboxes. Morgan located a Mailbox #Ste 248 at the Mailboxes Etc located at 644 Shrewsburg Common, Shrewsbury, Penna. A check with the manager, Donna Lynn, revealed that Tyrone James rented box #248 and that a package from California had arrived this date for him. As a result this officer met with Morgan and shortly thereafter with K-9 officer Sean Rohrbaugh and his K-9 "Falco" A total of six boxes were placed on the floor inside Mailboxes Etc in Shrewsbury and "Falco" a certified narcotics dog alerted on the package addressed to D.W. Advertising, Ste #248, which is rented by Tyrone James. This alert is indicitive of controlled substances being inside the package.

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_[signature]_  1-10-01    _[signature]_  1-10-2001  (SEAL)
Affiant Signature  Date    Issuing Authority Signature  Date

Page 1 of 2 Pages

AOPC 410B-10-24-98