# Commonwealth of Pennsylvania
## COUNTY OF YORK

# APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION

| Docket Number (Issuing Authority): | Police Incident Number: | Warrant Control Number: 011201/1 | |
|---|---|---|---|
| R. PEDDICORD | YCDTF | 846-1234 | 1-12-01 |
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
MARIJUANA A SCHEDULE I CONTROLLED SUBSTANCE, COCAINE A SCHEDULE II CONTROLLED SUBSTANCE, AND ANY OTHER TYPE OF CONTROLLED SUBSTANCE, CASH

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
BROWN CORRUGATED BOX APPROXIMATELY 15"X12"X9" WITH UPS 3 DAY SELECT TRACKING NUMBER 17 909 071 12 1202 005 4 SENT TO P.J. SUPPLIES, 2180 WHITE ST. STE. 209, YORK, PA. 17404

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
TYRONE JAMES

| VIOLATION OF (Describe conduct or specify statute): ACT 64 | DATE(S) OF VIOLATION: CONT. TO PRESENT |
|---|---|

☐ **Warrant Application Approved by District Attorney** – DA File No. _____
(If DA approval required per Pa.R.Crim.P. 2002A with assigned File No. per Pa.R.Crim.P. 107)
☐ **Additional Pages Attached** (Other than Affidavit of Probable Cause)
☐ **Probable Cause Affidavit(s) MUST be attached** (unless sealed below)   Total number of pages: _____

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| R. Peddicord | YCDTF | 197 |
|---|---|---|
| Signature of Affiant | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 12 day of Jan 19 2001. Mag. Dist. No. 19-1-04
45 E King St York Pa 17403
Signature of Issuing Authority    Office Address                                         (SEAL)

**SEARCH WARRANT TO LAW ENFORCEMENT OFFICER:** WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*
☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **
11:30 A M, o'clock  1/14/01  19____.

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 2005(d).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 2006(g).

Issued under my hand this 12 day of Jun 19 2001 at 11:30 A M, o'clock.
                                        15-1-04
                                                                            (SEAL)
Signature of Issuing Authority    Mag. Dist. or Judicial Dist. No.   Date Commission Expires:
Title of Issuing Authority: ☒ District Justice ☐ Common Pleas Judge ☐ _____

☐ For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 2011)

_____  _____(Date)  (SEAL)
Signature of Issuing Authority (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A-02-05-99

TO BE COMPLETED BY THE ISSUING AUTHORITY

EXHIBIT 3

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|---|
| COUNTY OF YORK | | |

| Docket Number (Issuing Authority): | Police Incident Number: | Warrant Control Number: 011201/1 |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

THE UNDERSIGNED IS R. PEDDICORD OF THE YORK CITY POLICE DEPT. AND THE YORK COUNTY DRUG TASK FORCE. THE UNDERSIGNED HAS BEEN EMPLOYED BY YCPD FOR THE PAST 8 1/2 YEARS, AND HAS BEEN ASSIGNED TO THE YCDTF FOR THE PAST 3 YEARS. THE UNDERSIGNED HAS CONDUCTED NUMEROUS DRUG INVESTIGATIONS IN THE CITY OF YORK AND COUNTY OF YORK FOR THE PAST FIVE YEARS.

I BELIEVE THAT THERE IS PROBABLE CAUSE THAT A CONTROLLED SUBSTANCE IS PRESENT IN THE LISTED PACKAGE. SPECIFICALLY ON 1-10-01 THE LISTED SUBJECT, JAMES, ARRIVED AT ANOTHER MAILBOX ETC. LOCATION AND RETREIVED A SIMILAR SIZED BOX FROM A MAILBOX, WHICH WAS TO CONTAIN A LARGE AMOUNT OF MARIJUANA. THE MARIJUANA DESTINED FOR JAMES WAS FIELD TESTED WITH POSITIVE RESULTS BY AGENT SIPES OF THE CALIFORNIA JUSTICE DEPT. ON THE SAME DAY, AGENT MORGAN SEIZED A SIMILAR BOX FROM A MAILBOX ETC. LOCATION IN SHREWSBURY, WHERE JAMES WAS THE SUBJECT WHO HAD CONTRACT FOR THAT MAILBOX. IN THAT BOX WAS A LARGE AMOUNT OF COCAINE, WHICH WAS FIELD TESTED WITH POSITIVE RESULTS. ON 1-12-01 AGENT MORGAN RECEIVED A CALL FROM A SUBJECT AT MAILBOX'S ETC. LOCATED ON WHITE STREET, WEST MANCHESTER TOWNSHIP. JAMES ALSO HAD A CONTRACT FOR A MAILBOX AT THAT LOCATION. THE LISTED PACKAGE WAS ADDRESSED AS STATED. AGENT MORGAN AND THE UNDERSIGNED THEN MET WITH CAPT. BUONO OF YCP, WHO BROUGHT WITH HIM, NARCOTICS DETECTION K-9 "YUKON". SEVERAL PACKAGES WERE PLACED ON THE FLOOR IN RANDOM ORDER, AND THE K-9, "YUKON" INDICATED ON THE BOX LISTED, ALERTING OFFICERS THAT THERE WAS A CONTROLLED SUBSTANCE CONTAINED THEREIN.

CAPT. BUONO AND K-9 "YUKON" ARE CERTIFIED IN NARCOTICS DETECTION THROUGH THE PENNA. POLICE K-9 ASSOCIATION. THE LAST CERTIFICATION DATE WAS JUNE 3, 2000. AND THE K-9 "YUKON" IS CERTIFIED IN COCAINE, HEROIN, CRACK COCAINE AND MARIJUANA DETECTION.

*[handwritten notes:]* PJ Supplies STE 209 - 60 lbs / 1644 9 1/2 / 248 Kilo / Box / S/W removed.

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*R. Peddicord*    1-12-01            (SEAL)

Affiant Signature    Date    Issuing Authority Signature    Date

Page ___ of ___ Pages

AOPC 410B-10-24-98