IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE P. JAMES,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV-01-1015 |
| v. | : | |
| | : | (Judge Kane) |
| **YORK COUNTY POLICE** | : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** | : | |
| **MORGAN; DET. RICHARD** | : | Electronically Filed |
| **PEDDICORD; DET. RAYMOND E.** | : | |
| **CRAUL; SGT. GENE FELLS; DET.** | : | |
| **ANTHONY GLOWCZEWSKI; AGENT** | : | |
| **RANDY SIPES; and AGENT BRIAN** | : | |
| **WESTMORELAND,** | : | |
| **Defendants** | : | |

AND NOW, this _____ day of _____2004, upon consideration of Defendants' Motion to Extend Time for Admissions Response, it is hereby ordered that the motion is granted. Defendants Morgan and Craul shall have until May 3, 2004 to respond to Plaintiff's Request for Admissions.

By the Court

_____

KANE, J