IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,<br>                Plaintiff<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT; AGENT JAMES H. MORGAN; DET. RICHARD PEDDICORD; DET. RAYMOND E. CRAUL; SGT. GENE FELLS; DET. ANTHONY GLOWCZEWSKI; AGENT RANDY SIPES; and AGENT BRIAN WESTMORELAND,<br>                Defendants | No. 1:CV-01-1015<br><br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>Electronically Filed<br><br>FILED<br>WILKES BARRE<br>APR 13 2004<br>MARY E. _____, CLERK<br>Per_____<br>      DEPUTY CLERK |

AND NOW, this 13th day of April 2004, upon consideration of Defendants' Motion to Extend Time for Admissions Response, it is hereby ordered that the motion is granted. Defendants Morgan and Craul shall have until May 3, 2004 to respond to Plaintiff's Request for Admissions.

By the Court

MANNION, M.J.