IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES, : | |
|     Plaintiff, : | |
| : | Civil Action No. 1:CV-01-1015 |
| v. : | |
| : | Judge Yvette Kane |
| YORK COUNTY POLICE : | (Magistrate Judge Mannion) |
| DEPARTMENT, AGENT JAMES : | |
| H. MORGAN, DET. RICHARD : | Electronically filed |
| PETTICORD, DET. RAYMOND E. : | |
| CRAUL, DET. JEAN FELLS, DET. : | |
| KESSLER, C/O BAYLARK, : | |
| : | |
|     Defendants. : | |

**REPLY BRIEF OF RANDY SIPES TO PLAINTIFF'S
RESPONSE TO MOTION TO DISMISS**
[Federal Rules of Civil Procedure Rules 8, 12(b)(2), 12(b)(5),
and 12(b)(6)]

Plaintiff's response in no way changes the fact that service has not been effected on Mr. Sipes, under either Federal Rules, Pennsylvania Rules or California Rules. Further, no amount of argument or attachment of extraneous papers not included in any pleading mailed to Mr. Sipes will constitute the requisite service of a complaint or amended

1

complaint on Mr. Sipes. Finally, again, no argument or attachment of extraneous papers will change the fact that Mr. Sipes was not served with any documents setting out any facts regarding his involvement in this case. He received by regular mail what is evidently a version of an early complaint which does not name him in the caption or the body, or set out any facts regarding his involvement. Thus, having failed to properly allege any facts as to Mr. Sipes, plaintiff has also failed to bear his burden of proving, either by sworn affidavits or other competent evidence, sufficient contacts with the forum state to establish personal jurisdiction.

Plaintiff is evidently relying on a court order allowing amendment of his complaint to constitute an actual amendment to his complaint. However, Federal Rule of Civil Procedure, Rule 15(a) requires an amended "pleading," not simply an amendment to a pleading. Further, Local Rule 15.1 requires as an attachment to a motion requesting leave to file an amended pleading, a proposed amended pleading, complete in itself, to be filed as a separate document. The case of *Cureton v. National Collegiate Athletic Ass'n*, 252 F.3d 267, 273 (3rd Cir. 2001) further provides that a court may deny a request to amend a complaint if the movant fails to provide a draft amended complaint. There is evidently no amended complaint in this case. However, even if there is, Mr. Sipes has not been served at all, and attempted service was only with a complaint neither naming him, nor containing any allegations regarding him. Thus, Plaintiff has also failed to state a claim against Mr. Sipes.

Thus, Randell Sipes respectfully requests that this Court grant his motion to dismiss this case under Federal Rule of Civil Procedure, Rule 8, for failure to make "a short and plain statement of the claim showing that the pleader is entitled to relief"; Rule 12(b)(2), for "lack of jurisdiction over the person"; under Rule 12(b)(5), for "insufficiency of service of process"; and under Rule 12(b)(6) for "failure to state a claim upon which relief can be granted."

Dated: _April 15, 2004_

BILL LOCKYER, Attorney General
of the State of California
KRISTIN G. HOGUE,
Supervising Deputy Attorney General

By: _Kristin G. Hogue_
KRISTIN G. HOGUE
Office of the California Attorney General
110 W. A Street, Suite 1100
San Diego, CA 92103
Telephone: (619) 645-2024
Fax: (619) 645-2012
Bar No: CA 90505
kristin.hogue@doj.ca.gov
Attorneys Specially Appearing for Randy Sipes

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE P. JAMES,** | : | |
| **Plaintiff,** | : | |
| | : | Civil Action No. 1:CV-01-1015 |
| | : | |
| v. | : | |
| | : | Judge Yvette Kane |
| **YORK COUNTY POLICE** | : | (Magistrate Judge Mannion) |
| **DEPARTMENT, AGENT JAMES** | : | |
| **H. MORGAN, DET. RICHARD** | : | Electronically filed |
| **PETTICORD, DET. RAYMOND E.** | : | |
| **CRAUL, DET. JEAN FELLS, DET.** | : | |
| **KESSLER, C/O BAYLARK,** | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I, Carole J. McGraw, Secretary to Kristin G. Hogue, Supervising Deputy Attorney General for the State of California, Office of Attorney General, hereby certify that on April 15, 2004, I caused to be served a true and correct copy of the foregoing document Entitled Reply Brief of Randy Sipes to Plaintiff's Response to Motion to Dismiss by depositing same in the United States Mail, first-class postage prepaid to the following:

4

Tyrone P. James, EX-9451
SCI Rockview, P.O. Box A
Bellefonte, PA 16823
Plaintiff Pro Se

Donald L. Reihart
3015 Eastern Boulevard
York, PA 17402-3026
Attorney for Defendant York County Police Dept.

Jason C. Giurintano
Deputy Attorney General
Office of the Attorney General
Strawberry Square
15th Floor
Harrisburg, PA 17120
Attorney for Defendant James H. Morgan

_____
CAROLE J. McGRAW
110 W. A Street, Suite 1100
San Diego, CA 92101
(619) 645-2192