IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Plaintiff's motion and Defendants response thereto, IT IS HEREBY ORDERED that motion for an enlargement of time is granted. Plaintiff's shall answer Defendants motion for summary judgment, 45 days, after the court decides, plaintiff's motion to compel, discovery, consider plaintiff's appeal for appointment of counsel, defendants response to plaintiff's request for admission and other requested, documents.

By The Court:

_____

Judge, Kane.