IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1045<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

I, Tyrone P. James, am the Plaintiff's in the above entitled action, hereby appeal the Order of the Magistrate Judge Mannion, entered on May 4, 2004, Granting Defendants Motion to Depose Plaintiff, and Denying Plaintiff's Motion For Protective Order, to the District Judge, the Honorable Kane.

## QUESTION FOR APPEAL

1. Whether The Magistrate Judge Abuse His Discretion In Granting Defendants Motion To Depose Plaintiff's And Denying Plaintiff's Protective Order?

Date: May 9, 2004

Respectfully Submitted,

*Tyrone James*

Tyrone P. James, Pro se (Plaintiff's)

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820