IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES           :
          Plaintiff,      :
                          :
     v.                   :     CIVIL ACTION NO. 1:01-CV-1015
                          :     (Judge Kane)
                          :     (Magistrate Judge Mannion)
YORK COUNTY POLICE DEPARTMENT,  :
JAMES H. MORGAN, RICHARD PEDDICORD,  :     JURY TRIAL DEMANDED
RAYMOND E. CRUAL, GENE FELLS,  :
DET. KESSLER, CO. BAYLARK,  :
RANDY SIPES, BRIAN WESTMORELAND,  :
and DETECTIVE GLOWCZESKI    :
          Defendants,     :

ORDER

AND NOW, THIS ____ day of _____, 2004, upon consideration of the

Plaintiff's Motion To Vacate The Magistrate Order dated, May 4, 2004, Granting

Defendants Motion to Depose Plaintiff is Granted. It is further Order that

Defendants Motion to Depose Plaintiff's is hereby stay, until the Court decide

Plaintiff's Request For Review/ Appeal from the Denial of Plaintiff Motion

For Appointment Of Counsel to represent him at the Deposition Hearing. Upon

Defendants response thereof, if any, IS HEREBY ORDERED, that the Motions is

Granted.


_____

Honorable Kane.