IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,**<br>    **Plaintiff** :<br> : <br> : <br>v.   : <br> : <br>**YORK COUNTY POLICE**   : <br>**DEPARTMENT, JAMES H. MORGAN,** : <br>**RICHARD PEDDICORD, RAYMOND** : <br>**E. CRAUL, GENE FELLS, DET.** : <br>**KESSLER, CO. BAYLARK, RANDY** : <br>**SNIPES, BRIAN WESTMORELAND,** : <br>**and DETECTIVE GLOWCZESKI,** : <br>    **Defendants** : | **CIVIL ACTION NO. 1:01-CV-1015**<br><br>**(Judge Kane)** |

## ORDER

Before the Court is Plaintiff's appeal of the Magistrate's order denying his motion for reconsideration of the order denying his motion for appointment of counsel. (Doc. No. 143). A Magistrate Judge's order may only be reconsidered if it is shown that the Magistrate's order is "clearly erroneous or contrary to law." 28 U.S.C. 636(b)(1)(A); Fed. R. Civ. P. 72(a). The Court has reviewed the filings and the arguments contained therein, and finds the analysis in Judge Mannion's March 29, 2004 Order denying Plaintiff's motion is not clearly erroneous or contrary to law. Therefore, **IT IS ORDERED THAT** Plaintiff's appeal is **DENIED**.

    s/Yvette Kane  
    Yvette Kane  
    United States District Judge

Date:  May 13, 2004