ORIGINAL

FILED
HARRISBURG, PA

MAY 27 2004

MARY E. D'ANDREA, CLERK
Per _____KJW_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
    Plaintiff,

v.

YORK COUNTY POLICE DEPARTMENT,
JAMES H. MORGAN, RICHARD PEDDICORD,
RAYMOND E. CRUAL, GENE FELLS,
DET. KESSLER, CO. BAYLARK,
RANDY SIPES, BRIAN WESTMORELAND,
and DETECTIVE GLOWCZESKI
    Defendants,

CIVIL ACTION NO. 1:01-CV-1015
(Judge Kane)
(Magistrate Judge Mannion)

JURY TRIAL DEMANDED

## MOTION FOR PROTECTIVE ORDER

Plaintiff's, Tyrone P. James, hereby moves this Honorable Court for a Protective Orders; pursuant to Federal Rule Of Civil Procedure, Rule 26 (c)(2)(4)(5)(6) and (8).

1. On May 17, 2004, Defendants, mailed Notice of Deposition, upon Plaintiff's, scheduling hearing for May 25, 2004, at the State Correctional Institution, Rockview, at 10:30 A.M.; Plaintiff's received said notice on May 20, 2004, by way of institution mail.

2. The Defendants by way of counsel, have failed to give reasonable notice of said hearing to Plaintiff's; or give this Plaintiff's sufficient amount of time to make stipulation or come to some form of agreement as it relate to the taking of Deposition.

3. Plaintiff's, sought leave from this Honorable Court, to issued an Protective Order Protecting Plaintiff's , from annoyance, embarrassment, oppression, or undue burden, or expense, until both the defendants and plaintiff's comes to some form of agreement, under stipulation, in conducting Discovery. Plaintiff's also would stipulated that the deposition hearing be conducted with no one present except persons designated by the Court, and that Deposition afterward, be sealed, to be opened only by order of the Court.

4. Plaintiff's had made reasonable good faith effort to resolved this Discovery dispute, without any interference from the Court.

WHEREFORE, Plaintiff's pray that this Honorable Court grant him a Protective Order, until both this Defendant and Plaintiff's have reasonable time to make stipulation and come to some form of agreement in conducting deposition against this plaintiff.

Date: May 24, 2004,

Respectfully Submitted,

*Tyrone James*

Tyrone P. James, EX 9451.

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's, "Motion For Protective Order," in the manner set forth below to the following, by placing said legal manila envelope, deposited into the institutional mail box, and turning over said documents to prison officials for mailing:

BY FIRST CLASS U.S. MAIL:

Jason C. Guirintano
Attorney General Office
Commonwealth Of Pennsylvania
15th Floor, Strawberry Square
Harrisburg, PA 17120

Donald L. Reihart, Esq.,
Law Office Of Donald L. Reihart
3015 Eastern Blvd., Suite 204
York, PA 17402

I, Tyrone P. James, verified theat the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Date: May 24, 2004.

*Tyrone James*

Tyrone P. James
Ex 9451
P.O. Box A
Bellefonte, PA 16823-0820.

Name: Tyrone James
Number: EX9A51
Box A
Bellefonte, Pa. 16823

Legal Mail.

INMATE M..
PA DEPT OF
CORRECTIONS

Office of The Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108+0983