IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>            Plaintiff,<br><br>   v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>            Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, THIS ____ day of _____, 2004, upon consideration of the Plaintiff's Motion To Protective Order, granting the Defendant and Plaintiff's to come to reasonable agreement upon stipulation to conduct deposition on this plaintiff who is presently incarcerated, at State Correction Institutional Rockview. Upon Defendants response thereof, if any, IS HEREBY ORDERED, that the Motion is hereby Granted.

_____
Honorable Judge Kane.