UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES, : | CIVIL ACTION NO. 1:01-1015 |
| Plaintiff : | |
| : | (KANE, J.) |
| V. : | (MANNION, M.J.) |
| : | |
| YORK COUNTY POLICE : | |
| DEPARTMENT, AGENT | |
| JAMES H. MORGAN, DET. : | |
| RICHARD PEDDICORD, DET. | |
| RAYMOND E. CRAUL, SGT. : | |
| GENE FELLS, DET. KESSLER, | |
| C/O BAYLARK, : | |
| : | |
| Defendants : | |

## O R D E R

Before the court is the plaintiff's motion for a protective order (Doc. No. 162). In that motion, the plaintiff requests a protective order from participation in his deposition scheduled for May 25, 2004.[1] The court had previously granted the defendants' January 21, 2004 motion to depose the plaintiff (Doc. No. 109). Thereafter, the plaintiff appealed that order to the district judge who also denied the appeal. (Doc. No. 161).

---

[1] It is noted that the petitioner dated this motion for protective order on May 24, 2004, obviously aware that it would not be received by this court until after May 25, 2004, the date previously scheduled for the deposition.

In light of the foregoing, the motion for a protective order (Doc. No. 162) is **DENIED.**

s/ Malachy E. Mannion

MALACHY E. MANNON
United States Magistrate Judge

Dated:   June 1, 2004

O:\shared\ORDERS\01-1015.4.wpd