IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KJN

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

### MOTION TO COMPEL DISCOVERY

The Plaintiff's, Tyrone P. James, hereby pursuant to Rules 36(a) and 37(a), Federal Rule Civil Procedure, for an Order compelling the Defendants to answer the Plaintiff's Request For Admission. Avers the followings:

1. Defendants responses are false and misleading.

2. There objection are insufficient, or improper and their denial are not sufficiently specific, incomplete and doesn't addresses the substance of the requested admission; also are evasive.

3. Defendants Peddicord, had failed to response timely to Plaintiff's Request For Admission, and other defendants response are without verification, pursuant to 28 U.S.C. § 1746.

4. Defendants have failed to comply with the Magistrate Ordered dated May 4, 2004, to response to Plaintiff's additional request for interrogatories, pursuant to Rule 33, Fed.R.Civ.P.

Respectfully Submitted,

Date: May 28, 2004.

*Tyrone James*

Tyrone P. James

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's, "MOTION TO COMPEL DISCOVERY," in the manner set forth below to the following, by placing said legal manila envelope, deposited into the institutional mail box, and turning over said documents to prison officials for mailing:

BY FIRST CLASS U.S. MAIL:

Jason C. Guirintano
Attorney General Office
Commonwealth Of Pennsylvania
15th Floor, Strawberry Square
Harrisburg, PA 17120

Donald L. Reihart, Esq.
Law Office Of Donald L. Reihart
3015 Eastern Blvd., Suite 204
York, PA 17402

Ic certify that the foregoing are true and correct, pursuant to 28 U.S.C. 2 § 1746.

Date: May 28, 2004

*/s/ Tyrone James*

Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820.

NAME: Tyrone James
NUMBER: EX 9451
BOX A
BELLEFONTE, PA 16823-0820

Legal mail

INMATE
PA DEPT OF
CORRECTIONS

Office of The Clerk
United State District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108.