# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES, : | CIVIL ACTION NO. 1:01-1015 |
|     Plaintiff : | |
| : | (KANE, J.) |
| V. : | (MANNION, M.J.) |
| : | |
| YORK COUNTY POLICE : | |
| DEPARTMENT, AGENT | |
| JAMES H. MORGAN, DET. : | |
| RICHARD PEDDICORD, DET. | |
| RAYMOND E. CRAUL, SGT. : | |
| GENE FELLS, DET. KESSLER, | |
| C/O BAYLARK, : | |
| : | |
|     Defendants : | |

## O R D E R

Before the court is the plaintiff's motion to compel discovery. (Doc. No. 164).

The Local Rules of this Court require that a supporting brief be filed within ten (10) days of the filing of a motion. See Local Rule 7.5. The rule specifically states that "unless otherwise ordered by the Court, if a supporting brief is not filed within the time provided in this rule such motion shall be deemed to be withdrawn". Id.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

the plaintiff's motion to compel discovery, (Doc. No. 164), is deemed **WITHDRAWN.**

<u>s/ Malachy E. Mannion</u>

MALACHY E. MANNON
United States Magistrate Judge

Dated:   June 14, 2004

O:\shared\ORDERS\01-1015.5.wpd