HPS-123                                                                                              May 27, 2004

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
### C.A. No. <u>03-4252</u>

TYRONE P. JAMES

vs.

YORK COUNTY POLICE DEPARTMENT, ET AL.
      (M.D. PA. CIV. NO. 01-CV-01015)

Present:    SCIRICA, <u>CHIEF JUDGE</u>, WEIS and GARTH, <u>CIRCUIT JUDGES</u>

Submitted are:

(1) By the Clerk for possible dismissal due to a jurisdictional defect;

(2) Appellant's motion for appointment of counsel on appeal; and

(3) Appellant's jurisdictional response
in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The foregoing appeal is dismissed for lack of appellate jurisdiction. Although the order appealed is a final order, <u>see</u> 28 U.S.C. § 1291, the order must end the litigation as to all claims and all parties, see <u>Mellon Bank, N.A. v. Metro Communications, Inc.</u>, 945 F.2d 635, 639 (3d Cir. 1992), and it does not: several claims against several defendants are still pending in the district court. An order entered by a District Court that dismisses fewer than all claims and all parties is not immediately appealable unless the District Court directs the entry of a final judgment as to the claims or parties under Federal Rule of Civil Procedure 54(b), *and the District Court has not done so here.* Appellant's motion for appointment of counsel on appeal is denied as moot.

By the Court,

A True Copy:

/s/Joseph F. Weis
United States Circuit Judge

Marcia M. Waldron,
Clerk

James v. York Cty Police
Page two


Dated: July 1, 2004
SLC/cc: Mr. Tyrone P. James, #EX-9451
       Donald L. Reihart, Esq.
       Jason C. Giurintano, Esq.