OFFICE OF THE CLERK

**MARCIA M. WALDRON**      UNITED STATES COURT OF APPEALS     TELEPHONE

   CLERK     FOR THE THIRD CIRCUIT     215-597-2995

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

---

_Harrisburg_     _Clerk of District Court_     Date   _July 1, 2004_
   *(District),*

_James v. York Cty Pol, et al._     C. of A. No.  _03-4252_
   *(Caption)*

_Tyrone P. James_
   *(Appellants)*

_01-cv-01015_
   *(D.C. No.)*

*Enclosures:*

**_July 1, 2004_**     **Certified copy of C. of A. Order by the Court**
   *(Date)*

_____     *Returned (Record)*

   **_XX_**     **Copy of this form to acknowledge receipt and return to C. of A.**

_____     *Record not released at this time until appeal(s) closed at No.(s)* _____

_____     *Please forward Certified List in Lieu of Record to this office.*

_____     *The certified copy of order issued as the mandate on* _____
    *is recalled.*

                       _Shannon L. Craven_     _(267)-299-4959_
                          *Deputy Clerk*     *Telephone Number*

*Receipt Acknowledge:*

_____
   *(Name)*

_____
   *(Date)*

                                          *Rev. 3/13/00*
                  *Appeals (Certified List in Lieu of Record)*