# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES,           Plaintiff | : <br> : <br> : No. 1:CV-01-1015 |
| v. | : <br> : (Judge Kane) |
| YORK COUNTY POLICE DEPARTMENT; AGENT JAMES H. MORGAN; DET. RICHARD PEDDICORD; DET. RAYMOND E. CRAUL; SGT. GENE FELLS; DET. ANTHONY GLOWCZEWSKI; AGENT RANDY SIPES; and AGENT BRIAN WESTMORELAND,           Defendants | : (Magistrate Judge Mannion) <br> : <br> : **Electronically Filed** <br> : |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells in the above captioned case.

s/Jason Giurintano_____
**JASON GIURINTANO**
**Deputy Attorney General**

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells   in the above captioned case.

                Respectfully submitted,

                GERALD J. PAPPERT
                Attorney General

By:   **s/Amanda L. Smith**
      AMANDA L. SMITH
      Deputy Attorney General
      ID #86316

      SUSAN J. FORNEY
      Chief Deputy Attorney General
      Chief, Civil Litigation Section

Office of Attorney General
Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-1194
Date:  July 1, 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
| **Plaintiff** : | |
| : | No. 1:CV-01-1015 |
| v. : | |
| : | (Judge Kane) |
| **YORK COUNTY POLICE** : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** : | |
| **MORGAN; DET. RICHARD** : | **Electronically Filed** |
| **PEDDICORD; DET. RAYMOND E.** : | |
| **CRAUL; SGT. GENE FELLS; DET.** : | |
| **ANTHONY GLOWCZEWSKI; AGENT** : | |
| **RANDY SIPES; and AGENT BRIAN** : | |
| **WESTMORELAND,** : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I, Amanda L. Smith, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 1, 2004, I caused to be served a true and correct copy of the foregoing document by depositing same in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James, EX-9451  
SCI Rockview  
P.O. Box A  
Bellefonte, PA 16823

Donald L. Reihart  
3015 Eastern Boulevard  
York, PA 17402-3026

Kristin G. Hogue  
Office of the California Attorney General  
110 West A Street, Suite 1100  
San Diego CA 92101

s/Amanda L. Smith  
**AMANDA L. SMITH**  
**Deputy Attorney General**