FILED
HARRISBURG, PA

JUL 0 7 2004

MARY E. D'ANDREA, CLERK
Per _____

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES       :
     Plaintiff,       :
                      :    CIVIL ACTION NO. 1:01-CV-1015
v.                    :    (Judge Kane)
                      :    (Magistrate Judge Mannion)
YORK COUNTY POLICE DEPARTMENT,    :
JAMES H. MORGAN, RICHARD PEDDICORD,   :   JURY TRIAL DEMANDED
RAYMOND E. CRUAL, GENE FELLS,    :
DET. KESSLER, CO. BAYLARK,    :
RANDY SIPES, BRIAN WESTMORELAND,    :
and DETECTIVE GLOWCZESKI    :
     Defendants,      :

## NOTICE OF INTENT TO OBTAIN A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS

## FOR DISCOVERY

Plaintiff's intents to serve a subpoenas on the following **Employers:** State Of California, Department Of Justice, Office Of Attorney General; York City Police Department; District Attorney's Office, York County, PA; Springettsbury Police Department; Mail Box Etc., Owner Jan Metzler; Pennsylvania Office Of Attorney General; Mail Box Etc., Owner, Mike Baker, Riverside, California; to produce and permit inspection and copying of any and all documents, relating to investigation, complaints, misconduct, IAD Reports, Disciplinary Action, Training, Memorandums, and Work History, to be produce at SCI-Rockview, route 26, Bellefonte, PA 16823-0820, Visiting Room. You have Twenty (20) days from the date listed below in which to file of record and serve upon the undersigned an objection to the issuance of the subpoena. If no objection is made the subpoena may be served.

Date: June 28, 2004

Respectfully Submitted,

Tyrone James

Tyrone P. James, Pro se.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:01-CV-1015<br>: (Judge Kane)<br>: (Magistrate Judge Mannion) |
| YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | : JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's, "Notice Of Intent To Obtain A Subpoenas To Documents And Things For Discovery," in the manner set forth below to the following, by placing said legal manila envelope, deposited into the institutional mail box, and turning over said documents to prison officials for mailing:

BY FIRST CLASS U.S. MAIL:

Jason C. Giurintano
Pennsylvania Attorney General Office
15th Floor, Strawberry Square
Harrisburg, PA 17120

Donald L. Reihart, Esq.
Law Office Of Donald L. Reihart
3015 Eastern Blvd., Suite 204
York, PA 17402

Krintin G. Hogue
State Of California, Department Of Justice
Office Of The Attorney's General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

I, Tyrone P. James, certify that the foregoing are true and correct, pursuant to 28 U.S.C. § 1746.

Date: June 28th, 2004.

*Tyrone James*

Tyrone P. James   Pro. se
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Name: Tyrone James
Number: EX9451
Box A
Bellefonte, Pa. 16823

GREETING FROM Far Far Away

ALTOONA, PA
PM
JUL 2004

INMATE MAIL
PA DEPT OF
CORRECTIONS

Legal Mail

Clerk of The Court
United States District Court
Middle District
228th Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108+0983