IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>　　　Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>　　　Defendants, | :<br>:<br>:　CIVIL ACTION NO. 1:01-CV-1015<br>:　(Judge Kane)<br>:　(Magistrate Judge Mannion)<br>:<br>:　JURY TRIAL DEMANDED<br>:<br>:<br>: |

## ORDER

AND NOW, THIS _____ day of _____, 2004, upon consideration of the "Plaintiff's Motion For Enlargement Of Time To File Response To Defendant Motion To Defendants Motion For Summary Judgment." Upon Defendants response thereof, if any, IS HEREBY ORDERED, that (a) Motion For Enlargement Of Time is GRANTED. IT IS FURTHER ORDERED, that Defendants served a copy of the Deposition Transcript upon the Plaintiff's.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge.