Tyrone P. James                          June 28, 2004
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Clerk Of Court
United States District Court
Middle District Of Pennsylvania
228th Walnut Street
P.O. Box 983
Harrisburg, PA 17108

RE: James v. York County Police Department, NO. 1:01-CV-1015.

Dear Clerk Of Court:

    Good Day! Enclosed you will find Subpoenas, addressed to various of the Defendants employers; to be served on (1) York City Police Department, (2) Springettsburg Police Department, (3) District Attorney's Office, York County, (4) Pennsylvania Office Of Attorney General, (5) California Department Of Justice, Office Of The Attorney General, (6) Mail Box Etc., Riverside, California, and (7) Mail Box Etc. Eastern Blvd., York, Pennsylvania.

    Along with these Subpoenas, are the U.S. Department Of Justice, United States Marshals Service, Process Receipt and Return.

    On or around September 2001, the Honorable Judge Kane, issued an Order, permitting this Plaintiff, to proceed in Forma Pauperis. Plaintiff's is still incarcerated, indigent and without personal access to served these subpoenas. Therefore Plaintiff's request that the Clerk of Court forward these documents "Subpoenas" to the U.S. Marshals, for service of process; pursuant to 28 U.S.C.A. § 1915 (c); Lindsey v. United State R.R. Retirement Bl., 101 F.3d 444, 447-48 (5th Cir. 1996); Byrd v. Stone, 94 F.3d 217, 219 (6th Cir. 1996); Fed.R.Civ.P. Rule 4(c)(2).

    I respectfully appreciate you cooperation in this matter. Thank you.

                                          Your Truly,

                                          Tyrone P. James, Pro se
                                          EX 9451.

cc: Jason C. Giurintano,
    Donald L. Reihart.
    Kristin G. Hogue; S.D.A.G.