EXHIBIT 1A

IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA : NO. 1345 CA 2001
: NO. 1760 CA 2001
v. : NO. 2022 CA 2001

TYRONE P. JAMES :

ORDER

AND NOW, to wit, this ___19___ day of February, 2002, in accordance with the foregoing Memorandum Opinion, the Court enters the following Order:

1. Forma pauperis status for the Defendant is **DENIED WITHOUT PREJUDICE**;

2. Defendant's Motion to Withdraw Counsel is **DENIED** and **REFUSED**;

3. Defendant's Request for Transcripts is **DENIED WITHOUT PREJUDICE**;

4. The Defendant's Pro Se Motion in Arrest of Judgment and for a New Trial is **DENIED**.

Further, in light of the Notice of Appeal having been filed and counsel has not been permitted to withdraw from the case, it is **ORDERED and DIRECTED**:

9

a. The Clerk shall accept the Notice of Appeal as filed without payment of filing fees;

b. Attorney Worrell D. Nero will continue as counsel of record and will continue to represent his client in this Court.

c. To effect an orderly processing of Defendant's appeal without further delay, counsel is directed to file a Statement of Matters Complained Of pursuant to Pa.R.A.P. 1925 within fifteen (15) days of the date of this Order.

d. The notes of testimony of the trial and the suppression hearing will be transcribed as soon as possible.

The Clerk is directed to provide a copy of this Order and accompanying Memorandum Opinion to the Defendant, Worrell D. Nero, Esquire, defense counsel, the Office of the District Attorney and the Clerk of the Superior Court for docketing in Defendant's appeal.

So Ordered.

BY THE COURT,

*[signature]*
John W. Thompson, Jr.
Judge