# Office of
# The Clerk of Courts of York County

**Marlyn L. Holtzapple**
*Clerk of Courts*



**Deborah A. Heilman**
*First Deputy*

COURT HOUSE
28 EAST MARKET STREET
YORK, PA 17401-1586
TELEPHONE 771-9612

## MEMORANDUM

DATE: FEBRUARY 22, 2002

NAME: TYRONE P. JAMES #62154
ADDRESS: C/O YCP
3400 CONCORD ROAD
YORK, PA 17402

CASE NUMBER(S):   1345 CA 2001, 1760 CA 2001, 2022 CA 2001

Please find enclosed a copy of your court docket. No other information is available. These cases have been forwarded to the Superior Court .   We will not have access to any other information until the cases are returned from Superior Court.   If you have any futher questions please contact your attorney of record.

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

COMMONWEALTH VS. JAMES, TYRONE PHILLIP                                2022   -CA   -2001

| Date | Entry | Date |
|---|---|---|
| 12-17-2001 | SERVICE RE:<br>DA AND ATTY NERO. | |
| 01-07-2002 | SENTENCE SCI<br>4 YEARS TO 8 YEARS AS TO POSS. W/I DELIVER. JWT<br>PAY FINE<br>$30,000.00 . JWT | 01-07 |
| 01-07-2002 | PAY COSTS<br>JWT<br>CREDIT<br>FOR ANY TIME SERVED ON THIS CHARGE 361 DAYS. JWT | 01-07 |
| 01-07-2002 | SENTENCE CONSECUTIVE<br>TO 1760 CA 2001 & 1345 CA 2001. JWT<br>MERGE<br>CRIMINAL ATTEMPT POSS. W/I DELIVER. JWT | 01-07 |
| 01-07-2002 | MANDATORY SENTENCE<br>JWT<br>CERTIFIED TO PENN DOT | 01-07 |
| 01-14-2002 | MOTION FILED RE:<br>FOR ARREST OF JUDGMENT AND FOR A NEW TRIAL FILED, PRO-SE.<br>MOTION FILED RE:<br>TO WITHDRAW COUNSEL FILED, PRO-SE. | 01-14 |
| 01-14-2002 | NOTICE OF APPEAL FILED<br>PRO-SE. | 01-14 |
| 02-05-2002 | MOTION FILED RE:<br>FOR TRANSCRIPTS, PRO-SE. | 02-05 |
| 02-07-2002 | COMMITMENT ISSUED SCI | 02-07 |
| 02-13-2002 | MOTION FILED RE:<br>TO WITHDRAW COUNSEL, PRO-SE. | 02-13 |
| 02-15-2002 | SUPERIOR COURT DOCKET NUMBER<br>258 MDA 2002. DUE DATE: 03/25/02.<br>MOTION FILED RE:<br>FOR REQUEST FOR TRANSCRIPTS FILED PRO-SE. | 02-15 |
| (02-19-2002) | OPINION PURSUANT TO PA. RAP. 1925A<br>JWT. SERVICE TO DA, WORRELL NERO, ESQ & SUPERIOR COURT OF PA. | 02-20 |
| 02-20-2002 | TRANSCRIPT FILED RE:<br>SUPPRESSION HEARING SCHEDULED 08/14/01 FILED W/CASE. | |

Printed on 02-21-2002 By DAH          E-N-D   O-F   C-A-S-E

# Office of
# The Clerk of Courts of York County



Marlyn L. Holtzapple
*Clerk of Courts*

Deborah A. Heilman
*First Deputy*

COURT HOUSE
28 EAST MARKET STREET
YORK, PA 17401-1586
TELEPHONE 771-9612

## MEMORANDUM

DATE:        MARCH 26, 2002

NAME:        TYRONE P. JAMES #EX 9451
ADDRESS:     C/O CAMP HILL SCI
             PO BOX 200
             CAMP HILL, PA 17001-0200

CASE NUMBER(S):   1345 CA 2001, 1760 CA 2001, 2022 CA 2001

Please find enclosed a copy of your court docket. No other information is available. These cases have been forwarded to the Superior Court. We will not have access to any other information until the cases are returned from Superior Court. If you have any futher questions please contact your attorney of record.

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

| COMMONWEALTH VS. JAMES, TYRONE PHILLIP | 2022 -CA -2001 |
|---|---|

| Date | Entry | Date |
|---|---|---|
| 12-17-2001 | SERVICE RE: DA AND ATTY NERO. | |
| 01-07-2002 | SENTENCE SCI<br>4 YEARS TO 8 YEARS AS TO POSS. W/I DELIVER. JWT<br>PAY FINE<br>$30,000.00 . JWT | 01-07 |
| 01-07-2002 | PAY COSTS<br>JWT<br>CREDIT<br>FOR ANY TIME SERVED ON THIS CHARGE 361 DAYS. JWT | 01-07 |
| 01-07-2002 | SENTENCE CONSECUTIVE<br>TO 1760 CA 2001 & 1345 CA 2001. JWT<br>MERGE<br>CRIMINAL ATTEMPT POSS. W/I DELIVER. JWT | 01-07 |
| 01-07-2002 | MANDATORY SENTENCE<br>JWT<br>CERTIFIED TO PENN DOT | 01-07 |
| 01-14-2002 | MOTION FILED RE:<br>FOR ARREST OF JUDGMENT AND FOR A NEW TRIAL FILED, PRO-SE.<br>MOTION FILED RE:<br>TO WITHDRAW COUNSEL FILED, PRO-SE. | 01-14 |
| 01-14-2002 | NOTICE OF APPEAL FILED<br>PRO-SE. | 01-14 |
| 02-05-2002 | MOTION FILED RE:<br>FOR TRANSCRIPTS, PRO-SE. | 02-05 |
| 02-07-2002 | COMMITMENT ISSUED SCI | 02-07 |
| 02-13-2002 | MOTION FILED RE:<br>TO WITHDRAW COUNSEL, PRO-SE. | 02-13 |
| 02-15-2002 | SUPERIOR COURT DOCKET NUMBER<br>258 MDA 2002.  DUE DATE: 03/25/02.<br>MOTION FILED RE:<br>FOR REQUEST FOR TRANSCRIPTS FILED PRO-SE. | 02-15 |
| 02-19-2002 | MEMORANDUM OPINION RE:<br>IN FORMA PAUPERIS STATUS - DENIED; MOTION TO WITHDRAW COUNSEL -<br>DENIED. ATTORNEY WORRELL D. NERO WILL CONTINUE AS COUNSEL OF RECORD; | 03-26 |
| (02-19-2002) | MOTION IN ARREST OF JUDGMENT AND FOR A NEW TRIAL - DENIED. JWT.<br>DEFT. FILE STATEMENT MATTERS COMPLAINED W/APPEA<br>JWT. SERVICE TO DA, ATTY. NERO, AND DEFENDANT. | 03-26 |
| 02-20-2002 | TRANSCRIPT FILED RE:<br>SUPPRESSION HEARING SCHEDULED 08/14/01 FILED W/CASE. | 02-20 |
| 03-04-2002 | TRANSCRIPT FILED RE:<br>CONT'D PRE-TRIAL CONFERENCE 07/05/01 FILED W/CASE. | 03-04 |
| 03-13-2002 | TRANSCRIPT FILED RE:<br>JURY TRIAL 11/13, 14, & 15, 2001. | 03-13 |
| 03-19-2002 | ACT 84 PAPERWORK SENT TO SCI | 03-19 |

EXHIBIT 1D

Tyrone P. James
#62154
York County Prison
3400 Concord Road
York, PA 17402

February 27, 2002

Marlyn L. Holtzapple
Clerk Of Courts Of York County
Court House
28 East Market Street
York, PA 17401-1586

Case number(s): 1345 CA 2001, 1760 CA 2001, 2022 CA 2001

Dear Clerk of Court:

I, Tyrone P. James, in pro- se, is requesting a copy of the Honorable Judge opinion pursuant to PA. RAP. 1925A. Filed on February 19, 2002.

A copy was send to attorney Worrell Nero, ESQ., who is not my appellate attorney in these matters, as Defendant is pursuing his appeal in pro se, and all transcripts, documents and opinion, should be directed to the Defendant. Thank You.

Respectfully,

Tyrone P. James
Tyrone P. James



## PROOF OF SERVICE

I, Tyrone P. James, Pro Se, hereby certifies, that this date, has served upon the below named person(s) the forgoing documents and in the manner indicated be below, **LETTER,** which service satisfies the requirements of Rule 121 of the Pennsylvania Rules of Appellate Procedure, by way of United States Postal Service, First Class Mail.

Service in person as follows:

| | |
|---|---|
| The Honorable John W. Thompson, Jr.<br>Judges Chambers<br>Court Of Common Pleas, York County<br>28 E. Market St<br>York, PA 17401 | Court Stenogragher/ Reporter<br>Court Of Common Pleas York County<br>28 E. Market St.<br>York, PA 17401 |
| Clerk Of Courts<br>Court Of Common Pleas, York County<br>28 E. Market St.<br>York, PA 17401 | District Attorney's Office<br>Court Of Common Pleas, York County<br>28 E. Market St.<br>York, PA  17401 |

I certify that these documents were given to the prison official on this __27th__ day of February 2002, for forwarding to the address listed above.

Respectfully Submitted,

*Tyrone P. James*
TYRONE P. JAMES
#62154
York County Prison
3400 Concord Road
York, PA 17402

EXHIBIT 1D

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .57 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.17 |

Postmark: YORK, PA 17402 FEB 28 2002 USPS

Sent To: Clerk of Court
Street, Apt. No.; or PO Box No.: 28 East Market St.
City, State, ZIP+4: York, PA 17401

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0004 2274 5644

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Clerk of Court
    Court of Common Pleas
    28 East Market St.
    York, PA 17401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 3/1/02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 5644

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

```
COMMONWEALTH VS.           1345    CA    2001
JAMES, TYRONE PHILLIP
AKA
    Address
    565 W MARKET ST 3RD FLOOR    NEXT TERM: NOV    2001    ARD:      01-01-2001
    YORK                         PRE-TRIAL: 10-09-2001      CERT HBG: 01-07-2002
    PA                           ARRAIGN:   03-30-2001      IMPOUND:  00-00-0000
    17404                        OFFENSE:   01-10-2001      PSI:      11-15-2001
DOB 05-18-1962  Race B   Sex M
Social Security No 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   DATE ARREST  01-12-2001
```

```
O.T.N. F 201480 6                    Police Dept.   ATTORNEY GENERAL
District Justice   HEILMAN VERA J    Municipality   SHREWSBURY
Arresting Officer JAMES M. MORGAN    Attorney NERO, WORRELL D.
```

|  | OFFENSES | CTS. | GRADE |
|---|---|---|---|
| AC1330P | C/A POSS W/I DELIVER | 1 | F |
| CS1330P | POSSESSION W/INTENT | 1 | F |

### DOCKETING

| Date | Entry | Date |
|---|---|---|
| 03-12-2001 | JUDGE ASSIGNED<br>JUDGE KENNEDY | 03-12<br>DAB |
| 03-22-2001 | INFORMATION FILED | 03-22 |
| 04-02-2001 | ARRAIGNED PRO SE<br>3/30/01 FOR 3/30/01.<br>PRE-TRIAL CONFERENCE  06/12/2001  9:00 AM<br>BEFORE JUDGE KENNEDY IN COURTROOM #1.   JHC | 04-02 |
| 04-02-2001 | RETURN W/COUNSEL HEARING SCHEDULED<br>4/24/01 @ 3:30 PM IN COURTROOM #1.   JHC | 04-02 |
| 04-24-2001 | COUNSEL ENTERS APPEARANCE<br>            ATTORNEY - NERO, WORRELL D. | 04-24 |
| 05-18-2001 | JUDGE REASSIGNED DRUG CASE<br>            ASSIGNED TO-JUDGE THOMPSON | 05-18 |
| 06-12-2001 | TRIAL SCHEDULED    JULY    2001 TERM<br>ATRTY NERO ATTACH FOR JULY JWT | 06-12 |
| 06-29-2001 | COMMONWEALTH'S MOTION FILED<br>FOR CONSOLIDATION. | 07-03 |
| 07-02-2001 | JUDGE'S SECRETARY SCHEDULES<br>TRIAL 7-5-01. JWT | 07-02 |
| 07-05-2001 | PRE-TRIAL CONFERENCE 08/14/2001  9:00 AM<br>BEFORE JUDGE THOMPSON. ATTY NERO TO APPEAR. JWT.<br>RESPONSE TO MOTION TO CONSOLIDATE BY 7-31-01. JWT. | 07-05 |
| 07-05-2001 | CASE CONTINUED REQUEST OF DEFENSE<br>JWT<br>CASE CONTINUED TO    SEPTEMBER  2001 TERM<br>JWT. | 07-05 |
| 08-02-2001 | ANSWER FILED RE:<br>DEFENDANT'S ANSWER TO COMMONWELATH'S MOTION FOR CONSOLIDATION<br>SUPPRESSION MOTION FILED | 08-02 |
| 08-02-2001 | BAIL REDUCTION PETITION FILED | 08-02 |
| 08-14-2001 | SUPPRESSION MOTION HEARING SCHEDULED<br>8/22/2001 300PM JWT | 08-14 |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

COMMONWEALTH VS. JAMES, TYRONE PHILLIP                                      1345 -CA -2001

| Date | Entry | Date |
|---|---|---|
| | TRIAL SCHEDULED   SEPTEMBER 2001 TERM<br>JWT | |
| 08-15-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY<br>NERO. 7-5-01 ORDER. | 08-15 |
| 08-22-2001 | HEARING HELD<br>PARTIAL SUPPRESSION HEARING HELD. JWT.<br>TRIAL SCHEDULED<br>9-11-01 @ 9:30AM AND CONTINUED SUPPRESSION MOTION. JWT | 08-23 |
| 09-10-2001 | COMMONWEALTH'S BRIEF FILED RE:<br>OPPOSING SUPPRESION | 09-10 |
| 09-12-2001 | HEARING HELD<br>SUPPRESSION. JWT.<br>SUPPRESSION MOTION REFUSED<br>DEFENDANT'S EXHIBITS 1, 2, & 3 MADE PART OF RECORD. JWT. | 09-13 |
| 09-12-2001 | CASE CONTINUED TO   NOVEMBER   2001 TERM<br>JWT.<br>PRE-TRIAL CONFERENCE  10/09/2001  9:00 AM<br>JWT. | 09-13 |
| 09-12-2001 | BAIL REDUCTION PETITION REFUSED<br>ORAL MOTION. JWT. | 09-13 |
| 10-09-2001 | TRIAL SCHEDULED   NOVEMBER   2001 TERM<br>JWT | 10-09 |
| 10-11-2001 | LETTER FROM JUDGE THOMPSON, CORRESPONDANCE FROM DEFT. MADE PART OF RECORD. COPY OF LETTER TO DEFENDANT. | 10-11 |
| 10-18-2001 | CORRESPONDENCE FROM DEFT SENT TO ATTY NERO, PER LETTER FROM JUDGE THOMPSON. COPY OF LETTER TO DEFENDANT. | 10-18 |
| 10-19-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY<br>WORRELL D. NERO. 9-12-01 ORDER | 10-19 |
| 10-26-2001 | PRO SE MOTION FILED<br>FOR APPOINTMENT OF COUNSEL. REFUSED. JWT.<br>PRO SE MOTION FILED<br>REQUEST FOR TRANSCRIPTS. REFUSED. JWT. | 10-29 |
| 10-26-2001 | PRO SE MOTION FILED<br>WRTI OF HABES CORPUS. | 10-29 |
| 10-29-2001 | SERVICE RE:<br>COPY TO DEFT, DA, ATTY WORRELL NERO. 10-16-01 MOTIONS/ORDER | |
| 11-07-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY<br>NERO. 8-14-01 ORDER | 11-07 |
| 11-09-2001 | JUDGE'S SECRETARY SCHEDULES<br>TRIAL 11-13-01. JWT. | 11-09 |
| 11-13-2001 | JURY TRIAL<br>JWT. | 11-15 |
| 11-15-2001 | COMMONWEALTH'S PROPOSED JURY INSTRUCTION.<br>VERDICT GUILTY<br>COUNT 1 CRIMINAL ATTEMPT POSSESSION WITH INTENT TO DELIVER (COCAINE) | 11-15 |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

COMMONWEALTH VS. JAMES, TYRONE PHILLIP                                1345  -CA  -2001

| Date | Entry | Date |
|---|---|---|
| 11-15-2001 | COUNT 2 POSSESSION WITH INTENT TO DELIVER (COCAINE). JWT. PRE-SENTENCE INVESTIGATION-COMPLETE SENTENCE RECOMMENDATION. JWT. | 11-15 |
| 11-15-2001 | SENTENCE SCHEDULED 01/07/02 @ 9:30 AM. CT.RM. # 1. JWT. BAIL REVOKED JWT. | 11-15 |
| 12-03-2001 | NOTICE OF MANDATORY SENTENCE FILED | 12-06 |
| 12-06-2001 | SERVICE OF ORDER TO DEFENSE ATTORNEY NERO. 11-15-01 ORDER | |
| 12-10-2001 | MOTION FRO TRNASFER OF EVIDENCE | 12-11 |
| 12-11-2001 | EVIDENCE RELEASED AGENT ANDREW CUNNEY FEDERAL DRUG ENFORCEMENT. JWT. | 12-17 |
| 12-17-2001 | SERVICE RE: DA. ATTY NERO | |
| 01-04-2002 | MOTION FILED RE: IN ARREST OF JUDGMENT AND FOR A NEW TRIAL FILED, PRO-SE. | 01-14 |
| 01-07-2002 | SENTENCE SCI 7 YEARS TO 14 YEARS AS TO POSS. W/I DELIVER. JWT PAY FINE $25,000.00 JWT | 01-07 |
| 01-07-2002 | PAY COSTS JWT MERGE CRIMINAL ATTEMPT POSS. W/I DELIVER. JWT | 01-07 |
| 01-07-2002 | CREDIT FOR ANY TIME SERVED 361 DAYS. JWT MANDATORY SENTENCE JWT | 01-07 |
| 01-07-2002 | CERTIFIED TO PENN DOT | 01-07 |
| 01-14-2002 | MOTION FILED RE: IN ARREST OF JUDGMENT AND FOR A NEW TRIAL FILED, PRO-SE. MOTION FILED RE: TO WITHDRAW COUNSEL FILED, PRO-SE. | 01-14 |
| 01-14-2002 | NOTICE OF APPEAL FILED PRO-SE. | 01-14 |
| 01-29-2002 | SERVICE OF ORDER TO DEFENSE ATTORNEY NERO. 1-7-02 ORDER | 01-29 |
| 02-05-2002 | MOTION FILED RE: FOR TRANSCRIPTS, PRO-SE. | 02-05 |
| 02-07-2002 | COMMITMENT ISSUED SCI | 02-07 |
| 02-13-2002 | MOTION FILED RE: TO WITHDRAW COUNSEL, PRO-SE. | 02-13 |
| 02-15-2002 | SUPERIOR COURT DOCKET NUMBER 258 MDA 2002. DUE DATE: 03/25/02 MOTION FILED RE: FOR REQUEST FOR TRANSCRIPTS FILED, PRO-SE. | 02-15 |

# IN THE COURT OF COMMON PLEAS
# OF YORK COUNTY – CRIMINAL DIVISION

| COMMONWEALTH VS. JAMES, TYRONE PHILLIP | | 1345   -CA   -2001 |
|---|---|---|
| 02-19-2002 | OPINION PURSUANT TO PA. RAP. 1925A<br>JWT. SERVICE TO DA, WORRELL NERO, ESQ. & SUPERIOR COURT OF PA. | 02-20 |
| 02-20-2002 | TRANSCRIPT FILED RE:<br>SUPPRESSION HEARING SCHEDULED 08/14/01 FILED W/CASE. | |
| 03-04-2002 | TRANSCRIPT FILED RE:<br>CONT'D PRE-TRIAL CONFERENCE 07/05/01 FILED W/CASE. | 03-04 |
| 03-13-2002 | TRANSCRIPT FILED RE:<br>JURY TRIAL 11/13, 14, & 15, 2001. | 03-13 |
| 03-19-2002 | ACT 84 PAPERWORK SENT TO SCI | 03-19 |
| 03-20-2002 | ORDER FILED RE:<br>DIRECTION TO CLERK OF COURTS TO PROVIDE SUPPRESSION HEARING AND TRIAL TRANSCRIPTS TO THE DEFENDANT. JWT. | 03-21 |
| 03-20-2002 | OPINION PURSUANT TO PA. RAP. 1925A<br>GMS. SERVICE TO DA, WORDELL NERO, ESQ. AND DEFENDANT. | 03-21 |
| 03-22-2002 | SERVICE ORDER/PETITION TO DEFT'S PETITION ADDRE<br>SUPPRESSION AND TRIAL TRANSCRIPTS. (MAILED CERTIFIED. | 03-22 |
| 03-26-2002 | CASE TRANSMITTED TO SUPERIOR COURT | 03-26 |

Printed on 03-26-2002 By DAS          E-N-D   O-F   C-A-S-E

EXHIBIT 1F

*Office of the Public Defender*
York County Courthouse
28 East Market Street
York, Pennsylvania 17401
(717) 771-9217
Facsimile (717) 771-4759

**Bruce P. Blocher**  **Suzanne S. Smith**
**Chief Public Defender**  **First Assistant**

January 17, 2003

Mr. Tyrone James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Mr. James:

  Enclosed please find a copy of your Pre-Sentence Investigation that you requested in your letter dated January 11, 2003. As of today, our office has not yet heard a decision from the Superior Court as to your appeal. I will notify you when a decision has been made.

            Sincerely,

            M. Rhodes
            Molly M. Rhodes, Esquire
            Assistant Public Defender

cc: file

Tyrone P. James  
EX-9451  
P.O. Box A  
Bellefonte, PA 16823-0820

EXHIBIT 1F

April 29, 2003

Com v. James, T.  
00258 MDA 2002

Molly M. Rhodes  
Office Of The Public Defender  
York County Courthouse  
28th East Market Street  
York, PA 17401

Dear Attorney Rhodes,

Good Day! This is to informed you that after doing some research in my case, on April 25, 2003, I came across the Superior Court, Middle District, Affirmed Decision in Com v. James, T., 00258 MDA 02, Dated 12/17/02; In the West's Pennsylvania Reporter. As of this date, I had not received a letter from you, or your Office, informing me of this decision. I received several letters form you one dated February 17, 2003, stating to me, that neither you, or your Office, have received a decision from the Superior Court, has to my appeal.

Attorney Rhodes, I am requesting that you petition the Supreme Court of Pennsylvania, to file a "Petition For Allowance Of Appeal," in this matter. I would also request that you petition the Supreme Court Of Pennsylvania, to file a NUNC PRO TUNC, late appeal, because of the present situation with your office not receiving a copy of the Superior Court Decision, in a timely manor. I await a timely response in this matter. Please send me copies of all briefs and motion, submitted to the Supreme Court, and a copy of the Superior Court Judges Opinions, dated, 12/17/02. Thank You.

Sincerely,  
Tyrone James  
Tyrone P. James  
EX-9451

**1178 Pa.    817 ATLANTIC REPORTER, 2d SERIES**

| TITLE | DOCKET NUMBER AND DISPOSITION | DATE | LOWER COURT DOCKET NUMBER/COUNTY |
|---|---|---|---|
| Com. v. Green, T. | 00190MDA02 Affirmed | 12/19/2002 | 867 of 2001 (Luzerne) |
| Com. v. Greenawalt | 02049WDA01 Affirmed | 12/18/2002 | 1421 of 2000 (Washington) |
| Com. v. Griffin | 00313WDA02 Remanded | 12/17/2002 | CP 360-99 (Greene) |
| Com. v. Gurnee | 01194MDA01 Affirmed | 12/17/2002 | 94CR000575 (Bradford) |
| Com. v. Haak [7] | 03462EDA01 Affirmed | 12/16/2002 | 9704-0123 (Philadelphia) |
| Com. v. Haigh | 00381MDA02 Affirmed | 12/17/2002 | 94-0716 (Cumberland) |
| Com. v. Halton | 00095EDA02 Affirmed | 12/20/2002 | 0010-1012 (Philadelphia) |
| Com. v. Harris | 01147EDA02 Affirmed | 12/02/2002 | 1995/1013 (Lehigh) |
| Com. v. Hauck | 00129EDA02 Affirmed | 12/17/2002 | 709, 710-Misc.-2001 (Bucks) |
| Com. v. Hauck | 00130EDA02 Affirmed | 12/17/2002 | 709, 710-Misc.-2001 (Bucks) |
| Com. v. Hayes | 02493EDA01 Affirmed | 12/09/2002 | 9610-0143 2/2 (Philadelphia) |
| Com. v. Haynes | 00028WDA02 Vacated and Remanded | 12/20/2002 | CC 198709476 and 198710005 (Allegheny) |
| Com. v. Hill, B. | 00017MDA02 Reversed and Remanded | 12/19/2002 | 1455/01 (Berks) |
| Com. v. Hill, L. | 01360EDA02 Affirmed | 12/17/2002 | 7203-0361 2/2 (Philadelphia) |
| Com. v. Holloway | 00589MDA02 Remanded | 12/05/2002 | 1346 of 1999 (Luzerne) |
| Com. v. Holmes | 00232EDA02 Affirmed | 12/03/2002 | 0270 1/1 March Term, 2000 (Philadelphia) |
| Com. v. Howell | 00760EDA02 Affirmed | 12/05/2002 | 3842 January Term, 1983 (Philadelphia) |
| Com. v. Hoy | 00667WDA01 Affirmed | 12/02/2002 | 96-811 CRA (Clearfield) |
| Com. v. Hunkele [8] | 00563WDA01 Affirmed | 12/31/2002 | CC9804022 and CC9806433 (Allegheny) |
| Com. v. Hylton | 00472MDA02 Affirmed | 12/10/2002 | 1855 CA 1999 (York) |

7. Petition for reargument denied February 20, 2003
8. Petition for reargument denied March 3, 2003

---

**SUPERIOR COURT OF PENNSYLVANIA    Pa. 1179**

| TITLE | DOCKET NUMBER AND DISPOSITION | DATE | LOWER COURT DOCKET NUMBER/COUNTY |
|---|---|---|---|
| Com. v. Ingram | 00449MDA02 Reversed and Remanded | 12/23/2002 | 614 of 2000 (Franklin) |
| Com. v. Jackson | 03225EDA01 Affirmed | 12/03/2002 | 0996 March Term, 1997 (Philadelphia) |
| Com. v. James, G. | 02717EDA01 Affirmed | 12/17/2002 | 9502-0639 (Philadelphia) |
| Com. v. James, T. | 00258MDA02 Affirmed | 12/17/2002 | 1345 CA 2001, 1760 CA 2001, 2022 CA 2001 (York) |
| Com. v. Jefferson | 03434EDA01 Affirmed and Remanded | 12/26/2002 | 2001-28; 2001-29; 2001-509 (Northampton) |
| Com. v. Jerry | 00773WDA02 Affirmed | 12/03/2002 | 196, 197 and 317 of 1977 (Beaver) |
| Com. v. Jerry | 00774WDA02 Affirmed | 12/03/2002 | 196, 197 and 317 of 1977 (Beaver) |
| Com. v. Johnson, C. | 02402EDA01 Affirmed | 12/19/2002 | 2133 October Term, 1984 (Philadelphia) |
| Com. v. Johnson, D. [9] | 01801MDA01 Affirmed | 12/24/2002 | Misc* 98-2000 (Franklin) |
| Com. v. Johnson, D. | 00845MDA02 Affirmed | 12/24/2002 | 84-2001 (Franklin) |
| Com. v. Johnson, G. | 0321MDA02 Dismissed and Remanded | 12/17/2002 | 1603 of 1998 (Luzerne) |
| Com. v. Johnson, H. | 00093WDA02 Affirmed | 12/23/2002 | CC7609037; CC7609050 (Allegheny) |
| Com. v. Johnson, L. | 01500EDA02 Affirmed | 12/13/2002 | 9908-0828 (Philadelphia) |
| Com. v. Johnson, M. | 00440EDA02 Affirmed | 12/19/2002 | 98-06-0134 * (Philadelphia) |
| Com. v. Johnson, N. | 02951EDA01 Affirmed | 12/20/2002 | 0010-0585 (Philadelphia) |
| Com. v. Johnson, R. | 00895EDA01 Affirmed | 12/17/2002 | 90-05-3551 (3550) (Philadelphia) |
| Com. v. Johnson, T. | 00729EDA02 Affirmed | 12/03/2002 | 5528-00, 5529-00 & 5530-00 (Chester) |
| Com. v. Johnson, V. | 01104EDA02 Affirmed | 12/16/2002 | 7112-1034 (Philadelphia) |

9. Petition for reargument dismissed January 23, 2003