EXHIBIT 2

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BUREAU OF NARCOTIC ENFORCEMENT

## INVESTIGATION REPORT

| Investigation Title | Date | Investigation Number |
|---|---|---|
| ALCO COPY SYSTEMS | 01/19/2001 | RI2001-00005 |

| Report Number | Type of Report | Case X-Ref. |
|---|---|---|
| 1 | OPENING/CLOSING/ARREST REPORT | |

| Case Agent | Reporting Agent | Supervisor |
|---|---|---|
| SIPES, RANDELL A | SIPES, RANDELL A | LOPEZ, ORLANDO NMN |

### SUMMARY:

On January 8th, 2001 at approximately 1430 hours, I was contacted by Mike Baker, owner of the Mail Boxes Etc., located in the Canyon Crest Shopping Center in the City of Riverside. One of Baker's employees, had intercepted a parcel that contained approximately ten pounds of marijuana. The parcel was sent onto York, Pennsylvania for a controlled delivery by the Pennsylvania Office of the Attorney General, Bureau of Narcotic Investigation. Tyrone JAMES was taken into custody in Pennsylvania as part of the controlled delivery. An additional ten pounds of marijuana and a kilogram of cocaine was seized.

### DETAILS OF THE INVESTIGATION:

On January 8th, 2001 at approximately 1430 hours, I was contacted my Mike Baker, owner of the Mail Boxes Etc., located in the Canyon Crest Shopping Center in the City of Riverside. Baker told me that one of his employees had opened a parcel that contained what he believed was marijuana. I responded to the Mail Boxes Etc. to seize the parcel.

When I arrived at the Mail Boxes Etc., I spoke to Norisa who advised me that she was the employee who had intercepted the parcel. Norisa said that she was suspicious of the parcel because the woman who dropped it off appeared nervous. The parcel was sent United Parcel Service (UPS) Next Day Air and paid cash even though it was being sent from a business to another business. Norisa said that the parcel looked similar to other drug parcels that she had intercepted in the past.

I looked at the parcel that had already been opened, by Norisa, prior to my arrival. The parcel was a box within a box. Inside the inner box was a rectangular object that was wrapped with black duct tape. The rectangular object had been cut into by Norisa. I could see under the duct tape, layers of plastic wrap, grease, fabric softener sheets and marijuana. I seized the parcel and gave Baker a receipt.

The parcel was addressed from; ALCO Copy Systems, 2025 Chicago Ave. Riverside, CA 92504. The parcel was being sent to; Expressions Express, 2536 Easton Blvd. # 164 York, PA 17402. ALCO Copy Systems is a fictitious business and does not exist. The address the parcel was being sent to is a Mail Boxes Etc.

DEFENDANT'S EXHIBIT

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BUREAU OF NARCOTIC ENFORCEMENT

INVESTIGATION REPORT
CONTINUATION

Page No. 2 of 4

Investigation Title **ALCO COPY SYSTEMS**　　　　　Investigation No. RI2001-00005

I took the parcel to the Bureau of Narcotic Enforcement, Riverside Regional Office and placed it into temporary evidence locker # 4. I attempted to contact an interdiction team in Pennsylvania to attempt a controlled delivery of the parcel.

At 1750 hours, I was contacted by Special Agent (SA) James Morgan from the Pennsylvania Office of the Attorney General, Bureau of Narcotic Investigations. SA Morgan told me that he worked the York, PA area and he would handle a controlled delivery of the parcel.

On January 9th, 2001, I spoke with SA Morgan who told me that he was going to attempt a controlled delivery of a parcel at the York, PA Mail Boxes Etc. while I forwarded the actual parcel to SA Morgan's office. I removed the parcel from temporary evidence storage and photographed the parcel and its contents. I packed the parcel in another box and sent it to SA Morgan. I included a receipt for the parcel which SA Morgan signed and returned.

SA Morgan advised me that he had researched the owner of the mail box at the Mail Boxes Etc. in York, PA. SA Morgan said that the subject who had rented the box was named Tyrone JAMES and he had an address in Carson, CA. I ran a computer check on JAMES and found that he had a criminal history for possession for sales of marijuana.

SA Morgan later contacted me and advised me that he had taken JAMES into custody at the York, PA Mail Boxes Etc. when JAMES picked up the parcel (refer to SA Morgan's report for details of the arrest). During SA Morgan's investigation he found several other mail boxes that had been rented by JAMES. SA Morgan seized another parcel that contained approximately one kilogram of cocaine and another parcel that contained approximately ten pounds of marijuana.

After JAMES was taken into custody, SA Morgan found bank account information in the names of JAMES and Sandra WHITE. SA Edward Stuckenschnider and I began a financial investigation on JAMES and WHITE. I placed an adverse claim order on two accounts at the Hughes Aircraft Employees Federal Credit Union. Account # 3266487 was in the name of Tyrone JAMES and account # 3241615 was in the name of Sandra White.

I spoke with the manager of the reconcilements department of the Hughes Aircraft Employees Federal Credit Union, Dori Olson about the account balances on both accounts that I had placed the adverse claim order against. Olson told me that account # 3241615 had a balance of $906.10 and account # 3266487 had a balance of $292.05. Olson said that JAMES also had an IRA account at the credit union with a balance of $80.59. Since the accounts contained relatively small sums of money, asset forfeiture was discontinued and the adverse claim was lifted from both accounts.

Investigation closed.

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BUREAU OF NARCOTIC ENFORCEMENT

# INVESTIGATION REPORT CONTINUATION

Page No. 4 of 4

Investigation Title <u>ALCO COPY SYSTEMS</u>

Investigation No. <u>RI2001-00005</u>

**EVIDENCE:**

None.

---

_____  1-30-01                    _____  1/30/01
**Reporting Agent**         Date                      **Special Agent Supervisor**        Date
SIPES, RANDELL A                                      LOPEZ, ORLANDO NMN

Entry Operator Id: SIPES, RANDELL A
Date Generated:   01/19/2001

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BUREAU OF NARCOTIC ENFORCEMENT

INVESTIGATION REPORT
CONTINUATION

Page No. 3 of 4

Investigation Title <u>ALCO COPY SYSTEMS</u>

Investigation No. <u>RI2001-00005</u>

**PHYSICAL DESCRIPTIONS:**

1. JAMES, Tyrone Phillip, A.K.A.-TYRONE, James, BMA, DOB-05/18/1962, 5'08" 160lbs, HAIR-BLK, EYE-BRO.
DL-C2083017 CA
SSN-559065859
CII-A07286347
SID-UNK
FBI-717562DA6
SMT-NONE

2. WHITE, Sandra, BFA, DOB-03/31/1957, 5'04" 120lbs, HAIR-BLK, EYE-BRO.
DL-C3057775
SSN-217662568
CII-A07472291
SID-UNK
FBI-184370P4
SMT-NONE

**VEHICLES:**

None.

**LOCATIONS:**

1. 427 CENTERVIEW DRIVE, CARSON, LOS ANGELES COUNTY, CA.
TYPE-RESIDENCE
SUBJECT RESIDENCE - JAMES, Tyrone Phillip

2. 2536 EASTERN BOULEVARD, YORK, HARRISBURG COUNTY, PA 17402-0000.
P.O. Box-164
TYPE-MAIL DROP
EVENT LOCATION - JAMES, Tyrone Phillip

**TELEPHONES:**

None.

STATE OF CALIFORNIA

DEPARTMENT OF JUSTICE

Page 1 of 1

DIVISION OF LAW ENFORCEMENT

Investigation No. R101-0005

PROPERTY RECEIPT

Date: 01/08/2001

Property Received From:
Name: MIKE BAKER
Address: 5225 CANYON CREST DR #71
RIVERSIDE, CA 92507

I HEREBY ACKNOWLEDGE RECEIPT OF THE BELOW DESCRIBED PROPERTY

| Item No. | Description (include serial number) | Exact Location found (if applicable) |
|---|---|---|
| 1 | BROWN CARDBOARD BOX W/ APPROX 14 lbs. OF MARIJUANA | |

DEFENDANT'S EXHIBIT 1
SL 9-12-01

Receiving Individual (print or type): RANDY SIPES
Receiving Individual (signature): [signature]

Witnessing Individual (print or type):
Witnessing Individual (signature):

MSB 1089 (rev. 1/00)

STATE OF CALIFORNIA

DEPARTMENT OF JUSTICE

Page 1 of 1

DIVISION OF LAW ENFORCEMENT

Investigation No. RI01-0005

PROPERTY RECEIPT

Date: 01/09/2001

Property Received From:
Name: S/A RANDY SIPES    Address: 4200 LATHAM STE D RIVERSIDE 92507

I HEREBY ACKNOWLEDGE RECEIPT OF THE BELOW DESCRIBED PROPERTY

| Item No. | Description (include serial number) | Exact Location found (if applicable) |
|---|---|---|
| 1 | 9.72 lbs. APPROXIMATE WEIGHT OF MARIJUANA (INCLUDING PACKAGING & SHIPPING BOXES.) | |

DEFENDANT'S EXHIBIT 2   9-12-01

Receiving Individual (print or type): JAMES H MORGAN
Receiving Individual (signature): [signature]

Witnessing Individual (print or type): LUIS RODRIGUEZ
Witnessing Individual (signature): [signature]

MSB 1089 (rev. 1/00)