BNI-6 (Rev. 3/96)

**PERSONAL HISTORY/ARREST REPORT**

| 1. USE (check applicable box): | 2. Case Number 30003-01 | 5. Fingerprinted (X) Yes ( ) No |
|---|---|---|
| (X) Personal History ( ) Informant ID | 3. OTN Number(s) F-201481-0 F201480-6 | 6. Probation ( ) Parole ( ) Where? N/A |
| (X) Arrest Record ( ) Fugitive Declaration | 4. Informant ID Number | 7. NCIC Check (X) Yes ( ) No Date: 1/10/01 |

8. Name (LAST, FIRST, MIDDLE): James, Tyrone Phillip
9. Alias(es) or Other Names(s): "T"
10. Permanent Address (include ZIP CODE): 565 West Market St 3rd floor York PA
10a. Telephone Number: (717) 843-1074
11. Other Address (if any): 427 Centerview Dr. Carson California
11a. Telephone Number: (310) 168-3170
12. Date of Birth: 5-18-62
13. Place of Birth (City/State): US St. Thomas Virgin Islands
14. Citizenship: US
15. Illegal Alien ( ) Yes (X) No
16. Nationality: American
17. Race: Black
18. Sex: (X) M ( ) F
19. Height (inches): 68
20. Weight: 150
21. Eyes: Brown
22. Glasses: N
23. Hair: Black
24. Build: Slinky
25. Complexion: Dark
26. Identifying Characteristics (Scars, Marks, Tattoos, Etc.):
27. Drug User ( ) Yes (X) No
28. SSN #: 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
29. FBI #:
30. DEA #:
31. SID #:
32. Other Numbers (Federal, State, Local, etc.):
33. Employer/Address: Lavern's Salon 534 West Market St. York PA
34. Education (Level/Name of School): St. Thomas High School GED
35. Vehicle Registration Information Make/Model Year State
36. Driver's License Information: Operator's License Number: C2053017  State or Country: California  Expiration Date: 5-18-2003
License # Expires:
37. Spouse: Laverne James
Address: 565 West Market St 3rd floor York
38. Immediate Family (Relationship):
39. (C)hildren Tyrisha James (11 months)
40. Valencia James (16yrs) Polish, FL (Sr)
41. REMARKS: Dwayne Lynch (17)

42. Primary Officer: James H. Morgan
43. Agency (BNI/PSP/TF/OTH): BNI
44. Secondary Officer:
45. Agency (BNI/PSP/TF/OTH):
46. Reporting Date: 1/10/01
47. Date/Time of Arrest: 1/10/01 10:10 am
48. Where Arrested (Municipal Code): 67
49. Occupation Code: Unemp
50. Class (1-4): 1
51. Type Violation: PWI A16A
52. Counts: 3
53. Drug Code: CC MAR
54. Firearms: (I)nvolved / (C)harged  N/A
55. Arrest by Result of: Didn't have Warrant Walk up
56. Armed: ( ) Yes (X) No
57. Photographed: (X) Yes ( ) No
58. Statement: ( ) Yes (X) No
59. Funds at Arrest: $42.00
60. Other Controlled Substances/Drugs Involved: N/A

Officer's Signature/Date: [signature] 1/10/01
Supervisor's Signature/Date: [signature] 1-31-01