INITIAL REPORT
JAMES, TYRONE PHILLIP
#30003-01
PAGE 4.

reflected that the mail box is rented by the subject Tyrone Phillip James, and under the business name of D.W. Advertising Eva Production ACG Computer/repairing. The parcel was removed from the premises by Det. Kessler, who responded to the York County Drug Task Force Office and prepared a search warrant for the parcel.

9. This agent and Det Craul of the Springettsbury Township Police Department, then transported the subject Tyrone Phillip James to the Duty Magistrates Office, where he was arraigned, before District Justice Kim Leppo, on the charge of CRIMINAL ATTEMPT TO POSSESS WITH THE INTENT TO DELIVER A CONTROLLED SUBSTANCE (MARIJUANA). He was then committed to York County Prison in lieu of $500,000.00 cash bail. Det. Kessler responded to the Duty Magistrate Office and obtained the search warrant for the parcel, which was recovered at the Mail Box Etc. Shrewsbury Commons Avenue Shrewsbury, Pennsylvania. This agent and Det. Craul then transported the subject Tyrone Phillip James to the York County Prison, where he was secured. This agent Det. Craul and Det. Kessler then responded to the Springettsbury Township Police Department, where the search warrant for the parcel was served, and the parcel was opened. At that time it was discovered that the parcel contained approx. (2.2) pounds of suspected cocaine. The evidence was field tested by Det. Craul, with a positive result for cocaine. The evidence was then turned over to this agent by Det. Craul, and transported to the Region III Headquarters, where it was secured in the Evidence Room for transportation to the Crime Lab. It was then determined that the evidence in this case will be analyzed by the Drug Enforcement Administration Lab in New York. On 1-10-00 the parcel from California, which contained the 9 ½ pounds of Marijuana, was recieved at the Region III Headquarters and was secured in the Evidence Room, by this Agent. . The parcel was forwarded, overnight from California, by Agent Randy Sipes of the California Department of Justice.

10. On 1-12-01 this agent received a call from Charles Kutz of the Mail Box Etc. Commerce Commons 2180 White St. York, Pennsylvania, that the subject Tyrone Phillip James had received a parcel for mail box number 209, and that the parcel was waiting to be picked up. This agent then responded to the Mail Box Etc. Commerce Commons 2180 White St. York, Pennsylvania, and received the parcel from Mr. Kutz. Det Kessler, and Det. Peddicord responded to the location and the services of the York County Prison K-9 Unit was requested. Cpt. Michael Buono and his K-9 "Yukon" responded to the location. This agent and Det. Kessler then placed the parcel amongst at least (6) other parcels, and the k-9 was permitted to examine the parcels. The K-9 alerted to the parcel addressed to mail box number 209 P.J. Supplies 2180 White ST. Suite 209 York, Pennsylvania 17404. The mail box number 209 is rented by Tyrone Phillip James and under the business names 1st Impressions Enterprise Inc.

11. Det. Peddicord took possession of the parcel and transported it to the York County Drug Task Force Office, where he prepared a search warrant. This agent prepared an arrest warrant for the subject Tyrone Phillip James, charging him with CRIMINAL ATTEMPT TO POSSESS WITH THE INTENT TO DELIVER A CONTROLLED SUBSTANCE (COCAINE). This agent and Det. Peddicord than responded to District Justice Haskell's Office and obtained the search warrant for the parcel and the arrest warrant for the subject Tyrone Phillip James. This agent and Det Peddicord than responded back to the York County Drug Task Force Office where the search warrant was executed on the parcel. The parcel was found to contain approx. (10) pounds of Marijuana. The evidence was field tested, by Det.

EXHIBIT 3B

| BN/BC-47 OFFICE OF ATTORNEY GENERAL OFFICE OF INVESTIGATIONS EVIDENCE AND PROPERTY RECORD | | | 1. STATUS: E | 2. CASE #: BN-3000301 | | | |
|---|---|---|---|---|---|---|---|
| | | | 3. OFFICE: 3 | 4. INVENTORY #: 0004098 | | | |
| 5. FOUND OR RECOVERED FROM: TYRONE, JAMES AT: 2536 EASTERN BLVD. YORK  PA 17402 | | | | | | DATE: 01/10/01 TIME: 10:35 | |
| 6. REPORTING OFFICER: JAMES MORGAN | | | | | BADGE #: 273 | | |
| 7. CUSTODIAL/RECEIVING OFFICER: ROBERT RODERICK | | | | | | DATE: 01/11/01 TIME: 13:59 | |
| 8. I # | EVI TYP | DESCRIPTION | | 9506 | VALUE OR DRUG WEIGHT | LOCATION | BAR CODE # |
| 1 | MAR | CARDBOARD BOX CONTAINING MARIJUANA | | N | 9.0 LBS | 1b | 0000255969 |
| 2 | PAR | CARDBOARD BOX CONTAINING ROCK SALT | | N | 9.0 LBS | n5 | 0000255970 |

| 9. IN/OUT | 10. DATE | 11. ITEM # | 12. OFFICERS RANK AND SIGNATURE | 13. PURPOSE/LOC |
|---|---|---|---|---|
| | | | | |

14. OWNERS NAME             15. ADDRESS

| I HEREBY CERTIFY THAT I AM THE OWNER OF ABOVE PROPERTY (OR AUTHORIZED AGENT TO RECEIVE SAME) AND PROMISE TO PAY CHARGES ACCRUED THROUGH ITS RECOVERY. | 16. CLAIMANTS SIGNATURE | 17. DATE |
|---|---|---|
| | 18. ADDRESS | |

END REPORT

COPY