**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF: YORK**

JAN 16 2001

**POLICE CRIMINAL COMPLAINT**

Magisterial District Number: 19-02-01
District Justice Name: Hon. harold D. Kessler
Address: 110 Pleasant Acres Road, York, PA 17402
Telephone: (717)840-7233

CR-25-01-400
Docket No.: CR-0000035-01-201
Date Filed: January 10, 2001
OTN: L 080216-3

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**
**DEFENDANT:**
NAME and ADDRESS

Tyrone Phillip James
565 W. Market Street
3rd Flr.
York, PA 17404

Defendant's Race/Ethnicity: ☒ White ☒ Black ☐ Asian ☐ Native American ☐ Hispanic ☐ Unknown
Defendant's Sex: ☐ Female ☒ Male
Defendant's D.O.B.: 05/18/1962
Defendant's Social Security Number: 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
Defendant's SID (State Identification Number):

Defendant's A.K.A.:
Defendant's Vehicle Information — Plate Number / State / Registration Sticker (MM/YY):
Defendant's Driver's License Number — State: CA  C2083017

Complaint/Incident Number:
Complaint/Incident Number if other Participants:
UCR/NIBRS Code:

District Attorney's Office ☐ Approved ☐ Disapproved because: _____
(The district attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Cr.P. 107.)

(Name of Attorney for Commonwealth-Please Print or Type)

I, Raymond E. Craul
(Name of Affiant-Please Print or Type)
16
(Officer Badge Number/I.D.)

of  Springettsbury Twp. P.D.
(Identify Department or Agency Represented and Political Subdivision)
PA0670400
(Police Agency or ORI Number)
(Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1.  ☒ I accuse the above named defendant who lives at the address set forth above
    ☐ I accuse the defendant whose name is unknown to me but who is described as _____

    ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at  Mail Boxes Etc. 2536 Eastern Boulevard in Springettsbury Township
(Place-Political Subdivision)

in  York  County on or about  01/10/01 at approx. 1035 hrs.

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)

Tryone Phillip James

EXHIBIT 36

| Defendant's Name: Tyrone Phillip James |
|---|
| Docket Number: CR-25-01-400 |
| ~~LTN   L 08021.6-3~~ |

**POLICE CRIMINAL COMPLAINT**

2. The acts committed by the accused were:
   (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

   Criminal Attempt to Possession w/ the Intent to Deliver: Defendant did attempt to possess with the intent to deliver Marihuana, a Schedule I substance, and did take a substantial step toward the commission of said crime, knowing that he was not a practitioner registered or licensed to possess said substance.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| # | Section | Subsection | | PA Statute | counts |
|---|---|---|---|---|---|
| 1. | 901 | (a) | of the | PACC | 1 |
| 2. | 780-113 | (a)(30) | of the | Act 64 | 1 |
| 3. |  |  | of the |  |  |
| 4. |  |  | of the |  |  |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

_1-10-01_
(Date)

(Signature of Affiant)

AND NOW, on this date, _1/10/2001_ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_19-2-01_
(Magisterial District)

(Issuing Authority) 19-3-06

**SEAL**

AOPC 412B- 11/24/99                    2-2

EXHibiT 3C

1760-01

| Defendant's Name: | Tyrone Phillip James |
|---|---|
| Docket Number: | CR-25-01-400 |
| | CR-0000035-01-201 |



POLICE CRIMINAL COMPLAINT

LTN  L 080216-3

## AFFIDAVIT of PROBABLE CAUSE

   This Affiant received information from Agent Randy Sipes of the California Department of Justice, that he intercepted a parcel at the Mail Boxes Etc. in California, and that the parcel contained approximately 9 1/2 pounds of Marijuana. Agent Sipes stated that he field tested that parcel and it tested positive for Marijuana. He relayed that the parcel was destined for an address in York, Pennsylvania, specifically EXPRESSIONS EXPRESS 2536 Eastern Blvd Suite 164, York, Pennsylvania 17402. [He relayed that the parcel was dropped off by a Latino Female, and that the parcel was being shipped via United Parcel Service]

   This Affiant then checked the address in York, Pennsylvania and learned that it was the address for Mail Boxes Etc. 2536 Eastern Blvd York, Pennsylvanis 17402 and the Suite 164 is actually box 164.. This Affiant and Agent James Morgan, PA Office of Attorney General Bureau of Narcotic Investigation and Drug Control, then responded to The United Parcel Services Terminal in York, and prepared a make shift parcel, similar to the one that was to be shipped to the address in York.  This Affiant and Agent Morgan then responded to the Mail Boxes Etc at 2536 Eastern Blvd. York, Pennsylvania and spoke with the personnel at the store. This Affiant learned EXPRESSIONS EXPRESS belonged to the defendant TYRONE PHILLIP JAMES and that he rented the box since October of 2000. This Affiant also learned that the defendant has received at least 5 different parcel at that location between October and present. This Affiant learned that the parcels are always signed for and picked up by the defendant. This Affiant learned that the personnel at the business are familiar with the defendant and had documentation of him picking up the parcels.

   This Affiant learned that the parcel, which was intercepted in California, was due in York, Pennsylvania on 1-10-01. This Affiant and members of the York County Drug Task Force and Office of Attorney General Bureau of Narcotics then setup surveillance in the area of Mail Boxes Etc. 2536 Eastern Blvd. York, Pennsylvania.. This Affiant and Agent Morgan left the make shift parcel at the business and waited for the defendant to arrive. On 1-10-01 at approx. 10:35 am the defendant arrived at the Mail Boxes Etc. and took possession of the parcel. This Affiant and members of the York County Drug Task Force and Office of Attorney General Bureau of Narcotics approached the defendant and identified themselves. The defendant then threw the parcel and ran. After a brief chase the defendant was taken into custody. The defendant was transported to the York City Police Department where he was processed and read his Miranda Warnings. The defendant admitted to Agent Morgan that he took a plane from California on 1-9-01, in the pm, and he arrived at the Harrisburg International Airport at approx. 5:05 am. He then obtained a rental vehicle and drove to York, Pennsylvania. The original parcel was forwarded to the LeMoyne office of the Pennsylvania Office of Attorney Generals Office Bureau of Narcotic Investigation and Drug Control. The parcel was then secured in the Regional Evidence Room for transportation to the PSP Crime Lab.

For the above reasons, I request a warrant be issued.

I, Raymond E. Craul                , BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _10th_ day of _JAN_, _2001_.

_____, District Justice

My commission expires first Monday of January, _2006_.    DUTY 19-3-06    SEAL