BNI-1

**EXHIBIT 4A**

BUREAU OF NARCOTICS INVESTIGATION
AND DRUG CONTROL

INVESTIGATIVE REPORT

CASE NO. __30003-01__

REGION NO. __III__

| REPORT MADE | RELATED FILES | OTHER OFFICERS |
|---|---|---|
| AT: Harrisburg<br>DATE: February 15, 2001<br>BY: Agent James Morgan | | |

| SUBJECT(S) | | ACTIVE: XXXXX |
|---|---|---|
| JAMES, TYRONE PHILLIP<br>427 CENTER VIEW DR.<br>CARSON, CALIF. | BLK. MALE, 5'8", 190 LBS<br>BLACK HAIR, BROWN EYES<br>DOB: 5-16-62, SS# 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 | JUDICIAL/BOARD:<br>EVIDENCE DESTRUCTION:<br>CLOSED: |

SUPPLEMENTAL REPORT 1.

SYNOPSIS:
This agent, and Agent Rios conducted an interview of Tyrone James and his wife La Verne Chin James, in relation to their finances. This agent showed an array of photographs to Terisa Mc Coy, of Mail Box Etc. (Eastern Blvd.), and Brenda Bricker of Mail Box Etc. (Shrewsbury Commons), and both positively identified Tyrone James as being the subject who rented the mail box at their locations, and who picks up the parcels delivered to those mail boxes.

DETAILS:
1. On 1-10-01 This agent received a call from Agent Randy Sipes of the California Department of Justice. At that time he requested that this agent conduct a Financial Interview of the subject Tyrone James. This interview was needed to aide in their attempts to execute a search warrant on the California bank account of Tyrone James and Sandra White.

2. On 1-11-01 this agent and Agent Rios responded to the York County Prison and spoke with Tyrone James. At that time he was advised of his Miranda Warnings, which he stated that he understood. This agent and Agent Rios then conducted a financial interview of the subject. He stated that he resides at 565 West Market Street third floor York, Pennsylvania, with his wife La Verne Chin James. He stated that she owns La Verne's Hair Salon on West Market St. York, Pennsylvania.

| COPY OF THIS REPORT FURNISHED TO | SIGNATURES |
|---|---|
| REGIONAL OFFICE: | _____ 4/5/01<br>(Narcotic Agent)    (Date) |
| CENTRAL OFFICE:<br>OTHER: | APPROVED: _____ 4/11/01<br>(Supervisor)    (Date) |
| | _____ 4/13/01<br>(Regional Director/AIC)    (Date) |

SUPPLEMENTAL REPORT 1.
JAMES, TYRONE PHILLIP
#30003-01
PAGE 2.

He stated that he is the Manager of the Salon, and that his wife pay's him a salary, under the table. He stated that he pay's the cable at the residence ($60.00 a month), and helps with the groceries ($100.00 a month). He also stated that he is responsible for the gas and electric bills. He stated that his wife pay's him $200.00 to $300.00 a week for Managing the Salon. He stated that he receives a disability check in California, and that the amount is $600.00 a month.

3. He stated that he picks his check up at the Social Security Office in California. When asked if he filed income tax papers, he stated that he did, and that is accountant is AMBROS Express Financial Services. He stated that he fly's to California to pickup his disability checks. He stated that he flies UNITED AIR, US AIR, and SOUTHWEST AIRLINES. He stated that he pay's $99.00 for airfare. He stated that he has been married to La Verne Chin James for the past (3) years.

4. This agent and Agent Rios then responded to 565 West Market St. third floor York, Pennsylvania, and spoke with La Verne Theresa Chin James. She stated that her date of birth is 11-4-65, and that her social security number is 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. She stated that she was born in Kingston, Jamaica. She stated that she owns and operates La Verne's Hair Salon at 337 West Market St. York, Pennsylvania. She stated that she pay's $325.00 a month for rent of the building. He stated that the phone number for the shop is (717) 854-3427. She stated that the she owns the building, which she lives in and that she pays $760.00 a month for the mortgage. She stated that she receives $430.00 a month from the tenant on the second floor of her building. She stated that her mother resides on the first floor. She stated that her mortgage company is M&T Mortgage Company Buffalo, New York. Her home phone number is (717) 843-1074. She stated that her husband Tyrone James does not work for her, and that they are married but do not live together. She stated that she did not know that he was in town, and that he resides in California. She stated that they do have a child together, and that she contacts him by his cell phone if she needs something for the baby.

5. On 1-19-01 this agent contacted Officer Nadzum of the York City Police Department, who put together an array of photographs with the photograph of the subject Tyrone James. On 1-20-01 this agent at least (2) parcels at the Hanover Store, and (1) parcel at the Shrewsbury Commons Store. She stated that the Mail Box at the Hanover Store (which was closed down, and all boxes were transferred to the Shrewsbury Store) was number 306. She stated that the address in Hanover was 467 Eisenhower Drive Hanover, Pennsylvania 17331.

6. On 2-6-01 this agent responded to the United Parcel Service Center 590 Willow Spring Lane York, Pennsylvania, and spoke with John Moran (Supervisor). At that time he supplied this agent with a printout of parcels received at 80 Parkway Blvd. York, Pennsylvania. This was the residence of Coreen Wright and Devon Brown, who were arrested by the York County Drug Task Force on Possession With Intent To Deliver charges. The parcels that were received at that address originated from Corona, California and are believed to have been mailed by Tyrone James.

7. On 2-7-01 this agent received a call from Charles Kutz, of Mail Box Etc. 2180 White St. York, Pennsylvania, and was advised th responded to the Mail Box Etc. Store in the

SUPPLEMENTAL REPORT 1.
JAMES, TYRONE
#30003-01
PAGE 2.

Shrewsbury Commons, and met with Brenda G. Bricker, who is an employee of the store. The array of photographs were shown to her and she positively identified the subject Tyrone James, as the person who has picked up at Tyrone James had received a parcel from United States Postal Service, which was returned from California. This agent responded to Mail Box Etc. and took possession of the parcel. This agent requested the assistance of the York County Prison K-9. The K-9 officer and dog responded to that location and examined the parcel. The K-9 did not alert to the parcel, and this agent took possession of the parcel. This agent obtained a search warrant for the parcel, and opened the parcel in the presence of Det. Kessler and Det. Peddicord. The parcel was found to contain a box of assorted Christmas lights. This agent also retrieved from the Mail Box Etc. (2) envelops with AT&T phone bill and a bank statement addressed to BARRINGTON CAMPBELL and TYRONE JAMES. All items were secured and transported to the Region Headquarters Evidence.

8. On 2-16-01 this agent responded to the Mail Box Etc. Store on Eastern Boulevard, York, Pennsylvania, and met with Teresa Mc Coy, who is an employee of the store. The array of photographs were shown to her and she positively identified Tyrone James and the individual who rents a mail box at that particular store, and who has picked up parcels at that location in the past. She stated that she has know him to pickup at least (2) separate parcels, and that he was always alone.

9. On 2-23-01 a preliminary hearing was held in Shrewsbury, Pennsylvania. The Judge was, District Justice Hodge. Tyrone James was represented by Attorney Worrell D. Nero of Philadelphia. Tyrone James was bound over for Trial and returned to the York County Prison in lieu of $2.5 Million bail.


EVIDENCE:
None.


ADVANCED FUNDS EXPENDED:
None.


ANTICIPATED ACTION:
(2) more preliminary hearing for subject.


ATTACHMENTS:
Copy of Photo array shown to witnesses.
Copy of search warrant and receipt inventory.
BNI-47
Copy of AT&T phone bill
Copy of bank statement for Tyrone James

BNI-1

# BUREAU OF NARCOTICS INVESTIGATION AND DRUG CONTROL

## MONEY LAUNDERING UNIT REPORT

CASE NO. 30003-01F

REGION NO. III

| REPORT MADE | RELATED FILES | OTHER OFFICERS |
|---|---|---|
| AT: HARRISBURG, PA.<br>DATE: February 20, 2001<br>BY: AGENT ABEL RIOS | | |

| SUBJECT(S)<br>JAMES, TYRONE PHILLIP   DOB: 5-18-62   SS#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<br>427 Chester view Dr.<br>Carson, California | ACTIVE:XX<br>JUDICIAL/BOARD:<br>EVIDENCE DESTRUCTION:<br>CLOSED : |
|---|---|

### SUPPLEMENTAL REPORT #2

SYNOPSIS:

This agent executed a search warrant on the Heritage Valley Federal Credit Union for account number #133547, that of Tyrone P. James.

DETAILS:

1. On 2/13/2001, this agent submitted an application for search warrant before District Justice Harold Kessler, York County, Pa. On this date, this agent executed the search warrant at the Heritage Valley Federal Credit Union 2400 Pleasant Valley Road, York, Pa. This agent spoke to a Jane Gee in charge of the Fraud/Security Section who provided this agent with the following documents.

| COPY OF THIS REPORT FURNISHED TO | SIGNATURES |
|---|---|
| REGIONAL OFFICE: | _____ 2/20/01<br>(Narcotic Agent)   (Date) |
| CENTRAL OFFICE: | |
| OTHER: | APPROVED: _____ 2/20/01<br>M.L.U. (Supervisor)   (Date) |
| | _____ 2/26/01<br>(Regional Director/AIC)   (Date) |

-01 THU 09:25   OAG BNI REG3 HBG PA   FAX NO. 717 772 2141   P.06

Page 2
Case 30003-01F
Supp.#2

- A. Documents relating to account number #133547, that of Tyrone P. James

- B. Eleven surveillance video tapes relating to transactions made by Tyrone P. James while at the Heritage Valley Federal Credit Union.

- C. Documents relating to account number #131614, that of Tyrone P. James and Lavern Chin.

2. This agent reviewed the documents of account number #133547 and #131614, which resulted in the following:

- A. Account number #133547, was opened on 10/2/00 by Tyrone P. James which is listed on the signature card. The address of 2180 White Street #204, York, Pa., is listed and Lavern Hair Salon is also listed as his employer.

- B. Cash deposits were made as follows:

  | Date | Amount |
  |---|---|
  | 10/02/00 | $ 200.00 |
  | 11/07/00 | $ 400.00 |
  | 11/09/00 | $ 700.00 |
  | 11/13/00 | $ 700.00 |
  | 11/21/00 | $ 780.00 |
  | 11/29/00 | $ 500.00 |
  | 12/29/00 | $ 200.00 |
  | 01/03/01 | $1000.00 |
  | TOTAL | $4480.00 |

- C. Money transferred from account 133547 to 131614.

  12/20/00   $600.00

- D. On 11/21/00 a wire transfer was made from account number #133547 in the amount of $1000.00 by Tyrone P. James and was sent to Bank of America 100 N. Larchmont Blvd., Los Angeles, Ca. 90004 account number #0343301548. The account owner is not known.

Page 3
Case 30003-01
Supp.# 2

3. Prior to the above search warrant, a freeze was placed on account number 133547 by the York County District Attorney's Office, by Assistant District Attorney William Graff. In addition, this agent with the assistance of DAG Doreen Craig Sloan in order to obtain a seizure warrant for the contents of the account before the Honorable Judge Chronister in York County. This request was denied until the criminal case came to a conclusion.

4. On 2/20/2001, this agent logged into the Region III Evidence Inventory documents and video surveillance tapes received from the Heritage Valley Credit Union, Inventory Number #4124.

Attachments:

1. Copies of bank documents
2. BNI-47
3. Copies of search warrant, inventory, return of service.

Anticipated Action:

1. Forfeiture of funds in account number #133547, pending criminal case closure.