# SPRINGETTSBURY TOWNSHIP POLICE DEPARTMENT — GENERAL INCIDENT REPORT

| # | Field | Value |
|---|---|---|
| 1 | Type of Incident | Criminal Attempt to PWI |
| 2 | Incident No. | 2001-0133-M3L |
| 3 | D.E.O. | JC |
| 4 | UCR Code | 1832 |
| 5 | Location of Incident | 2536 Eastern Boulevard |
| 6 | Landmark Name | Mail Boxes Etc. |
| 7 | Geographic Zone / Number | 01 |
| 8 | Grid | 1C |
| 9 | Loss Amount | N/A |
| 10 | Damage Amount | N/A |
| 11 | Report Date | 01/10/01 |
| 12 | Time Received | 1035 |
| 13 | Time Arrived | 1035 |
| 14 | Time Cleared | 2000 |
| 15 | Date/Time Discovered | 01/01/01 1035 |
| 16 | Last Known Secure | N/A |
| 17 | Code/Title/Section | CC 901 Criminal Att./780-113(a)(30) PWI |
| 18 | Point of Entry | N/A |
| 19 | Force | N (circled) |
| 20 | Type of Premises | 21 |
| 21 | Weapon/Tool | 07 |
| 22 | Bias | 88 |

**ROLE CODES:** C - Complainant  O - Offender  V - Victim  W - Witness  P - Parent/Guardian  M - Missing Person  S - Suspect  X - Other

| Code | Name | Address | Business Phone |
|---|---|---|---|
| C | James Morgan | 106 Lowther Street, Lemoyne, PA 17043 | 712-1292 |
| X | Mail Boxes Etc. | 2536 Eastern Boulevard, York, PA 17402 | 757-6245 |
| X | Office of Attorney General Bureau of Narcotic Investigation & Drug Control | 106 Lowther Street, Lemoyne, PA 17043 | 712-1292 |

**25. STATUS:** (1) FURTHER INVESTIGATION: ____  (2) INACTIVE  (3) CLOSED/CLEARED  (4) CLOSED/LEADS

**26. Narrative Information:**

This officer was notified of a package that was intercepted in California, containing a controlled substance. The package was to be delivered to a mailbox at Mail Boxes Etc., 2536 Eastern Boulevard.

This officer along with members of the York County Drug Task Force and Office of Attorney General Bureau of Narcotic and Drug Control set up a surveillance on the business and apprehended a subject that came into the business and picked up the (package).

The subject was transported to York City Police Department where he was processed and interviewed. The subject was then taken to the Duty District Justice and arraigned on the charge of Criminal Attempt to Possess w/the Intent to Deliver. The subject was transported to York County Prison and committed on $500,000.00 bail.

I, _____, do hereby certify that the reported information is true and correct to the best of my knowledge, AND FURTHERMORE agree to prosecute to the fullest extent of the law. This verification is made subject to the penalties of Sections 4904 and 4906 of the Crimes Code of PA (18 Pa. C.S.A. Sect. 4904 and 4906) relating to "Unsworn Falsification to Authorities" and "False Reports to Law Enforcement Authorities."

COMPLAINANT'S SIGNATURE ____  DATE ____

Reporting Officer / Badge Number: [signature] 16
Supervisor: ____  /D.A.

1. Unfounded  2. Cleared by Arrest  3. Cleared by Arrest - Another Agency  4. By Death of Offender
5. Victim Refused to Cooperate  6. Prosecution Declined  7. Extradition Declined  8. Referral to District Justice

27. DISPOSITION CODE: ____  CLEAR DATE: ____

11/98

# GETTSBURY TOWNSHIP POLICE DEPARTMENT

| 1. Incident | 2. Incident No. | DEO | 3. UCR Code |
|---|---|---|---|
| ...inal Attempt to PWI | 2001- 0133-M36 | | 1832 |

| 4. | 5. | 6. Page Number |
|---|---|---|
| ☒ Used to continue current report ☐ Court Hearing/Disposition | ☐ Citation # _____ | 1 of ___ |
| ☐ Follow Up Investigation Report ☐ _____ | ☐ _____ | |
| ☐ Back-Up other unit | | |

| 7. Date & Time of This Report | 8. Date of Original Report | 9. Victim/Complainant Name | Initial Officer |
|---|---|---|---|
| 01/10/01 | 01/10/01 | Commonwealth of PA | R. Craul |

| 10. Incident or Charge Changed? | 11. New Charge or Incident (if any) |
|---|---|
| ☐ YES  ☐ NO | |

**12. Narrative**

Suspect happy to see my Network Card

On station, this officer received information from Agent James Morgan, Office of Attorney General Bureau of Narcotic and Drug Control, that Randy Sipes of the California Department of Justice had intercepted a parcel containing approximately 9 1/2 pounds of Marihuana. Morgan advised that Sipes told him the package was intended for a business called Expressions Express at 2536 Eastern Boulevard Suite 164 in York, PA 17402. I checked and found the address to come back to Mail Boxes Etc. and box #164. Morgan advised that Sipes had field tested the Marihuana and received a positive reaction for it. Morgan stated that a latino female had dropped the package off in California. Morgan reported that the package was to arrive on 01/10/01.

Agent James Morgan and myself responded to United Parcel Service and created a make shift package and dropped same off at Mail Boxes Etc., to resemble the package that was to be sent to the York address. It was discovered that the box at Mail Boxes Etc. had been rented to Tyrone James since October of 2000. It was also found that James had received five different parcels at this Mail Boxes Etc. location between October and the present date. Personnel working at the business were familiar with James and had documentation of him picking up said packages.

Myself along with members of the Office of Attorney General Bureau of Narcotic and Drug Control and York County Drug Task Force, set up a surveillance in the parking lot of Mail Boxes Etc., Kingston Square Shopping Center.

At approximately 1035 hours, a black male wearing a black leather jacket was observed walking into the business. As the subject began to exit the building, Agent Morgan advised that he had picked up the parcel in question. Officers converged on the male, and identified themselves. The male subject threw the package down and began to run in a west direction toward the Rutter's. the male subject ran into Detective Glowczeski's vehicle and fell to the ground, then got up and again ran toward Rutter's. Myself and Brian Westmoreland tackled the subject and were able to take him into custody after a brief struggle. The subject was identified as Tyrone Phillip James via California driver's license. The subject was transported to York City Police Department where he was processed.

At York City Police Department, I realized that I had received information a few days prior on James from Heritage Valley Federal Credit Union (Ref: 2001 0108 M 20). I relayed the information to Agent Morgan and Agent Westmoreland. Westmoreland advised that he would like a copy of the report. I contacted Heritage Valley Federal Credit Union and spoke to Jane Gee, manager, who reported that on December 12, 2000, James came into the bank and made a $2,500.00 deposit and wired the money to his own account in CA. Gee advised that the account was Hughes Aircraft Federal Credit Union account # 3266487. Gee reported that on December 22, 2000, James made a deposit at Heritage Valley Credit Union for $7,000.00 and had the money wired to an account belonging to Sandra White. Gee advised White's account number was #3241615. Gee advised that another thing she thought was suspicious was that James was having money taken out of his Heritage Valley account, account #133547, and having money orders sent to a Mail Box at Mail Boxes Etc. located at 2180 White Street. Gee reported that James is married to Lavern Chin and Lavern has sisters named Hazel Anderson and Diane Reid. Chin also has a brother named Earl Reid. Gee advised that since October, James has made numerous deposits into his account. Westmoreland advised that his office was going to place a freeze on all accounts involved and obtain search warrants for same. During a search of James' person, this officer removed his wallet. In his wallet this officer found

| 13. STATUS | (1) FURTHER INVESTIGATION: ___ (2) INACTIVE (3) CLOSED/CLEARED (4) CLOSED/LEADS EXHAUSTED |
|---|---|
| Reporting Officer / Badge Number | 1. Unfounded  2. Cleared by Arrest  3. Cleared by Arrest - Another Agency  4. By Death of Offender |
| R. Craul | 5. Victim Refused to Cooperate  6. Prosecution Declined  7. Extradition Declined  8. Referral to District Justice/D.A. |
| Supervisor | 9. Located (Missing Person)  R - Referral to Other Agency  C - Closed - NO FURTHER ACTION |
| | 14. DISPOSITION CODE: ___  CLEAR DATE: ___ |

3/00

# SPRINGETTSBURY TOWNSHIP POLICE DEPARTMENT — SUPPLEMENTAL REPORT

| | | | |
|---|---|---|---|
| 1. Incident: Criminal Attempt to PWI | 2. Incident No. 2001-0123-m24 | DEO | 3. UCR Code 1832 |
| ☒ Used to continue current report<br>☐ Follow Up Investigation Report<br>☐ Back-Up other unit | ☐ Court Hearing/Disposition<br>☐ | 5. ☐ Citation # _____ | 6. Page Number 2 of 2 |
| 7. Date & Time of This Report: 01/10/01 | 8. Date of Original Report: 01/10/01 | 9. Victim/Complainant Name: Commonwealth of PA | Initial Officer: R. Craul |
| 10. Incident or Charge Changed? ☐ YES ☐ NO | 11. New Charge or Incident (if any) | | |

**12. Narrative**

*(handwritten annotation across top: "personal papers Illegal Search")*

several Mail Boxes Etc. business cards with mail box numbers listed on the back. Photocopies of same are attached. Also this officer found a paper containing the name, address, bank and account numbers for Sandra White. Said information was given to Agent Morgan and a copy of same is attached to this report.

Agent Morgan attempted to speak to James, who was not cooperating. James was processed by this officer. *(handwritten: "miranda warning")* Agent Morgan checked with several of the Mail Boxes Etc. businesses listed on the cards to see if James had another package at a different location and found the Mail Boxes Etc. in Shrewsbury to have a parcel waiting to be picked up. Agent Morgan responded to Mail Boxes Etc. and checked the package, then had Falcon, a canine belonging to Sean Rohrbaugh come down to the store. Several boxes were placed in a line along with the package in question. Agent Morgan advised that the canine reacted positively to the parcel which was in James' mailbox. Agent Morgan then assisted me with transporting James to the Duty District Justice while Detective Robert Kessler obtained a search warrant for said package. James' bail was set at $500,000.00 by Duty District Justice Leppo. James was transported to York County Prison where he was incarcerated in lieu of bail. *(handwritten: "Denied Another phone call")*

Agent Morgan and myself met at Springettsbury Township Police Department with Robert Kessler to execute the search warrant on the parcel. Upon opening the outer box, we found a box inside along with sterofoam peanuts. We removed the interior box and found a third box surrounded by sterofoam peanuts. After removing this box, we found another box within, again surrounded by sterofaom peanuts. Upon opening this box a black rectangular brick was located. This brick was cut and found to contain several layers of ink type paper and plastic wrap. Inside the brick, we found a packed white powder. I took a sample of the powder and field tested it using Scott Reagent System "G" NIK test kit. I received a positive reaction for cocaine. The cocaine and box was placed into a locked storage area.

The Marihuana and box were retained by Office of Attorney General for lab analysis.

*(handwritten annotations:)*
When did the office of Attorney General retained?
If James Morgan said he received the box in Lemoyne
How then did you know that this was marijuana without box?

1) Keys
2) pager
3) cell phones
4) Lawyer network card

Jewish case
illegal search
officer gather evidence
photocopy them after illegal search.

The marijuana state that marijuana was still in California on the 1-10-01 and stated that they received marijuana package on 1-10-01 in Harrisburg PA AGO Attorney General Office

**13. STATUS:** (1) FURTHER INVESTIGATION: ____   (2) INACTIVE   (3) CLOSED/CLEARED   (4) CLOSED/LEADS EXHAUSTED

1. Unfounded   2. Cleared by Arrest   3. Cleared by Arrest - Another Agency   4. By Death of Offender
5. Victim Refused to Cooperate   6. Prosecution Declined   7. Extradition Declined   8. Referral to District Justice/D.A.
9. Located (Missing Person)   R - Referral to Other Agency   C - Closed - NO FURTHER ACTION

Reporting Officer / Badge Number: Ray L Craul 16
Supervisor: ____

14. DISPOSITION CODE: ____   CLEAR DATE: ____

3/00

# GETTSBURY TOWNSHIP POLICE DEPARTMENT — FINGERPRINT SUPPLEMENT

| Field | Value |
|---|---|
| 1. Incident | Criminal Attempt to PWI |
| 2. Incident No. | 2001-0123-M24 |
| DEO | JC |
| 3. UCR Code | 1832 |
| 4. Date & Time of This Report | 1/10/01 |
| 5. Date of Original Report | 1/10/01 |
| 6. Victim/Complainant Name | Commonwealth of PA |
| 7. Initial Officer | R. Craul |
| 8. Defendant Name (First, Middle, Last) | Tyrone Phillip James |
| 9. Maiden Name | ☒ Not Applicable |
| 10. Defendant Aliases | Tyrone Barrington, Barrington Campbell, Junior Powell |
| 11. Defendant's Address | 565 W. Market St. 3rd Flr. York, PA 17404 |
| 12. Home Phone Number | 843-1074 |
| 13. Date of Birth | 5/18/62 |
| 14. Place of Birth | ☒ Other: Virgin Islands |
| 15. Social Security Number | 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 |
| 16. Sex | ☒ Male |
| 17. Race | B |
| 18. Height | 5'08 |
| 19. Weight | 215 |
| 20. Hair Color | BLK |
| 21. Eye Color | BRO |
| 22. Driver's License Number | C 2083017 |
| 23. Driver's License State | ☒ CA |
| 24. Photo Taken | ☒ YES |
| 25. Photo ID Number (OCA) | 9430 |
| 26. OTN(s) | L 080216-3 |
| 27. Occupation | None |
| 28. Employer | None |
| 29. Business Phone Number | |
| 30. U.S. Citizen | ☒ YES |
| 31. Scars, Marks, Tattoos | None |
| 32. Date of Offense | 01/10/01 |
| 33. Date of Arrest | 01/10/01 |
| 34. Type of Prosecution | ☒ Police |
| 35. Domestic Violence Related | ☒ NO |
| 36. Charge(s) | CC 901(a)/780-113(a)(30) of Act 64 — Criminal Attempt to PWI |

37. Additional Comments / Details

38. Narrative

39. STATUS: (1) Further Investigation: ____  (2) Inactive  (3) Closed/Cleared  (4) Closed/Leads Exhausted

Processing Officer / Badge Number: [signature] 16
Supervisor: [signature]

1. Unfounded  2. Cleared by Arrest  3. Cleared by Arrest - Another Agency  4. By Death of Offender
5. Victim Refused to Cooperate  6. Prosecution Declined  7. Extradition Declined  8. Referral to District Justice/D.A.
9. Located (Missing Person)  R - Referral to Other Agency  C - Closed - NO FURTHER ACTION

40. Disposition Code: ____   Clear Date: ____

11/00

# GETTSBURY TOWNSHIP POLICE DEPARTMENT — PERSON/VEHICLE/ARREST REPORT

| Field | Value |
|---|---|
| 1. of Incident | Criminal Attempt to PWI |
| 2. Incident No. | 2001-0123-M26 |
| 3. D.E.O. | JC |
| 4. U C R Code | 1832 |
| Code | O |
| Name (First, Middle, Last) | Tyrone Phillip James |
| Age | 38 |
| Date of Birth | 05/18/62 |
| Race | B |
| Sex | M |
| Ethnic | N |
| Marital | M |
| Place of Birth | Virgin Islands |
| Height | 508 |
| Weight | 215 |
| Eye Color | BRO |
| Glasses | Yes |
| Hair Color / Style | BLK, short, curly |
| Build | Large |
| Complexion | Dark |
| Scars, Tattoos, etc. | None |
| Social Security No. | 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 |
| Resident | Y |
| Charge/Section No. | Crim. Att PWI 901(a)/780-113 (a)(30) Act 64 |
| U.S. | Yes |
| Driver's License No. / State | C2083017  CA |
| Clothing | casual |
| Citation No. | N/A |
| Address | 565 W. Market Street 3rd Flr. York, PA 17404 |
| Home Phone No. | 843-1074 |
| Business Phone No. | unknown |
| Employer Name / Employer Address | Lavern's Beauty Salon |
| Charge Code | A |
| OTN | L 080216-3 |
| OCA | 9430 |
| Arrest No. | 01-00078 |
| Aliases | None |
| Location of Arrest | 2536 Eastern Boulevard York, PA |
| Fingerprinted | Y |
| Photographed | Y |
| Arraignment | Y |
| Arraigned by / Date & Time | DJ Leppo 1/10/01 1905 / 7:05 |
| Incarceration | Y |
| Bail Amount | $500,000.00 |
| Released to Whom and Why | YCP for Committment |

(Section 23 and vehicle sections blank)

ROLE CODES: C - Complainant, O - Offender, V - Victim, W - Witness, P - Parent/Guardian, M - Missing Person, S - Suspect, X - Other

25. STATUS: (1) FURTHER INVESTIGATION: ___ (2) INACTIVE (3) CLOSED/CLEARED (4) CLOSED/LEADS

1. Unfounded  2. Cleared by Arrest  3. Cleared by Arrest - Another Agency  4. By Death of Offender  5. Victim Refused to Cooperate  6. Prosecution Declined  7. Extradition Declined  8. Referral to District Justice/D.A.  9. Located (Missing Person)  R - Referral to Other Agency  C - Closed - NO FURTHER ACTION

Reporting Officer / Badge Number: 16

11/98

# NGETTSBURY TOWNSHIP POLICE DEPARTMENT — EVIDENCE/PROPERTY

| Field | Value |
|---|---|
| 1. Incident | Criminal Attempt to PWI |
| 2. Incident No. | 2001-0123-M24 |
| DEO | JC |
| 3. UCR Code | 1832 |
| 4. Date & Time of This Report | 01/10/01  1035 |
| 5. Date of Original Report | 01/10/01 |
| 6. Victim/Complainant Name | Commonwealth of PA |
| Type | ☒ EVIDENCE   ☐ PROPERTY |
| 8. Owner Name | Tyrone Phillip James |
| Owner Street Address | 565 W. Market Street 3rd Flr. |
| Owner City, State, Zip | York, PA 17404 |
| Phone | 843-1074 |
| 9. From whom Received | From person of Tyrone P. James |
| 10. Date Obtained/Received | 01/10/01 |
| 11. Where obtained/received | 2536 Eastern Boulevard   Mail Boxes Etc. |

**EVIDENCE/PROPERTY CODES**
- A – Currency, Notes, Etc.
- B – Jewelry & Precious Metals
- C – Clothing & Furs
- D – Locally Stolen Motor Vehicles
- E – Office Equipment
- F – Televisions, Radios, Cameras
- G – Firearms
- H – Household Goods
- I – Consumable Goods
- J – Livestock
- K – Miscellaneous

**STATUS CODES**
- C = Counterfeit/Forged
- F = Found
- L = Lost
- R = Recovered
- Z = Seized

### 12. LIST ALL ITEMS BELOW WITH SPECIFIC DESCRIPTION, CODES, SERIAL NUMBERS, ETC.

| NO. | *CODE | **STATUS | QUANTITY | DESCRIPTION  MAKE / MODEL | SERIAL NUMBER | VALUE |
|---|---|---|---|---|---|---|
| 1 | I | K | 1 | Motorola Talkabout  model # A06PKB5806AA | 36BBAQ53DL | $150.00 |
| 2 | I | K | 1 | Motorola Omnipoint model#92306XWX6A | A60GZQ2047 | $100.00 |
| | | | | | TOTAL VALUE | $250.00 |

I HEREBY CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME OF DETENTION.

PRISONER SIGNATURE _____   DATE/TIME _____   WITNESS _____

### PRESENT LOCATION OF PROPERTY
- ☒ Temporary Storage
- ☐ Evidence Processing Room
- ☐ Maintenance Facility
- ☐ Other: _____

### FINAL DISPOSITION OF PROPERTY/EVIDENCE
- ☐ Turned over to Court
- ☐ Destroyed by/Date & Time: _____
- Authorized by: _____
- ☐ Returned to Owner (See Below)
- ☐ Turned over to: _____

I HEREBY CERTIFY THAT I AM THE OWNER (OR HIS/HER AUTHORIZED AGENT) OF THE PROPERTY DESCRIBED HEREIN AND THAT I HAVE RECEIVED THAT PROPERTY. I WILL PAY ANY ACCRUED STORAGE CHARGE(S).

WITNESS _____   SIGNATURE _____   DATE/TIME _____

Reporting Officer / Badge Number: [signature] 16   Supervisor: _____

11/98