# YORK CITY POLICE
## ARREST AND BOOKING FORM
PRINT ALL ENTRIES IN CAPITALS — CIRCLE WHERE APPROPRIATE

ADULT ☒  JUVENILE ☐  POUCH # __18982__                RECORDS USE

| DATE OF ARREST | TIME | LOCATION OF ARREST | | TRACT # | ARRESTING OFFICER # |
|---|---|---|---|---|---|
| 1-10-01 | 1035 | 2500 BLV'D EASTERN BLV'D | | | |

| LAST NAME | FIRST NAME | MIDDLE NAME | AGE | DATE OF BIRTH | SEX |
|---|---|---|---|---|---|
| JAMES | TYRONE | PHILLIP | 38 | 5-18-62 | (M) |

ADDRESS: 565 W. MARKET ST. 3RD FLR   PHONE #: 843-1074   ALIAS / MAIDEN / NICKNAMES:

| RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | HAIR | EYES | BUILD | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|
| W (B) A I | W (B) H A I | 508 | 215 | BLK | BRO | S M (H) Mu | VIRGIN ISLA |

COMPLEXION: L M (D) Other   SCARS / MARKS / TATTOOS   OTHER (Clothing, teeth, facial hair, etc.):   (R) L-HANDED   (Y) N US CITIZEN

| SOCIAL SECURITY # | DRIVERS LICENSE # | EMPLOYER / SCHOOL | OCCUPATION |
|---|---|---|---|
| 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 | CA C2083017 | NONE | |

**CRIMES CODE CHARGE(S):**

CRIMINAL ATTEMPT TO
PWI MARIJUANA

MISSILE CHECK:    HIT    NEG

SUMMARY WARRANTS SERVED:    Y    N
List Docket #'s:

FELONY / MISDEMEANOR WARRANTS SERVED:    Y    N
List Docket #'s & Prosecuting Officer:

FIREARM RELATED    Y  (N)

INCIDENT CODE #: 1812-4

COMPLAINANT'S NAME (FIRM IF BUSINESS) & ADDRESS:
COMMON OF PA

OFFENSE DATE: 1-10-01

PRISONER'S CONDITION: (Sober) HBD Ill Intox   INJURIES  Y (N)  Describe:   Other:
MEDICAL AID RECEIVED  Y (N)   Administered by:

ATTITUDE: FAIR

PHOTO TAKEN (Y) N       PROPERTY HELD (Y) N

MARITAL STATUS: S (M) D Sep.   HUSBAND'S / WIFE'S NAME & ADDRESS: LAVERNE JAMES  S/A

CHILDREN'S NAMES:

BROTHERS' / SISTERS' NAMES:

FATHER'S NAME & ADDRESS:

MOTHER'S NAME & ADDRESS:

ACCOMPLICES:

VEHICLE INVOLVED (Y) N   MAKE / MODEL / COLOR: MITSU / GALANT / SILVER   LICENSE #:   STATE: PA

CITATION:    1 — Filed by Mail    2 — Issued at Scene    3 — Issued at Station    4 — Other (Describe):

DISTRICT JUSTICE: 19-1-01 / 19-1-02
DUTY JUSTICE NAME: 19-2-01
DISPOSITION: (1) COMMITTED IN LIEU OF   2 — BAIL 500,000.00   3 — ROR
OTHER (DESCRIBE):
DATE   TIME   NOTIFIED BY

JUVENILE. Name of Parent or Guardian contacted:

JUVENILE: Released to:

ADDITIONAL INFORMATION / REMARKS:

ARRESTING OFFICER(S) SIGNATURE(S): R. Peddind
BADGE #(S): 197
REVIEWING SUPERVISOR'S SIGNATURE: DIC ROBERTS

| COMPUTER NO. | CRIME REPORT NO. | OFFENSE OR CHARGE (INCLUDE DEGREE) | | GENERAL ALARM NO. | DATE CANCELLED |
|---|---|---|---|---|---|
| | 1812-4 | PWI/Marijuana | | | |

| LOCATION OF OFFENSE (BUILDING NO., STREET NAME) | APT. NO. | TRACT NO. | SHIFT | DATE & TIME REPORT TAKEN | | | | | BADGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | M. | D. | Y. | T. | |
| 2500 Blk. Eastern Blvd. | | | | | 01 | 10 | 01 | 1500 | 197 |

| DATE & TIME OF OCCURRENCE | RECORDS USE | RESIDENCE PHONE | | VICTIMS NAME (LAST, FIRST, MIDDLE) OR FIRM NAME |
|---|---|---|---|---|
| M. / D. / Y. / T. | | | DAY NIGHT | |
| 01 / 10 / 01 / 1035 | | | | Common. of Pa. |

| VICTIMS PLACE OF EMPLOYMENT OR SCHOOL NAME | BUSINESS PHONE | | VICTIMS ADDRESS (BUILDING NO., STREET NAME) | APT. NO. |
|---|---|---|---|---|
| | | DAY NIGHT | 50 W. King St. | |

| DOB | SEX | VICTIMS RACE | | PERSON REPORTING-SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

INDICATE WITH PROPER CODE IN BOXES PROVIDED PERSONS RELATIONSHIP TO INVESTIGATION    [W1] WITNESS #1.    [W2] WITNESS #2.    [R] REPORTING PERSON.

[PK] PERSON WITH KNOWLEDGE INCLUDING REPORTING PERSONS NAME IF DIFFERENT FROM VICTIMS)    USE NARRATIVE FOR INFORMATION THEY PROVIDED.

| WITNESS, PERSONS WITH KNOWLEDGE, ETC. | ADDRESS (BUILDING NO., STREET NAME) | APT. NO | CODE | PHONE NO. | |
|---|---|---|---|---|---|
| A Agent Morgan, Det. Kessler, Glowczewski, Det. Craul | | | | | DAY NIGHT |
| B. | | | | | DAY NIGHT |
| C. | | | | | DAY NIGHT |

| SUSPECT NO. 1 (NAME INCLUDE ANY A.K.A. INFO) | SUSPECT NO. 2 (NAME INCLUDE ANY A.K.A. INFO) | SUSPECT NO. 3 (NAME INCLUDE ANY A.K.A. INFO) |
|---|---|---|
| Tyrone James | | |

| SUSPECT NO. 1 MAY BE LOCATED AT | SUSPECT NO. 2 MAY BE LOCATED AT | SUSPECT NO. 3 MAY BE LOCATED AT |
|---|---|---|
| 565 W. Market St. 3rd floor | | |

| SUSPECT NO. 1 DESCRIBE (CLOTHES, SCARS, ETC.) | SUSPECT NO. 2 DESCRIBE (CLOTHES, SCARS, ETC.) | SUSPECT NO. 3 DESCRIBE (CLOTHES, SCARS, ETC.) |
|---|---|---|
| | | CLEARED |

| AGE | SEX | RACE | HT. | WT. | HAIR | EYES | AGE | SEX | RACE | HT. | WT. | HAIR | EYES | AGE | SEX | RACE | HT. | WT. | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | M | B | 508 | 215 | Blk | Bro | | | | | | | | | | | | | | |

| BUILD | COMP | FACIAL HAIR | GLASSES | NOSE | MOUTH | BUILD | COMP | FACIAL HAIR | GLASSES | NOSE | MOUTH | BUILD | COMP | FACIAL HAIR | GLASSES | NOSE | MOUTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | D | | Gold | | | | | | | ARREST | | | | | | | |

JUV ...............................

| SUSPECTS VEH. REG. | STATE | YEAR | MAKE | MODEL | BODY STYLE | COLOR TOP/BOTTOM | IDENTIFYING INCIDENTS, RUST, LIGHT OUT, ETC. |
|---|---|---|---|---|---|---|---|

ADULT ..................... [X]

| DESCRIBE PROPERTY STOLEN/DAMAGED | PROPERTY IDENTIFICATION INFO. (SERIAL NO., MARKS, ETC. | EXCEPTION STOLEN DAMAGED.... RECORDS USE |
|---|---|---|
| 9# Marijuana (approx.) | | |

DATE   1-12-01

OFFICER   _Reddick_

APPROVAL   _Roberts_

| CHECK BELOW BOXES | YES NO | | YES NO | | YES NO | | YES NO | | YES NO |
|---|---|---|---|---|---|---|---|---|---|
| STOLEN PROPERTY TRACEABLE | ☐ ☐ | SIGNIFICANT M.O. PRESENT | ☐ ☐ | LATENT PRINTS | ☐ ☐ | PHOTOS | ☐ ☐ | PHYSICAL EVIDENCE | ☐ ☐ |

M/O (How done - force used - at what point - with what tool or weapon - other acts or trade marks)

NARRATIVE (Write in any available details not covered above)

On above date and time officers conducted surveillance at the listed location. Suspect arrived to take a box of suspected marijuana. Once suspect had the box in their possession suspect was taken into custody after a breif foot chase. Suspect was transported to PHQ for processing and was arraigned. Suspect was committed to YCP in lieu of bail. Cleared by arrest.

| RECOMMEND | | REPORTING OFFICER SIGNATURE | BADGE NO. | VICTIMS COMPENSATION FORM    YES ☐ NO ☐. |
|---|---|---|---|---|
| P.O. | SUP. | | | |
| ☐ PATROL FOLLOW-UP | ☐ | R. Reddick | 197 | OPEN ☐ ARREST ☒ |
| ☐ DET. FOLLOW-UP | ☐ | | | ADDITIONAL INFO ON SUPPLEMENT   YES ☒ NO ☐ |
| ☐ JUV. FOLLOW-UP | ☐ | REVIEW SUPERVISORS SIGNATURE | TECH. WORK BY | WEATHER CONDITIONS   ENTERED |
| ☐ OTHER _____ | ☐ | Roberts | | |
| ☐ FILE | ☐ | | | |

RECORDS SECTION COPY

# City of York Police Department
## SUPPLEMENT (Complaint Report)

50 West King Street          York, Pennsylvania 17405

Phone 717—846—1234

CASE NO.

1812-4

| CODE SECTION | CRIME | DATE CRIME REPORTED | LOCATION |
|---|---|---|---|
| | PWI/Marijuana | 1-10-01 | 2500 Blk. Eastern Blvd. |

VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | ADDRESS | RESIDENCE | BUSINESS | PHONE

Common. of Pa.

On 1-10-01 information was received from Ca. that a package was being sent to a Mailboxes

Etc. location on Eastern Blvd. The package was to contain approximately nine (9) pounds of

marijuana. Agent Morgan was able to identify the subject who rented the mailbox at this

location. The subject was to be Tyrone James, B/M, approx. 510 to 600 and heavy build.

Officers placed a package in the mailbox for pick-up. The actual package was still located

in California. The contents had been determined as marijuana, and was field tested with

*adequate time for search warrant, from 8/01 to 10/01*

positive results by Agent Sipes of the California Justice Dept. Once the package was in

*where was the probable cause to arrest.*

place, officers took places of surveillance, in and around the parking lot of Kingston

Square, the shopping center location of Mailboxes Etc. At approximately 1035 hrs. I observe

a silver Mitsubishi pull into the lot from the west end, nearest the Rutters. The vehicle

then moved out of my sight, and was observed pulling into a parking space by other officers

A B/M subject, matching the description entered the Mailboxes Etc. location, and exited

*Morgan Place package at Mbe*

carrying the package placed there by Agent Morgan. As officers approached the subject, he

dropped the package and fled on foot. He ran west toward the Rutters, and was taken into

custody on the sidewalk area. He was identified as Tyrone James via Ca. driver's license.

He also had other numerous forms of identification bearing the same name, including a

*To the wallet from his pocket at time of arrest*

Social Security card. James was transported to PHQ for processing. There I went through

*illegal search was not process or arrest. Agent Westmoreland*

two seperate wallets. James possessed numerous credit cards and other forms of cards. He

*Morgan supervisor released me. I was taken back into*

also possessed numerous business cards from Mailboxes Etc.  from various locations.

*custody by Morgan.*

(Shrewsbury, West Manchester Township) Later this date Agent Morgan spoke with an individua

from Mailboxes Etc. in Shrewsbury, and was advised that James also had a mailbox rented at

| INVESTIGATING OFFICERS | RECORDING OFFICER | NO. | DATE AND TIME | ENTERED |
|---|---|---|---|---|
| Morgan/Peddicord | Peddicord | 197 | | |

FURTHER ACTION: [ ] YES  COPIES TO: [ ] DETECTIVE  CR (LEAVE BLANK)

[ ] NO  [ ] JUVENILE  [ ] PATROL

[ ] DIST. ATTNY  [ ] OTHER

[ ] SO/PD  [ ] OTHER

REVIEWED BY                 DATE

CENTRAL RECORDS

# City of York Police Department

## SUPPLEMENT (Complaint Report)

50 West King Street          York, Pennsylvania 17405

Phone 717—846—1234

| | CASE NO. |
|---|---|
| | 1812-4 |

| CODE SECTION | CRIME | DATE CRIME REPORTED | LOCATION |
|---|---|---|---|
| | PWI/Marijuana | 1-10-01 | 2500 Blk. Eastern Blvd. |

| VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | ADDRESS | RESIDENCE | BUSINESS | PHONE |
|---|---|---|---|---|
| Common. of Pa. | | | | |

their location, and there was in fact a package waiting there for pick-up. Agent Morgan
and Det. Kessler responded to the location with a K-9. *Testify morgan took hold of package* The K-9 indicated on the package

and a search warrant was obtained by Kessler. The package contained a large quantity of

cocaine.  On 1-12-01 Morgan received a phone call from Mailboxes Etc. located in the

Commerce Center in West Manchester Township. Morgan, Kessler and I responded to that

location. Once there Morgan was advised that James did in fact have a mialbox rented at

this location as well, and the box was shown to all present. Capt. Buono of YCP arrived

with K-9 Yukon. Several packages, seven, including the suspect package were placed in

random order and the K-9 indicated on the suspected package. I obtained a search warrant

from Magistrate Haskell for the package. I executed the warrant and located a large amount

of marijuana contained therein. I conducted a field test with positive results. On 1-12-01

at approximately 1400 hrs. Morgan and I had Constable Kelly bring James to Haskell's

office and arraigned him on the additional charges of PWI Cocaine for the package from

Shrewsbury, and PWI Marijuana for the package from West Manchester Township. Haskell

committed James to YCP in lieu of 2,000,000.00 bail, cash. The package of marijuana was

turned over to Agent Morgan for him to place into evidence with the AG office.

*PWI*

*3b①  No  ownership  of  the  package  (corpus dolecti)*

*②  Did not  receive  package*

*③  No  physical  control  of  package. (No Key)  contract  expire.*

*④ No  Knowledge  of  what  was  in  these  package.*

| INVESTIGATING OFFICERS | RECORDING OFFICER | NO. | DATE AND TIME | ENTERED |
|---|---|---|---|---|
| Morgan/Peddicord | Peddicord | 197 | | |

| FURTHER ACTION | ☐ YES  COPIES TO | ☐ DETECTIVE | CR (LEAVE BLANK) |
|---|---|---|---|
| | ☐ NO | ☐ JUVENILE   ☐ PATROL | |
| | | ☐ DIST. ATTNY   ☐ OTHER | |
| | | ☐ SO/PD   ☐ OTHER | REVIEWED BY                        DATE |

CENTRAL RECORDS