EXHIBIT 8A

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

Date: September 03, 2001
Claim Number: 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 DI

216
TYRONE P JAMES
INMATE 62154
YORK CO PRISON
3400 CONCORD ROAD
YORK PA 17402-9007

\* Type of Eligibility \*
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for months in the past. The rest of this letter will tell you more about this change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| January 01, 2000 | December 31, 2000 | $693.00 This includes $180.00 from the State of California. |

**Things To Remember**

This determination replaces all previous determinations for the above periods.

**If You Disagree With The Decision**

If you disagree with the decision, you have the right to appeal. A person who hasn't seen your case will look at it. That person will be an Administrative Law Judge. In the rest of our letter we'll call this person an ALJ. The ALJ will correct mistakes and look at any new facts you have before deciding your case. We call this a hearing.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

SSA-L8100

M20AE08/27007861

EXHibit 8A

# Social Security Administration

|  |  |
|---|---|
| Date: | July 21, 2003 |
| Claim Number: | 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DI |
| Name: | TYRONE P JAMES |

TYRONE P JAMES
INMATE 62154
YORK CO PRISON
3400 CONCORD ROAD
YORK, PA 17402-9007

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**

For the period 01/01/00 to 12/01/03 you received a total of $11152.00 in Supplemental Security Income benefits.

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 01/01/00 | $692.00 | 05/01/01 | $0.00 | 09/01/02 | $0.00 |
| 02/01/00 | $692.00 | 06/01/01 | $0.00 | 10/01/02 | $0.00 |
| 03/01/00 | $692.00 | 07/01/01 | $0.00 | 11/01/02 | $0.00 |
| 04/01/00 | $692.00 | 08/01/01 | $0.00 | 12/01/02 | $0.00 |
| 05/01/00 | $692.00 | 09/01/01 | $0.00 | 01/01/03 | $0.00 |
| 06/01/00 | $692.00 | 10/01/01 | $0.00 | 02/01/03 | $0.00 |
| 07/01/00 | $692.00 | 11/01/01 | $0.00 | 03/01/03 | $0.00 |
| 08/01/00 | $692.00 | 12/01/01 | $0.00 | 04/01/03 | $0.00 |
| 09/01/00 | $692.00 | 01/01/02 | $0.00 | 05/01/03 | $0.00 |
| 10/01/00 | $692.00 | 02/01/02 | $0.00 | 06/01/03 | $0.00 |
| 11/01/00 | $692.00 | 03/01/02 | $0.00 | 07/01/03 | $0.00 |
| 12/01/00 | $692.00 | 04/01/02 | $0.00 | 08/01/03 | $0.00 |
| 01/01/01 | $712.00 | 05/01/02 | $0.00 | 09/01/03 | $0.00 |
| 02/01/01 | $712.00 | 06/01/02 | $0.00 | 10/01/03 | $0.00 |
| 03/01/01 | $712.00 | 07/01/02 | $0.00 | 11/01/03 | $0.00 |
| 04/01/01 | $712.00 | 08/01/02 | $0.00 | 12/01/03 | $0.00 |

Our records show that you became disabled on 08/10/93.

*Per your request, we do have record that you had direct deposit for your Supplemental Security Income. The routing number for the bank on record is Kinecta Federal Credit Union (also known as Hughes Aircraft Employee Credit Union).*

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 717-767-1600. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

    SOCIAL SECURITY ADMINISTRATION
    950 BOROM ROAD
    YORK, PA 17404

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

    P. Quigley
    Office Manager