

*U.S. Department of Justice*



*David M. Barasch*
*United States Attorney*
*Middle District of Pennsylvania*

---

*Federal Building, Suite 217*
*228 Walnut Street*                              717-782-4482
*Harrisburg, PA 17108*                           FAX 717-782-4880

March 13, 2001

Ray Craul
Springettsbury Police Department
c/o York City Police Department
50 W. King Street
York, PA 17401

    In Re Grand Jury No. 00-045
    U. S. Attorney's Office
    File Number 2001R00044 (James)

Dear Ray:

    Your name has been disclosed to the United States District Court for the Middle District of Pennsylvania as a person who has been and will be given access to materials, including documentary and testimonial evidence, obtained through the powers of the Federal Grand Jury inquiring into possible violations of Federal law assigned to United States Attorney File Number identified above.

    In accordance with Rule 6(e)(3)(A)(ii), you are being given access to those materials for the sole purpose of assisting the Government attorneys involved in the grand jury investigation in the performance of their duties to enforce Federal criminal law.

    The grand jury investigation is criminal in nature, and grand jury proceedings are secret.  <u>The unauthorized disclosure of grand jury matters is punishable by contempt proceedings</u>.  Grand jury matters include the identities of witnesses, their testimony and the nature and content of documents and physical evidence obtained through the grand jury investigation.

No grand jury material may be disclosed or used for any civil or administrative purpose or for any purpose other than for the grand jury investigation, except by order of the Court.

You are further informed that no subpoenas may be issued or served which have not been approved by a Government attorney participating in this investigation. All grand jury materials and all transcripts of testimony will remain under the supervision of the United States Attorney and are made available to you for the sole purpose of assisting the assigned Government attorneys and the Grand Jury.

Very truly yours,

DAVID M. BARASCH
United States Attorney

ERIC PFISTERER
Assistant U. S. Attorney

I acknowledge that I have read and understand this letter.

RAY CRAUL
Springettsbury Police Dept.

4/10/01
Date