EXHIBIT 10A

**U.S. Department of Justice**

**Drug Enforcement Administration**

JUL 3 1 2001

*Washington, D.C. 20537*

Request Number:     01-1645-P

Subject of Request:     JAMES, TYRONE P.

YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA  17402

DEAR TYRONE P. JAMES:

Your Freedom of Information/Privacy Act request seeking information from the Drug Enforcement Administration has been processed.  The paragraphs checked below apply:

[  ] A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter.  The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material.  An attachment to this letter explains these exemptions in more detail.

[X] The processing of your request identified certain materials that will be released to you.  Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a.  Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption.  An additional enclosure with this letter explains these exemptions in more detail.

[X] The document reproduction fees have been waived and the documents are being forwarded to you with this letter.

[  ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended.  They are published in the Federal Register and are available for inspection by members of the public.

[  ] Certain DEA documents contained information furnished by another government agency.  DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42.  You will be notified if more material is available for release pending results from that consultation.

[  ] Certain DEA files contain information that was furnished by another government agency or agencies.  That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

## FREEDOM OF INFORMATION ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

[X] If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

Co-Director
Office of Information and Privacy
FLAG Building, Suite 570
Washington, D.C. 20530

[  ] For further information, see attached comments page.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick, Chief
Freedom of Information
Operations Unit
Drug Enforcement Administration
Washington, D.C. 20537

Number of Pages Withheld:                          4

Number of Pages Released:                          2

Number of Pages Referred to another agency:        0

APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [  ] (b)(1) | [  ] (b)(5) | [X] (b)(7)(C) | [  ] (d)(5) | [  ] (k)(2) |
| [X] (b)(2) | [  ] (b)(6) | [  ] (b)(7)(D) | [X] (j)(2) | [  ] (k)(5) |
| [  ] (b)(3) | [  ] (b)(7)(A) | [  ] (b)(7)(E) | [  ] (k)(1) | [  ] (k)(6) |
| [  ] (b)(4) | [  ] (b)(7)(B) | [X] (b)(7)(F) | | |

## II. ARREST  *(Complete for all Arrest Submissions)*

| 47. Type of Arrest | 48. Date of Arrest | 49. PLACE OF ARREST | | |
|---|---|---|---|---|
| ☐ Probable Cause<br>☐ Warrant<br>☐ Fugitive | | a. City | b. County | c. State or Country |

| 50. Armed at Arrest | 51. If Armed *(Enter Number of Weapons by Type)* | | | | | | 52. Type of Violation Charged? *(Possession, Sale, Conspiracy, etc.)* |
|---|---|---|---|---|---|---|---|
| ☐ Yes | **TYPE** | Handgun | Shotgun | Rifle | Lethal Cutting Instrument | Other Weapon | |
| | Semi-Auto | | | | | | 53. Major Drug Charged? *(Heroin, cocaine, etc.)* |
| ☐ No | Full Auto | | | | | | |
| | Other | | | | | | |

## III. FUGITIVE DECLARATION  *(Complete if Defendant Not Arrested within 48 hours of the issuance of the Arrest Warrant.)*

| 54. Type of Declaration | 55. Apprehension Responsibility | 56. NCIC Number | 57. USMS Office Holding Warrant *(City & State)* |
|---|---|---|---|
| ☐ Original DEA Arrest Warrant<br>☐ Post Arraignment (Failure to Appear; Bond Default) | ☐ DEA<br>☐ USMS *(Date Delegated)* :<br>/    / | 58. Court Docket Number | 59. Name of Judge or Magistrate |

| 60. Date & Judicial District of Issue | 61. DEA Agent Contact *(Name and Phone Number with Area Code)* |
|---|---|
| | |

| 62. Type of Violation Charged *(possession, sale, etc.)* | 63. U.S. Code *(Title & Section)* | 64. Armed at Arrest<br>☐ Yes  ☐ No | 65. Should be considered armed & dangerous<br>☐ Yes  ☐ No |
|---|---|---|---|
| 66. Basis for Other Caution *(state basis)* | | | |

**67. REMARKS**

JAMES is the head of a cocaine distribution organization that distributes cocaine HCL in kilogram amounts via US mail and United Parcel Service (UPS) from CA to locations in PA and other east coast destinations.  JAMES' organization also distributes marijuana through US Mail and UPS in 10 pound quantities.

| | 70. Date |
|---|---|

//BW

Department of Justice
Enforcement Administration

# PERSONAL HISTORY REPORT

| File Title | 2. File Number | 3. Program Code |
|---|---|---|
| James, Tyrone | CW-01-0017 | |

**" NEW CASE "**

| 4. Group No. | 5. G-DEP ID | 6. Date Prepared |
|---|---|---|
| | ▓▓▓▓ | 01/30/01 |

**7. PURPOSE OF SUBMISSION:** ☒ G-DEP DESCRIPTION   ☐ ARREST   ☐ FUGITIVE DECLARATION

| 8. Subject Name (Last, First, Middle) | 9. Date of Birth (MM/DD/YY) |
|---|---|
| JAMES, Tyrone, Phillip   5120157 | 05/18/1962 |

| 10. Alias Name | 11. Alternate Date of Birth |
|---|---|
| | none |

| 12. NADDIS No. | 13. FBI No. | 14. Social Security No. | 15. Misc. Numbers (e.g., TECS; DRUG-X; Registrant; CSS No., etc.) |
|---|---|---|---|
| negative | 717562DA6 | 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 | CA SID CA07286347 |

| 16. Place of Birth (City, State/Country) | 17. Citizenship (Country) | 18. Alien Status |
|---|---|---|
| US Virgin Islands | USA | ☐ Illegal   ☐ Legal (Alien Registration No.) |

| 19. Race | 20. Ethnicity | 21. Sex | 22. Color Hair | 23. Height |
|---|---|---|---|---|
| ☒ Black   ☐ Asian-Pacific Islander   ☐ White   ☐ Native American   ☐ Unknown | ☐ Hispanic   ☒ Non-Hispanic   ☐ Unknown | ☒ Male   ☐ Female | Black | 5 ' 7 " |

| 24. Color Eyes | 25. Weight |
|---|---|
| Brown | 190 lbs. |

| 26. Address (No., Street, Unit, City, State/Country, Zip Code) | 27. Identifying Characteristics (Scars, tattoos, marks, physical defects, etc.) |
|---|---|
| 565 West Market Street   427 Centerview Dr. York, PA   Larson, CA | unknown |

| 28. Telephone Number (Include Area Code)   (717) 843-1074 |
|---|

| 29. Occupation | 30. Employer Name and Address |
|---|---|
| unknown | unknown |

| 31. Employer Telephone Number (Include Area Code) unknown |
|---|

| 32. Passport No. | 33. Issue Date | 34. Issuing Country | 35. Expiration Date | 36. Name on Passport |
|---|---|---|---|---|
| unknown | N/A | N/A | N/A | N/A |

| 37. Driver's License No. | 38. Issuing State/Country | 39. Expiration Date | 40. Name on License |
|---|---|---|---|
| C2083017 | CA | 05/18/2003 | Tyrone James |

| 41a. FAMILY INFORMATION (Last, First, Middle Name) | b. Age | c. Address (No. Street, Unit, City, State/Country) & Phone No. |
|---|---|---|
| Father | | |
| unknown | | |
| Mother | | |
| unknown | | |
| ☒ Spouse   ☐ Companion   ☐ Paramour | | |
| Children | | |
| | | |
| | | |
| | | |
| Other Relatives                (Relationship) | | |

| 42a. Source of Supply (Name) | 43a. Criminal Associates (Use Remarks Section to Add Other Names) | 43b. NADDIS Nos. |
|---|---|---|
| unknown | unknown | |
| 42b. NADDIS No. | | |

## I. G-DEP DESCRIPTION (Complete for all G-DEP and Arrest Submissions.) Agents Manual 622

| 44. Submission: | 45. Subject's Principal Criminal Activity | 46. Subject's Principal Controlled Substance / Commodity |
|---|---|---|
| ☒ Initial   ☐ Supplemental | Use Letter Code: **G** (See Agents Manual) | Use Letter-Number Code: ▓▓▓▓ (See Agents Manual) |

DEA Form - 202
(Jul. 1996)                Previous edition dated 9/95 may be used until supply is exhausted.