# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES, : | |
|        Plaintiff : | |
| : | No. 1:CV-01-1015 |
| v. : | |
| : | (Judge Kane) |
| YORK COUNTY POLICE : | (Magistrate Judge Mannion) |
| DEPARTMENT; AGENT JAMES H. : | |
| MORGAN; DET. RICHARD : | Electronically Filed |
| PEDDICORD; DET. RAYMOND E. : | |
| CRAUL; SGT. GENE FELLS; DET. : | |
| ANTHONY GLOWCZEWSKI; AGENT : | |
| RANDY SIPES; and AGENT BRIAN : | |
| WESTMORELAND, : | |
|        Defendants : | |

## COMMONWEALTH DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF IN OPPOSITION TO MOTION TO COMPEL

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells (hereinafter Commonwealth defendants), through their counsel, move the Court for an enlargement of time in which to file a

response to the motion to compel discovery filed by *pro se* inmate Tyrone James. In support thereof, defendants state the following:

1. Plaintiff filed a motion to compel discovery, a brief in support thereof, an affidavit in support thereof, and exhibits on July 7, 2004.

2. Commonwealth defendants= brief in opposition to plaintiff's motion to compel discovery is due July 26, 2004.

3. Counsel for Commonwealth defendants was assigned this case on July 1, 2004, and is in the process of reviewing the file, which contains over one-hundred and fifty pleadings and numerous discovery documents.

4. Due to litigation schedule of Commonwealth defendants' counsel, the brief in opposition to plaintiff's motion to compel discovery cannot be filed by its due date.

5. Commonwealth defendants respectfully request an enlargement of time of twenty days in which to file their brief.

6. Commonwealth defendants respectfully request permission to file their brief in opposition to plaintiff's motion to compel discovery on or before August 16, 2004.

7. Granting this motion will not unreasonably delay this matter, which is currently at the summary judgment stage.

WHEREFORE, Commonwealth defendants respectfully request an enlargement of time of twenty days in which to file their brief in opposition to plaintiff's motion to compel discovery.

        Respectfully submitted,

        GERALD J. PAPPERT
        Attorney General

By: **s/Amanda L. Smith**
     AMANDA L. SMITH
     Deputy Attorney General
     ID #86316

     SUSAN J. FORNEY
     Chief Deputy Attorney General
     Chief, Civil Litigation Section

Office of Attorney General
Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-1194

Date:  July 19, 2004

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
| **Plaintiff** : | |
| : | No. 1:CV-01-1015 |
| v. : | |
| : | (Judge Kane) |
| **YORK COUNTY POLICE** : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** : | |
| **MORGAN; DET. RICHARD** : | **Electronically Filed** |
| **PEDDICORD; DET. RAYMOND E.** : | |
| **CRAUL; SGT. GENE FELLS; DET.** : | |
| **ANTHONY GLOWCZEWSKI; AGENT** : | |
| **RANDY SIPES; and AGENT BRIAN** : | |
| **WESTMORELAND,** : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I, Amanda L. Smith, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 19, 2004, I caused to be served a true and correct copy of the foregoing document by depositing same in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James, EX-9451  
SCI Rockview  
P.O. Box A  
Bellefonte, PA  16823

Donald L. Reihart  
3015 Eastern Boulevard  
York, PA  17402-3026

Kristin G. Hogue  
Office of the California Attorney General  
110 West A Street, Suite 1100  
San Diego CA 92101

                                          s/Amanda L. Smith  
                                          **AMANDA L. SMITH**  
                                          **Deputy Attorney General**