IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
|        **Plaintiff** : | |
| : | No. 1:CV-01-1015 |
| v. : | |
| : | (Judge Kane) |
| **YORK COUNTY POLICE** : | (Magistrate Judge |
| **DEPARTMENT; AGENT JAMES H.** : |   Mannion) |
| **MORGAN; DET. RICHARD** : | |
| **PEDDICORD; DET. RAYMOND E.** : | |
| **CRAUL; SGT. GENE FELLS; DET.** : | (Electronically Filed) |
| **ANTHONY GLOWCZEWSKI; AGENT** : | |
| **RANDY SIPES; and AGENT BRIAN** : | |
| **WESTMORELAND,** : | |
|        **Defendants** : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of the motion of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells for enlargement of time in which to file their reply brief in support of their motion for summary judgment, it is hereby ordered that the motion is GRANTED. The reply brief of defendants Craul, Morgan, Westmoreland, Glowczeski, Kessler, Peddicord, and Fells is due on or before September 1, 2004.

                                            **BY THE COURT:**

                                            _____
                                            **MALACHY E. MANNION**
                                            **United States District Magistrate**