IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES, | : |
| Plaintiff | : |
| | : No. 1:CV-01-1015 |
| v. | : |
| | : (Judge Kane) |
| YORK COUNTY POLICE | : (Magistrate Judge |
| DEPARTMENT; AGENT JAMES H. | :  Mannion) |
| MORGAN; DET. RICHARD | : |
| PEDDICORD; DET. RAYMOND E. | : |
| CRAUL; SGT. GENE FELLS; DET. | : (Electronically Filed) |
| ANTHONY GLOWCZEWSKI; AGENT | : |
| RANDY SIPES; and AGENT BRIAN | : |
| WESTMORELAND, | : |
| Defendants | : |

## ORDER

AND NOW, this 26th day of July, 2004, upon consideration of the motion of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells for enlargement of time in which to file a brief in opposition to plaintiff's motion to compel discovery, it is hereby ordered that the motion is GRANTED. The brief of defendants Craul, Morgan, Westmoreland, Glowczeski, Kessler, Peddicord, and Fells is due on or before August 16, 2004.

BY THE COURT:

MALACHY E. MANNION
**United States District Magistrate**