IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,

    Plaintiff

v.

YORK COUNTY POLICE DEPARTMENT; AGENT JAMES H. MORGAN; DET. RICHARD PEDDICORD; DET. RAYMOND E. CRAUL; SGT. GENE FELLS; DET. ANTHONY GLOWCZEWSKI; AGENT RANDY SIPES; and AGENT BRIAN WESTMORELAND,

    Defendants

No. 1:CV-01-1015

(Judge Kane)
(Magistrate Judge Mannion)

(Electronically Filed)

## ORDER

AND NOW, this 26th day of July, 2004, upon consideration of the motion of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells for enlargement of time in which to file their reply brief in support of their motion for summary judgment, it is hereby ordered that the motion is GRANTED. The reply brief of defendants Craul, Morgan, Westmoreland, Glowczeski, Kessler, Peddicord, and Fells is due on or before September 1, 2004.

BY THE COURT:

MALACHY E. MANNION
United States District Magistrate