IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
    Plaintiff,

v.

YORK COUNTY POLICE DEPARTMENT,
JAMES H. MORGAN, RICHARD PEDDICORD,
RAYMOND E. CRUAL, GENE FELLS,
DET. KESSLER, CO. BAYLARK,
RANDY SIPES, BRIAN WESTMORELAND,
and DETECTIVE GLOWCZESKI
    Defendants,

CIVIL ACTION NO. 1:01-CV-1015
(Judge Kane)
(Magistrate Judge Mannion)

JURY TRIAL DEMANDED

### NOTICE OF INTENT TO OBTAIN A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS

### FOR DISCOVERY

Plaintiff's intents to serve a subpoenas on the following **Employers:** State Of California, Department Of Justice, Office Of Attorney General; York City Police Department; District Attorney's Office, York County, PA; Springettsbury Police Department; Mail Box Etc., Owner Jan Metzler; Pennsylvania Office Of Attorney General; Mail Box Etc., Owner, Mike Baker, Riverside, California; to produce and permit inspection and copying of any and all documents, relating to investigation, complaints, misconduct, IAD Reports, Disciplinary Action, Training, Memorandums, and Work History, to be produce at SCI-Rockview, route 26, Bellefonte, PA 16823-0820, Visiting Room. You have Twenty (20) days from the date listed below in which to file of record and serve upon the undersigned an objection to the issuance of the subpoena. If no objection is made the subpoena may be served.

Date: June 28, 2004

Respectfully Submitted,

*Tyrone James*

Tyrone P. James, Pro se.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's "Notice of Intent To Obtain A Subpoena To Documents And Things For Discovery," in the manner set forth below to the following, by placing said legal manila envelop, deposited into the institutional mail box, and turning over said documents to prison officials for mailing:

BY FIRST CLASS U.S. MAIL:

Jason C. Giuurintano
Pennsylvania Attorney General Office
15th Floor, Strawberry Square
Harrisburg, PA 17120

Donald L. Reihart, Esq.
Law Office Of Donald L. Reihart
3015 eastern Blvd., Suite 204
York, PA 17402

Krintin G. Hogue
State Of California, Department Of Justice
Office Of The Attorney's General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

I, Tyrone P. James, certify that the foregoing are true and correct. pursuant to 28 U.S.C. § 1746

Date: June 28th, 2004

                                  Tyrone P. James, Pro se
                                  EX 9451
                                  P.O. Box A
                                  Bellefonte, PA 16823-0320.

Tyrone P. James                                    June 28, 2004
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Clerk Of Court
United States District Court
Middle District Of Pennsylvania
228th Walnut Street
P.O. Box 983
Harrisburg, PA 17108

RE: James v. York County Police Department, NO. 1:01-CV-1015.

Dear Clerk Of Court:

  Good Day! Enclosed you will find Subpoenas, addressed to various of the Defendants employers; to be served on (1) York City Police Department, (2) Springettsbury Police Department, (3) District Attorney's Office, York County, (4) Pennsylvania Office Of Attorney General, (5) California Department Of Justice, Office Of The Attorney General, (6) Mail Box Etc., Riverside, California, and (7) Mail Box Etc. Eastern Blvd., York, Pennsylvania.

  Along with these Subpoenas, are the U.S. Department Of Justice, United States Marshals Service, Process Receipt and Return.

  On or around September 2001, the Honorable Judge Kane, issued an Order, permitting this Plaintiff, to proceed in Forma Pauperis. Plaintiff's is still incarcerated, indigent and without personal access to served these subpoenas. Therefore Plaintiff's request that the Clerk of Court forward these documents "Subpoenas" to the U.S. Marshals, for service of process; pursuant to 28 U.S.C.A. § 1915 (c); Lindsey v. United State R.R. Retirement Bl., 101 F.3d 444, 447-48 (5th Cir. 1996); Byrd v. Stone, 94 F.3d 217, 219 (6th Cir. 1996); Fed.R.Civ.P. Rule 4(c)(2).

  I respectfully appreciate you cooperation in this matter. Thank you.

               Your Truly,

               Tyrone P. James, Pro se
               EX 9451.

cc: Jason C. Giurintano,
  Donald L. Reihart.
  Kristin G. Hogue; S.D.A.G.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

__Middle__    DISTRICT OF    __Pennsylvania__

TYRONE P. JAMES, Plaintiff
V.

YORK COUNTY POLICE DEPARTMENT: ET. AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:01-CV-1015

TO:    YORK CITY POLICE DEPARTMENT

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all reports, documents investigation, files, complaints, letter or writing in the custody of the York City Police Department, relating to Police Officers, Richards Peddicord, Gene Fells, Raymond Craul, James H. Morgan, Anthony Glowczeski, for the period from date of appointment to present. Said writin should includeall IAD reports of their personnel file,(Complaints, Discipline, Training, Misco

| PLACE SCI-Rockview, Route 26 Bellefonte, PA 16823-0820, Visiting Rm. | DATE AND TIME 7-30-04 |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) _Tyrone James Pro-Se._ | DATE 6-25-04 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Middle                                                    DISTRICT OF                    Pennsylvania

TYRONE P. JAMES, Plaintiff                                **SUBPOENA IN A CIVIL CASE**
V.

YORK COUNTY POLICE DEPARTMENT;
JAMES H. MORGAN, RICHARD PEDDICORD;                       Case Number:[1] 1: CV- 01-1015
RAYMOND E. CRAUL; GENE FELLS; ANTHONY Glowczesk, et. al.,
TO:  District Attorney's Office, York County, PA.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Personnel Records, of complaints, Grievances; Employment agreement; contracts; records of training; promotion; demotion; or discipline; letters of recommendation; letters of resignations; evaluation; work performance; and termination, statement of eligibility of rehire, on the fellowing employees Det. Richard Peddicords; Det. Anthony Glowczeski; Det. Kessler; Gene Fells; and Raymond Craul

| PLACE   visiting room. | DATE AND TIME |
|---|---|
| State Correctional Institution- Rockview, Route 26, Bellefonte | 7-30-04 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Tyrone James  Pro-Se | 6-25-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Middle    DISTRICT OF    Pennsylvania

TYRONE P. JAMES, Plaintiff

V.

YORK COUNTY POLICE DEPARTMENT, ET. AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1: 01-CV-1015

TO:  Springettsbury Police Department

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all reports, documents investigations files, complaints, letter or writings in the custody of the Sprinettsburg Police Department relating to Detective Raymond Edward Craul, for the period from date of his appointment as a police officers to the present. Said writing should includ all IAD reports, of his personnel file ( complaintis concerning misconduct, disciplince, trianing and conduct

| PLACE | DATE AND TIME |
| --- | --- |
| SCI-Rockview, Route 26, Bellefonte, PA 16823-0820; Visiting Rm. | 7-30-04 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Tyrone James*  Pro-Se | 6-25-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Middle _____ DISTRICT OF _____ Pennsylvania

TYRONE P. JAMES, Plaintiff

V.

YORK COUNTY POLICE DEPARTMENT, ET., AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   1:01-CV-1015

TO:   MAIL BOX ETC., OWNER JAN METZLER: CLERKS TERISA MECCOY: AND NEIL ERDENBRACK.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and All, designated books, paper, documents, or tangle things; report investigation, search warrant, and inventory reciepts, by Law Enforcement officers; Memorandum; Contract with customer mail boxes and the handling of packages; Rental contract pertaining to Tyrone James, between Jan. 1999, through Dec. 31, 2002. Personnel records of employees Terisa Meccoy, and Neil Erdenbrack, in relation to Jan. 8,9,10,20

| PLACE | DATE AND TIME |
|---|---|
| SCI-Rockview, P.O. Box A, PA 16823-0820, Visiting Room | 7-30-04 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Tyrone James Pro Se. | 6-25-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Case 1:01-cv-01015-YK   Document 189-2   Filed 08/18/2004   Page 8 of 10

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Pennsylvania

TYRONE P. JAMES, Plaintiff

V.

YORK COUNTY POLICE DEPARTMENT, ET. AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:01-CV-1015

TO:   Pennsylvania Office Of Attorney General

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all reports, documents investigations, files, complaints, letter or writings in the custody of the Attorney General Office relating to Agent James H. Morgan, and Brian Keith Westmoreland, for the period from date of their appointment as Agents to the present. Said writing should include all IAD reports of thier personnel files, ( Complaints, Misconduct, Discipline, Training, TerminATION).

| PLACE | DATE AND TIME |
| --- | --- |
| SCI-Rockview, Route 26, Bellefonte, PA 16823-0820, Visiting Rm. | 7-30-04. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Tyrone James Pro Se. | 6-25-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

Middle  DISTRICT OF  Pennsylvania

TYRONE P. JAMES, Plaintiff

V.

YORK COUNTY POLICE DEPARTMENT, ET. AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  1:01-CV-1015

TO:    MAIL BOX ETC., OWBER, MIKE BAKER: NORISA CLERK: RIVERSIDE CALIFORNIA

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and All, designated book, paper, documents or tangle things; reports, investigation, search warrant, inventory receipt, by law enforcement officer, Randell Sipes, dated, January 1997 to present; Memorandum by Agent Randy Sipes; personnel files on Clerk Norissa, and law enforcement; training on the hangiling of packages, as to shipping by common courier, U.P.S. and Fed Ex; Shipping receipt for Jan. 8, 200

| PLACE | DATE AND TIME |
|---|---|
| SCI-Rockview, Route 26, Bellefonte, PA 16823-0820, Visiting Room | 7-30-04 (7-30-04 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Tyrone James   Pro-Se | 6-25-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Pennsylvania

TYRONE P. JAMES, Plaintiff

V.

YORK COUNTY POLICE DEPARTMENT, ET. AL.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:01-CV-1015

TO: STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE, Office Of Attorney General.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all reports, documents, investigation, files, complaints, letter or writing in the custody of the department Of Justice, California Office Of Attorney general, relating to Agent Randell Sipes, for the period from date of appointment to present. Said writing should include all IAD reports of his file (Complaints, Misconduct Discipline, Training, Termination); Memorandum to Mail Box Etc., Rive

| PLACE | DATE AND TIME |
|---|---|
| SCI-Rockview, Route 26, Bellefonte, PA 16823-0820, Visiting Rm. | 7-30-04 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Tyrone James Pro Se. | 6-25-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
P.O. Box A, Bellefonte, PA 16823-0820

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.