IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>　　　Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>　　　Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

ORDER

AND NOW, This _____ day of _____ 2004, upon consideration of the Plaintiff's "Motion For An Order Directing The U.S. Marshal's Office To Served Subpoenas For The Production Of Documents," upon the Defendant response thereof, if any, IS HEREBY ORDERED, that the Motion is hereby **Granted**.

_____
Judge.