ORIGINAL

Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

August 11, 2004

Clerk Of Court,
United States District Court
Middle District Of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

FILED
HARRISBURG, PA

AUG 18  2004

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Re
RE: 01:01-CV-1015.

Dear Clerk Of Court,

    Plaintiff's is bringing to this Court attention, that his legal mails, send to the Court, for filing, has been delayed by the institution, mail systems, here at SCI-Rockview, because of his indigent status, and he doesn't have the available funds, in his institution's inmate account, for postages. [See Exhibits and Declaration in Support].

    I, am also requesting a copy of the Docket Statements, of all pleadings, filed with this court in this civil action. I thank you in advance.

                                  Respectfully,

                                  Tyrone P. James,
                                  EX 9451

cc: Tyrone P. James, (Plaintiff's).