**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI Rockview**
**(814) 355-4874**
**August 5, 2004**

**SUBJECT:** Inmate Mail and Incoming Publications, DC ADM 803
Anticipated Postage

**TO:** Tyrone James
EX-9451
Building B, Section A

*F. M. Dougherty*

**FROM:** Francis M. Dougherty
Business Manager

The attached Legal Mail is being returned to you for the below listed reasons

1. You have a negative account balance.

2. You are not indigent as defined by DOC policy.

An inmate shall be deemed indigent if the combined balances of his/her facility account and any other accounts are $10.00 or less at all times during the thirty days preceding the date on which the inmates submits a request to a person designated by the Facility Manager.

An **indigent inmate** may anticipate on his /her account for legal mail and copying charges of up to $10.00 per month.

FMD/wp

cc: Mr. Boone
file

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
SCI Rockview
(814) 355-4874
August 5, 2004

**SUBJECT:** Inmate Mail and Incoming Publications, DC ADM 803
Anticipated Postage

**TO:** Tyrone James
EX-9451
Building B, Section A

*[signature: F. M. Dougherty]*

**FROM:** Francis M. Dougherty
Business Manager

The attached Legal Mail is being returned to you for the below listed reasons

1. You have a negative account balance.

2. You are not indigent as defined by DOC policy.

An inmate shall be deemed indigent if the combined balances of his/her facility account and any other accounts are $10.00 or less at all times during the thirty days preceding the date on which the inmates submits a request to a person designated by the Facility Manager.

An **indigent inmate** may anticipate on his /her account for legal mail and copying charges of up to $10.00 per month.

FMD/wp

cc:   Mr. Boone
       file

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) Business Manager F.M. Dougherty
2. Date: 8-9-04
3. By: (Print Inmate Name and Number) Tyrone James EX9451
   Inmate Signature: Tyrone James
4. Counselor's Name: Hoover
5. Unit Manager's Name: Mr. Wall
6. Work Assignment: DRAFTING
7. Housing Assignment: BA-156
8. Subject: State your request completely but briefly. Give details.

   It seems you have misread my last request. I have legal mail to be mail out with Court dead-line. I am request that these legal mail be mail out so, that I can comply with my court dead-line.

   Thank you!

   P.S. I am not requesting copies, as you stated in your response. I need to filed several legal paper (document) with the courts.

9. Response: (This Section for Staff Response Only)

   Mr. James:
   I am not permited to approve anticipated postage or copies for inmates who are not indigent. You are not indigent.

   Copy: Mr. Boone
        Mr. Riggall

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name: F.M. Dougherty / FM Dougherty    Date: 8/17/04

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Business Manager | 2. Date:<br>8-6-04 |
| 3. By: (Print Inmate Name and Number)<br>Tyrone James EX9451<br>_Tyrone James_<br>Inmate Signature | 4. Counselor's Name<br>Hoover<br>5. Unit Manager's Name<br>Mr. Wall |
| 6. Work Assignment<br>Drafting | 7. Housing Assignment<br>BA-156 |

STATE CORR. INST. AT ROCKVIEW
BOX A BELLEFONTE, PA
AUG 0 6 2004
RECEIVED
Business Office

8. Subject: State your request completely but briefly. Give details.

I have legal mails that need to be mail out

Court Dead-line.

9. Response: (This Section for Staff Response Only)

Mr. James:

You are not indigent as defined by Department of Corrections Policy. I, therefore, can not approve copies for you.

Copy: Mr. Riggall, Library

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name  F. M. Dougherty / FM Dgh  Date 8/6/04
                    Print              Sign

Revised July 2000