IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

<u>DECLARATION OF TYRONE P. JAMES, SETTING FORTH THE DATE OF</u>

<u>DEPOSIT OF PLAINTIFF'S RESPONSE TO</u>

<u>DEFENDANT OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND MOTION TO DIRECT</u>

<u>THE U.S. MARSHAL'S OFFICE TO SERVED SUBPOENAS IN INSTITUTION'S MAIL SYSTEM</u>

I, Tyrone P. James, hereby declared, under penalty and perjury, pursuant to 28 U.S.C. § 1746, that:

1. I deposited the following, "<u>Plaintiff's Response To Defendants Opposition Motion To Compel Discovery; Motion to Direct The U.S. Marshals To Served Subpoenas</u>, in the institution's internal mail systems, on <u>August 11,</u> 2004, for first class postage.

2. Petitioner, was without funds, on his institutional account; the institution will not mail out important legal mail with dead-line to Court, without an inmate, having the funds in his inmate account; therefore, this mail was delayed, this legal document was never placed in the United States postage, for mailing, but was returned this inmate, by the institution's mail room. [Please see Inmate postage order, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, attached to letter, Institution's SCI-Rockview and DOC Policy DC ADM 803, to Petitioner, and Inmate Request To Staff Member].

3. Petitioner filing was timely, pursuant to Federal Rule Civil Procedure; the institution's mail system, is in violation of inmate right to access to

FILED
HARRISBURG, PA

AUG 18 2004

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Court, when they refused to mail out an inmate legal mail in a timely manner, because of his indigent status or he is without funds.

Respectfully Submitted,

Date: August 13, 2004

*Tyrone James*

Tyrone P. James

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Sworn to before me this ____ day of August, 2004.

_____

Notary Public.

Tyrone James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Legal Mail

Clerk of Court
United States District Court.
Middle District of Pennsylvania
228th Walnut Street.
Harrisburg, PA 17108

INMATE MAIL
PA DEPT OF
CORRECTIONS