ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES                          :
            Plaintiff,                    :
                                         :
        v.                               :    CIVIL ACTION NO. 1:01-CV-1015
                                         :    (Judge Kane)
                                         :    (Magistrate Judge Mannion)
YORK COUNTY POLICE DEPARTMENT,           :
JAMES H. MORGAN, RICHARD PEDDICORD,      :    JURY TRIAL DEMANDED
RAYMOND E. CRUAL, GENE FELLS,            :
DET. KESSLER, CO. BAYLARK,               :
RANDY SIPES, BRIAN WESTMORELAND,         :
and DETECTIVE GLOWCZESKI                 :
            Defendants,                   :

FILED
HARRISBURG

AUG 2 7 2004

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

PRO SE PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION TO THE

MAGISTRATE JUDGE REPORT AND RECOMMENDATION, DATED AUGUST 17th, 2004.

Pursuant to Federal Rule Of Civil Procedure and Local Rules, pro se
Plaintiff's, Tyrone P. James, hereby move the Court For an Enlargement Of Time,
in which to file a objection to the Magistrate Report and Recommendation,
addressing case dispositive motions pursuant to 28 U.S.C. § 636 (b)(1)(B);
Local Rule 72.2. In support thereof Plaintiff's state the followings:

1.  On March 12, 2004, defendant Sipes, filed a motion to dismiss
complaint; Plaintiff's filed brief in response on March 15, 2004. (Doc. NO.
137).

2.  On April 13, 2004, defendants, Morgan, Westmoreland, Craul, Paddicord
and Keseler, filed Motion For Summary Judgment along with supporting brief,
Statement of facts and Apprendix. (Doc. 146, 147, 148, 149).

3.  On May 4, 2004, Magistrate Judge issued a order, ordering full
discovery, by both side, to be complete by July 15, 2004; Despostion Hearing
was order against the Plaintiff's, to be conducted by the defendants.
Plaintiff's was denied the appointment of counsel to represent him in this
matter.

4.  On June 30, 2004, Defendants filed supplemental brief in support of
their motion for summary judgment; with uncertified deposition transcripts,

without the plaintiff's giving the opportunity to make corrections, as he requested.

5. Plaintiff's filed a opposing motion, statement of material facts, apprendix and exhibits (Doc. 177, 178, 179, 180); Plaintiff's filed a second opposing response to defendant supplemental summary judgment motion with supporting declaration. (Doc. Nos. 183, 184).

6. On August 19, 2004, Plaintiff's received the Magistrate Judge, report and recommendation dated, August 17th, 2004.

7. Plaintiff's requested medical records from the York County Prison and SCI-Rockview, to obtained medical documents, to show this Court of the injury plaintiff's sustain and continue to affect this plaintiff; furthermore, plaintiff's have submitted a motion to direct the U.S. Marshals, to order the U.S. Marshal, to served subpoenas upon defendants employers, to produce documents, based upon the defendants erroneous answers to plaintiff's request for admission and second request for interrogatories,

8. Plaintiff's is indigent and only received nominal wages, from institution earnings, here at SCI-Rockview; he is available to make copies, to submit various exhibits, to the Court, to support his claims

9. Plaintiff's is without adequate access to Law library; furthermore, he participate in the Architectural Drafting Vocational Program, here at Rockview, as part of his prescriptives Plan, is in his second years, as an a apprentice; therefore, his time to the law library is limited; he would not be available to accomplish the research needed to answer this Report and Recommendation.

10. Plaintiff's also suffered from a mental disability, and is disable, under the American Disability Act, where he impairs and response to situation much closer than the averages individual; that included time to do legal research. The inmate, who provided plaintiff's with legal assistance, is not at this institution any more; therefore, research for him is much more difficult; as plaintiff's is not a train attorney, in this field.

11.  The interest of justice would not served, if plaintiff is not granted extended time to file his objections and response.  The Defendants would not be prejudice by this motion for enlargement of time.

WHEREFORE, Plaintiff's, respectfully pray that this Court granted an enlargement of time of thirty (30), in which to research his case and file objections to the Magistrate Judge report and recommendation

Respectfully Submitted,

Date: August 23, 2004.

Tyrone James.

Tyrone P. James

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES
      Plaintiff,

    v.

YORK COUNTY POLICE DEPARTMENT,
JAMES H. MORGAN, RICHARD PEDDICORD,
RAYMOND E. CRUAL, GENE FELLS,
DET. KESSLER, CO. BAYLARK,
RANDY SIPES, BRIAN WESTMORELAND,
and DETECTIVE GLOWCZESKI
      Defendants,

CIVIL ACTION NO. 1:01-CV-1015
(Judge Kana)
(Magistrate Judge Mannion)

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's "Pro Se Plaintiff's Motion For Enlargement Of Time To File Objection To The Magistrate Judge Report And Recommendation, Dated August 17th, 2004," in the manner set forth below to the following, by placing said Legal mail into a legal envelop, by deposited into the institutional mail box, and turning over said documents to prison officials for mailings, on August 23, 2004.

I certify under penalty of perjury that the foregoing is true and correct; pursuant to 28 U.S.C. § 1746.

BY FIRST CLASS U.S. MAIL:

Amanda Smith
Pennsylvania Office Of Attorney
Office , Gerneral Office
15th Strawberry Square
Harrisburg, PA 17120

Donald L. Reihart, Esq.
Law Office Of Donald L. Reihart
3015 Eastern Blvd. Suite 204
York, PA 17402

Krintina G. Hogue
State Of California, Department Of Justice
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Tyrone James

Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820.

Name:
Number:
Box A
Bellefonte, Pa. 16823

Tyrone James
EX5451

Legal Mail

Clerk of Court
United States District Court
Middle District of Pennsylvania
388 Walnut Street
P.O. Box 983
Harrisburg, PA 17108