IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>    Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this ____ day of _____, 2004, upon consideration of the motion of "Pro se Plaintiff's Motion For Enlargement Of Time To File Objection To The Magistrate Judge Report and Recommendation, dated August 17, 2004, For Enlargement Of Time," in which to file a reply or objection to the Magistrate report and recommendation, in support of his opposing motion for summary judgment, it is hereby order that the motion is Granted.

                                                    BY THE COURT

                                                   _____

                                                   United States District Judge.