IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
|     **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:01-CV-1015** |
| v. : | |
| : | **(Judge Kane)** |
| **YORK COUNTY POLICE** : | |
| **DEPARTMENT, JAMES H. MORGAN,** : | |
| **RICHARD PEDDICORD, RAYMOND** : | |
| **E. CRAUL, GENE FELLS, DET.** : | |
| **KESSLER, CO. BAYLARK, RANDY** : | |
| **SNIPES, BRIAN WESTMORELAND,** : | |
| **and DETECTIVE GLOWCZESKI,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, this 27th day of August, 2004, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Enlargement of Time to File Objections to the Report and Recommendation (Doc. No. 8) is **GRANTED**.  Objections shall be filed on or before October 7, 2004.

                                                              s/Yvette Kane
                                                            Yvette Kane
                                                            United States District Judge

Date: August 27, 2004