IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE P. JAMES,** : | |
|     **Plaintiff** : | |
| : | CIVIL ACTION NO. 1:01-CV-1015 |
| v. : | |
| : | (Judge Kane) |
| **YORK COUNTY POLICE** : | |
| **DEPARTMENT, JAMES H. MORGAN,** : | |
| **RICHARD PEDDICORD, RAYMOND** : | |
| **E. CRAUL, GENE FELLS, DET.** : | |
| **KESSLER, CO. BAYLARK, RANDY** : | |
| **SNIPES, BRIAN WESTMORELAND,** : | |
| **and  DETECTIVE GLOWCZESKI,** : | |
|     **Defendants** : | |

**MEMORANDUM AND ORDER**

Upon consideration of Plaintiff's motion for reconsideration of this Court's Order on Plaintiff's motion for reconsideration of this Court's Order on motions for summary judgment, **IT IS HEREBY ORDERED THAT** the motion is **DENIED** (Doc. No. 139).

**IT IS FURTHER ORDERED THAT**, pending a ruling by this Court on Magistrate Judge Mannion's Report and Recommendation (Doc. No. 188), Plaintiff's pending motion for the production of documents (Doc. No. 189), motion to compel discovery (Doc. No. 167), and motion to extend time to file (Doc. No. 175), are hereby reassigned to Magistrate Judge Mannion for disposition.

                                                    S/ Yvette Kane
                                                    Yvette Kane
                                                    United States District Judge

Dated: September 15, 2004