# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES, : | |
|                Plaintiff  : | |
| : | No. 1:CV-01-1015 |
| v.                             : | |
| : | (Judge Kane) |
| YORK COUNTY POLICE         : | (Magistrate Judge Mannion) |
| DEPARTMENT; AGENT JAMES H. : | |
| MORGAN; DET. RICHARD      : | Electronically Filed |
| PEDDICORD; DET. RAYMOND E. : | |
| CRAUL; SGT. GENE FELLS; DET. : | |
| ANTHONY GLOWCZEWSKI; AGENT : | |
| RANDY SIPES; and AGENT BRIAN : | |
| WESTMORELAND,             : | |
|                Defendants : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells in the above captioned case.

                                                    s/Amanda L. Smith
                                                    **AMANDA L. SMITH**
                                                    **Deputy Attorney General**

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Ray Craul, Jim Morgan, Brian Westmoreland, Tony Glowczeski, Robert Kessler, Richard Peddicord and Gene Fells   in the above captioned case.

        Respectfully submitted,

        GERALD J. PAPPERT
        Attorney General

By:   **s/Timothy Keating**
      **TIMOTHY KEATING**
      Deputy Attorney General
      Attorney ID 44874

      **SUSAN FORNEY**
      Chief Deputy Attorney General
      Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct:  (717) 705-8580
Fax:  (717) 772-4526
Date:  September 29, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE P. JAMES,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV-01-1015 |
| v. | : | |
| | : | (Judge Kane) |
| **YORK COUNTY POLICE** | : | (Magistrate Judge Mannion) |
| **DEPARTMENT; AGENT JAMES H.** | : | |
| **MORGAN; DET. RICHARD** | : | **Electronically Filed** |
| **PEDDICORD; DET. RAYMOND E.** | : | |
| **CRAUL; SGT. GENE FELLS; DET.** | : | |
| **ANTHONY GLOWCZEWSKI; AGENT** | : | |
| **RANDY SIPES; and AGENT BRIAN** | : | |
| **WESTMORELAND,** | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Timothy Keating, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 29, 2004, I caused to be served a true and correct copy of the foregoing document by depositing same in the United States Mail, first-class postage prepaid to the following:

Tyrone P. James, EX-9451
SCI Rockview
P.O. Box A
Bellefonte, PA  16823

Donald L. Reihart
3015 Eastern Boulevard
York, PA  17402-3026

Kristin G. Hogue
Office of the California Attorney General
110 West A Street, Suite 1100
San Diego CA 92101

                                               **s/Timothy Keating**
                                               **TIMOTHY KEATING**
                                               **Deputy Attorney General**