IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE P. JAMES<br>　　　Plaintiff,<br><br>v.<br><br>YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>　　　Defendants, | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion)<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ____ day of _____, 2004. Upon consideration of the motion of pro se, Plaintiff "Motion To Order The Department Of Correction, S.C.I. Rockview And The York County Prison To Turn Over Plaintiff's Medical Psychiatric Records To Produce As Evidence, To Show Injuries," it is hereby order that the Motions is Granted.

It is hereby Order, that counsel is appointed to represent plaintiff's in obtaining confidential psychiatric medical records, from the requested Institution, to present as evidence, in plaintiff's behalf to this Court.

BY THE COURT

_____
United States Judge