

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES<br>    Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 1:01-CV-1015<br>(Judge Kane)<br>(Magistrate Judge Mannion) |
| YORK COUNTY POLICE DEPARTMENT,<br>JAMES H. MORGAN, RICHARD PEDDICORD,<br>RAYMOND E. CRUAL, GENE FELLS,<br>DET. KESSLER, CO. BAYLARK,<br>RANDY SIPES, BRIAN WESTMORELAND,<br>and DETECTIVE GLOWCZESKI<br>    Defendants, | : : : : : : : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
OCT 0 5 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## APPENDIX IN SUPPORT AND EXHIBITS, 1-7.

1. Exhibit 1, Note Of Testimony, Agent Sipes, dated, September 12, 2001, pages 8-24.

2. Exhibit 2, Note Of Testimony, September 12, 2001, page 37, District Attorney Stinett, addressing the Court, that the, Contraband, was never send or forward to the Pennsylvania Crime Lab, but to Federal Forensic Scientist, in New York, contrary to Defendant Craul sworn statement under oaths, on the Affidavit Of Probable, on January 10, 2001, in D.J. Leppo Office.

3. Exhibit 3. Note Of Testimony, September 12, 2001, pages 39-42, Bail Bond hearing, before Judge John Thompson, Jr., in the Court of Common Pleas, York County.

4. Exhibit 4, Note Of Testimony, Trial, dated November 12-15, 2001, pp. 77-148, Agent Morgan.

5. Exhibit 5, Note of Testimony, Deposition Hearing, pages 76-44 and 76-128, and Court Reporter Corrections, held, May 25, 2004, at S.C.I. Rockview, Plaintiff.

6. Exhibit 6, Medical Records, S.C.I. Rockview, showing physical and emotional injuries: back, shoulder, knee, headaches, emotional and psychological distress; showing plaintiff's continuous back pain.

7. Exhibit 7, Taxable Activity Registration System, Account Inquiry, showing closure of Plaintiff's Business.