TYRONE P. JAMES V. YORK COUNTY POLICE DEPARTMENT, ET. AL.,

CASE ACTION NO. 01:01-CV-1015

EXHIBIT "2"

personnel in Pennsylvania are essentially being placed on alert to deal with evidence that is being gathered outside Pittsburgh in Somerset as a result of yesterday's tragedy.

I don't know that for fact because I have not confirmed it directly with the people who control these laboratories, but that is apparently what has occurred. And I didn't mean to interrupt you, but essentially is that what you're being told?

ATTORNEY SINNETT: She just told me that she had other duties and there's nobody that's available from that laboratory because they've all been reassigned to help out. I don't know if it's collection of evidence or just processing. They're all Federal employees so I don't know if they're there --

THE COURT: Federal or state?

ATTORNEY SINNETT: These are Federal employees from the DEA. It didn't go to the PSP Lab.

THE COURT: I'm sorry, I was referring to the PSP people.

ATTORNEY SINNETT: But I would imagine they're probably dealing with the same type of thing in New York City. I don't know that. All I know is we don't have one available, and I've asked the defense to stipulate and at least prior to when we came in here this

37