TYRONE P. JAMES V. YORK COUNTY POLICE DEPARTMENT, ET. AL.,

CASE ACTION NO. 01:01-CV-1015

EXHIBIT "3"

1   now that I will not be available the week of the 29th nor
2   the week of November 5th.  I am presently expecting
3   approval to extend my personal trial schedule through the
4   27th of November, but until I get approval and we can do
5   jurors, that's that.
6          ATTORNEY NERO:  I understand.
7          THE COURT:  So, not to say that there
8   wouldn't be another judge available to try the case.
9   Therefore, there will be a pretrial conference on October
10  9th at 9:00 o'clock and by that date I would expect to
11  have either other judges available or to adjust my
12  personal trial schedule to accommodate at least seven
13  additional days of trial time instead of ten.
14         We then have finally one other thing that
15  no one has really talked about and that is the motion to
16  reduce bail.  Frankly I had thought we may not need to
17  address that because I had thought we would proceed to
18  trial.  We're now not doing that so that's on the table.
19         ATTORNEY SINNETT:  Well, Your Honor, the
20  Commonwealth's position is it's obvious the Defendant has
21  ties to California, had documents concerning travel
22  throughout his wallet and throughout his personal
23  property at the time he was seized.  Obviously he's been
24  here for all court appearances because he's been
25  incarcerated the whole time, but due to the nature of the

1  substances we're talking about, we're talking about high
2  mandatory minimum sentences if imposed. The Defendant's
3  obviously, through his own mouth and through all the
4  documents that were seized from him, he's obviously a
5  flight risk to the Commonwealth. I don't believe the
6  bail should be lowered and it's necessary to ensure his
7  presence here. It's not as punishment or a figure set
8  because of the amount of drugs but rather to ensure that
9  he is present at the time the case is called to trial.
10       Also one other thing, Your Honor, we
11 indicated the Defendant, although now probably has
12 indicated in the report is an American citizen, he is
13 from -- at least mentions to the police he is from the
14 Virgin Islands meaning he would also have family contacts
15 outside the jurisdiction in that direction as well as
16 California.
17       ATTORNEY NERO: May I, Your Honor? Yes.
18 In fact, his wife is here. She lives in York. He has a
19 child here and has extensive ties here in York as well.
20 We're talking about bail of 2.5 million dollars. I
21 believe astronomical on the situation. I'm not asking
22 you to release him ROR or he be allowed to set his own
23 bail. I'm asking that the amount be reduced
24 significantly to a reasonable amount.
25       The fact is he does have ties here. That's

40

1   not controverted.  The facts submitted by the

2   Commonwealth -- The Virgin Islands is a U.S. territory

3   and he's also a United States citizen, and I believe at

4   the time when bail was set it was through contrary

5   evidence presented why bail was so high.  It was some

6   confusion about that.  I think that's agreed to by the

7   Commonwealth.  I'm asking that bail be reduced to a

8   reasonable amount.

9           THE COURT:  I can't tell quickly, was bail

10  set by this court another judge?

11          ATTORNEY SINNETT:  It was set by the

12  magistrate.  It was set after the arrest.  It was

13  $500,000 set by District Justice Leppo.  That was for the

14  fake package out of Eastern Boulevard, and District

15  Justice Haskell gave him a million on each charge

16  compounding them to be 2.5 mil.

17          When she was interviewed by Agent Morgan

18  and Agent Rios I believe of the Attorney General's

19  Office, she said that the Defendant doesn't live with

20  her, she has very fleeting contact with him via cell

21  phone when she needs something, but that he doesn't live

22  here contrary to the position that he told us.

23          We have three different Mail Boxes, Etc.,

24  applications, which the Commonwealth has seven different

25  places of employment, three different addresses in the

41

```
 1    York area.  Clearly his contacts are not as strong here
 2    as he is leading the Court to believe.
 3              THE COURT:  Under the circumstances, I'm
 4    not inclined to reduce bail.  That motion is refused.
 5                         *   *   *
 6                      END OF PROCEEDINGS
 7                         *   *   *
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```