TYRONE P. JAMES V. YORK COUNTY POLICE DEPARTMENT, ET. AL.,

CASE ACTION NO. 01:01-CV-1015

EXHIBIT "6"

# PHYSICIAN'S ORDERS

Drug Allergies: NKDA

Self-Medication Program ☐ Yes    ☐ No

Rakirew

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 5/26/04 0815 | B, C | Cardiac diet – see plan |
| | | Motrin 600 mg po tid prn × 90d      7-7-04 |
| | | BP ✓ q wk × 6 wk, then chart review c BP's |
| | | ASA 325 mg ī po qd; may take ī po qid prn in place of motrin → × 180d |
| | | Eulexlax ī po bid c̄ 8 oz H₂O ⎫ |
| | | Triam/HCTZ 37.5/25 ī po qd ⎬ × 180d |
| | | DP #1  10/04 ⎭ |
| | | [signature] Doll MD |
| | | CHRISTINA DOLL MD |
| | | noted 5-26-04 0830 [signature] RN |
| 7-22-04 0830 | 8 | MD line per pt rqst RE: Backpain    7/3/04 |
| | | Hydrocortisone 1% Cream AAA BID × 30 days |
| | | JOHN T SYMONS MD 7/22/04 1254    [signature] JANE DAVIS PAC |

**PLEASE USE BALL POINT PEN ONLY**

## PHYSICIAN'S ORDERS

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

James, Tyrone
EX9451
5-18-62
SCI-ROC

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7/30/04 1600 | | X-ray Lumbar spine – problem since 2001 was bumped by van Motrin 4-6 weeks F/U Back pain. Noted on cup 7/30/04 1425 — John T Symons MD |
| 8/19/04 0840 8/19/04 0950 | | Triamcinolone 0.1% cream AAA (Hands) am + hs × 30 days — John T Symons MD |
| 9/14/04 0925 | 10 10 | Motrin 600mg PO BID PRN × 60 days X-Ray ® Knee — Jane Davis PAC John T Symons MD 9/14/04 0935 |

PLEASE USE BALL POINT PEN ONLY

## PAST/PRESENT PROBLEMS (Do you now or have you ever had any of the following problems?)

| PROBLEM | YES | NO | PROBLEM | YES | NO | PROBLEM | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Hearing Loss | | ✓ | Back Pain | ✓ | | Asthma | | ✓ |
| Vision Problem | ✓ | | Voiding | | | Hypertension | ✓ | |
| Glaucoma | | ✓ | Thyroid Trouble | | | Dizziness | | |
| Mult. Sex Partners | ✓ | | Rheumatic Fever | | | Gall Bladder | | |
| Genital Herpes | | | Heart Murmur | | | Diabetes Mellitus | | |
| Syphilis | | | Hay Fever | | | Cancer | | |
| Gonorrhea | | | Hepatitis | | ✓ | T.B. | | |
| Venereal Warts | | | Tooth or Gum | ✓ | | HIV | | |
| Blackouts | | | Anemia | | | Weight Loss | | |
| Seizures | | | Arthritis | | | Weight Gain | | |
| Severe Headaches | | | Ulcers | | | Head Injury | | |
| Epilepsy | | | Pneumonia/URI's | | | Frequent Colds | | |
| Pain/Pressure in Heart | | | Emphysema | | | Fractures | | |
| Pounding Heart | | | Movement Difficulty | | | Swollen Joints | | |
| Kidney Trouble | | | Paralysis | | | Painful Joints | | |
| Blood in Urine | | | Numbness | | | Joint Replacement | | |
| Hemorrhoids | | | Weakness | | | Night Sweats | | |
| Lymph Nodes | | ✓ | Pediculi | | ✓ | Hernia | | ✓ |

## DRUG USAGE (PAST AND PRESENT)

| (check as appropriate) | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Steroids | | ✓ | Barbiturates | | ✓ |
| Alcohol | ✓ | ✓ | Tranquilizers | | ✓ |
| Heroin | | | Tobacco | | ✓ |
| Marijuana | | ✓ | Amphetamines | | ✓ |
| LSD | | ✓ | Cocaine/Crack | | ✓ |

**METHOD OF DRUG USE** (Check as appropriate)

| Smoke | |
|---|---|
| IV | |
| Inhale | |
| Ingest | ✓ |

Amount and Frequency of drugs used: _Occasional drink_

When was the last time drugs were used? (Specify date and time) _5 yrs_

Any visible signs of drug withdrawal? (extreme perspiration, pinpoint pupils, shakes, nausea, etc.) _None_

Any problems after discontinuation of drug use? (Convulsions, flashbacks, etc). _denies_

Comments: _____

# INITIAL RECEPTION SCREENING

Reception Date: 3/14/02    Social Security #: 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    SCI: CAM

Name: James, Tyrone    I.D.#: EX9451
       Last          First         M.I.

Date of Birth: 5/18/62    Race (circle one): W (B) H A Native Am. Other

Private Insurance: YES (NO)    If yes, identification number: ____    Responsible party: ____

Height: 5'8"    Weight: 210    BP: 128/92    TPR: 98.5 - 80 - 20

Interpreter needed: (circle one) YES (NO)    Language: ____

Next of kin: (name) Laverne James    Relationship: Wife
(address) 565 W. Market St. York Pa 17404    (phone) 717-843-1624

## MEDICAL HISTORY

Family Physician: (name and address) denies

Allergies: NKA

Current Diagnosis: ↑ Cholestrol, HTN

Current Medications (name, dosage, frequency): Maxide 25mg po q d, Lopid 200 mg BID

Special Health Requirements (including Dietary): denies

Past Hospitalizations: (Date, Name & Location of Hospital, Reason(s) for admission) 1982 2° burns Rt. - St. Josephs - Los Angeles, Calif.

## FAMILY HISTORY

| List family members who have had the following: | Family Member | None | Unknown |
|---|---|---|---|
| Diabetes | | | ✓ |
| Heart Disease/Attack | | | ✓ |
| High Blood Pressure | Mother | | |
| Cancer (specify) mother-breast | Father - liver | | |
| Blood Disease (specify) | | ✓ | |
| Arthritis | | ✓ | |
| Hepatitis | | ✓ | |
| Epilepsy/Seizure Disorder | | ✓ | |
| Sickle Cell Disease | | ✓ | |
| TB | | ✓ | |

| | | Cause of Death |
|---|---|---|
| Father | Living ___ Deceased ✓ | Cancer |
| Mother | Living ___ Deceased ✓ | HTN Cancer |
| Siblings Total No. 5 | Living ✓ Deceased ___ | |

**Initial Reception Screening**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-471**

Inmate Name: JAMES, TYRONE

Inmate Number: EX9451

DOB: 05/18/1962

Facility:

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.2945

(Handwritten medication administration record — illegible handwriting)

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES | ORIGINAL ORDER / DISCONTINUE | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/04 | 96787 | TRIAM/HCTZ 37.5/25 TABLET SUB FOR: MAXZIDE-25MG TABLET DOLL TAKE 1 TABLET ORALLY ONCE DAILY | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/22/04 96787 | | FIBER-LAX TABLETS SUB FOR: FIBERCON TABLET DOLL TAKE 2 TABLETS ORALLY 2 TIMES DAILY WITH 8OZ OF WATER | 4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/24/04 96787 | | ASPIRIN 325MG TABLET DOLL, CHRISTINA TAKE 1 TABLET ORALLY ONCE DAILY, UP TO 2 TABS (650MG) 4 TIMES DAILY AS NEEDED IN PLACE OF MOTRIN | 6AM P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/24/04 96787 | | IBUPROFEN 600MG TABLET SUB FOR: MOTRIN 600MG TABLET DOLL TAKE 1 TABLET ORALLY 3 TIMES DAILY AS NEEDED | 12PM 4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

handwritten notes: Triamcinolone 0.1% oint. AAA BID
HC 1% cream AAA BID



INMATE NAME AND NUMBER | LOCATION 3C | DATE OF BIRTH OR SOC. SEC. NO. 05/18/1952 | ALLERGIES NO KNOWN ALLERGIES | FACILITY | CHARTING FOR 08/01/04 | THROUGH 08/31/04 | DIAGNOSIS