TYRONE P. JAMES V. YORK COUNTY POLICE DEPARTMENT, ET. AL.,

CASE ACTION NO. 01:01-CV-1015

EXHIBIT "7"

```
TARGM001 - TAR        Taxable Activity Registration System           10/09/03
TARGP001 - AI              Account Inquiry                              15:09
                                                           CMNTS
TIN : 11710880    Seq : 001 Tat : SR  Ind Y Dist :  AS  Acct : 097 551875
Inq Date : 03 31 01 Creation Date : > 06 04 99 #Tot Subs : 2     Active :

Start Date :   06 15 99 Basis : Q    Bus Code : 79   Acct Char :  +
  C/O Date : > 03 31 01 Transfer Info: >  Security :  +  EFT : +  TPI :

Taxpayer: + 1ST IMPRESSION ENTERPRISE, INC.                 Owner Code: C
    DBA: + T.J. FAMILY SALON
Location + St: 315-317 W. FLORENCE AVE.        ,     Ph: + 323 936 1082
         City: INGLEWOOD                   ST: CA Zip: 90301 0000
Tax Area Code: 19 000 036 0000
         Attn:
   Mail + Str: 1800 SOUTH ROBERTSON STE #402
         City: LOS ANGELES                 ST: CA Zip: 90035 0000

     EDD:    Dist File:    BRP:    ABC : + Return Type: 1 6015: + Tar Cd: +
 Mail In:    Acctant: +            Spec Proc:   Susp Auto Bill:   SRC: 03 2006
Go
F1=Help,F2=OFCR,F3=Retn,F4=Menu,F6=HIST,F7=BRSUB,F8=NCPRT,F10=INFO,F11=CMNTS
F12=Flip
```

```
TARGM001 - TAR         Taxable Activity Registration System           10/09/03
                              Sub Account Browse
  TARGM003                                                             10/09/03
  TARGN003
 Master Account:    97 551875              Last Sub Number:    2
 Start from Sub:              Enter 'X' to browse by taxarea:
 Active or Closeouts:
  Sub  Dist  Start            Street             City           Tax Area
  Acct. Loc  Date C                                             Code
  00001 AS   06 99 *  315-317 W. FLORENCE AV  INGLEWOOD       19019-036-0000
  00002 AS   06 99 *  531 W. PICO BLVD.       LOS ANGELES     19050-036-0000




      Enter-PF1----PF3----PF7----PF8---     C = Closed Out Sub Account
           HELP RETN  BKWRD FRWRD           Sticky cursor to select a sub


F1=Help,F2=OFCR,F3=Retn,F4=Menu,F6=HIST,F7=BRSUB,F8=NCPRT,F10=INFO,F11=CMNTS
F12=Flip
```

Tyrone James
EX4451
P.O. Box A
Bellefonte, PA 16823-0820



Legal Mail

Office of The Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

INMATE MAIL
PA DEPT OF
CORRECTIONS