Tyrone James
62154
York County Prison
3400 Concord Rd.
York, PA 17402

October 26, 2004

Clerk of The Court
United States District Court
For The Middle District of Pennsylvania
228th Walnut Street
York, PA 17108

Civil No. 01:10-CV-1015

**FILED**
HARRISBURG, PA

NOV 2 2004

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

Dear Clerk of Court,

    On October 13, 2004, I was transferred by Sheriffs, from SCI-Rockview, to the York County Prison, to attend a Post-Conviction, Evidentiary Hearing, on my criminal matter, at the Common Pleas Court of Pennsylvania, York County, before the Honorable Judge, John Kennedy. The matter was continued until November 19, 2004. I was also ordered by the Judge, to remain in the York County Prison, for one week, to confer with my attorney. A week has past and I am still here.

    Therefore, I am informing this Honorable Court of my new address. Please forward all correspondence to the address listed above. If for some reasons I am transferred back to SCI-Rockview, before I attend court on November 19, 2004, I will immediately informed this court.

    I thank you for your cooperation in this matter.

Sincerely,

Tyrone James
62154    (EX 9451)

cc. file,
Tyrone James (Plaintiffs)

"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

Tyrone James
62154
York County Prison
3400 Concord Road
York, PA 17402

Legal Mail

Clerk of The Court
United States District Court
For The Middle of Pennsylvania
U.S. Courthouse
228th Walnut Street
Harrisburg, PA 17108