December 9, 2004

Tyrone James
EX9451
P.O. Box A
Bellefonte, PA 16823-0820

FILED
HARRISBURG, PA
DEC 13 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Clerk of The Court/Office of The Clerk
United States District Court
U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108.

Re: 01-CV-1015.

Dear Clerk of Court,

Please note my address change. Please Forward all Future Correspondence To The address Listed above. Thank you.

Sincerely

Tyrone James EX9451

cc: Tyrone James (Plaintiff)
    file

P.S. I Recently Filed a Section 1983 with this Court, From The York County Prison; Please note also my address change. Thank you. [Docket statement



NAME: Tyrone James
NUMBER: EXG451
BOX A
BELLEFONTE, PA. 16823-0820

Legal Mail

Clerk of The Court / Office of The Clerk
United States District Court
U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108