

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                               :

          Plaintiff                            :      CIVIL ACTION NO. 1:01-1015

V.                                             :      (KANE, D.J.)
                                               :      (MANNION, M.J.)
YORK CITY POLICE                               :
DEPARTMENT, AGENT
JAMES H. MORGAN, DET.                          :
RICHARD PEDDICORD, DET.
RAYMOND E. CRAUL, SGT.                         :
GENE FELLS, DET. KESSLER, DET.
GLOWCZESKI, AGENT BRIAN                        :
WESTMORELAND, AGENT RANDY SIPES,
C/O BAYLARK,                                   :

          Defendants                           :

FILED
HARRISBURG, PA

MAR 21 2005

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

## MOTION FOR LEAVE TO FILE AN AMEND COMPLAINT

Plaintiff's, Tyrone P. James, pursuant to Federal Rule Of Civil Procedure, Rules 15(a)(b) and (c), requests leave to file an Amended Complaint, "Relate back," to the filing of the original Complaint to substitutes party name "misnomer," and adding a party.

1. The Plaintiff's original Complaint, filed June 9, 2001; named York County Police Department has Defendant.

2. Since the filing of the Complaint, Plaintiff has determined that the name of York County Police Department, Defendant, should be amended to reflect the identity has "York City Police Department." Defendant was improperly named in the original Complaint and perhaps served a summons with this "wrong" name.

3. Plaintiff's wish to add the following Defendant, City Of York, has a Defendant. Defendant a Municipality, responsible for the hiring and training of officers, have the power to correct any constitutional violation and the Duty To Act.

4. Federal Rule Civil Procedure, Rule 15(c), which states, that, "An Amended Complaint changing parties "Relating back" to the time of filing of the original Complaint, if the two complaint deal with the same subject matter,

if the new defendant received adequate notice of the action within the time limit for service of process, (i.e. 120 days after filing). **Schiavone v. Fortune**, 477 U.S. 21, 29, 106 S.Ct. 2379 (1989). Defendant knew or should have know that they were the intended defendants.

The Rule also provides that the claim relate back, if the relevant statutes of limitation would permit it to relate back. Since the § 1983 actions use state statutes of limitations, state "Relation back" law can be applied. See **Maritt County of Los Angeles**, 875 F.2d 765, 768 (9th Cir. 1989)(relation back does not require timely notice to the new defendant under California law); **Wilson v. City of Atlantic City**, 142 F.R.D. 603, 605 (D.N.J. 1992).

5. The Court should grant leave freely to Amend Complaint. **Foman v. Davis**, 371 U.S. 178, 182 (1962). Rule 15(c) is sufficient to permit correction. **Washington v T.C. & Y Stores, Co.**, 324 F.Supp 849, 855 (W.D. Ca. 1971); and **Marinari v. Dunleavy**, 86 F.R.D. 127, 130-131 (E.D.Pa. 1980).

**Dated:** March 11, 2005.

Respectfully submitted,

*Tyrone James*

Tyrone P. James

EX 9451
P.O. Box A
Bellefonte, PA 15823-0820

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                          :

        Plaintiff                 :    CIVIL ACTION NO. 1:01-1015

    V.                                  :    (KANE, D.J.)
                                          :    (MANNION, M.J.)
YORK CITY POLICE                          :
DEPARTMENT, AGENT
JAMES P. MORGAN, DET.                     :
RICHARD PEDDICORD, DET.
RAYMOND E. CRAUL, SGT.                    :
GENE FELLS, DET. KESSLER, DET.
GLOWCZESKI, AGENT BRIAN                   :
WESTMORELAND, AGENT RANDY SIPES,
C/O BAYLARK,                              :

        Defendants                :

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's "Motion For Leave To File An Amended Complaint," in manner set forth below to the following, by placing said Legal mail into a legal envelop, by deposited into the institutional mail box, and turning over said documents to prison officials for mailings, on March 11, 2005.

I certify under penalty of perjury that the foregoing is true and correct; pursuant to 28 U.S.C.§ 1746.

BY FIRST CLASS U.S. MAIL:

Timothy P. Keating, Esquire           Donald L. Reihart
Office Of Attorney General            3015 Esatern Boulevard, Suite 204
15th Floor, Strawberry Square         York, PA 17402-3026
Harrisburg, PA 17120


Carole J. McGraw, Esquire             Frank J. Lavery, Jr., Esquire
110 W. A Street, Suite 1100           Devon M. Jacob, Esquire
San Diego, CA 92101                   LAVERY FAHERTY, YOUNG
                                      & PATTERSON, P.C.
                                      P.O. Box 1245
                                      100 Pine Street
                                      Harrisburg, PA 17108-1245

Tyrone James

Tyrone P. James
EX 9451, P.O. Box A
Bellefonte, PA 16823-0320



Name: Tyrone James
Number: EX9451
Box: A
Bellefonte, Pa. 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

GREETINGS FROM
ROCK

$ 00.37⁰
MAR 18 2005
MAILED FROM ZIP CODE 16823

02 1A
0004383958

Office of The Clerk
United States District Court
Middle District of Pennsylvania
228ᵗʰ Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Legal Mail.