UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE P. JAMES, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:01-1015 |
| v. | : | (KANE, D.J.) |
| | | (MANNION, M.J.) |
| YORK CITY POLICE DEPARTMENT, AGENT JAMES H. MORGAN, DET. RICHARD PEDDICORD, DET. RAYMOND E. CRAUL, SGT. GENE WELLS, DET. GESSLER, DET. GLOWCZESKI, AGENT BRIAN WESTMORELAND, AGENT RANDY SIPES, C/O BAYLARK, | : | |
| Defendants | : | |

ORDER

AND NOW, upon consideration, of the foregoing motion, IT IS HEREBY ORDERED, that the Plaintiff's "Motion For Leave To File Amended Complaint," is GRANTED.

BY THE COURT

_____

U.S. District Judge, Yvette Kane