UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,

    Plaintiff : CIVIL ACTION NO. 1:01-1015

V. : (KANE, D.J.)
: (MANNION, M.J.)

YORK CITY POLICE
DEPARTMENT, AGENT
JAMES H. MORGAN, DET.
RICHARD PEDDICORD, DET.
RAYMOND E. CRAUL, SGT.
GENE FELLS, DET. KESSLER, DET.
GLOWCZESKI, AGENT BRIAN
WESTMORELAND, AGENT RANDY SIPES,
C/O BAYLARK,

    Defendants

FILED
HARRISBURG, PA

APR 11 2005

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, Plaintiff's Tyrone P. James, pro se, respectfully moves this Honorable Court, for the, "Assignment Of Counsel," to represent him in the above captioned matter, and avers the following in support thereof:

1. Plaintiff is presently confined at the State Correctional Institution at Rockview, Box A, Bellefonte, PA 16923

2. Plaintiff is unable to obtain funds from anyone including his family and associates by way of compensation for counsel, and represent that the answer to the following question are true and correct to the best of his personal knowledge, information and belief,

    (A) Do you have any money? yes ( ) No (x) if so, how much? __0__

    1) In the custody of the Warden? Yes ( ) No (x)

    2) Any where? __None__

    (B) Do you own an automobile? Yes ( ) No (x)

    (C) Do you own any Real Estate? Yes ( ) No (x)

    (D) Do you own any other property or do you have any other assets? Yes ( ) No (x)

    1) If yes, state description and value of property; __None__

(E) Does anyone owe you money?  Yes ( )  No (x)

1) If yes, state the name of person(s), address and the amount he/she owes you; ___None___

(F) If married, what is the name, address and age of your wife?  Ms. Lavern James, 563 West Market Street, York, Pa 17404; Age, 39.

(G) Do you have any children?  Yes (x)  No ( )

(3) Plaintiff is unable to obtain Counsel to defend himself in this matter for the reason that he is without funds and is presently incarcerated. See Exhibit A; Letter from Attorney.

(4) I have not been previously represented by an attorney in this above captioned matter.

WHEREFORE, Plaintiff prays that this Honorable Court Grant this application and assign Counsel to represent him in the entitled civil matter without a fee to the plaintiff.

Date: April 1, 2005.

Respectfully submitted,

*Tyrone James*

Tyrone P. James, (Plaintiff)

EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                           :
                                           :
        Plaintiff                          :    CIVIL ACTION NO. 1:01-1015
                                           :
    v.                                     :    (KANE, D.J.)
                                           :    (MANNION, M.J.)
YORK CITY POLICE                           :
DEPARTMENT, AGENT                          :
JAYSON W. MORGAN, DET.                     :
RICHARD PEDDICORD, DET.                    :
RAYMOND J. CRAUL, SGT.                     :
GENE FELLS, DET. KESSLER, DET.             :
GODFREYSKI, AGENT BRIAN                    :
WESTMORELAND, AGENT RANDY SIPES,           :
C/O GAYLARK,                               :
                                           :
        Defendants                         :

## VERIFICATION

I, Tyrone P. James, the Plaintiff, pro se, verifies that the statements made in the foregoing documents are true and correct to the best of my personal knowledge, information and belief. I understand that any false statements herein are made subject to the penalties of 18 U.S.C. § 1746, relating to unsworn falsification to authorities.

Date: April 1, 2005

                                    _Tyrone James_
                                    Tyrone P. James

                                    DK 0431
                                    P.O. Box A
                                    Bellefonte, PA 16823-0820

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                          :
                                          :
         Plaintiff                        :    CIVIL ACTION NO. 1:01-1015
                                          :
    v.                                    :    (KANE, D.J.)
                                          :    (MANNION, M.J.)
YORK CITY POLICE                          :
DEPARTMENT, AGENT                         :
JAMES A. DOBOSH, DET.                     :
RICHARD PEDDICORD, DET.                   :
RAYMOND L. CRITES, AGT.                   :
GENE FELLS, DET. KESSLER, DET.            :
GLATFELTER, TROOPER                       :
WESTMORELAND, AGENT RANDY SIPES,          :
C/O BRENNAN,                              :
                                          :
         Defendants                       :

## PROOF OF SERVICE

I, the undersigned hereby certify that a true and correct copy of the foregoing application was served upon the parties listed below by United States First-Class Mail. I further understand that any false statements made herein are subject to the penalties of 28 U.S.C. § 1746.

Service was made this ___1st___ day of ___April___, 2005.

Timothy P. Keating, Esquire
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

Carole J. McGraw, Esquire
110 W. A. Street, Suite 1100
San Diego, CA 92101

Donald L. Reihart, Esquire
3015 Eastern Boulevard, Suite 204
York, PA 17402-3025

Frank J. Lavery, Jr., Esquire
Devon M. Jacob, Esquire
LAVERY FAHERTY YOUNG
& PATTERSON P.C.
P.O. Box 1245, 225 Market Street
Harrisburg, PA 17108-1245

_Tyrone James_
Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Tyrone P. James                                        April 1, 2005
EX 3451
P.O. Box A
Bellefonte, PA 16823-0820

Clerk of Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Civil Action NO: 1:01-CV-1015

Dear Sir/Madam

    Good day and Hello!  Enclosed you will find a Motion, "For Appointment Of Counsel." Please enter docket and send me a copy of the docket entry, the mentioned civil action.  Thank you.

    Once again, thank you for your help and consideration with this matter.

                                          Sincerely

                                        Tyrone P. James
                                        EX 3451

CC/file.

Tyrone P. James                                  April 1, 2005
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Honorable Judge, Yvette Kane
United States District Court
Middle District Of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Civil Action NO: 1:01-CV-1015

Dear Honorable Judge, Yvette Kane,

    Good day and Hello! Enclosed you will find a motion, "For Appointment Of Counsel," filed with the Clerk of Courts, United States District Court For the Middle District of Pennsylvania. Additional copies were forward to Attorneys for the Defendants.

    Once again, thank you for your help and consideration with this matter.

                                              Sincerely

                                              *Tyrone James*

                                              Tyrone P. James
                                              EX 9451

CC/File.

INMATE MAIL
PA DEPT OF
CORRECTIONS

Tyrone James
EX9451
P.O. Box A
Bellefonte, PA 16823-0820

Office of The Clerk
United States District Court
For Middle District of Penn.
228th Walnut Street
P.O. Box 983
Harrisburg, PA 17108

Legal Mail