UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                          :
      Plaintiff                       :   CIVIL ACTION NO. 1:01-1015
  V.                                      :
                                                     (KANE, D.J.)
YORK CITY POLICE                          :   (MANNION, M.J.)
DEPARTMENT, AGENT
JAMES H. MORGAN, DET.                     :
RICHARD PRONTFORD, DET.
RAYMOND E. CRAUL, SGT.                    :
GENE FELLS, DET. KESSLER, DET.
GLOWCZESKI, AGENT BRIAN                   :
WESTMORELAND, AGENT RANDY SIPES,
C/O BAYLARK,                              :

      Defendants                      :

<u>ORDER</u>

AND NOW, this _____ day of _____, 2005, upon due consideration of the Plaintiff's Application for "Appointment of Counsel" and it appear that Plaintiff is entitled to assigned counsel, IT IS HEREBY, ORDER & DECREED that the application is <u>GRANTED</u>. The Court hereby assigns _____, Esq., with the address of _____ to represent Plaintiff in the above captioned matter at a rate to be determined by the Court.

BY THE COURT

_____
Judge Yvette Kane, M.D.PA.