FILED
HARRISBURG, PA
APR 28 2005
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

Tyrone James
EX9451
P.O. Box A
Bellefonte, PA 16823-0820

April 25, 2005

RE: Civil Action 1:01-CV-1015
No. 1:04-2630

Dear Honorable Judge Yvette Kane,

Good Day! I am writing you this letter and is tottally nervous. I strongly feel, That I am a Target here at SCI-Rockview and has been harassed by Prison Officials, for bringing several law suit, against several Commonwealth defendants.

On March 29, 2005, the Magistrate Judge's issued or Granted me 45 days, To Answer Defendants Motion To Dismiss.

On April 25, 2005, about 6:30 p.m.; I went to the law library, To continued my research, and my cell was ramsack and all my legal paper search, outside my present. The officials here, alleged, That this was a Investigative search. My question was why did they conducted this search outside my present and waited until I went to the law library?

I am still trying to conduct researches and to answer the Defendants Motion To Dismiss; but I am having difficulty conducting research and answering these Motions; Furthermore, I strongly feel, That, I had been and State officials are trying to intimate a Federal witness, For exercising his Constitutional Rights.

I need your help in this matter. Writting this Letter, I am not sure if this letter will get to you, but if this do, Please conduct a Thorough Investigation, into this matter. Thank you for your kindness and graciously await your response. God Bless you.

P.S. This Institution are know for Tampering with Inmate legal mail.
cc: Tyrone James (Plaintiff)

Sincerely
Tyrone James



Name: Tyrone Jones
Number: EX94451
Box A
Bellefonte, Pa. 16823

Legal mail

Honorable Judge Yvette Kane
United States District Court
For The Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108-0983

INMATE MAIL
PA DEPT OF
CORRECTIONS