AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

TYRONE P. JAMES

                                              JUDGE YVETTE KANE

          v.                        CASE NUMBER: 1:01-CV-1015

YORK COUNTY POLICE DEPARTMENT, JAMES H. MORGAN, RICHARD PEDDICORD, RAYMOND E. CRAUL, GENE FELLS, DET. KESSLER, CO. BAYLARK, RANDY SNIPES, BRIAN WESTMORELAND, and DETECTIVE GLOWCZESKI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of defendants Morgan, Westmoreland, Peddicord, Craul, Glowczewski, Kessler and Fells and against the plaintiff, Tyrone P. James on all claims.

Date: MAY 6, 2005                                 Mary E. D'Andrea, Clerk of Court

                                                            (By) SHAWNA L. CIHAK, Deputy Clerk