NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT: <u>MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG, PA.</u>

U.S. TAX COURT [ ]                                CIRCUIT COURT
                                                  DOCKET NO.   _____
                                                               (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

|                                    | DISTRICT or |              |
|------------------------------------|-------------|--------------|
| Tyrone P. James v.                 | TAX COURT   |              |
| York City Police Department;       | DOCKET NO.  | 1:01-CV-1015 |
| Agent James H. Morgan;             |             |              |
| Detective Richard Peddicord;       |             |              |
| Detective Raymond E. Craul;        | DISTRICT or |              |
| Detective Kessler;                 | TAX COURT   |              |
| Randy Snipes;                      | JUDGE       | Yvette Kane  |
| Brian Westmorland;                 |             |              |
| Detective Glowczeski               |             |              |

Notice is hereby given that Tyrone P. James appeals to the United States Court of Appeals for the Third Circuit from the Judgment entered in this action on: May 6, 2005

DATED: June 1, 2005

Tyrone P. James, EX-9451                Donald Reihart, Esq.
SCI Rockview                            3015 Eastern Blvd, York, PA. 17402
P.O. Box A                              (717) 755-2799
Bellefonte, PA. 16823-0820              Timothy Keating, Esq.,
                                        15th Floor, Strawberry Square
                                        Harrisburg, PA. 17120
                                        (717) 783-1471
                                        Kristen Hogue, Esq.
                                        110 W. A St., Ste. 1100
                                        San Diego, CA. 92101
                                        (619) 645-2024
                                        (Counsel for Appellee)