UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES, :

    Plaintiff                  :    CIVIL ACTION NO. 1:01-1015

V.                                 :    (KANE, D.J.)
                                      (MANNION, M.J.)

YORK CITY POLICE
DEPARTMENT, AGENT
JAMES H. MORGAN, DET.
RICHARD PEDDICORD, DET.
RAYMOND E. CRAUL, SGT.
GENE FELLS, DET. KESSLER, DET.
GLOWCZESKI, AGENT BRIAN
WESTMORELAND, AGENT RANDY SIPES,
C/O BAYLARK,

    Defendants

FILED
HARRISBURG, PA
JUN 01 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## NOTICE OF APPEAL

Notice is hereby given that Tyrone P. James, plaintiff in the above-entitled matter, appeal to the United States Court of Appeals For The Third Circuit from the Final Judgment enter in this action on May 6, 2005; and previous ruling dated February 20, 2002, (order denying appointment of counsel; and subsequent orders); and the Order dated May 4, 2004, denying Motion To Compel Discovery and subsequent orders.

Date May 29, 2005

                                        *Tyrone James*
                                        Tyrone P. James

                                        EX 9451
                                        P.O. Box A
                                        Bellefonte, PA 16823-0820

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE P. JAMES,                               :

      Plaintiff                         :   CIVIL ACTION NO. 1:01-1015

V.                                             :   (KANE, D.J.)
                                                   (MANNION, M.J.)
YORK CITY POLICE                               :
DEPARTMENT, AGENT
JAMES H. MORGAN, DET.
RICHARD PEDDICORD, DET.
RAYMOND E. CRAUL, SGT.                         :
GENE FELLS, DET. KESSLER, DET.
GLOWCZESKI, AGENT BRIAN                        :
WESTMORELAND, AGENT RANDY SIPES,
C/O BAYLARK,                                   :

      Defendants                        :

## CERTIFICATE OF SERVICE

I, Tyrone P. James, Plaintiff's, pro se, hereby certified that, I am this day serving a true and correct copy to assigned counsel's "Notice Of Appeal," in manner set forth below to the following, by placing said Legal mail into a legal envelop, by deposited into the institutional mail box, and turning over said documents to prison officials for mailings, on May 29, 2005.

I certify under penalty of perjury that the foregoing is true and correct; pursuant to 28 U.S.C.§ 1746.

BY FIRST CLASS U.S. MAIL:

Timothy P. Keating, Esquire
Office Of Attorney General
15th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120

Donald L. Reihart, Esquire
3015 Eastern Boulevard, Suite
York, Pennsylvania 17402-3026

Carole J. McGraw, Esquire
110 W. A. Street, Suite 1100
San Diego, California 92101

Frank J. Lavery, Jr., Esquire
Devon M. Jacob, Esquire
LAVERY FAHERTY YOUNG, & PATTERSON P.C.
P.O. Box 1245, 100 Pine Street
Harrisburg, Pennsylvania 17108-1245

/s/ Tyrone James
Tyrone P. James
EX 9451
P.O. Box A
Bellefonte, PA 16823-0820

Name: Tyrone Jones
Number: EX9481
Box A
Bellefonte, Pa. 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

Legal Mail

Office of The Clerk
United States District Court
For The Middle District of Pennsylvania
228th Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108-0983