**OFFICE OF THE CLERK**

# UNITED STATES COURT OF APPEALS

**Marcia M. Waldron**
**Clerk**

**FOR THE THIRD CIRCUIT**
**21400 United States Courthouse**
**601 Market Street**
**Philadelphia, PA 19106-1790**

**Telephone**
**267-299-4923**

**www.ca3.uscourts.gov**

June 13, 2005

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 05-2852**
**James vs. York Cty Police**
**D. C. No. 01-cv-01015**

Dear Mrs. D'Andrea:

Receipt is acknowledged on 6/8/05, of notice of appeal filed with the district court on 6/7/05, in the above-captioned case.

Since the notice of appeal filed on 6/7/05 is unnecessary, this notice will not be given a new number but will be placed in the file.

Very truly yours,
MARCIA M. WALDRON
Clerk

By:  Charlene Crisden
Case Manager

cc:
Mr. Tyrone P. James
Donald L. Reihart, Esq.
Timothy P. Keating, Esq.
Kristin G. Hogue, Esq.