01-CV-1015

```
Mon Aug  1 10:48:00 2005

    UNITED STATES DISTRICT COURT
       SCRANTON      , PA
Receipt No.  333 102576
Cashier          tanya
Tender Type  CHECK
Check Number: 2322
Transaction Type   AR
D0 Code    Div No      Acct
 4667        3        5100PL
Amount              $    48.84
    SCI ROCKVIEW BOX A BELLEFONTE, PA 16
823
   PARTIAL FILING FEE 01-CV-1015 TYRONE
JAMES



        bn
```

FILED
SCRANTON

AUG  1 2005

Per_____
       DEPUTY CLERK

AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA        :
                                    :
                                    :
COUNTY OF    Centre                 :  CIVIL ACTION NO.    05-2852

I, Francis M. Dougherty           being duly sworn, depose and say:

(1) I am employed as <u>Business Manager</u> at <u>SCI - Rockview</u>.
    I have served in that capacity since <u>December 22, 19 91</u>.

(2) The plaintiff, <u>Tyrone James</u>     Reg. No. <u>EX-9451</u>
    is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:
    a. Prison account
        1. Present balance:                           $    169.59
        2. Total amount of deposits during
           six months preceding the filing
           of the complaint:                          $  1,178.02
        3. Average monthly balance:                   $    244.22
        4. Average monthly deposits:                  $    196.34
    b. Employment
        1. Institution employment:                    $    320.04
        2. Average monthly deposits:                  $     53.34
    c. Other resources:

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's
    account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my
    knowledge, information and belief.

                                           _Francis M. Dougherty_____
                                           Francis M. Dougherty, Business Manager

**Tyrone James, EX-9451**

AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 1/14/2005 | $ - | $ 50.00 | $ 50.00 |
| 1/28/2005 | - | 50.00 | 50.00 |
| 2/4/2005 | 50.40 | - | 50.40 |
| 2/14/2005 | - | 17.98 | 17.98 |
| 2/22/2005 | - | 50.00 | 50.00 |
| 3/4/2005 | 47.88 | - | 47.88 |
| 3/15/2005 | - | 120.00 | 120.00 |
| 3/23/2005 | - | 175.00 | 175.00 |
| 4/7/2005 | 55.32 | - | 55.32 |
| 4/12/2005 | - | 25.00 | 25.00 |
| 4/25/2005 | - | 100.00 | 100.00 |
| 5/2/2005 | - | 50.00 | 50.00 |
| 5/5/2005 | 54.18 | - | 54.18 |
| 5/13/2005 | - | 10.00 | 10.00 |
| 5/18/2005 | - | 30.00 | 30.00 |
| 5/23/2005 | - | 40.00 | 40.00 |
| 5/27/2005 | - | 100.00 | 100.00 |
| 6/8/2005 | 29.18 | - | 29.18 |
| 6/9/2005 | 25.00 | - | 25.00 |
| 6/17/2005 | - | 30.00 | 30.00 |
| 7/7/2005 | 58.08 | - | 58.08 |
| 7/15/2005 | - | 10.00 | 10.00 |
| TOTALS | $ 320.04 | $ 857.98 | $1,178.02 |
| AVG | $ 53.34 | | $ 196.34 |

AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | 6 MONTH AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/2005 | $ 338.13 | 2/14/2005 | $ 285.97 | 3/17/2005 | $ 211.53 | 4/17/2005 | $ 229.90 | 5/18/2005 | $ 211.78 | 6/18/2005 | $ 235.34 | |
| 1/15/2005 | 338.13 | 2/15/2005 | 285.97 | 3/18/2005 | 211.53 | 4/18/2005 | 228.84 | 5/19/2005 | 208.42 | 6/19/2005 | 235.34 | |
| 1/16/2005 | 338.13 | 2/16/2005 | 284.74 | 3/19/2005 | 211.53 | 4/19/2005 | 228.84 | 5/20/2005 | 208.42 | 6/20/2005 | 233.59 | |
| 1/17/2005 | 338.13 | 2/17/2005 | 284.74 | 3/20/2005 | 211.53 | 4/20/2005 | 200.38 | 5/21/2005 | 208.42 | 6/21/2005 | 233.59 | |
| 1/18/2005 | 335.93 | 2/18/2005 | 255.40 | 3/21/2005 | 207.58 | 4/21/2005 | 200.38 | 5/22/2005 | 208.42 | 6/22/2005 | 193.84 | |
| 1/19/2005 | 310.40 | 2/19/2005 | 255.40 | 3/22/2005 | 207.58 | 4/22/2005 | 199.32 | 5/23/2005 | 240.42 | 6/23/2005 | 191.40 | |
| 1/20/2005 | 310.40 | 2/20/2005 | 255.40 | 3/23/2005 | 329.34 | 4/23/2005 | 199.32 | 5/24/2005 | 233.97 | 6/24/2005 | 188.60 | |
| 1/21/2005 | 310.40 | 2/21/2005 | 255.40 | 3/24/2005 | 324.09 | 4/24/2005 | 199.32 | 5/25/2005 | 210.43 | 6/25/2005 | 188.60 | |
| 1/22/2005 | 310.40 | 2/22/2005 | 295.40 | 3/25/2005 | 286.97 | 4/25/2005 | 269.32 | 5/26/2005 | 195.18 | 6/26/2005 | 188.60 | |
| 1/23/2005 | 310.40 | 2/23/2005 | 293.42 | 3/26/2005 | 286.97 | 4/26/2005 | 269.32 | 5/27/2005 | 275.18 | 6/27/2005 | 186.16 | |
| 1/24/2005 | 310.40 | 2/24/2005 | 275.02 | 3/27/2005 | 286.97 | 4/27/2005 | 233.62 | 5/28/2005 | 275.18 | 6/28/2005 | 183.49 | |
| 1/25/2005 | 310.40 | 2/25/2005 | 238.02 | 3/28/2005 | 286.97 | 4/28/2005 | 212.54 | 5/29/2005 | 275.18 | 6/29/2005 | 183.49 | |
| 1/26/2005 | 309.34 | 2/26/2005 | 238.02 | 3/29/2005 | 275.18 | 4/29/2005 | 212.54 | 5/30/2005 | 275.18 | 6/30/2005 | 168.24 | |
| 1/27/2005 | 293.69 | 2/27/2005 | 238.02 | 3/30/2005 | 275.18 | 4/30/2005 | 212.54 | 5/31/2005 | 275.18 | 7/1/2005 | 168.24 | |
| 1/28/2005 | 316.18 | 2/28/2005 | 236.04 | 3/31/2005 | 258.93 | 5/1/2005 | 212.54 | 6/1/2005 | 275.18 | 7/2/2005 | 168.24 | |
| 1/29/2005 | 316.18 | 3/1/2005 | 231.08 | 4/1/2005 | 258.93 | 5/2/2005 | 248.07 | 6/2/2005 | 234.66 | 7/3/2005 | 168.24 | |
| 1/30/2005 | 316.18 | 3/2/2005 | 229.08 | 4/2/2005 | 258.93 | 5/3/2005 | 248.07 | 6/3/2005 | 234.66 | 7/4/2005 | 168.24 | |
| 1/31/2005 | 316.18 | 3/3/2005 | 229.08 | 4/3/2005 | 258.93 | 5/4/2005 | 248.07 | 6/4/2005 | 234.66 | 7/5/2005 | 168.24 | |
| 2/1/2005 | 315.95 | 3/4/2005 | 250.32 | 4/4/2005 | 258.93 | 5/5/2005 | 286.62 | 6/5/2005 | 234.66 | 7/6/2005 | 168.24 | |
| 2/2/2005 | 315.95 | 3/5/2005 | 250.32 | 4/5/2005 | 255.23 | 5/6/2005 | 256.47 | 6/6/2005 | 233.37 | 7/7/2005 | 171.11 | |
| 2/3/2005 | 315.95 | 3/6/2005 | 250.32 | 4/6/2005 | 221.19 | 5/7/2005 | 256.47 | 6/7/2005 | 233.37 | 7/8/2005 | 171.11 | |
| 2/4/2005 | 338.29 | 3/7/2005 | 248.34 | 4/7/2005 | 258.82 | 5/8/2005 | 256.47 | 6/8/2005 | 256.71 | 7/9/2005 | 171.11 | |
| 2/5/2005 | 338.29 | 3/8/2005 | 226.56 | 4/8/2005 | 258.82 | 5/9/2005 | 254.72 | 6/9/2005 | 275.42 | 7/10/2005 | 171.11 | |
| 2/6/2005 | 338.29 | 3/9/2005 | 183.40 | 4/9/2005 | 258.82 | 5/10/2005 | 254.72 | 6/10/2005 | 275.42 | 7/11/2005 | 171.11 | |
| 2/7/2005 | 338.29 | 3/10/2005 | 183.40 | 4/10/2005 | 258.82 | 5/11/2005 | 213.33 | 6/11/2005 | 275.42 | 7/12/2005 | 171.11 | |
| 2/8/2005 | 338.29 | 3/11/2005 | 179.45 | 4/11/2005 | 257.76 | 5/12/2005 | 213.33 | 6/12/2005 | 275.42 | 7/13/2005 | 168.71 | |
| 2/9/2005 | 269.02 | 3/12/2005 | 179.45 | 4/12/2005 | 274.66 | 5/13/2005 | 221.33 | 6/13/2005 | 275.05 | 7/14/2005 | 161.59 | |
| 2/10/2005 | 267.99 | 3/13/2005 | 179.45 | 4/13/2005 | 229.90 | 5/14/2005 | 221.33 | 6/14/2005 | 273.76 | 7/15/2005 | 169.59 | |
| 2/11/2005 | 267.99 | 3/14/2005 | 175.50 | 4/14/2005 | 229.90 | 5/15/2005 | 221.33 | 6/15/2005 | 213.09 | 7/16/2005 | 169.59 | |
| 2/12/2005 | 267.99 | 3/15/2005 | 271.50 | 4/15/2005 | 229.90 | 5/16/2005 | 221.33 | 6/16/2005 | 211.34 | 7/17/2005 | 169.59 | |
| 2/13/2005 | 267.99 | 3/16/2005 | 211.53 | 4/16/2005 | 229.90 | 5/17/2005 | 221.33 | 6/17/2005 | 235.34 | 7/18/2005 | 169.59 | |
| AVG | $ 313.20 | | $ 240.51 | | $ 254.71 | | $ 230.70 | | $ 243.79 | | $ 182.42 | $ 244.22 |

244.22161

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN        IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE   7/18/2005
REMOTE PRINT TIME 15:34                  FROM PURGE FILE              PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| EX9451 | JAMES | TYRONE | P | 218.26 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8366 | 12-31-2004 | 32 | ROC COMMISSARY FOR 1/03/2005 | | -6.82 | 211.44 |
| 4700 | 01-03-2005 | 31 | OUTSIDE PURCHASES ACCESS CATALOG | | -4.00 | 207.44 |
| 4708 | 01-04-2005 | 13 | PERSONAL GIFT FROM WHITE, SANDRA | #193480 | 25.00 | 232.44 |
| 4708 | 01-04-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 01/04/05 | -5.00 | 227.44 |
| 4710 | 01-04-2005 | 37 | POSTAGE JANUARY | | -3.27 | 224.17 |
| 4726 | 01-06-2005 | 37 | POSTAGE JANUARY | | -2.30 | 221.87 |
| 4728 | 01-06-2005 | 13 | PERSONAL GIFT FROM WACHOPE, LENA | #H177058 | 50.00 | 271.87 |
| 4728 | 01-06-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 01/06/05 | -10.00 | 261.87 |
| 4732 | 01-06-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | 01-04-05 | -.50 | 261.37 |
| 4743 | 01-07-2005 | 10 | MAINTENANCE PAYROLL DECEMBER 2004 WAGES | | 39.06 | 300.43 |
| 4743 | 01-07-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 01/07/05 | -7.81 | 292.62 |
| 8007 | 01-07-2005 | 32 | ROC COMMISSARY FOR 1/07/2005 | | -15.90 | 276.72 |
| 8007 | 01-07-2005 | 32 | ROC COMMISSARY FOR 1/07/2005 | | -14.40 | 262.32 |
| 4745 | 01-10-2005 | 13 | PERSONAL GIFT FROM ALBERT, OLGA | #H166882 | 200.00 | 462.32 |
| 4745 | 01-10-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 01/10/05 | -40.00 | 422.32 |
| 4757 | 01-10-2005 | 39 | LEGAL FEES JANUARY COURT PAYMENT | | -70.82 | 351.50 |
| 4794 | 01-13-2005 | 36 | PRINTED MATERIALS PRISON LEGAL NEWS | | -9.00 | 342.50 |
| 4794 | 01-13-2005 | 36 | PRINTED MATERIALS WRITE A PRISONER.COM | | -10.00 | 332.50 |
| 4795 | 01-13-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES: 1/12/05 | | -1.10 | 331.40 |
| 4796 | 01-13-2005 | 41 | MEDICAL MEDICAL COPAY 1-12-05 | | -2.00 | 329.40 |
| 4799 | 01-14-2005 | 13 | PERSONAL GIFT FROM UNKNOWN | #H076426 | 50.00 | 379.40 |
| 4799 | 01-14-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 01/14/05 | -10.00 | 369.40 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN     IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING          DATE    7/18/2005
REMOTE PRINT TIME 15:34                FROM PURGE FILE              PAGE          2


   INMATE      NAME
   NUMBER      LAST                  FIRST           MI
   EX9451      JAMES                 TYRONE          P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8014 | 01-14-2005 | 32 | ROC COMMISSARY FOR 1/14/2005 | -15.90 | 353.50 |
| 8014 | 01-14-2005 | 32 | ROC COMMISSARY FOR 1/14/2005 | -15.37 | 338.13 |
| 4819 | 01-18-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES 1-13-05 | -2.20 | 335.93 |
| 4824 | 01-19-2005 | 37 | POSTAGE JANUARY | -5.38 | 330.55 |
| 8019 | 01-19-2005 | 32 | ROC COMMISSARY FOR 1/19/2005 | -4.25 | 326.30 |
| 8019 | 01-19-2005 | 32 | ROC COMMISSARY FOR 1/19/2005 | -15.90 | 310.40 |
| 4893 | 01-26-2005 | 37 | POSTAGE JANUARY | -1.06 | 309.34 |
| 4904 | 01-27-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES 01-24-05 | -.40 | 308.94 |
| 8027 | 01-27-2005 | 34 | ROC CABLE TV FOR 1/27/2005 | -15.25 | 293.69 |
| 4911 | 01-28-2005 | 13 | PERSONAL GIFT FROM BILL, BONNIE #173141 | 50.00 | 343.69 |
| 4911 | 01-28-2005 | 50 | ACT 84 TRANSACTION * 1345/01 01/28/05 | -10.00 | 333.69 |
| 8028 | 01-28-2005 | 32 | ROC COMMISSARY FOR 1/28/2005 | -17.51 | 316.18 |
| 4930 | 02-01-2005 | 37 | POSTAGE FEBRUARY | -.23 | 315.95 |
| 4969 | 02-04-2005 | 31 | OUTSIDE PURCHASES PENNY WISE | -17.98 | 297.97 |
| 9035 | 02-04-2005 | 10 | INMATE EMPLOYMENT ROC PAYROLL 2005 - 01 GRP 1 | 50.40 | 348.37 |
| 9035 | 02-04-2005 | 50 | ACT 84 TRANSACTION * 1345/01 02/04/05 | -10.08 | 338.29 |
| 4990 | 02-09-2005 | 39 | LEGAL FEES FEB COURT PAYMENT | -30.08 | 308.21 |
| 8040 | 02-09-2005 | 32 | ROC COMMISSARY FOR 2/09/2005 | -23.29 | 284.92 |
| 8040 | 02-09-2005 | 32 | ROC COMMISSARY FOR 2/09/2005 | -15.90 | 269.02 |
| 4996 | 02-10-2004 | 37 | POSTAGE FEBRUARY | -1.03 | 267.99 |
| 5018 | 02-14-2005 | 14 | MISCELLANEOUS PENNY WISE CK RET #175011 | 17.98 | 285.97 |
| 5039 | 02-16-2005 | 37 | POSTAGE FEBRUARY | -.23 | 285.74 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM         RUN       IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING        DATE   7/18/2005
REMOTE PRINT TIME 15:34              FROM PURGE FILE             PAGE           3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| EX9451 | JAMES | TYRONE | P |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5060 | 02-16-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES  02-14-05 | -1.00 | 284.74 |
| 8049 | 02-18-2005 | 32 | ROC COMMISSARY FOR 2/18/2005 | -29.34 | 255.40 |
| 5079 | 02-22-2005 | 13 | PERSONAL GIFT FROM JAMES, ASTLEY  #H174576 | 50.00 | 305.40 |
| 5079 | 02-22-2005 | 50 | ACT 84 TRANSACTION * 1345/01  02/22/05 | -10.00 | 295.40 |
| 5091 | 02-23-2005 | 37 | POSTAGE FEBRUARY | -1.98 | 293.42 |
| 5101 | 02-24-2005 | 37 | POSTAGE FEBRUARY | -1.75 | 291.67 |
| 5102 | 02-24-2005 | 37 | POSTAGE LIBRARY COPIES (2/18/05) | -1.40 | 290.27 |
| 8055 | 02-24-2005 | 34 | ROC CABLE TV FOR 2/24/2005 | -15.25 | 275.02 |
| 5115 | 02-25-2005 | 37 | POSTAGE FEBRUARY | -3.96 | 271.06 |
| 8056 | 02-25-2005 | 32 | ROC COMMISSARY FOR 2/28/2005 | -17.14 | 253.92 |
| 8056 | 02-25-2005 | 32 | ROC COMMISSARY FOR 2/28/2005 | -15.90 | 238.02 |
| 5123 | 02-28-2005 | 37 | POSTAGE FEBRUARY | -1.98 | 236.04 |
| 5032 | 03-01-2005 | 37 | POSTAGE FEBRUARY | -1.98 | 234.06 |
| 5138 | 03-01-2005 | 36 | PRINTED MATERIALS PA PRISON SOCIETY | -3.00 | 231.06 |
| 5142 | 03-02-2005 | 37 | POSTAGE FEBRUARY | -1.98 | 229.08 |
| 8063 | 03-04-2005 | 32 | ROC COMMISSARY FOR 3/04/2005 | -17.06 | 212.02 |
| 9063 | 03-04-2005 | 10 | INMATE EMPLOYMENT ROC PAYROLL 2005 - 02 GRP 1 | 47.88 | 259.90 |
| 9063 | 03-04-2005 | 50 | ACT 84 TRANSACTION * 1345/01  03/04/05 | -9.58 | 250.32 |
| 5179 | 03-07-2005 | 37 | POSTAGE MARCH | -1.98 | 248.34 |
| 5182 | 03-08-2005 | 37 | POSTAGE MARCH | -4.38 | 243.96 |
| 5186 | 03-08-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES  03-04-05 | -.30 | 243.66 |
| 5192 | 03-08-2005 | 39 | LEGAL FEES MARCH COURT PAYMENT | -17.10 | 226.56 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING           DATE   7/18/2005
REMOTE PRINT TIME 15:34               FROM PURGE FILE                PAGE           4

     INMATE      NAME
     NUMBER      LAST                   FIRST              MI
     EX9451      JAMES                  TYRONE             P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8068 | 03-09-2005 | 32 | ROC COMMISSARY FOR 3/09/2005 | | -27.26 | 199.30 |
| 8068 | 03-09-2005 | 32 | ROC COMMISSARY FOR 3/09/2005 | | -15.90 | 183.40 |
| 5217 | 03-11-2005 | 37 | POSTAGE MARCH | | -3.95 | 179.45 |
| 5223 | 03-14-2005 | 37 | POSTAGE MARCH | | -3.95 | 175.50 |
| 5230 | 03-15-2005 | 13 | PERSONAL GIFT FROM JAMES, ASTLEY | #H306957 | 100.00 | 275.50 |
| 5230 | 03-15-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 03/15/05 | -20.00 | 255.50 |
| 5230 | 03-15-2005 | 13 | PERSONAL GIFT FROM JAMES, LAVERN | #H306958 | 20.00 | 275.50 |
| 5230 | 03-15-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 03/15/05 | -4.00 | 271.50 |
| 5243 | 03-16-2005 | 37 | POSTAGE MARCH | | -5.01 | 266.49 |
| 8075 | 03-16-2005 | 32 | ROC COMMISSARY FOR 3/16/2005 | | -15.90 | 250.59 |
| 8075 | 03-16-2005 | 32 | ROC COMMISSARY FOR 3/16/2005 | | -39.06 | 211.53 |
| 5267 | 03-21-2005 | 37 | POSTAGE MARCH | | -3.95 | 207.58 |
| 5302 | 03-23-2005 | 37 | POSTAGE MARCH | | -.74 | 206.84 |
| 5300 | 03-23-2005 | 13 | PERSONAL GIFT FROM SANDI WHITE | #319300 | 25.00 | 231.84 |
| 5300 | 03-23-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 03/23/05 | -5.00 | 226.84 |
| 5300 | 03-23-2005 | 60 | VCF DEDUCTION * 1345, 1760, 2022 | 03/23/05 | -2.50 | 224.34 |
| 5300 | 03-23-2005 | 13 | PERSONAL GIFT FROM OLGA ALBERT | #493701 | 150.00 | 374.34 |
| 5300 | 03-23-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 03/23/05 | -30.00 | 344.34 |
| 5300 | 03-23-2005 | 60 | VCF DEDUCTION * 1345, 1760, 2022 | 03/23/05 | -15.00 | 329.34 |
| 5311 | 03-24-2005 | 37 | POSTAGE MARCH | | -3.95 | 325.39 |
| 5312 | 03-24-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | 3-22-05 | -1.30 | 324.09 |
| 8084 | 03-25-2005 | 32 | ROC COMMISSARY FOR 3/25/2005 | | -21.22 | 302.87 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN       IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE   7/18/2005
REMOTE PRINT TIME 15:34              FROM PURGE FILE              PAGE          5

   INMATE      NAME
   NUMBER      LAST                    FIRST          MI
   EX9451      JAMES                   TYRONE          P

BATCH      DATE                                           TRANSACTION  BALANCE AFTER
  #     MO DY YEAR    TRANSACTION DESCRIPTION                AMOUNT     TRANSACTION

8084    03-25-2005  32  ROC COMMISSARY
                        FOR   3/25/2005                       -15.90       286.97
5335    03-29-2005  37  POSTAGE
                        MARCH                                  -9.19       277.78
5338    03-29-2005  38  INSIDE PURCHASES
                        LIBRARY COPIES        03-25-05         -2.60       275.18
5355    03-31-2005  38  INSIDE PURCHASES
                        LIBRARY COPIES        03-28-05         -1.00       274.18
8090    03-31-2005  34  ROC CABLE   TV
                        FOR   3/31/2005                       -15.25       258.93

                        BALANCE AFTER THESE TRANSACTIONS------>            258.93
```

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM            RUN     IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING            DATE    7/18/2005
REMOTE PRINT TIME 15:34                 FROM ACTIVE FILE                PAGE         1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| EX9451 | JAMES | TYRONE | P | 258.93 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 5385 | 04-05-2005 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES: 4/1/05 | -3.70 | 255.23 |
| 8096 | 04-06-2005 | 32 | ROC COMMISSARY | | |
| | | | FOR 4/06/2005 | -18.14 | 237.09 |
| 8096 | 04-06-2005 | 32 | ROC COMMISSARY | | |
| | | | FOR 4/06/2005 | -15.90 | 221.19 |
| 5399 | 04-07-2005 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES: 4/5/05 | -1.10 | 220.09 |
| 9097 | 04-07-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | ROC PAYROLL 2005 - 03 GRP 5 | 27.60 | 247.69 |
| 9097 | 04-07-2005 | 50 | ACT 84 TRANSACTION * | | |
| | | | 1345/01           04/07/05 | -5.52 | 242.17 |
| 9097 | 04-07-2005 | 60 | VCF DEDUCTION * | | |
| | | | 1345, 1760, 2022    04/07/05 | -2.76 | 239.41 |
| 9097 | 04-07-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | ROC PAYROLL 2005 - 03 GRP 5 | 27.72 | 267.13 |
| 9097 | 04-07-2005 | 50 | ACT 84 TRANSACTION * | | |
| | | | 1345/01           04/07/05 | -5.54 | 261.59 |
| 9097 | 04-07-2005 | 60 | VCF DEDUCTION * | | |
| | | | 1345, 1760, 2022    04/07/05 | -2.77 | 258.82 |
| 5416 | 04-11-2005 | 37 | POSTAGE | | |
| | | | APRIL | -1.06 | 257.76 |
| 5427 | 04-12-2005 | 13 | PERSONAL GIFT FROM | | |
| | | | MARGARET WILLIAMS    #265684 | 25.00 | 282.76 |
| 5427 | 04-12-2005 | 50 | ACT 84 TRANSACTION * | | |
| | | | 1345/01           04/12/05 | -5.00 | 277.76 |
| 5427 | 04-12-2005 | 60 | VCF DEDUCTION * | | |
| | | | 1345, 1760, 2022    04/12/05 | -2.50 | 275.26 |
| 5435 | 04-12-2005 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY COPIES     4-11-05 | -.60 | 274.66 |
| 8103 | 04-13-2005 | 32 | ROC COMMISSARY | | |
| | | | FOR 4/13/2005 | -28.86 | 245.80 |
| 8103 | 04-13-2005 | 32 | ROC COMMISSARY | | |
| | | | FOR 4/13/2005 | -15.90 | 229.90 |
| 5475 | 04-18-2005 | 37 | POSTAGE | | |
| | | | APRIL | -1.06 | 228.84 |
| 8110 | 04-20-2005 | 32 | ROC COMMISSARY | | |
| | | | FOR 4/20/2005 | -12.56 | 216.28 |
| 8110 | 04-20-2005 | 32 | ROC COMMISSARY | | |
| | | | FOR 4/20/2005 | -15.90 | 200.38 |
| 5518 | 04-22-2005 | 37 | POSTAGE | | |
| | | | APRIL | -1.06 | 199.32 |
| 5525 | 04-25-2005 | 13 | PERSONAL GIFT FROM | | |
| | | | JAMES, ASTLEY    #H269203 | 100.00 | 299.32 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE   7/18/2005
REMOTE PRINT TIME 15:34              FROM ACTIVE FILE              PAGE          2

   INMATE      NAME
   NUMBER      LAST                    FIRST              MI
   EX9451      JAMES                   TYRONE             P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 5525 | 04-25-2005 | 50 | ACT 84 TRANSACTION * | | | |
|  |  |  | 1345/01 | 04/25/05 | -20.00 | 279.32 |
| 5525 | 04-25-2005 | 60 | VCF DEDUCTION * | | | |
|  |  |  | 1345, 1760, 2022 | 04/25/05 | -10.00 | 269.32 |
| 8117 | 04-27-2005 | 32 | ROC COMMISSARY | | | |
|  |  |  | FOR 4/27/2005 | | -17.33 | 251.99 |
| 8117 | 04-27-2005 | 32 | ROC COMMISSARY | | | |
|  |  |  | FOR 4/27/2005 | | -18.37 | 233.62 |
| 5555 | 04-28-2005 | 37 | POSTAGE | | | |
|  |  |  | APRIL | | -4.33 | 229.29 |
| 5559 | 04-28-2005 | 38 | INSIDE PURCHASES | | | |
|  |  |  | LIBRARY COPIES: 4/26/05 | | -1.50 | 227.79 |
| 8118 | 04-28-2005 | 34 | ROC CABLE TV | | | |
|  |  |  | FOR 4/28/2005 | | -15.25 | 212.54 |
| 5579 | 05-02-2005 | 13 | PERSONAL GIFT FROM | | | |
|  |  |  | VALENCIA JAMES | #489335 | 50.00 | 262.54 |
| 5579 | 05-02-2005 | 50 | ACT 84 TRANSACTION * | | | |
|  |  |  | 1345/01 | 05/02/05 | -10.00 | 252.54 |
| 5579 | 05-02-2005 | 60 | VCF DEDUCTION * | | | |
|  |  |  | 1345, 1760, 2022 | 05/02/05 | -4.47 | 248.07 |
| 5610 | 05-05-2005 | 37 | POSTAGE | | | |
|  |  |  | MAY | | -4.79 | 243.28 |
| 9125 | 05-05-2005 | 12 | INMATE EMPLOYMENT | | | |
|  |  |  | ROC PAYROLL 2005 - 04 GRP 5 | | 25.20 | 268.48 |
| 9125 | 05-05-2005 | 50 | ACT 84 TRANSACTION * | | | |
|  |  |  | 1345/01 | 05/05/05 | -5.04 | 263.44 |
| 9125 | 05-05-2005 | 11 | INMATE EMPLOYMENT | | | |
|  |  |  | ROC PAYROLL 2005 - 04 GRP 5 | | 28.98 | 292.42 |
| 9125 | 05-05-2005 | 50 | ACT 84 TRANSACTION * | | | |
|  |  |  | 1345/01 | 05/05/05 | -5.80 | 286.62 |
| 5617 | 05-06-2005 | 37 | POSTAGE | | | |
|  |  |  | MAY | | -.37 | 286.25 |
| 8126 | 05-06-2005 | 32 | ROC COMMISSARY | | | |
|  |  |  | FOR 5/06/2005 | | -13.88 | 272.37 |
| 8126 | 05-06-2005 | 32 | ROC COMMISSARY | | | |
|  |  |  | FOR 5/06/2005 | | -15.90 | 256.47 |
| 5624 | 05-09-2005 | 37 | POSTAGE | | | |
|  |  |  | MAY | | -1.75 | 254.72 |
| 5647 | 05-11-2005 | 37 | POSTAGE | | | |
|  |  |  | MAY | | -4.36 | 250.36 |
| 8131 | 05-11-2005 | 32 | ROC COMMISSARY | | | |
|  |  |  | FOR 5/11/2005 | | -5.00 | 245.36 |
| 8131 | 05-11-2005 | 32 | ROC COMMISSARY | | | |
|  |  |  | FOR 5/11/2005 | | -32.03 | 213.33 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING      DATE  7/18/2005
REMOTE PRINT TIME 15:34              FROM ACTIVE FILE          PAGE          3

   INMATE      NAME
   NUMBER      LAST                  FIRST            MI
   EX9451      JAMES                 TYRONE            P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 5671 | 05-13-2005 | 13 | PERSONAL GIFT FROM DAVIS, K | #270512 | 10.00 | 223.33 |
| 5671 | 05-13-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 05/13/05 | -2.00 | 221.33 |
| 5697 | 05-18-2005 | 13 | PERSONAL GIFT FROM HILL, DEBBIE | #H268588 | 30.00 | 251.33 |
| 5697 | 05-18-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 05/18/05 | -6.00 | 245.33 |
| 8138 | 05-18-2005 | 32 | ROC COMMISSARY FOR  5/18/2005 | | -17.65 | 227.68 |
| 8138 | 05-18-2005 | 32 | ROC COMMISSARY FOR  5/18/2005 | | -15.90 | 211.78 |
| 5713 | 05-19-2005 | 37 | POSTAGE MAY | | -3.36 | 208.42 |
| 5726 | 05-23-2005 | 13 | PERSONAL GIFT FROM BRENDA C. TUIT | #547519 | 20.00 | 228.42 |
| 5726 | 05-23-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 05/23/05 | -4.00 | 224.42 |
| 5726 | 05-23-2005 | 13 | PERSONAL GIFT FROM SANDRA WHITE | #547520 | 20.00 | 244.42 |
| 5726 | 05-23-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 05/23/05 | -4.00 | 240.42 |
| 5738 | 05-24-2005 | 37 | POSTAGE MAY | | -5.25 | 235.17 |
| 5739 | 05-24-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | 5-20-05 | -1.20 | 233.97 |
| 8145 | 05-25-2005 | 32 | ROC COMMISSARY FOR  5/25/2005 | | -23.54 | 210.43 |
| 8146 | 05-26-2005 | 34 | ROC CABLE  TV FOR  5/26/2005 | | -15.25 | 195.18 |
| 5772 | 05-27-2005 | 13 | PERSONAL GIFT FROM **ASHLEY JAMES** | #540345 | 100.00 | 295.18 |
| 5772 | 05-27-2005 | 50 | **ACT 84 TRANSACTION *** 1345/01 | 05/27/05 | -20.00 | 275.18 |
| 5800 | 06-02-2005 | 37 | POSTAGE JUNE | | -1.29 | 273.89 |
| 8153 | 06-02-2005 | 32 | ROC COMMISSARY FOR  6/02/2005 | | -18.33 | 255.56 |
| 8153 | 06-02-2005 | 32 | ROC COMMISSARY FOR  6/02/2005 | | -5.00 | 250.56 |
| 8153 | 06-02-2005 | 32 | ROC COMMISSARY FOR  6/02/2005 | | -15.90 | 234.66 |
| 5815 | 06-06-2005 | 37 | POSTAGE JUNE | | -1.29 | 233.37 |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING           DATE     7/18/2005
REMOTE PRINT TIME 15:34                 FROM ACTIVE FILE                PAGE            4


    INMATE       NAME
    NUMBER       LAST              FIRST           MI
    EX9451       JAMES             TYRONE          P


BATCH      DATE                                            TRANSACTION  BALANCE AFTER
  #     MO DY YEAR      TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

9159    06-08-2005  12  INMATE EMPLOYMENT
                        ROC PAYROLL 2005 - 05 GRP 5              .20         233.57
9159    06-08-2005  50  ACT 84 TRANSACTION *
                        1345/01               06/08/05          -.04         233.53
9159    06-08-2005  11  INMATE EMPLOYMENT
                        ROC PAYROLL 2005 - 05 GRP 5            28.98         262.51
9159    06-08-2005  50  ACT 84 TRANSACTION *
                        1345/01               06/08/05         -5.80         256.71
5842    06-09-2005  37  POSTAGE
                        JUNE                                   -1.29         255.42
9160    06-09-2005  11  INMATE EMPLOYMENT
                        ROC PAYROLL 2005 - 06 GRP 5            25.00         280.42
9160    06-09-2005  50  ACT 84 TRANSACTION *
                        1345/01               06/09/05         -5.00         275.42
5857    06-13-2005  37  POSTAGE
                        JUNE                                    -.37         275.05
5871    06-14-2005  37  POSTAGE
                        JUNE                                   -1.29         273.76
8166    06-15-2005  32  ROC COMMISSARY
                        FOR   6/15/2005                       -39.77         233.99
8166    06-15-2005  32  ROC COMMISSARY
                        FOR   6/15/2005                       -15.90         218.09
8166    06-15-2005  32  ROC COMMISSARY
                        FOR   6/15/2005                        -5.00         213.09
5896    06-16-2005  37  POSTAGE
                        JUNE                                   -1.75         211.34
5905    06-17-2005  13  PERSONAL GIFT FROM
                        WHITE, SANDI          #548277          30.00         241.34
5905    06-17-2005  50  ACT 84 TRANSACTION *
                        1345/01               06/17/05         -6.00         235.34
5913    06-20-2005  37  POSTAGE
                        JUNE                                   -1.75         233.59
8173    06-22-2005  32  ROC COMMISSARY
                        FOR   6/22/2005                       -18.85         214.74
8173    06-22-2005  32  ROC COMMISSARY
                        FOR   6/22/2005                       -15.90         198.84
8173    06-22-2005  32  ROC COMMISSARY
                        FOR   6/22/2005                        -5.00         193.84
5942    06-23-2005  37  POSTAGE
                        JUNE                                   -2.44         191.40
5964    06-24-2005  38  INSIDE PURCHASES
                        LIBRARY COPIES:  6/23/05               -2.80         188.60
5969    06-27-2005  37  POSTAGE
                        JUNE                                   -2.44         186.16
```

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE   7/18/2005
REMOTE PRINT TIME 15:34                  FROM ACTIVE FILE                PAGE          5

    INMATE       NAME
    NUMBER       LAST                      FIRST           MI
    EX9451       JAMES                     TYRONE          P
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 5975 | 06-28-2005 | 37 | POSTAGE JUNE | | -2.67 | 183.49 |
| 8181 | 06-30-2005 | 34 | ROC CABLE TV FOR 6/30/2005 | | -15.25 | 168.24 |
| 6033 | 07-07-2005 | 37 | POSTAGE JULY | | -6.40 | 161.84 |
| 9188 | 07-07-2005 | 12 | INMATE EMPLOYMENT ROC PAYROLL 2005 - 06 GRP 5 | | 26.40 | 188.24 |
| 9188 | 07-07-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 07/07/05 | -5.28 | 182.96 |
| 9188 | 07-07-2005 | 11 | INMATE EMPLOYMENT ROC PAYROLL 2005 - 06 GRP 5 | | 31.68 | 214.64 |
| 9188 | 07-07-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 07/07/05 | -6.34 | 208.30 |
| 8188 | 07-07-2005 | 32 | ROC COMMISSARY FOR 7/07/2005 | | -5.00 | 203.30 |
| 8188 | 07-07-2005 | 32 | ROC COMMISSARY FOR 7/07/2005 | | -16.29 | 187.01 |
| 8188 | 07-07-2005 | 32 | ROC COMMISSARY FOR 7/07/2005 | | -15.90 | 171.11 |
| 6074 | 07-13-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | 07-08-05 | -2.40 | 168.71 |
| 6078 | 07-14-2005 | 37 | POSTAGE JULY | | -5.02 | 163.69 |
| 6085 | 07-14-2005 | 38 | INSIDE PURCHASES LIBRARY COPIES | 07-13-05 | -2.10 | 161.59 |
| 6088 | 07-15-2005 | 13 | PERSONAL GIFT FROM HILL, D. | #H307856 | 10.00 | 171.59 |
| 6088 | 07-15-2005 | 50 | ACT 84 TRANSACTION * 1345/01 | 07/15/05 | -2.00 | 169.59 |

                    **BALANCE AFTER THESE TRANSACTIONS------>**        169.59

*O-Dougherty*
*re: Records*
*JKD*

OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: pacer.ca3.uscourts.gov

TELEPHONE
215-597-2995

State Correctional Institution
RECEIVED
JUL 18 2005
at Rockview
Superintendent's Office

July 14, 2005

ATTENTION: WARDEN
Rockview SCI
P.O. Box A
Bellefonte, PA 16823

Re:  Docket No. 05-2852
     James v. York Cty Police Dept
     District Court No. 01-cv-01015
     Prisoner I.D. No. and Full Name (Tyrone P. James #EX-9451)

Dear Warden:

Enclosed herewith is a certified copy of an Order filed today directing the Warden to forward the initial payment assessed to the Clerk of the District Court.

Your check should be mailed to the Clerk of the District Court at the following address:

Clerk, United States District Court
Mary E. D'Andrea, Clerk
United States District Court
for the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

Please do not send the check or money order to The United States Court of Appeals.

Very truly yours,

FPS-376                                                    July 7, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-2852**

James vs. York County Police Department
(M.D. of PA Civil No. 01-cv-01015)

**Present:**   Marcia M. Waldron, Clerk

Submitted is appellant's affidavit in support of motion to proceed in forma pauperis, which is treated as a motion for leave to appeal in forma pauperis, pursuant to Rule 24, Federal Rules of Appellate Procedure.

in the above-captioned case.

MMW/ghb

_____ O R D E R _____

The foregoing motion to proceed in forma pauperis is granted. Appellant filed a notice of appeal on June 1, 2005. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the **Clerk of the Middle District of Pennsylvania**. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the **Clerk of the Middle District of Pennsylvania** equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6.

James vs. York County Police Department
Page Two
No. 05-2852

                                              For the Court,

                                              /s/ Marcia M. Waldron
                                              Clerk

Dated: July 14, 2005
CLC\cc: Mr. Tyrone P. James
       Kristin G. Hogue, Esq.
       Timothy P. Keating, Esq.



Marcia M. Waldron, Clerk