**FILED**
HARRISBURG, PA

AUG 22 2005

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

01-CV-1015

```
Mon Aug 22 14:02:04 2005

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.    111 143944
Cashier        camille

Tender Type   CHECK

Check Number: 2595

Transaction Type   AR

D0 Code    Div No     Acct
 4667        1       5100PL

Amount          $      30.76

PA DEPT OF CORRECTIONS SCI ROCKVIEW
BOX A BELLEFONTE, PA 16823-0820

PARTIAL FF FOR APPEAL IN 01-CV-1015



     bn
```