1:01-CV-1015

**FILED**
HARRISBURG, PA

SEP 26 2005

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

```
Mon Sep 26 11:07:18 2005

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   111 144139
Cashier           camille

Tender Type  CHECK

Check Number: 3099

Transaction Type   AR

DO Code    Div No      Acct
 4667        1        5100PL

Amount              $   26.90
                SCI ROCKVIEW BOX A BELLEFONTE PA168
23-0820

PARTIAL FF FOR APPEAL



        bn
```