1:01-cv-1015

FILED
HARRISBURG, PA
OCT 20 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

```
Thu Oct 20 10:00:07 2005

   UNITED STATES DISTRICT COURT

     SCRANTON      , PA

Receipt No.    111 144325
Cashier          camille

Check Number:  3552

D0 Code    Div No
 4667        1

Sub Acct Type Tender      Amount
1:5100PL   AR    2         43.50
2:0869PL   AR    2          2.80

Total Amount      $        46.30

  PA DEPT OF CORR. SCI ROCKVIEW BOX A
BELLEFONTE PA 16823-0820

PARTIAL FILLING FEE FOR APPEAL



bn
```