TYRONE JAMES, EX-9451
P.O. Box A, Route 26
Bellefonte, Pennsylvania 16823-0820

November 6, 2005

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 1148
Scranton, PA 18501

RE: 01:01-cv-01015
No. 05-2852.

**FILED
SCRANTON**

NOV 09 2005

PER _____
DEPUTY CLERK

Dear Mary E. D'Andrea, Clerk,

    I am request a copy of the Court Docket Statements, in the above reference matter and appeal. Please forward to the address listed above. Thank you.

Very truly yours,

Tyrone James
EX-9451

Cc: Tyrone James (Plaintiff's and Appellant).

NAME: Tyrone James
NUMBER: EX9451
BOX A
BELLEFONTE, PA. 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

$ 00.37⁰  NOV 07 2005
0004383958
MAILED FROM ZIP CODE 16823

Mary E D'Andrea, Clerk,
Office of The Clerk
United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501

FILED
SCRANTON
NOV 0 9 2005
_____
DEPUTY CLERK

Legal Mail!