CV-01-1015.

```
cn

Mon Nov 14 12:15:57 2005

    UNITED STATES DISTRICT COURT

    SCRANTON     , PA

Receipt No.  111 144489
Cashier        jill

Tender Type  CHECK

Check Number: 3740

Transaction Type  AR

D# Code   Div No    Acct
 4667       1      0869PL

Amount            $    27.11

    SCI ROCKVIEW BOX A BELLEFONTE, PA 1
6823

    PARTIAL FILING FEE FOR APPEAL IN CV
-01-1015

cn
```

FILED
HARRISBURG, PA

NOV 1 4 2005

_____ CLERK