# Partial Filing Fee For Appeal

01-CV-1015

```
Fri Dec 16 11:14:45 2005

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.    111 144672
Cashier          camille

Tender Type  CHECK

Check Number: 4094

Transaction Type   AR

DØ Code    Div No       Acct
 4667        1         0869PL

Amount              $    26.16

  PA DEPT OF CORRECTIONS SCI ROCKVIEW
BOX A BELLEFONTE PA 16823-0820

   PARTIAL FILING FEE FOR APPEAL ON 01
-CV-1015



  bn
```

FILED
HARRISBURG, PA

DEC 16 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk