CV-01-1015

FILED
HARRISBURG, PA

JAN 12 2006

MARY E. D'ANDREA, CLERK
Per _____

```
Thu Jan 12 11:33:59 2006

UNITED STATES DISTRICT COURT

SCRANTON         , PA

Receipt No.   111 144844
Cashier           jill

Tender Type  CHECK

Check Number: 4412

Transaction Type   AR

DO Code    Div No     Acct
4667         1        0869PL

Amount            $   30.80

PA DEPT OF CORRECTIONS BOX A BELLEF
ONTE, PA 16823-0820

PARTIAL FILING FEE FOR APPEAL IN CV
-01-1015


cn
```