01-CV 1015

**FILED
HARRISBURG**

FEB 28 2006

MARY E. D'ANDREA, CLERK
Per:_____
        DEPUTY CLERK

```
Tue Feb 28 10:06:51 2006

UNITED STATES DISTRICT COURT
    SCRANTON     , PA
Receipt No.   111 145142
Cashier          camille

Tender Type  CHECK

Check Number: 4762

Transaction Type   AR

D0 Code    Div No      Acct
 4667        1        0869PL

Amount              $    18.13
    SCI ROCKVIEW BOX A BELLEFONTE PA 16
823-0820

PARTIAL FF FOR APPEAL IN 01-CV-1015



            bn
```