TYRONE P. JAMES, EX-9451
P.O. Box A
Bellefonte, PA 16823-0820

December 24, 2005

Mary E. D'Andrea, Clerk
United States District Court
for the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

CV-01-1015

RE: Civil Action Nos: 05-4903, 05-2852, and 1:05-2105.

Dear Mary E D'Andrea, Clerk,

    I have recently learned from my Inmate Account, that the Business Manager, Francis M. Dougherty, here at SCI-Rockview, has issued a check for legal fee's, twice to your office, leaving me without sufficient funds to purchase personal hygiene, or mail out legal documents to the courts.
    Therefore, I am requesting that your office issue an order consolidating all the legal fees owe to the courts, by this litigant, into only one monthly deduction (payment), from my inmate account, here at SCI-Rockview, instead of making deductions, twice within one month, in which, I can't afford. Thank you for your corporation in this matter.

Very truly yours,

Tyrone James

Tyrone P. James
EX-9451

Cc: Tyrone P. James

P.S. Please provide me with a print-out of the balance $ owed. Thank you.

They haven't been deducting from my Inmate Account by SCI-Rockview Inmate Account, Twice a months for Court fees. Please Rectified this matter with SCI-Rockview. Thank you.

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Francis M. Dougherty Business Manager | 2. Date:<br>2-19-06 |
| 3. By: (Print Inmate Name and Number)<br>Tyrone James EXQ451<br><br>Tyrone James<br>Inmate Signature | 4. Counselor's Name<br>Mr. Pasqualle<br><br>5. Unit Manager's Name<br>Mr. Gentzel |
| 6. Work Assignment<br>CANNERY | 7. Housing Assignment<br>CB-224 |

8. Subject: State your request completely but briefly. Give details.

This is my second request. Court Fees have been taken out of my Account twice for the month of February 2006. Please note that Court Fees in the amount of 20% must be deducted only once for court fees.

A letter was send to the district court to rectified this problem.

The court order 20% per month.

cc: Mary E. D'Andrea, Clerk
Tyrone James.

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
                        Print                Sign

Revised July 2000

NAME: Tyrone James
NUMBER: EX9651
BOX A
BELLEFONTE, PA 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

Mary E. D'Andrea, Clerk
United States District Court
For the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

