Tyrone P. James                                   March 1, 2007
EX-9451
P.O. Box A
Bellefonte, PA 16823-0820

Clerk, U.S. District Court
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

RE: Tyrone P. James, v. York Cty. Police Dept., et al., No.1:01-cv-1015; No.05-2852; Tyrone P. James, v. Heritage Valley Federal Credit Union, et. al., No.1:04-cv-02630; No.05-4903; and Tyrone P. James v. PA Dept. of Correction, et al., No.1:cv-05-2105; No.06-2937.

Dear Clerk of Court,

   I am requesting the balance of all court fees owed by this Plaintiff's Tyrone P. James, on all civil action, filed in the District Court, and the United States court of appeals.

   Please furnish me with a print out of all court fees paid to this court, in the above reference cases. Dates payments begins and ending dates, in all civil action cases.

   I appreciate your cooperation in this matter. The York County Prison and the Department of Corrections, Pennsylvania, have been deducting 20% from my inmate account as of June of 2001 until present. This United District Court, has not provide me, with a copy of any receipts, informing me that above civil actions fees have been paid in full.

                                          Sincerely,

                                          Tyrone James
                                          Tyrone P. James

cc: Tyrone P. James

NAME: Tyrone James
NUMBER: EX-9451
BOX A
BELLEFONTE, PA. 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerk, U.S. District Court
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148





UNITED STATES POSTAGE
02 1A
0004583958
MAR 05 2007
$ 00.39⁰
MAILED FROM ZIP CODE 16823
PITNEY BOWES