OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

March 8, 2007

FILED
SCRANTON

MAR 0 8

PER____

SCI Bellefonte
PO Box A
Attn Inmate Accounts
Bellefonte, PA 16823

Re: CV 01-1015/A05-2852
James v York Cty Police, et al

To Whom It May Concern:

Please be advised that our records in the above captioned cases for Tyrone James EX 9451 indicate the filing fees are paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *[signature]*
Nancy A. Edmunds
Financial Administrator